# EXHIBIT A

Erin F. MacLean
Freeman & MacLean, P.C.
44 W 6th Ave., Suite 210
P.O. Box 884
Helena, MT 59624
Phone: 406-502-1594
emaclean@fandmpc.com

Laurie Zmrzel, CA SBN 131204 (*pro hac vice* pending)
5112 Bailey Loop
McClellan, CA 95652
Phone: 916-996-0734
lzmrzel@gmail.com

Attorneys for Plaintiffs

FIFTH JUDICIAL DISTRICT COURT
BEAVERHEAD COUNTY
FILED
OCT 2 3 2017
CARLY JAY ANDERSON, CLERK
BY Carly Jay Anderson

MONTANA FIFTH JUDICIAL DISTRICT COURT,
BEAVERHEAD COUNTY

| | |
|---|---|
| TRINA HEALTH OF MONTANA LLC, HAROLD LARON BRIGGS, BARRY BRIGGS, and HAROLD L. GROGAN,<br><br>Plaintiffs,<br><br>-vs-<br><br>HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA,<br><br>Defendant. | Cause No. DV-17-14044<br><br>Judge: Honorable Luke Berger<br><br>**PETITION FOR DECLARATORY JUDGMENT AND APPLICATION FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF** |

Plaintiffs Trina Health of Montana LLC ("Trina"), Harold LaRon ("Ron") Briggs, Barry Briggs, and Harold L. Grogan (the individual plaintiffs collectively referred to hereafter as the "Patients" and "Plaintiff Patients", and all Plaintiffs collectively referred to as the "Plaintiffs"), by and through their undersigned counsel of record, file this *Petition for Declaratory Judgment and Application for Preliminary and Permanent Injunctive Relief* ("*Petition*"):

**GENERAL ALLEGATIONS**

1. This Petition is brought pursuant to §27-8-101, et seq., MCA, which statutory sections constitute the applicable portion to this action of the Uniform Declaratory Judgments Act, and pursuant to §27-19-201, et seq., MCA, which Montana statutes govern petitions for injunctive relief.

2. The jurisdiction of this court is invoked pursuant to Title 27, Chapter 8, MCA (Uniform Declaratory Judgments Act); and Title 27, Chapter 19, MCA. (Injunctions).

3. The violations alleged herein have occurred and will continue to occur in Beaverhead County, Montana; therefore, venue is proper in this Court. Section 25-2-121, MCA.

4. Plaintiff Ron Briggs is a resident of the State of Montana who resides in Dillon, Montana and is a patient who was receiving life-saving Artificial Pancreas Treatment® using the Microburst Insulin Infusion® treatment process ("APT/MII") at the Trina clinic in Dillon, Montana; therefore, Plaintiff Ron Briggs has standing to bring this action.

5. Plaintiff Ron Briggs received APT/MII at the Trina Health of Arizona clinic, and, after having his life saved as a result of such treatment, Ron Briggs organized Trina Health of Montana LLC, in his hometown of Dillon, Montana, because he was physically and financially unable to continue traveling out-of-state to receive APT/MII.

6. Trina Health of Montana LLC ("Trina") is a Montana limited liability company licensed by the Montana Department of Health and Human Services as a primary care outpatient clinic, and Trina is the exclusive APT/MII licensee in the state of Montana. Trina's clinic and principal place of business is in located in Dillon, Montana, and Patients began receiving APT/MII from Trina after Trina opened its doors to patients on September 28, 2015.

7. In order to treat patients covered by Blue Cross and Blue Shield of Montana,

Trina hired a physician and a nurse practitioner who obtained and maintained preferred provider status with Blue Cross and Blue Shield of Montana ("Covered Providers").

8.    Plaintiff Barry Briggs is a resident of the State of Montana who resides in Dillon, Montana and is a patient who was receiving life-saving APT/MII at the Trina clinic in Dillon, Montana; therefore, Plaintiff Barry Briggs has standing to bring this action.

9.    Plaintiff Harold L. Grogan is a resident of the State of Montana who resides in Dillon, Montana and is a patient who was receiving life-saving APT/MII at the Trina clinic in Dillon, Montana; therefore, Plaintiff Harold L. Grogan has standing to bring this action.

10.    Defendant is a division of Health Care Service Corporation, a Mutual Legal Reserve Company, a foreign profit corporation, which entity is registered as a corporation in the State of Illinois and registered in the state of Montana as Blue Cross and Blue Shield of Montana ("BCBSMT").

11.    As a Health Insurer in Montana, BCBSMT issued Plaintiff Ron Briggs a Blue Preferred Gold PPO-010 policy (January 1, 2017), Plaintiff Barry Briggs a Blue Preferred Gold PPO-104 policy (January 1, 2017), and issued Plaintiff Harold L. Grogan a Blue Preferred Gold PPO-104 policy, (January 1, 2017). All such policies contained the same coverage, exclusions and definitions related to diabetes treatment. **Exhibit 1, 001-107; Exhibit 2, 108-224 and Exhibit 3, 225-343**, respectively.

12.    The Plaintiff Patients have each maintained their BCBSMT insurance policies in full force and effect for the entire time that they received APT/MII at Trina.

13.    APT/MII is a diabetes treatment provided by Trina employed Covered Providers, which included office visits and medical supplies necessary to provide the medically necessary treatment.

14. Trina and its employed Covered Providers are required by applicable state and federal law to submit insurance claims that accurately reflect the billing codes for the treatment that is provided to Patients.

15. Currently, there is no specific single billing code designated for the processes necessary to provide the APT/MII; therefore, Trina submitted claims to BCBSMT for the APT/MII provided by using the appropriate covered outpatient billing codes ("covered APT/MII codes"), which are currently as follows:

| **Procedure Code** | **Procedure Code Description** |
|---|---|
| 94681 | OXYGEN UPTAKE, EXPIRED GAS ANALYSIS; INCLUDING CO2 OUTPUT, PERCENTAGE OXYGEN EXTRACTED |
| 96360 | IV INFUSION HYDRATION INITIAL 31 MIN-1HOUR |
| 96365 | IV INFUSION THERAPY/PROPHYLAXIS/DX 1ST>1 HOUR |
| 96366 | IV INFUSION THERAPY/PROPHYLAXIS/DX EA HOUR |
| 96521 | REFILLING AND MAINTENANCE OF PORTABLE PUMP |
| 99204 | OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF A NEW PATIENT, WHICH REQUIRES THESE THREE KEY COMPONENTS; A COMPREHENSIVE HISTORY; A COMPREHENSIVE EXAMINATION; AND |
| 99214 | OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES AT LEAST TWO OF THESE THREE KEY COMPONENTS; A DETAILED HISTORY; A DETAILED EXAMINATION; AND |
| J1815 | INJECTION, INSULIN, PER 5 UNITS |

16. Defendant BCBSMT paid the claims on the covered APT/MII codes submitted by Trina under the Plaintiff Patients' respective BCBSMT policies, from the time that Trina began treating patients, on September 28, 2015, through the approximate date of April 12, 2017.

17. On or about April 12, 2017, BCBSMT commenced denying Patients' claims for APT/MII, and BCBSMT sent cease and desist letters ("cease and desist letters") to the Trina clinic and to two of the Covered Providers employed by Trina (a final cease and desist letter was sent to the third Trina employed Covered Provider on April 19, 2017), demanding that Trina discontinue billing APT/MII under the covered APT/MII codes; demanding that Trina

discontinue billing under the individual codes applicable to APT/MII; and directing Trina to bill APT/MII under HCPS G9147 ("G9147"). **Exhibit 4, 344-391.** G9147 is the code for Outpatient Intravenous Insulin Treatment ("OIVIT"), and OIVIT is a procedure which is not reimbursed by BCBSMT. **Exhibit 4, at 345, 357, 369 and 381.**

18.     BCBSMT based its position in its cease and desist letters on the Health Care Services Corporation ("HCSC") Medical Policy MED201.028 ("MED201.028") entitled Chronic Intermittent Intravenous Insulin Therapy (["]CIIIT["]), dated 05-15-2016, **Exhibit 5, 392-400**; however, HCSC's MED201.028 was not adopted by BCBSMT until June 1, 2017. **Exhibit 6, 401-406.**

19.     Upon receipt of the cease and desist letters, Trina directed its Covered Providers to discontinue billing BCBSMT for APT/MII, and Trina ceased treating BCBSMT insureds until Trina could determine how to address the inaccurate statements and inappropriate directives related to BCBSMT-related billing contained in the cease and desist letters.

20.     Since April 24, 2017, Patients have been unable to receive APT/MII in Dillon, or anywhere else in Montana, and the health of each of Patients has drastically deteriorated and continues to deteriorate on a daily basis as a result of not being able to receive APT/MII.

21.     On July 28, 2017, Plaintiffs' Montana counsel of record sent an objection to BCBSMT's cease and desist letters ("Letter of Objection"). **Exhibit 7, 407-442.**

22.     On August 28, 2017, BCBSMT, in a letter signed by Christopher Herriges, responded to Plaintiffs' Letter of Objection. **Exhibit 8, 443-470.**

23.     On September 13, 2017, Plaintiffs' Montana counsel sent a letter to BCBSMT challenging Mr. Herriges' conclusions; providing information showing that APT/MII is not a CIIIT-type treatment; providing medically-based information to support the fact that APT/MII is

substantially different from a CIIIT-type treatment; and requesting that BCBSMT (1) detail the objective medical standards used by BCBSMT to support its conclusion that APT/MII is "synonymous" with or "substantially similar" to CIIT-type treatments and (2) detail why BCBSMT insists that it is medically appropriate for APT/MII to be billed under the OIVIT code G9147. **Exhibit 9, 471-509.**

24. On October 6, 2017, BCBSMT responded, by letter from Mr. Herriges, and BCBSMT reiterated the contractual basis upon which BCBSMT asserts that APT/MII should be excluded from coverage. **Exhibit 10, 510-543.**

25. In the October 6, 2017 letter, Mr. Herriges also stated:

> "[m]y intention in addressing the billing codes was merely to confirm that even if APT (CIIIT, OIVIT, etc.) was not itself a covered procedure or service, our Medical Policy envisions that providers could nevertheless bill certain subsidiary services or supplies (e.g. 94681, 96365, 96366, etc.) rendered in conjunction with APT, that may themselves otherwise be covered services/supplies, and which your clients were already billing prior to the April 2017 cease and desist letters." **See Exhibit 10, at 513.**

26. Mr. Herriges' statement clearly contradicts the cease and desist letters, and, upon information and belief, all subsidiary service or supply codes listed by Mr. Herriges, along with any other similar codes, would be excluded by BCBSMT, if those codes were to be submitted to BCBSMT in conjunction with G9147.

27. Until this billing/coding controversy and coverage dispute is resolved with BCBSMT, Trina cannot treat Patients with the life-saving APT/MII.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF –

### APT/MII CODES ARE COVERED BY PATIENTS' BCBSMT PLANS

28. This claim for relief incorporates paragraphs 1 through 27 as if specifically set

forth herein.

29. Patients' BCBSMT Plans define the term "**BENEFIT**" as "Services, supplies and medications that are provided to a Member and covered under this "Member Guide as a Covered Medical Expense or Dental Service," as to Ron Briggs' Plan and "Contract as Covered Medical Expense," as to Barry Briggs' and Harold L. Grogan's Plan. **See Exhibit 1, at 91; Exhibit 2, at 197 and Exhibit 3, at 315,** respectively.

30. In the "**BENEFITS**" section the Plaintiffs BCBSMT Plans ("Plans"), the Plans detail Patients' covered benefits, including, but not limited to the following service/supply benefits for diabetes related treatment:

a. "**DIABETES TREATMENT (OFFICE VISIT)** Services and supplies for the treatment of diabetes provided during an office visit. For additional Benefits related to the treatment of diabetes, e.g., surgical services and medical supplies, refer to that specific Benefit.." **See Exhibit 1, at 51; Exhibit 2, at 167 and Exhibit 3, at 285**, respectively.

. . .

b. "**MEDICAL SUPPLIES**" The following supplies for use outside of a Hospital:
**1.** Supplies for insulin pumps, syringes and related supplies for conditions such as diabetes.
**2.** Injection aids, visual reading and urine test strips, glucagon emergency kits for treatment of diabetes…"
Medical Supplies are covered only when:
**1.** Medically Necessary to treat condition for which Benefits are payable.
**2.** Prescribed by a Covered Provider." **See Exhibit 1, at 55; Exhibit 2, at 171-172 and Exhibit 3, at 289-290**, respectively.

. . .

c. **OFFICE VISITS** Covered services provided in a Covered Provider's office during a Professional Call…Visits are limited to one visit per day per provider." **See Exhibit 1, at 56; Exhibit 2, at 173 and Exhibit 3, at 291**, respectively.

31. Because G9147 is not the specific procedure code for APT/MII, Trina billed the services/supplies rendered as part of APT/MII, individually, under the appropriate APT/MII codes, as detailed in ¶15, above.

32. Prior to BCBSMT determining APT/MII was excluded as detailed in the cease and desist letters, BCBSMT paid Trina for the individually coded service/supplies under the APT/MII codes for the treatment Trina provided to Patients.

33. At no time has BCBSMT asserted that the individually coded APT/MII codes for services/supplies were not covered under Patients' Plans.

34. BCBSMT has a contractual obligation to cover Benefits provided for under Plaintiffs' Plans as billed using the individually coded APT/MII codes.

35. Patients' BCBSMT Plans define **"CONTRACT"** as "[t]his Group Contract, the Group application and any amendments, endorsements, riders, or modifications made to the Contract made to it by The Plan. The Group Contract is issued to the employer," as to Ron Briggs' Plan and "[t]his Contract, the Member's application and any amendments, endorsements, riders, or modifications made by The Plan," as to Barry Briggs' and Harold L. Grogan's Plan. **See Exhibit 1, at 93; Exhibit 2, at 198 and Exhibit 3, at 316**, respectively.

36. BCBSMT has not asserted any application, amendment, endorsement, rider or modifications that would permit BCBSMT to deny coverage for the APT/MII codes as a Covered Medical Expense to Patients, or any other similarly situated patient.

37. Patients' BCBSMT Plan defines **"COVERED MEDICAL EXPENSE"** as:

> "Expenses incurred for Medically Necessary services, supplies and medications that are based on the Allowable Fee and:
> **1.** Covered under the Member Contract [Group Plan, as to Ron Briggs Plan];
> **2.** In accordance with Medical Policy; and
> **3.** Provided to the Member by and/or ordered by a covered provider for the diagnosis or treatment of an illness or injury or in providing maternity care.
> In order to be considered a Covered Medical Expense, the Member must be charged for such services, supplies and medications. **See Exhibit 1, at 93; Exhibit 2, at 198-199 and Exhibit 3, at 316-317**, respectively.

38. BCBSMT has not asserted that the individual APT/MII codes are not a covered medical expense; instead, BCBSMT has asserted, and continues to assert, that APT is "synonymous" with or "substantially similar" to OIVIT and/or CIIIT, which BCBSMT alleges are treatments <u>excluded from coverage</u>. **See Exhibit 8, 443-470 and Exhibit 10, 510-543.**

(emphasis added)

SECOND CLAIM FOR RELIEF –

APT/MII IS NOT OIVIT OR CIIIT

39. This claim for relief incorporates paragraphs 1 through 38 as if specifically set forth herein.

40. On page 2 of the cease and desist letters, BCBSMT relies on MED201.028 to support its position that CIIIT is considered experimental, investigational and/or unproven, and therefore, not covered by BCBSMT." **See Exhibit 4, at 345, 357, 369 and 381.**

41. The cease and desist letters go on to state that "[t]he 2017 HCPCS Level II manual lists HCPCS G9147 as, [']Outpatient 'Intravenous' Insulin Treatment['] (OIVIT) either pulsatile or continuous, by any means, guided by the results of measurements for: respiratory quotient; and/or, urine area nitrogen (UNN); and/or, arterial, venous or capillary glucose; and/or potassium concentration. According to Medical Policy MED201.028, HCPCS G9147 is the specific medical code for CIIIT procedures." **See Exhibit 4, at 345, 357, 369 and 381.**

42. Additionally, in BCBSMT's letter of August 28, 2017, Mr. Herriges stated that:

> "You are correct in your letter that there is not a specific CPT to code for APT. However, because G9147 is the code designated by CMS for CIIIT claims and because CIIIT and APT are synonymous or substantially similar, BCBSMT was correct in its cease and desist letters to instruct your client to use G9147 when coding claims for APT." **Exhibit 8, at 445.**

43. On September 13, 2017, Plaintiffs' Counsel provided the medical process information to clearly show that APT is not OIVIT and neither is it "synonymous" with or "substantially similar" to OIVIT or CIIIT, as defined by BCBSMT in its Medical Policy MED201.028. **Exhibit 9, at 476-509.**

44. The detailed attachments to the September 13, 2017 letter, clearly establish that APT/MII is not "synonymous" with or "substantially similar" to OIVIT. **Exhibit 9, 476-509.**

45. Plaintiffs' Montana counsel has provided the necessary information to BCBSMT to make clear that the OIVIT and CIIIT-type treatments are not "synonymous" with or "substantially similar" to APT/MII. **Exhibit 9, 471-509.**

THIRD CLAIM FOR RELIEF –

APT IS NOT EXCLUDED FROM COVERAGE

46. This claim for relief incorporates paragraphs 1 through 45 as if specifically set forth herein.

47. In BCBSMT's cease and desist letters and Mr. Herriges' letters, BCBSMT consistently asserts that APT is experimental under MED201.028, and, as a result, excluded from coverage.

48. Patients' BCBSMT Plans specifically state, under the heading "EXCLUSIONS AND LIMITATIONS," that "[a]ll Benefits provided under this Contract are subject to the exclusions and limitations in this section and as stated under the Benefit Section" and goes on to state that "**The Plan will not pay for**:

> "**15.** Any services, supplies, drugs and devices which are:
> **a.** Experimental/Investigational/Unproven services, except for any services, supplies, drugs and devices which are Routine Patient Costs incurred in connection with an Approved Clinical Trial." **Exhibit 1, at 80; Exhibit 2, at 183 and Exhibit 3, at 301**, respectively.

49. The policy defines "**EXPERIMENTAL/INVESTIGATIONAL/UNPROVEN**" as follows:

> "A drug, device biological product or medical treatment or procedure is Experimental, Investigational and/or Unproven if **The Plan determines** that:
> - The drug, device, biological product or medical treatment or procedure cannot be lawfully marketed with approval of the appropriate governmental or regulatory agency and approval for marketing has not been given at the time the drug, device, biological product or medical treatment or procedure is furnished; or
> - The drug device, biological product or medical treatment or procedure is the subject of ongoing phase I, II or III clinical trials, or under study to

determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis; or

- The prevailing opinion among peer reviewed medical and scientific literature regarding the drug, device, biological product or medical treatment or procedure is that further studies or clinical trials are necessary to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis." **Exhibit 1, at 96; Exhibit 2, at 200-201 and Exhibit 3, at 318-319,** respectively.

50. APT/MII utilizes a pump approved by the FDA and the APT/MII process is lawfully marketed under all laws applicable to such procedures; therefore, APT is not subject to an exclusion applicable to legal approval.

51. APT/MII is not subject to ongoing phase I, II or III clinical trials to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis; therefore, it is not excluded as being part of such a clinical trial.

52. No peer reviewed medical or scientific literature regarding APT/MII has determined that further studies or clinical trials are necessary to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

53. Based upon the clear language of Patients' BCBSMT plan exclusions, APT/MII is not excluded from coverage under the clear language of Patients' BCBSMT Plan documents for being "experimental," "investigational" or "unproven."

FOURTH CLAIM FOR RELIEF –

MEDICAL POLICY MED201.028 DOES NOT PERTAIN TO

AND CANNOT BE USED TO EXCLUDE APT/MII

54. This claim for relief incorporates paragraphs 1 through 53 as if specifically set forth herein.

55. In BCBSMT's cease and desist letters and Mr. Herriges' letters, BCBSMT consistently asserts that MED201.028 is applicable to APT/MII, and it is MED201.028 that BCBSMT is relying upon to exclude APT/MII from coverage in Montana; MED201.028 states

that "The HCPCS code G9147 [for OIVIT] is specific to CIIIT." MED201.028 does not say that G9147 is specific to APT/MII or that APT/MII is "synonymous" with or "substantially similar" to CIIIT or OIVIT. **Exhibit 6, at 345, 357, 369 and 381.**

56. The disclaimer contained in MED201.028 also specifically states, under "**Coding**", that:

> "benefit coverage determinations based on written Medical Policy coverage positions must include review of the member's benefit contract or Summary Plan Description (SPD) for defined coverage vs. non-coverage, benefit, exclusions, and benefit limitations..." **Exhibit 6, at 404.** (emphasis added)

57. Nothing in MED201.028 makes any reference to APT/MII, and BCBSMT has not developed a medical policy that is specific to or that addresses BCBSMT coverage for APT/MII.

58. Despite several requests by Plaintiffs' Montana counsel for an objective medical analysis regarding the coverage under Patients' Plans specific to APT/MII, BCBSMT has not shown that it has conducted the required review of APT/MII under Patients' benefit contract or Summary Plan Description.

59. In the disclaimer in, under the "**Coding**", MED201.028 further states that:

> "[t]he presence or absence of procedure, service, supply, device or diagnosis codes in a Medical Policy document has **no** relevance for determination of benefit coverage for members or reimbursement for providers. **Only the written coverage position in a medical policy should be used for such determinations.**" **Exhibit 6, at 404.**

60. Based upon BCBSMT's own policies and procedures, the Plaintiffs' respectfully submit that, until BCBSMT adopts a medical policy specific to APT/MII, BCBSMT cannot deny coverage based upon individual service, supply, device or diagnosis codes which are covered under the Plaintiffs' Plans, such as the individually covered APT/MII codes.

61. Additionally, the "Rationale " upon which MED201.028 is based does not pertain to APT/MII, and, on July 28, 2017, Plaintiffs Montana counsel identified to BCBSMT studies

specifically showing that studies have "investigated the proposed mechanism of action of CIIIT in humans." **Exhibit 6, at 402; Exhibit 7, at 436-442.**

<u>FIFTH CLAIM FOR RELIEF –</u>

<u>CODE G9147 IS NOT AN APPROPRIATE BILLING CODE FOR APT/MII</u>

62. This claim for relief incorporates paragraphs 1 through 61 as if specifically set forth herein.

63. BCBSMT's cease and desist letters demanded that Trina bill for APT/MII under the code for Outpatient Intravenous Insulin Treatment (OIVIT), a treatment that is substantially different from APT/MII. **See Exhibit 4, 344-391.**

64. Since APT/MII is not OIVIT, G9147 is not an appropriate code for APT/MII.

65. In its cease and desist letters, BCBSMT violated its own policy when it attempted to use MED201.028 as the basis to demand that APT/MII be coded as G9147, and then stated that "[a]ccording to Medical Policy MED201.028, HCPCS G9147 is the specific medical code for CIIIT procedures." **See Exhibit 6, at 345, 357, 369 and 381.**

66. At no time has BCBSMT asserted that G9147 is the specific medical code for APT/MII, and, in fact, in Mr. Herriges' letter of August 28, 2017, BCBSMT agreed that APT/MII does not have a specific code assigned to it. **Exhibit 8, 443-470.**

67. BCBSMT has not shown that G9147 is the specific code for APT/MII, and, since APT/MII is not OIVIT or CIIIT, Trina cannot comply with BCBSMT's demand to submit claims using the G9147 code, because G9147 is not the accurate code for APT/MII, and billing under an incorrect code for a procedure would violate applicable laws and regulations to Trina's operations and the Trina Covered Providers' licensing requirements.

68. Since, at this time, there is no specific code for APT/MII, Trina providers must

use the individual codes applicable to the outpatient coding, for the treatment.

69. Additional ambiguity now exists because BCBSMT, in Mr. Herriges' letter of October 6, 2017, stated, on one hand, that APT/MII was excluded under MED201.028 through the application of G9147 to APT/MII, and stated, on the other hand, that:

> "providers could nevertheless bill certain subsidiary services or supplies (e.g. 94681, 96365, 96366, etc.) rendered in conjunction with APT/MII, that may themselves otherwise be covered services/supplies, and which your clients were already billing prior to the April 2017 cease and desist letters. <u>If your clients choose not to bill for what may otherwise be covered related services and supplies, it is at their discretion</u>." **See Exhibit 10, at 513.** (emphasis added)

70. BCBSMT's coverage position on the treatment provided through APT/MII is now entirely ambiguous: (1) BCBSMT is either requiring Trina to bill the treatment for APT/MII exclusively under G9147, (2) BCBSMT is requiring Trina to bill the treatment for APT/MII individually in conjunction with G9147, or (3) BCBSMT is authorizing Trina to continue to submit Patients' treatments to BCBSMT for payment under the individual covered APT/MII codes, without the inclusion of G9147; based upon these options, Trina does not know what previously covered APT/MII codes BCBSMT's is now stating are excluded under Patients' Plans as communicated in BCBSMT's cease in desist letters and the later BCBSMT letters drafted by Mr. Herriges.

<u>SIXTH CLAIM FOR RELIEF –</u>

<u>BCBSMT SHOULD BE PERMANENTLY ENJOINED FROM DENYING</u>

<u>COVERAGE TO PLAINTIFFS FOR APT/MII</u>

71. This claim for relief incorporates paragraphs 1 through 70 as if specifically set forth herein.

72. BCBSMT's position as to Trina and APT/MII under the Patient's BCBSMT Plans has the effect of denying Patients coverage and treatment for APT/MII in Montana, and

BCBSMT's demand that Trina bill APT/MII as OIVIT under HCPCS G9147 puts Trina in a legally precarious place as to its billing and coding practices.

73. Under §27-19-102, MCA, a final injunction may be granted to the Plaintiffs to prevent BCBSMT from breaching its obligations to Plaintiffs under the Patient's Plans and applicable law, because (1) pecuniary compensation will not afford Plaintiffs adequate relief; (2) it would be extremely difficult to ascertain the amount of compensation which would accord adequate relief, and, in fact, no compensation would afford adequate relief to Plaintiffs; and (3) the restraint is necessary to prevent a multiplicity of judicial proceedings related the BCBSMT's current position.

74. BCBSMT should be permanently enjoined from excluding coverage for APT/MII under the clear language of the Patients' Plans.

75. BCBSMT should be permanently enjoined from demanding that APT/MII be billed as OIVIT under HCPC G9147.

SEVENTH CLAIM FOR RELIEF –

APPLICATION FOR PRELIMINARY INJUNCTION AND

TEMPORARY RESTRAINING ORDER

76. This claim for relief incorporates paragraphs 1 through 75 as if specifically set forth herein.

77. Plaintiffs request that a preliminary injunction and temporary restraining order be granted to preliminarily enjoin and temporarily restrain BCBSMT, until this Court enters judgment on the First through the Fifth claim, herein, as follows:

a. immediately enjoining and temporarily restraining BCBSMT from excluding coverage for APT/MII under Patients' Plan language, and

b. immediately enjoining and temporarily restraining BCBSMT from demanding that APT/MII be billed as OIVIT under HCPC G9147.

78. Plaintiffs' application for preliminary injunction and temporary restraining order may be granted, under §27-19-201 and §27-19-314, MCA, because:

(1) Plaintiffs First through Fifth claims state allegations that appear to show that Plaintiffs are entitled to the relief demanded and the relief in Plaintiffs' Sixth and Seventh claim consists in restraining BCBSMT from precluding coverage from the APT/MII as complained of by Plaintiffs, above, for both a limited period and into perpetuity,

(2) If BCBSMT is allowed to continue to exclude coverage under the Patients' Plans for APT/MII, as set forth in Plaintiffs' claims, BCBSMT doing so would produce a great and irreparable injury to both Patients and Trina; and

(3) If BCBSMT is allowed to continue to exclude coverage under the Patients' Plans for APT/MII, Patients will be denied their right to coverage under their Plans, and Trina will be unable to bill BCBSMT for APT/MII.

79. Plaintiffs request, under §27-19-314, MCA, that a temporary restraining order be issued, immediately, prior to BCBSMT answering this Complaint, until this Plaintiffs' claims for permanent injunctive relief and declaratory relief may be heard.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this court grant the following relief:

DECLARATORY RELIEF

1. Enter a judgment declaring that:

   a. the covered APT/MII codes are covered by Patients' BCBSMT Plans;

b. APT/MII is substantially different from OIVIT and that it is not "synonymous" with or "substantially similar" to OIVIT or CIIIT or any other specifically named OIVIT treatment excluded by BCBSMT;

c. APT/MII is not excluded from coverage under Patients' Plans;

d. MED201.028, does not pertain to APT/MII and cannot be used by BCBSMT to exclude coverage for APT/MII under the Plaintiffs' contracts with BCBSMT; and

e. BCBSMT cannot require APT/MII to be coded as G9147 for purposes of obtaining reimbursement for treatment to BCBSMT insureds, because code G9147 is not an appropriate billing code for APT/MII, and Trina may submit for reimbursement to BCBSMT any covered individual billing codes it deems appropriate as to the APT/MII treatment process; and

f. the directives and conclusions by BCBSMT in the cease and desist letters and Mr. Herriges' letters on behalf of BCBSMT, of August 28th and October 6th, 2017, may not be applied to Trina, to Trina's employed providers or to APT/MII related billing, as a matter of law.

<u>INJUNCTIVE RELIEF</u>

1. Enter an order (1) temporarily restraining BCBSMT from denying coverage for APT/MII treatment provided to patients of Trina Health of Montana who are BCBSMT insureds, and (2) temporarily restraining BCBSMT from demanding that APT/MII be billed as OIVIT under HCPC G9147, and ordering BCBSMT continue to cover APT/MII claims submitted by Trina for BCBSMT covered patients in the same manner that it covered the treatment prior to determining that APT/MII was excluded from BCBSMT plans as detailed in the cease and desist letters.

2. Enter an order which permanently enjoins BCBSMT for excluding or denying coverage for APT/MII under the language of the Patients' Plans.

OTHER RELIEF

3. Enter an order:

   a. awarding Plaintiffs all costs and expenses in this action, including attorney fees, to the extent allowed in equity and by law; and

   b. awarding such additional relief to the Plaintiffs as the Court deems just and proper.

DATED this 23rd day of October, 2017.

FREEMAN & MACLEAN, P.C.

Erin F. MacLean
Freeman & MacLean, P.C.
44 W 6th Ave., Suite 210
P.O. Box 884
Helena, MT 59624

Laurie Zmrzel, CA SBN 131204 (*pro hac vice* pending)
5112 Bailey Loop
McClellan, CA 95652

ATTORNEYS FOR PLAINTIFFS

# BLUE PREFERRED GOLD PPO 010

## BRUNDAGE FUNERAL HOME

Effective January 1, 2017

MEMBER GUIDE

BlueCross BlueShield
of Montana

EXHIBIT
1
exhibitsticker.com

BLUEPREFERREDGOLDSGMGOFF2017 GPSE47PPOSMTO

PET EXHIBIT 1-001

**MEDICAL BENEFITS**

**FOR CUSTOMER SERVICE**
Call 1-800-447-7828

**DENTAL BENEFITS**

**FOR CUSTOMER SERVICE**
Call 1-800-866-739-4090

**FOR PREAUTHORIZATION**
Call 1-855-313-8914 or Fax 1-866-589-8256 for Non-Behavioral Health
Call 1-855-313-8909 or Fax 1-855-649-9681 for Behavioral Health

**FOR INPATIENT ADMISSIONS**
Call 1-855-313-8914 or Fax 1-866-589-8256 for Non-Behavioral Health
Call 1-855-313-8909 or Fax 1-855-649-9681 for Behavioral Health

**www.bcbsmt.com**

- BCBSMT Provider Directory
- Wellness
- Other Online Services and Information

**BLUECARD® NATIONWIDE/WORLD WIDE COVERAGE PROGRAM**
1-800-810-BLUE (2583) – http://provider.bcbs.com

**FOR MEDICAL APPEALS**
Send via fax:
Non-Behavioral Health: 1-866-589-8256
Behavioral Health: 1-855-649-9681
or
Mail to:
Blue Cross and Blue Shield of Montana
PO Box 4309
Helena, MT 59604-4309

**FOR DENTAL APPEALS**
Send to:
Blue Cross and Blue Shield of Montana
PO Box 6227
Helena, MT 59604-6227

**FOR PRESCRIPTION DRUG BENEFITS**

**Pharmacy Benefit Manager (PBM)**

- Prime Therapeutics — 1-800-423-1973
- For preauthorizations, fax: — 1-877-828-3939

**PBM Website** — www.myprime.com
**Claim Forms** — 1-866-325-5230
**Pharmacy Locator** — 1-866-325-5230
**Specialty Care Pharmacy (BCBSMT Prime Specialty Network)** — 1-877-627-MEDS (6337)

- www.bcbsmt.com or www.myprime.com
- Prescriber Fax — 1-877-828-3939

**Mail Order Services**

- **PrimeMail** — 1-866-325-5230
  PO Box 27836
  Albuquerque, NM 87125-7836
- **Ridgeway Mail-Order Pharmacy** — 1-800-630-3214
  2824 US Hwy 93 North
  Victor, MT 59875

**Blue Cross and Blue Shield of Montana**
**3645 Alice Street**
**PO Box 4309**
**Helena, MT 59604-4309**

**FOR MEDICAL CLAIMS**
Blue Cross and Blue Shield of Montana
PO Box 7982
Helena, MT 59604-7982

**FOR DENTAL CLAIMS**
Blue Cross and Blue Shield of Montana
PO Box 6227
Helena, MT 59604-6227

®Registered Service Marks of the Blue Cross and Blue Shield Association, an Association of Independent Blue Cross and Blue Shield Plans. Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Certain terms in this Member Guide are defined in the Definitions section of this Member Guide. Defined terms are capitalized.

## NO COVERAGE UNTIL DUES PAID

This Member Guide is being provided to you because your employer has agreed to purchase health coverage from Blue Cross and Blue Shield of Montana. Your coverage will not be effective, and you will not be entitled to Benefits, until and unless your employer pays the required dues.

## MEMBER GUIDE

This Member Guide is a summary of the Benefits available under the Group Plan. Nothing in this Member Guide will alter any of the terms, conditions, limitations, or Exclusions of the Group Plan. If questions should arise, the provisions of the Group Plan will prevail. Please refer to the Group Plan on file with your employer if you have any questions which aren't answered in the Member Guide or call your Blue Cross and Blue Shield of Montana representative.

## PRIVACY OF INSURANCE AND HEALTH CARE INFORMATION

It is the policy of Blue Cross and Blue Shield of Montana to protect the privacy of Members through appropriate use and handling of private information. Further, appropriate handling and security of private information may be mandated by state and/or federal law.

The Group and Beneficiary Member may receive a copy of Blue Cross and Blue Shield of Montana's "Notice of Privacy Practices," or other information about privacy practices, by calling the telephone number or writing to the address shown on the inside cover of this Member Guide.

## MEMBERS RIGHTS

When requested by the insured or the insured's agent, Montana law requires Blue Cross and Blue Shield of Montana to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

## CONTINUITY OF CARE

If the Member's Participating Provider (professional) stops participating in the PPO network, the Member may request continued treatment from that provider for a period of time after the provider stops participating, except for pregnancy, the continuity of care period is 90 days or until the next policy renewal date, whichever is longer.  For pregnancy, the continuity of care period is through the postpartum period. For the Member to qualify for continuity of care, the provider must: (1) agree that the Member is in an active course of treatment as defined by ARM 6.6.5908; (2) agree to accept the same allowed amount as the provider would have accepted if the provider had remained a Participating Provider; and (3) agree not to seek payment from the Member of any amount for which the Member would not have been responsible if the provider had remained a Participating Provider.  Continuity of care protections are only for an active course of treatment and are not required for routine primary and preventive care.

## IDENTITY THEFT SERVICES

Blue Cross and Blue Shield of Montana (BCBSMT) offers, at no additional cost to the Member, identity theft protection services, including credit monitoring, fraud detection, credit /identity repair and insurance to help protect the  Member's information.  These identity theft protection services are currently provided by BCBSMT's designated outside vendor and acceptance or declination of these services is optional to Member.

Members who wish to accept such identity theft protection services will need to individually enroll in the program online at www.bcbsmt.com or telephonically by calling the toll free telephone number on his/her identification card. Services may automatically end when the person is no longer an eligible Member.  In addition, services may change or be discontinued at any time and BCBSMT does not guarantee that a particular vendor or service will be available at any given time. The services are provided as a convenience and are not considered covered benefits under this Member Guide.

## TABLE OF CONTENTS

**SCHEDULE OF BENEFITS** ..... 1
**PROVIDERS OF CARE FOR MEMBERS** ..... 7
In-Network and Out-of-Network Professional Providers and Facility Providers ..... 7
PPO Providers ..... 7
Out of PPO Network Referrals ..... 8
How Providers are Paid by The Plan and Member Responsibility ..... 8
How Providers are Paid by The Plan and Member Responsibility Outside of Montana ..... 8
Pretreatment Estimate of Dental Benefits and Treatment Plan ..... 8
**MEMBERS RIGHTS AND RESPONSIBILITIES** ..... 9
**OUT-OF-AREA SERVICES – THE BLUECARD PROGRAM** ..... 9
Out-of-Area Services ..... 9
**COMPLAINTS AND GRIEVANCES** ..... 11
Complaints and Grievances ..... 11
**APPEALS** ..... 12
Claims Procedures ..... 12
**PREAUTHORIZATION** ..... 25
Concurrent Review ..... 28
Care Management ..... 28
**ELIGIBILITY AND ENROLLMENT** ..... 29
Who is Eligible ..... 29
Applying for Coverage ..... 29
Enrollment ..... 29
Special Enrollment for Marriage, Birth, Adoption or Placement for Adoption ..... 31
When Benefits Begin ..... 32
**QUALIFIED MEDICAL CHILD SUPPORT ORDER (QMSCO)** ..... 32
**FAMILY AND MEDICAL LEAVE ACT (FMLA)** ..... 33
**TERMINATION OF COVERAGE** ..... 33
Termination When Employment Ceases or Family Member Status Changes ..... 33
Termination of Benefits ..... 34
Certificate of Creditable Coverage ..... 34
**CONTINUATION OF COVERAGE** ..... 34
COBRA ..... 34
Conversion Coverage ..... 39
**BENEFITS** ..... 40
Accident ..... 40
Acupuncture ..... 40
Advanced Practice Registered Nurses and Physician Assistants - Certified ..... 40
Ambulance ..... 40
Anesthesia Services ..... 40
Approved Clinical Trials ..... 41
Autism Spectrum Disorders ..... 41
Birthing Centers ..... 41
Blood Transfusions ..... 41
Chemical Dependency ..... 41
Chemotherapy ..... 42
Chiropractic Services ..... 42
Contraceptives ..... 42
Convalescent Home Services ..... 42

PET EXHIBIT 1-005

**TABLE OF CONTENTS**

Dental Accident Services.......... 42
Diabetic Education.......... 43
Diabetes Treatment (Office Visit).......... 43
Diagnostic Services.......... 43
Durable Medical Equipment.......... 43
Education Services.......... 44
Emergency Room Care.......... 44
Home Health Care.......... 44
Home Infusion Therapy Services.......... 44
Hospice Care.......... 45
Hospital Services - Facility and Professional.......... 45
Inborn Errors of Metabolism.......... 46
Infertility - Diagnosis and Treatment.......... 46
Mammograms (Routine and Medical).......... 46
Maternity Services - Professional and Facility Covered Providers.......... 47
Medical Supplies.......... 47
Mental Health.......... 47
Naturopathy.......... 48
Newborn Initial Care.......... 48
Office Visits.......... 48
Oral Surgery.......... 48
Orthopedic Devices/Orthotic Devices.......... 49
Pediatric Dental Care.......... 49
Pediatric Vision Care.......... 57
Postmastectomy Care and Reconstructive Breast Surgery.......... 58
Prescription Drugs.......... 58
Preventive Health Care.......... 62
Prostheses.......... 62
Radiation Therapy.......... 62
Rehabilitation – Facility and Professional.......... 63
Surgical Services.......... 64
Telemedicine.......... 65
Therapies for Down Syndrome.......... 65
Therapies - Outpatient.......... 65
Transplants.......... 65
Well-Child Care.......... 66
**COORDINATION OF BENEFITS WITH OTHER INSURANCE.......... 66**
Definitions.......... 66
Order of Benefit Determination Rules.......... 68
Effect on the Benefits of This Plan.......... 69
Right to Receive and Release Needed Information.......... 69
Facility of Payment.......... 69
Right of Recovery.......... 70
Coordination With Medicare.......... 70
Other Insurance.......... 71
**EXCLUSIONS AND LIMITATIONS.......... 71**
**CLAIMS.......... 74**
How to Obtain Payment for Covered Expenses for Benefits.......... 74
Prescription Drug Claims - Filling Prescriptions at a Retail Pharmacy.......... 75

## TABLE OF CONTENTS

Mail-Service Pharmacy ..... 75
**PREMIUM (DUES) REBATES ..... 76**
Distribution and Accounting of Premium (Dues) Rebates ..... 76
COBRA ..... 76
**GENERAL PROVISIONS ..... 76**
Modification of Group Plan ..... 76
Clerical Errors ..... 76
Notices Under Contract ..... 77
Contract Not Transferable by the Member ..... 77
Rescission of Member Guide ..... 77
Validity of Contract ..... 77
Waiver ..... 77
Payment by the Plan ..... 77
Conformity With State Statutes ..... 77
Forms for Proof of Loss ..... 77
Members Rights ..... 77
Alternate Care ..... 78
Alternate Dental Benefits ..... 78
Benefit Maximums ..... 78
Pilot Programs ..... 78
Fees ..... 78
Subrogation ..... 78
Statements are Representations ..... 78
When the Member Moves Out of State ..... 79
Right to Audit ..... 79
Independent Relationship ..... 79
Blue Cross and Blue Shield of Montana as an Independent Plan ..... 79
**STATEMENT OF ERISA RIGHTS ..... 80**
Statement of ERISA Rights ..... 80
**DEFINITIONS ..... 80**

PAGE LEFT BLANK INTENTIONALLY

PET EXHIBIT 1-008

SCHEDULE OF BENEFITS

# Blue Preferred Gold PPO 010

| | |
|---|---|
| **Group Name:** | BRUNDAGE FUNERAL HOME |
| **Group Number:** | 18B736 |
| **Effective Date:** | January 1, 2017 |
| **Annual and Lifetime Plan Maximum:** | None |
| **Benefit Period:** | Calendar Year |

The Benefits are subject to the Benefit Period unless otherwise specified.

| | In-Network | Out-of-Network |
|---|---|---|
| **Deductible:** | | |
| Individual | $1,500 | $3,000 |
| Family | $3,000 | $6,000 |

The In-Network and Out-of-Network Deductibles are separate amounts and one does not accumulate to the other.

Any Copayments and Coinsurance do not accumulate to the Deductible.

| | In-Network | Out-of-Network |
|---|---|---|
| **Coinsurance:** | 20% | 40% |
| **Copayments:** | | |
| Primary Care Provider (PCP) | $15 | No Copayment; Deductible and Coinsurance Apply |
| Specialist | $30 | No Copayment; Deductible and Coinsurance Apply |
| Urgent Care | $75 | No Copayment; Deductible and Coinsurance Apply |
| **Out of Pocket Amount:** | | |
| Individual | $4,000 | $8,000 |
| Family | $8,000 | $16,000 |

The In-Network and Out-of-Network Out of Pocket Amounts are separate amounts and one does not accumulate to the other. Charges in excess of the Allowable Fee do not accumulate to help meet the Out of Pocket Amount.

Some Benefits may have payment limitations. Refer to the specific Benefit in this Schedule of Benefits for additional information. In addition:

- For Pediatric Dental Services provided by an Out-of-Network Provider, Benefits will be provided as if such services were provided by an In-Network provider.
- For Emergency Services provided by an Out-of-Network Provider, Benefits will be provided as if such services were provided by an In-Network provider.
- Out-of-Network providers may bill the Member the difference between the Allowable Fee and the provider’s charge, in addition to any applicable Deductible, Copayment or Coinsurance even if Preauthorization is obtained for the service, or if treatment is provided for Emergency Services or Pediatric Dental Services.

| | |
|---|---|
| **Term of Member Guide:** | Monthly |

| **BENEFIT INFORMATION** Deductible applies to all services unless noted otherwise. | **IN-NETWORK COINSURANCE/ COPAYMENT** | **OUT-OF-NETWORK COINSURANCE/ COPAYMENT** |
|---|---|---|
| **Accident** | | |
| Professional Provider Services | 20% | 40% |
| **Refer to the section of the Schedule of Benefits entitled Office Visits.** | | |
| Facility Services | 20% | 40% |
| **Acupuncture** | 20% | 40% |
| Maximum Per Benefit Period – 12 Visits | | |
| **Refer to the section of the Schedule of Benefits entitled Office Visits.** | | |
| **Ambulance** | 20% | 20% |
| **Autism Spectrum Disorders** | | |
| Services, except medications/prescription drugs and Applied Behavior Analysis (ABA) services that are described in the Benefit section entitled Autism Spectrum Disorders are covered under medical Benefits. | | |
| **Refer to the section of the Schedule of Benefits entitled Office Visits.** | | |
| Medications/prescription drugs are covered under Prescription Drugs. | | |
| ABA services are only covered for Members under 19 years of age | 20% | 40% |
| **Birthing Centers** | 20% | 40% |
| **Chemical Dependency** | | |
| Professional Provider Services | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Refer to the section of the Schedule of Benefits entitled Office Visits.** | | |
| Facility Services | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Chiropractic Services** | 20% | 40% |
| Maximum Benefit Per Benefit Period for Chiropractic Manipulations – 10 Visits | | |
| **Convalescent Home Services** | 20% | 40% |
| Maximum Per Benefit Period – 60 Days | | |
| **Diabetic Education Benefit** | | |
| The Deductible, Coinsurance and/or Copayment do not apply to the payment of the first $250. After the payment of $250, Deductible, Coinsurance and/or Copayment will apply. | | |
| First $250 | Deductible, Copayment and Coinsurance Do Not Apply | |
| After the first $250 in payment | 20% | 40% |
| **Refer to the section of the Schedule of Benefits entitled Office Visits.** | | |

| **BENEFIT INFORMATION**<br>**Deductible applies to all services unless noted otherwise.** | **IN-NETWORK COINSURANCE/ COPAYMENT** | **OUT-OF-NETWORK COINSURANCE/ COPAYMENT** |
|---|---|---|
| **Diagnostic Services** | | |
| **Diagnostic Imaging Services** | | |
| Computerized Tomography (CT Scan), Magnetic Resonance Imaging (MRI), Positron Emission Tomography (PET Scan) | | |
| Professional Provider Services | 20% | 40% |
| Facility Services | 20% | 40% |
| **All Other Covered Diagnostic Services** | | |
| Professional Provider Services | 20% | 40% |
| Facility Services | 20% | 40% |
| **Durable Medical Equipment** | | |
| Rental (up to Purchase Price), Purchase and Repair and Replacement of Durable Medical Equipment | 20% | 40% |
| **Education Services** | | |
| Professional Provider Services | 20% | 40% |
| **Refer to the section of the Schedule of Benefits entitled Office Visits.** | | |
| Facility Services | 20% | 40% |
| **Emergency Room Care** | 20% | 20% |
| **Home Health Care** | 20% | 40% |
| Maximum Per Benefit Period – 180 Visits | | |
| **Hospice Care** | | |
| Professional Provider Services | Deductible, Copayment and Coinsurance Do Not Apply | |
| Facility Services | Deductible, Copayment and Coinsurance Do Not Apply | |
| **Hospital** | | |
| **Professional Services (when the Professional Provider is employed by the Hospital)** | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Facility Services** | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Mammograms** | | |
| Routine | Deductible, Copayment and Coinsurance Do Not Apply | 40%* |
| Medical | Deductible, Copayment and Coinsurance Do Not Apply | 40% |
| *Deductible and Coinsurance Do Not Apply to the payment of the first $70 for Routine mammograms provided by an Out-of-Network provider. | | |
| **Maternity Services** | | |
| Professional Provider Services | 20% | 40% |
| **(Refer to the section of the Schedule of Benefits entitled Office Visits. However, the Office Visit Copayment only applies to the initial visit. Subsequent visits are included in the charges for labor and delivery.)** | | |
| Facility Services | 20% | 40% |

## SCHEDULE OF BENEFITS, continued

| **BENEFIT INFORMATION**<br>**Deductible applies to all services unless noted otherwise.** | **IN-NETWORK COINSURANCE/ COPAYMENT** | **OUT-OF-NETWORK COINSURANCE/ COPAYMENT** |
|---|---|---|
| **Medical Supplies** | 20% | 40% |
| **Mental Health** | | |
| Professional Provider Services | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Refer to the section of the Schedule of Benefits entitled Office Visits.** | | |
| Facility Services | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Newborn Initial Care** | | |
| Professional Provider Services | 20% | 40% |
| Facility Services | 20% | 40% |
| The Deductible applies after the first 5 days of initial care. | | |
| **Office Visit** | | |
| **Primary Care Provider (PCP)** | $15*, No Deductible | 40% |
| The Copayment applies to the In-Network office visit and covered services provided during the office visit, except surgery, Physical Therapy Speech Therapy, Occupational Therapy, Chiropractic Manipulation, Diagnostic Imaging, Laboratory Services and X-rays. | | |
| **Specialist** | $30*, No Deductible | 40% |
| The Copayment applies to the In-Network office visit and covered services provided during the office visit, except surgery, Physical Therapy Speech Therapy, Occupational Therapy, Chiropractic Manipulation, Diagnostic Imaging, Laboratory Services and X-rays. | | |
| *Copayment does not apply to In-Network Preventive Health Care services. Refer to the section entitled Preventive Health Care. | | |
| **Orthopedic Devices/Orthotic Devices** | 20% | 40% |
| **Other Facility Services – Inpatient and Outpatient** | 20% | 40% |
| **Pediatric Dental Care (For Members under 19 years of age)** | 30% | 30% |
| Deductible and Coinsurance do not apply to fluoride treatments which are a Benefit for Members under age 19. | | |
| **Pediatric Orthodontic Services** | 30% | 30% |
| Coverage limited to children under age 19 with an orthodontic condition meeting Medical Necessity criteria (e.g., severe, dysfunctional malocclusion) established by The Plan. | | |
| **Pediatric Vision Care (For Members under 19 years of age)** | | |
| Routine Exam | Deductible, Copayment and Coinsurance Do Not Apply | |
| Maximum Per Benefit Period – 1 Exam | | |
| Frames and Lenses | 20% | 40% |
| Maximum Per Benefit Period – 1 Pair of Glasses or 2 Boxes of Contact Lenses | | |
| **Physician Medical Services**<br>(Other than the Office Visit) | 20% | 40% |

| **BENEFIT INFORMATION**<br>**Deductible applies to all services unless noted otherwise.** | **IN-NETWORK COINSURANCE/ COPAYMENT** | **OUT-OF-NETWORK COINSURANCE/ COPAYMENT** |
|---|---|---|
| **Prescription Drugs** | | |
| Refer to the last page of this Schedule of Benefits. | | |
| **Preventive Health Care** | | |
| Routine Services | Deductible, Copayment and Coinsurance Do Not Apply | 40% |
| **Prostheses Benefit** | | |
| Rental (up to Purchase Price), Purchase and Repair and Replacement of Prosthetics | 20% | 40% |
| **Rehabilitation Therapy** | | |
| **Professional Services** | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Refer to the section of the Schedule of Benefits entitled Office Visits.** | | |
| **Facility Services** | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Surgery Center Services - Outpatient** | | |
| Professional Provider Services | 20% | 40% |
| Facility Services | 20% | 40% |
| **Therapies – Outpatient** | | |
| Physical Therapy, Occupational Therapy, Speech Therapy, Cardiac Therapy | | |
| Professional Provider Services | 20% | 40% |
| Facility Services | 20% | 40% |
| **Transplants** | | |
| **Professional Services** | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Refer to the section of the Schedule of Benefits entitled Office Visits.** | | |
| **Facility Services** | | |
| Outpatient | 20% | 40% |
| Inpatient | 20% | 40% |
| **Urgent Care** | $75*, No Deductible | 40% |
| *Copayment does not apply to In-Network Preventive Health Care services. Refer to the section entitled Preventive Health Care. | | |
| **Well-Child Care Services** | Deductible, Copayment and Coinsurance Do Not Apply | 40%, No Deductible |

| PRESCRIPTION DRUG INFORMATION | | DEDUCTIBLE | COPAYMENT/ COINSURANCE |
|---|---|---|---|
| **Prescription Drugs**<br>(The Prescription Drugs Benefit utilizes a Drug List.) Any Copayments do not apply to certain contraceptive products. Refer to the Preventive Health Care Benefit. Any Copayments also do not apply to smoking cessation products and over-the-counter aids/medications, for two 90-day treatment regimens. | | | |
| Deductible | | Does Not Apply | |
| **Retail Value Participating Pharmacy Prescriptions**<br>Copayments for a **30-day supply** are: | | | |
| | Preferred Generic: | | No Copayment |
| | Non-Preferred Generic: | | $10 |
| | Preferred Brand-Name: | | $35 |
| | Non-Preferred Brand-Name: | | $75 |
| **Retail Participating Pharmacy Prescriptions**<br>Copayments for a **30-day supply** are: | | | |
| | Preferred Generic: | | $5 |
| | Non-Preferred Generic: | | $15 |
| | Preferred Brand-Name: | | $45 |
| | Non-Preferred Brand-Name: | | $85 |
| **Retail Non-Participating Pharmacy Prescriptions**<br>Copayments for a **30-day supply** are: | | | |
| | Preferred Generic: | | $5 |
| | Non-Preferred Generic: | | $15 |
| | Preferred Brand-Name: | | $45 |
| | Non-Preferred Brand-Name: | | $85 |
| **Payment for Prescription Drug Products purchased at a Non-Participating Pharmacy will be reduced by 50%, in addition to any Copayment.** | | | |
| **Mail Service Maintenance Prescriptions**<br>Copayments for a **90-day supply** are: | | | |
| | Preferred Generic: | | No Copayment |
| | Non-Preferred Generic: | | $30 |
| | Preferred Brand-Name: | | $105 |
| | Non-Preferred Brand-Name: | | $225 |
| **Retail Value Participating Pharmacy Prescriptions**<br>Copayments for a **90-day supply** are is: | | | |
| | Preferred Generic: | | No Copayment |
| | Non-Preferred Generic: | | $30 |
| | Preferred Brand-Name: | | $105 |
| | Non-Preferred Brand-Name: | | $225 |
| **Specialty Medications purchased at participating Specialty Pharmacies in the Blue Cross and Blue Shield of Montana Prime Specialty Network**<br>(30-day supply only) | | | $150* |

***An Out-of-Network 50% Coinsurance applies to Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy.**

The Member must pay the difference between a Brand-Name drug and the Generic equivalent in addition to the Copayment and/or Coinsurance if the Member chooses a Brand-Name drug when a Generic drug is available.

Any Copayment and/or Coinsurance amounts paid for prescription drugs do not apply to the Deductible. The 50% benefit reduction for prescription drugs purchased at a Non-Participating Pharmacy does not apply to the Out-of-Pocket maximum. The 50% Coinsurance for Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy does not apply to any Out of Pocket Amount.

## PROVIDERS OF CARE FOR MEMBERS

The participation or nonparticipation of providers from whom a Member receives services, supplies, and medication impacts the amount The Plan will pay and the Member's responsibility for payment. Professional providers and facility providers are either In-Network or Out-of-Network providers. In-Network providers include Participating Providers and Preferred Provider Organization (PPO) providers. Out-of-Network providers are nonparticipating and non-PPO providers.

### In-Network and Out-of-Network Professional Providers and Facility Providers

**Professional providers** include, but are not limited to, Physicians, doctors of osteopathy, dentists, optometrists, podiatrists, Advanced Practice Registered Nurses, physician assistants, naturopathic physicians, acupuncturists and physical therapists.

For purposes of the In Network Office Visit Copayment benefit, Primary Care Providers (PCPs) include general practitioners, family practitioners, internists, pediatricians, obstetricians and gynecologists, naturopaths, physicians' assistants, registered nurse practitioners, psychiatrists, psychologists, licensed addiction counselors, licensed clinical professional counselors and licensed clinical social workers.

A specialist is a Physician, not included in the list of PCPs, who provides medical services in any generally accepted medical specialty or sub-specialty.

**PCPs and specialists do not include chiropractors, acupuncturists, speech therapists, physical therapists, or occupational therapists.** However, if a Member receives services from one of these providers and an office visit is billed, the specialist Copayment will be applied.

**Facility providers** include, but are not limited to, Hospitals, Rehabilitation Facilities, Home Health Agencies, Convalescent Homes, skilled nursing facilities, freestanding facilities for the treatment of Chemical Dependency or Mental Illness, and freestanding surgical facilities (surgery center).

The Member may obtain a list of Participating Providers from Blue Cross and Blue Shield of Montana free of charge by contacting The Plan at the number listed on the inside cover of this Member Guide.

### PPO Providers

Blue Cross and Blue Shield of Montana has a PPO Network of Hospitals and surgery centers in Montana that is utilized under this Benefit Plan. Outside of the state of Montana, there are also Blue Cross and/or Blue Shield PPO Hospitals and surgery centers nationwide. The Member receives the In-Network Benefit when utilizing the PPO network or the nationwide Blue Cross and/or Blue Shield PPO Hospitals and surgery centers. If the Member obtains services or supplies from a non-PPO Network provider, the Out-of-Network Deductible, Coinsurance and Out-of-Pocket will apply as indicated on the Schedule of Benefits.

The exceptions to the Benefit reduction are:

- Emergency Services;
- Services that are unavailable within the PPO Network.

If a Member receives services from an out of state provider, then services must be provided by:

- Blue Cross and/or Blue Shield PPO facility providers; and/or
- Blue Cross and/or Blue Shield participating professional providers* or PPO professional providers.

*Some Blue Cross and/or Blue Shield Plans require services to be provided by a PPO professional provider for the Member to receive the highest level of Benefit. Contact The Plan for additional information on out of state services.

Emergency Services and services that are unavailable within the PPO Network will be covered as In Network. **However, any nonparticipating provider or non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment even if Preauthorization was obtained for such services.** The Member will be responsible for the balance of the nonparticipating provider's or non-PPO provider's charges after payment by Blue Cross and Blue Shield and payment by the Member of any Deductible, Coinsurance and/or Copayment.

## Out of PPO Network Referrals

There may be circumstances under which the most appropriate treatment for the Member's condition is not available through the PPO Network. When this occurs, it is recommended the Member's attending Physician contact The Plan for an out of PPO Network referral. If the referral is not approved, and the Member chooses to obtain services from a non-PPO Network provider, the Member will be responsible for the Out-of-Network Deductible and Coinsurance, in addition to any difference between the Blue Cross and Blue Shield of Montana Allowable Fee and the provider's billed charges.

**If The Plan approves the referral, those services will process with the In-Network Deductible and Coinsurance. However, any nonparticipating provider or non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment even if The Plan approves the referral.**

## How Providers are Paid by The Plan and Member Responsibility

Payment by The Plan for Benefits is based on the Allowable Fee and is impacted by the participation or nonparticipation of the provider in the Blue Cross and Blue Shield of Montana provider network.

An **In-Network provider** agrees to accept payment of the Allowable Fee from Blue Cross and Blue Shield of Montana for Covered Medical Expenses, together with any Deductible, Coinsurance and/or Copayment from the Member, as payment in full. Generally, The Plan will pay the Allowable Fee for a Covered Medical Expense directly to the Participating Provider or PPO Provider. In any event, The Plan may, in its discretion, make payment to the Member, the provider, the Member and provider jointly, or any person, firm, or corporation who paid for the services on the Member's behalf.

**Out-of-Network providers** do not have to accept Blue Cross and Blue Shield payment as payment in full. Payment to a nonparticipating provider or a non-PPO provider for Covered Medical Expenses is based on the Allowable Fee. The nonparticipating provider or a non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment. The Member will be responsible for the balance of the nonparticipating provider's or a non-PPO provider's charges after payment by Blue Cross and Blue Shield and payment of any Deductible, Coinsurance and/or Copayment.

## How Providers are Paid by The Plan and Member Responsibility Outside of Montana

Payment by The Plan for Benefits is based on the Allowable Fee and is impacted by the participation or nonparticipation of the provider in the Blue Cross and Blue Shield of Montana provider network in the state where serves are provided.

An **In-Network provider** agrees to accept payment of the Allowable Fee from Blue Cross and Blue Shield for Covered Medical Expenses, together with any Deductible, Coinsurance and/or Copayment from the Member, as payment in full. Generally, The Plan will pay the Allowable Fee for a Covered Medical Expense directly to the Participating Provider or PPO Provider. In any event, The Plan may, in its discretion, make payment to the Member, the provider, the Member and provider jointly, or any person, firm, or corporation who paid for the services on the Member's behalf.

**Out-of-Network providers** do not have to accept Blue Cross and Blue Shield payment as payment in full. Payment to a nonparticipating provider or a non-PPO provider for Covered Medical Expenses is based on the Allowable Fee. The nonparticipating provider or a non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment. The Member will be responsible for the balance of the nonparticipating provider's or a non-PPO provider's charges after payment by Blue Cross and Blue Shield and payment of any Deductible, Coinsurance and/or Copayment.

## Pretreatment Estimate of Dental Benefits and Treatment Plan

If the Member's Dentist recommends a Course of Treatment that will cost more than $300, the Dentist should prepare a claim form describing the planned treatment (called a "treatment plan"), copies of necessary x-rays, photographs and models and an estimate of the charges prior to beginning the Course of Treatment. The Plan will review the report and materials, taking into consideration any alternative adequate Course of Treatment, and will notify the Member and the Dentist of the estimated Benefits which will be provided under this Member Guide. This is not a guarantee of payment, but an estimate of the Benefits available for the proposed services to be rendered. The

Plan's Pretreatment Estimates of Benefits are valid for 180 days, provided all eligibility and Member Guide requirements are met. If the approved procedure is not done within that time period, or if the patient's condition changes, the Member is responsible for asking the Dentist to submit another request and treatment plan, along with the required current documentation. A new Pretreatment Estimate of Benefits must then be issued by The Plan.

For Prescription Drug Products, the Member will be responsible for paying the specific Copayment/Coinsurance as described in the Prescription Drugs section.

The Plan will not pay for any services, supplies or medications which are not a Covered Medical Expense, or for which a Benefit maximum has been met, regardless of whether provided by a Participating Provider or a nonparticipating provider. The Member will be responsible for all charges for such services, supplies, or medications.

## MEMBERS RIGHTS AND RESPONSIBILITIES

A Member has the right to:

1. Receive information about The Plan, the quality assurance program, the Member's health Benefit Plan, the names of participating health care providers, and the Member's rights and responsibilities.
2. Be treated with respect and recognition of the Member's dignity and right to privacy.
3. Have a candid discussion of appropriate or Medically Necessary treatment options for the Member's condition, regardless of cost or Benefit coverage.
4. Participate with health care providers in decision-making regarding the Member's health care.
5. Voice complaints or appeals about the managed care organization, health care providers or the care provided.
6. Talk to the Member's health care provider and expect that the Member's records and conversations are kept confidential.
7. When requested by the insured or the insured's agent, Montana law requires Blue Cross and Blue Shield of Montana to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

A Member has the responsibility to:

1. Provide, to the extent possible, information that The Plan and health care providers need in order to care for the Member.
2. Follow the treatment plans and instruction for care the Member has agreed upon with the Member's health care providers.

## OUT-OF-AREA SERVICES – THE BLUECARD PROGRAM

### Out-of-Area Services

Blue Cross and Blue Shield of Montana has a variety of relationships with other Blue Cross and/or Blue Shield Licensees. Generally, these relationships are called "Inter-Plan Arrangements." These Inter-Plan Arrangements work based on rules and procedures issued by the Blue Cross Blue Shield Association. Whenever a Member receives healthcare services outside of the Blue Cross and Blue Shield of Montana service area, the claims for those services may be processed through one of these Inter-Plan Arrangements. The Inter-Plan Arrangements are described below.

When a Member receives care outside of the Blue Cross and Blue Shield of Montana service area, the Member will receive care from one of two kinds of providers. Most providers ("participating providers") contract with the local Blue Cross and/or Blue Shield Licensee in that geographic area ("Host Blue"). Some providers ("nonparticipating providers") don't contract with the Host Blue. Blue Cross and Blue Shield of Montana explain below how we pay both kinds of providers.

**1. BlueCard® Program**

Under the BlueCard® Program, when a Member receives Covered Medical Expenses within the geographic area served by a Host Blue, Blue Cross and Blue Shield of Montana will remain responsible for what we agreed to in the contract. However, the Host Blue is responsible for contracting with and generally handling all interactions with its participating healthcare providers.

When the Member receives Covered Medical Expenses outside the Blue Cross and Blue Shield of Montana service area and the claim is processed through the BlueCard Program, the amount the Member pays for Covered Medical Expenses is calculated based on the lower of:

- The billed covered charges for the Member's Covered Medical Expenses; or
- The negotiated price that the Host Blue makes available to Blue Cross and Blue Shield of Montana.

Often, this "negotiated price" will be a simple discount that reflects an actual price that the Host Blue pays to the Member's healthcare provider. Sometimes, it is an estimated price that takes into account special arrangements with the Member's healthcare provider or provider group that may include types of settlements, incentive payments, and/or other credits or charges. Occasionally, it may be an average price, based on a discount that results in expected average savings for similar types of healthcare providers after taking into account the same types of transactions as with an estimated price.

Estimated pricing and average pricing, going forward, also take into account adjustments to correct for over- or underestimation of past pricing of claims, as noted above. However, such adjustments will not affect the price Blue Cross and Blue Shield of Montana uses for the Member's claim because they will not be applied after a claim has already been paid.

In some cases, Blue Cross and Blue Shield of Montana may, but is not required to, negotiate a payment with a non-participating healthcare provider on an exception basis.

**Inter-Plan Programs: Federal/State Taxes/Surcharges/Fees**

Federal or state laws or regulations may require a surcharge, tax or other fee. If applicable, Blue Cross and Blue Shield of Montana will include any such surcharge, tax or other fee as part of the claim charge passed on to the Member.

**2. Non-Participating Healthcare Providers Outside of the Blue Cross and Blue Shield of Montana Service Area**

**a.** Member Liability Calculation

When the Member incurs Covered Medical Expenses outside of the Blue Cross and Blue Shield of Montana service area for services provided by non-participating healthcare providers, the amount the Member pays for such services will generally be based on either the Host Blue's non-participating healthcare provider local payment or the pricing arrangements required by applicable state law. In these situations, the Member may be liable for the difference between the amount that the non-participating healthcare provider bills and the payment Blue Cross and Blue Shield of Montana will make for the Covered Medical Expenses as set forth in this paragraph. Federal or state law, as applicable, will govern payments for out-of-network emergency services.

**b.** Exceptions.

In certain situations, Blue Cross and Blue Shield of Montana may use other payment bases, such as Covered Medical Expenses, the payment Blue Cross and Blue Shield of Montana would make if the healthcare services had been obtained within the Blue Cross and Blue Shield of Montana service area, or a special negotiated payment to determine the amount Blue Cross and Blue Shield of Montana will pay for services provided by non-participating healthcare providers. In these situations, the Member may be liable for the difference between the amount that the non-participating healthcare provider bills and the payment Blue Cross and Blue Shield of Montana will make for the Covered Medical Expenses as set forth in this paragraph.

**3. BlueCard Worldwide® Program**

If the Member is outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands, the Member may be able to take advantage of the BlueCard Worldwide® Program when accessing Covered Medical

Expenses. The BlueCard Worldwide Program is unlike the BlueCard Program available in the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands in certain ways. For instance, although the BlueCard Worldwide Program assists the Member with accessing a network of inpatient, outpatient and professional providers, the network is not served by a Host Blue. As such, when the Member receive care from providers outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands, the Member will typically have to pay the providers and submit the claims himself/herself to obtain reimbursement for these services.

If the Member needs medical assistance services (including locating a doctor or hospital) outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands (hereinafter "BlueCard service area"), the Member should call the BlueCard Worldwide Service Center at 1.800.810.BLUE (2583) or call collect at 1.804.673.1177, 24 hours a day, seven days a week. An assistance coordinator, working with a medical professional, will arrange a physician appointment or hospitalization, if necessary.

**Benefits will not be provided for any services or supplies except for those provided for an Emergency Medical Condition and received through the Inter-Plan Arrangements, which includes the BlueCard program.**

- **Inpatient Services**

  In most cases, if the Member contacts the BlueCard Worldwide Service Center for assistance, hospitals will not require the Member to pay for covered inpatient services, except for the cost-share amounts/deductibles, coinsurance, etc.. In such cases, the hospital will submit the Member's claims to the BlueCard Worldwide Service Center to begin claims processing. However, if the Member paid in full at the time of service, the Member must submit a claim to receive reimbursement for Covered Medical Expenses.

  The Member must contact Blue Cross and Blue Shield of Montana to obtain preauthorization to verify that Inpatient Services are for the treatment of an Emergency Medical Condition.

- **Outpatient Services**

  Outpatient Services are available for the treatment of an Emergency Medical Condition. Physicians, urgent care centers and other outpatient providers located outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands will typically require the Member to pay in full at the time of service. The Member must submit a claim to obtain reimbursement for Covered Medical Expenses.

- **Submitting a BlueCard Worldwide Claim**

  When the Member pays for Covered Medical Services outside the BlueCard service area, the Member must submit a claim to obtain reimbursement. For institutional and professional claims, the Member should complete a BlueCard Worldwide International claim form and send the claim form the provider's itemized bill(s) to the BlueCard Worldwide Service Center (the address is on the form) to initiate claims processing. Following the instructions on the claim form will help ensure timely processing of the Member's claim. The claim form is available from Blue Cross and Blue Shield of Montana, the BlueCard Worldwide Service Center or online at www.bluecardworldwide.com. If the Member needs assistance with the Member claim submission, the Member should call the BlueCard Worldwide Service Center at 1.800.810.BLUE (2583) or call collect at 1.804.673.1177, 24 hours a day, seven days a week.

## COMPLAINTS AND GRIEVANCES

### Complaints and Grievances

The Plan has established a complaint and grievance process. A complaint involves a communication from the Member expressing dissatisfaction about The Plan's services or lack of action or disagreement with The Plan's response. A grievance will typically involve a complaint about a provider or a provider's office, and may include complaints about a provider's lack of availability or quality of care or services received from a provider's staff.

Most problems can be handled by calling Customer Service at the number appearing on the inside cover of this Member Guide. The Member may also file a written complaint or grievance with The Plan. The fax number, email address, and mailing address of The Plan appears on the inside cover of this Member Guide. Written complaints or

grievances will be acknowledged within 10 days of receipt. The Member will be notified of The Plan's response within 60 days from receipt of the Member's written complaint or grievance.

# APPEALS

## Claims Procedures

### Types of Claims

Claims are classified by type of claim and the timeline in which a decision must be decided and a notice provided depends on the type of claim involved. The initial benefit claim determination notice will be included in the Member's explanation of benefits (EOB) or in a letter from The Plan, whether adverse or not. There are five types of claims:

**1. Pre-Service Claims**

A pre-service claim is any claim for a Benefit that, under the terms of this Member Guide, requires authorization or approval from The Plan or The Plan's subcontracted administrator prior to receiving the Benefit.

**2. Urgent Care Claims**

An urgent care claim is any pre-service claim where a delay in the review and adjudication of the claim could seriously jeopardize the Member's life or health or ability to regain maximum function or subject the Member to severe pain that could not be adequately managed without the care or treatment that is the subject of the claim.

**3. Post-Service Claims**

A post-service claim is any claim for payment filed after a Benefit has been received and any other claim that is not a pre-service claim.

**4. Rescission Claims**

A rescission of coverage is considered a special type of claim. A rescission is defined as any cancellation or discontinuation of coverage that has a retroactive effect based upon the Member's fraud or an intentional misrepresentation of a material fact. A cancellation or discontinuance of coverage that has a retroactive effect is not a rescission if and to the extent it is attributable to a failure to timely pay required premiums or contributions towards the cost of coverage or to routine changes, such as eligibility updates. A cancellation or discontinuance with a prospective effect only is not a rescission.

**5. Concurrent Care Claim**

A concurrent care decision represents a decision of The Plan approving an ongoing course of medical treatment for the Member to be provided over a period of time or for a specific number of treatments. A concurrent care claim is any claim that relates to the ongoing course of medical or emergency treatment (and the basis of the approved concurrent care decision), such as a request by the Member for an extension of the number of treatments or the termination by The Plan of the previously approved time period for medical treatment.

### Initial Claim Determination by Type of Claim

**1. Pre-Service Claim Determination and Notice**

**a.** Notice of Determination

Upon receipt of a pre-service claim, The Plan will provide timely notice of the initial claim determination once sufficient information is received to make an initial determination, but no later than 15 days after receiving the claim.

**b.** Notice of Extension

**1.** For reasons beyond the control of The Plan

The Plan may extend the 15-day time period for an additional 15 days for reasons beyond The Plan's

control. The Plan will notify the Member in writing of the circumstances requiring an extension and the date by which The Plan expects to render a decision.

**2.** For receipt of information from the Member to decide the claim

If the extension is necessary due to the Member's failure to submit information necessary to decide the claim, the extension notice will specifically describe the information needed, and the Member will be given 45 days from receipt of the notice within which to provide the specified information. The Plan will notify the Member of the initial claim determination no later than 15 days after the earlier of the date The Plan receives the specific information requested or the due date for the requested information.

**c.** Notice of Improperly Submitted Claim

If a pre-service claim request was not properly submitted, The Plan will notify the Member about the improper submission as soon as practicable, but no later than 5 days after The Plan's receipt of the claim, and will advise the Member of the proper procedures to be followed for filing a pre-service claim.

**2. Urgent Care Claim Determination and Notice**

**a.** Designation of Claim

Upon receipt of a pre-service claim, The Plan will make a determination if the claim involves urgent care. If a physician with knowledge of the Member's medical condition determines the claim involves urgent care, The Plan will treat the claim as an urgent care claim.

**b.** Notice of Determination

If the claim is treated as an urgent care claim, The Plan will provide the Member with notice of the determination, either verbally or in writing, as soon as possible consistent with the Member's medical exigencies but no later than 72 hours from The Plan's receipt of the claim. If verbal notice is provided, The Plan will provide a written notice within 3 days after the date The Plan notified the Member.

**c.** Notice of Incomplete or Improperly Submitted Claim

If an urgent care claim is incomplete or was not properly submitted, The Plan will notify the Member about the incomplete or improper submission no later than 24 hours from The Plan's receipt of the claim. The Member will have at least 48 hours to provide the necessary information. The Plan will notify the Member of the initial claim determination no later than 48 hours after the earlier of the date The Plan receives the specific information requested or the due date for the requested information.

**3. Post-Service Claim Determination and Notice**

**a.** Notice of Determination

In response to a post-service claim, The Plan will provide timely notice of the initial claim determination once sufficient information is received to make an initial **determination, but no later than 30 days after receiving the claim.**

**b.** Notice of Extension

**1.** For reasons beyond the control of The Plan

The Plan may extend the 30-day timeframe for an additional 15-day period for reasons beyond The Plan's control. The Plan will notify the Member in writing of the circumstances requiring an extension and the date by which The Plan expects to render a decision in such case.

**2.** For receipt of information from the Member to decide the claim

If the extension is necessary due to the Member's failure to submit information necessary to decide the claim, the extension notice will specifically describe the information needed. The Member will be given 45 days from receipt of the notice to provide the information. The Plan will notify the Member of the initial claim determination no later than 15 days after the earlier of the date The Plan receives the specific information requested, or the due date for the information.

**4. Concurrent Care Determination and Time Frame for Decision and Notice**

a. Request for Extension of Previously Approved Time Period or Number of Treatments

1. In response to the Member's claim for an extension of a previously approved time period for treatments or number of treatments, and if the Member's claim involves urgent care, The Plan will review the claim and notify the Member of its determination no later than 24 hours from the date The Plan received the Member's claim, provided the Member's claim was filed at least 24 hours prior to the end of the approved time period or number of treatments.
2. If the Member's claim was not filed at least 24 hours prior to the end of the approved time period or number of treatments, the Member's claim will be treated as and decided within the timeframes for an urgent care claim as described in the section entitled, "Initial Claim Determination by Type of Claim."
3. If the Member's claim did not involve urgent care, the time periods for deciding pre-service claims and post-service claims, as applicable, will govern.

b. Reduction or Termination of Ongoing Course of Treatment

Other than through a Plan amendment or termination, The Plan may not subsequently reduce or terminate an ongoing course of treatment for which the Member has received prior approval unless The Plan provides the Member with written notice of the reduction or termination and the scheduled date of its occurrence sufficiently in advance to allow the Member to appeal the determination and obtain a decision before the reduction or termination occurs.

**5. Rescission of Coverage Determination and Notice of Intent to Rescind**

If The Plan makes a decision to rescind the Member's coverage due to a fraud or an intentional misrepresentation of a material fact, The Plan will provide the Member with a Notice of Intent to Rescind at least thirty (30) days prior to rescinding coverage. The Notice of Intent to Rescind will include the following information:

a. The specific reason(s) for the rescission that show the fraud or intentional misrepresentation of a material fact;
b. The date when the notice period ends and the date to which coverage is to be retroactively rescinded;
c. A statement that the Member will have the right to appeal any final decision of The Plan to rescind coverage prior to or after the thirty (30) day period, and a description of The Plan's appeal procedures;
d. A reference to The Plan provision(s) on which the rescission is based;
e. A statement that the Member is entitled to receive upon request and free of charge reasonable access to, and copies of all documents and records and other information relevant to the rescission.

**Notice of an Adverse Benefit Determination**

An "adverse benefit determination" is defined as a rescission or a denial, reduction, or termination of, or failure to provide or make payment (in whole or in part) for a Benefit. If The Plan's determination constitutes an adverse benefit determination, the notice to the Member will include:

1. Information sufficient to identify the benefit or claim involved, including, if applicable, the date of service, the health care provider, and the claim amount;
2. The reason(s) for the adverse benefit determination. If the adverse benefit determination is a rescission, the notice will include the basis for the fraud and/or intentional misrepresentation of a material fact;
3. A reference to the applicable Member Guide provision(s), including identification of any standard relied upon in The Plan to deny the claim (such as a medical necessity standard), on which the adverse benefit determination is based;
4. A description of The Plan's internal appeal and external review procedures (and for urgent care claims only, a description of the expedited review process applicable to such claims), a description of and contact information for a consumer appeal assistance program, and if applicable, a statement of the Member's right to file a civil action under Section 502(a) of ERISA;
5. If applicable, a description of any additional information necessary to complete the claim and why the information is necessary;

6. If applicable, a statement that any internal Medical Policy or guideline or other medical information relied upon in making the adverse benefit determination, and an explanation for the same, will be provided, upon request and free of charge;
7. If applicable, a statement that an explanation for any adverse benefit determination that is based on an experimental treatment or similar exclusion or limitation or a medical necessity standard will be provided, upon request and free of charge;
8. If applicable, a statement that diagnosis and treatment codes will be provided, and their corresponding meanings, upon request and free of charge; and
9. A statement that reasonable access to and copies of all documents and records and other information relevant to the adverse benefit determination will be provided, upon request and free of charge.

**How to File an Internal Appeal of an Adverse Benefit Determination**

**1. Time for Filing an Internal Appeal of an Adverse Benefit Determination**

If the Member disagrees with an adverse benefit determination (including a rescission), the Member may appeal the determination within 180 days from receipt of the adverse benefit determination. With the exception of urgent care claims, The Member's appeal may be made verbally or in writing, should list the reasons why the Member does not agree with the adverse benefit determination, and must be sent to the address or fax number listed for appeals on the inside cover of this Member Guide. If the Member is appealing an urgent care claim, the Member may appeal the claim verbally by calling the telephone number listed for urgent care appeals on the inside cover of this Member Guide.

For additional assistance with an appeal, a Member may also contact the Commissioner of Securities and Insurance at: Montana Commissioner of Securities and Insurance, 804 Helena Ave., Helena, MT 59601 or call 1-800-332-6148 or 406-444-2040.

**2. Access to Plan Documents**

The Member may at any time during the filing period, receive reasonable access to and copies of all documents, records and other information relevant to the adverse benefit determination upon request and free of charge. Documents may be viewed at The Plan's office, at 3645 Alice Street, Helena, Montana, between the hours of 8:00 a.m. and 5:00 p.m., Monday through Friday, excluding holidays. The Member may also request that Blue Cross and Blue Shield of Montana mail copies of all documentation to the Member free of charge.

**3. Submission of Information and Documents**

The Member may present written evidence and testimony, including any new or additional records, documents or other information that are relevant to the claim for consideration by The Plan until a final determination of the Member's appeal has been made.

**4. Consideration of Comments**

The review of the claim on appeal will take into account all evidence, testimony, new and additional records, documents, or other information the Member submitted relating to the claim, without regard to whether such information was submitted or considered in making the initial adverse benefit determination.

If The Plan considers, relies on or generates new or additional evidence in connection with its review of the Member's claim, The Plan will provide the Member with the new or additional evidence free of charge as soon as possible and with sufficient time to respond before a final determination is required to be provided by The Plan. If The Plan relies on a new or additional rationale in denying the Member's claim on review, The Plan will provide the Member with the new or additional rationale as soon as possible and with sufficient time to respond before a final determination is required to be provided by The Plan.

**5. Scope of Review**

The person who reviews and decides the Member's appeal will be a different individual than the person who decided the initial adverse benefit determination and will not be a subordinate of the person who made the initial adverse benefit determination. The review on appeal will not give deference to the initial adverse benefit determination and will be made anew. The Plan will not make any decision regarding hiring, compensation, termination, promotion or other similar matters with respect to the individual selected to conduct the review on appeal based upon how the individual will decide the appeal.

**6. Consultation with Medical Professionals**

If the claim is, in whole or in part, based on medical judgment, The Plan will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. The health care professional will not have been involved in the initial adverse benefit determination (nor have been a subordinate of any person previously consulted). The Member may request information regarding the identity of any health care professional whose advice was obtained during the review of the Member's claim.

**Time Period for Notifying Member of Final Internal Adverse Benefit Determination**

The time period for deciding an appeal of an adverse benefit determination and notifying the Member of the final internal adverse benefit determination depends upon the type of claim. The chart below provides the time period in which The Plan will notify the Member of its final internal adverse benefit determination for each type of claim.

| Type of Claim on Appeal | Time Period for Notification of Final Internal Adverse Benefit Determination |
|---|---|
| Urgent Care Claim | No later than 72 hours from the date The Plan received the Member's appeal, taking into account the medical exigency. |
| Pre-Service Claim | No later than 30 days from the date The Plan received the Member's appeal. |
| Post-Service Claim | No later than 60 days from the date The Plan received the Member's appeal. |
| Concurrent Care Claim | • If the Member's claim involved urgent care, no later than 72 hours from the date The Plan received the Member's appeal, taking into account the medical exigency.<br>• If the Member's claim did not involve urgent care, the time period for deciding a pre-service (non-urgent care) claim or a post-service claim, as applicable, will govern. |
| Rescission Claim | No later than 60 days from the date The Plan received the Member's appeal. |

**Content of Notice of Final Internal Adverse Benefit Determination**

If the decision on appeal upholds, in whole or in part, the initial adverse benefit determination, the final internal adverse benefit determination notice will include the following information:

1. Information sufficient to identify the claim involved in the appeal, including, as applicable, the date of service, the health care provider, and the claim amount;
2. The title and qualifying credentials of each health care professional participating in the appeal;
3. A statement from each health care professional participating in the appeal of his/her/their understanding of the basis for the Member's appeal;
4. The specific reason(s) for the final internal adverse benefit determination, including a discussion of the decision. If the final internal adverse benefit determination upholds a rescission, the notice will include the basis for the fraud or intentional misrepresentation of a material fact;
5. A reference to the applicable Member Guide provision(s), including identification of any standard relied upon in The Plan to deny the claim (such as a medical necessity standard), on which the final internal adverse benefit determination is based;
6. If applicable, a statement describing the Member's right to request an external review and the time limits for requesting an external review;
7. If applicable, a statement that any internal Medical Policy or guideline or medical information relied on in making the final internal adverse benefit determination will be provided, upon request and free of charge;
8. If applicable, an explanation of the scientific or clinical judgment for any final internal adverse benefit determination that is based on a medical necessity or an experimental treatment or similar exclusion or limitation as applied to the Member's medical circumstances;
9. If applicable, a statement that diagnosis and treatment codes will be provided, with their corresponding meanings, upon request and free of charge;

10. A description of and contact information for a consumer appeal assistance program and a statement of the Member's right to file a civil action under Section 502(a) of ERISA; and
11. A statement that reasonable access to and copies of all documents and records and other information relevant to the final internal adverse benefit determination will be provided, upon request and free of charge.

**External Review Procedures – In General**

In most cases, and except as provided in the next two sections, the Member must follow and exhaust the internal appeals process outlined above before the Member may submit a request for external review. In addition, external review is limited to only those adverse benefit determinations that involve:

1. Rescissions of coverage; and
2. Medical judgment, including those adverse benefit determinations that are based on requirements for medical necessity, appropriateness, health care setting, level of care, or effectiveness of a covered benefit or adverse benefit determinations that certain treatments are experimental or investigational.

External review is not available for:

1. Adverse benefit determinations that are based on contractual or legal interpretations without any use of medical judgment; and
2. Adverse benefit determinations that are based on a failure to meet requirements for eligibility under a group health plan.

**Standard External Review Procedures**

There are two types of external review: a standard external review and an expedited external review. An expedited external review is generally based upon the seriousness of the Member's medical circumstances, and entitles the Member to an expedited notice and decision making process. The procedures for requesting standard (non-expedited) external reviews are discussed in this section. The procedures for requesting expedited external reviews are discussed in the next section.

External reviews (standard or expedited) of adverse benefit determinations or final internal adverse benefit determinations based upon a determination that certain treatments are experimental or investigational are discussed in separate sections, following the section entitled Expedited External Review Procedures, below.

1. **Request for a Standard External Review**

   The Member must submit a written request to The Plan for a standard external review within 4 months from the date the Member receives an adverse benefit determination or a final internal adverse benefit determination.

2. **Preliminary Review**

   The Plan must complete a preliminary review within 5 business days from receipt of the Member's request for a standard external review to determine whether:

   a. The Member is or was covered under The Plan when the health care item or service was requested or, in the case of a retrospective review, whether the Member was covered under The Plan when the health care item or service was provided;
   b. The adverse benefit determination or final internal adverse benefit determination relates to the Member's failure to meet The Plan's eligibility requirements;
   c. The Member has exhausted (or is not required to exhaust) The Plan's internal appeals process;
   d. The Member has provided all the information and forms required to process the external review.

   Within 1 day after completing its review, The Plan will notify the Member in writing if the request is eligible for external review. If further information or materials are necessary to complete the review, the written notice will describe the information or materials and the Member will be given the remainder of the 4 month period or 48 hours after receipt of the written notice, whichever is later, to provide the necessary information or materials. If the request is not eligible for external review, The Plan will outline the reasons for ineligibility in the notice, include a statement informing the Member or the Member's authorized representative of the right to appeal The Plan's determination to the Commissioner of Securities and Insurance and provide the Member with contact information for the U.S. Employee Benefits Security Administration (toll free number 866.444.EBSA (3272) and contact information for the Commissioner's office.

**3. Assignment of an IRO**

If the Member's request is eligible for external review, The Plan will within 1 business day assign the request for external review on a random basis, or using another method of assignment that ensures the independence and impartiality of the assignment process, from the list of approved IROs compiled and maintained by the Montana Commissioner of Securities and Insurance to conduct the external review. In making the assignment, The Plan will consider whether an IRO is qualified to conduct the particular external review based on the nature of the health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination. The Plan will also take into account other circumstances, including conflict of interest concerns.

**4. Initiation of External Review and Opportunity to Submit Additional Documents**

Within 1 business day of assigning the IRO, The Plan will notify the Member, in writing, or the Member's authorized representative, that The Plan has initiated an external review and that the Member or the Member's authorized representative may submit additional information to the IRO within 10 business days following the date of receipt of the notice for the IRO's consideration in its external review. The IRO may accept and consider additional information submitted after the 10 business days.

**5. Plan Submission of Documents to the IRO**

Within 5 business days after the date the IRO is assigned, The Plan must submit the documents and any information considered in making the benefits denial to the IRO. The Plan's failure to timely provide such documents and information will not constitute cause for delaying the external review. If The Plan fails to timely provide the documents and information, the IRO may terminate the external review and reverse the adverse benefit determination or final internal adverse benefit determination. If the IRO does so, it must notify the Member and The Plan within 1 business day after making the decision.

**6. Reconsideration by Plan**

On receiving any information submitted by the Member, the IRO must forward the information to The Plan within 1 business day. The Plan may then reconsider its adverse benefit determination or final internal adverse benefit determination. If The Plan decides to reverse its adverse benefit determination or final internal adverse benefit determination, The Plan must provide written notice to the Member and IRO within 1 business day after making the decision. On receiving The Plan's notice, the IRO must terminate its external review.

**7. Standard of Review**

In reaching its decision, the IRO will review the claim and will not be bound by any decisions or conclusions reached under The Plan's internal claims and appeals process. In addition to the documents and information timely received, and to the extent the information or documents are available, the IRO will consider the following in reaching a decision:

- **a.** The Member's medical records;
- **b.** The Member's treating provider(s)'s recommendations;
- **c.** Reports from appropriate health care professionals and other documents, opinions, and recommendations submitted by The Plan and the Member;
- **d.** The terms and conditions of The Plan, including specific coverage provisions, to ensure that the IRO's decision is not contrary to the terms and conditions of The Plan, unless the terms and conditions do not comply with applicable law;
- **e.** Appropriate practice guidelines, which must include applicable Evidence-Based Standards;
- **f.** Any applicable clinical review criteria developed and used by The Plan unless the criteria are inconsistent with the terms and conditions of The Plan or do not comply with applicable law;
- **g.** The applicable Medical Policies of The Plan;
- **h.** The opinion of the IRO's clinical reviewer or reviewers after considering information described in this notice to the extent the information or documents are available and the clinical reviewer or reviewers consider them appropriate.

**8. Written Notice of the IRO's Final External Review Decision**

The IRO will send written notification of its decision to the Member and to The Plan within 45 days after the IRO's receipt of the request for external review. The notice will include:

**a.** A general description of the reason for the external review request, including information sufficient to identify the claim, and the reason for the prior denial;
**b.** The date the IRO received the assignment to conduct the external review and the date of the IRO's decision;
**c.** References to the evidence or documentation considered in reaching the decision, including specific coverage provisions and Evidence-Based Standards;
**d.** A discussion of the principal reason(s) for the IRO's decision, including the rationale for its decision and any Evidence-Based Standards relied on in making the decision;
**e.** A statement that the IRO's determination is binding, unless other remedies are available to The Plan or the Member under state or federal law;
**f.** A statement that judicial review may be available to the Member and The Plan; and
**g.** Contact information for a consumer appeal assistance program at the Commissioner of Securities and Insurance.

**9. Compliance with IRO Decision**

If the IRO reverses The Plan's adverse benefit determination or final internal adverse benefit determination, The Plan will immediately provide coverage or issue payment according to the written terms and benefits of the Member Guide.

**Expedited External Review Procedures**

In general, the same rules that apply to standard external review apply to expedited external review, except that the timeframe for decisions and notifications is shorter.

**1. Request for Expedited External Review**

Under the following circumstances, the Member may request an expedited external review:

**a.** If the Member received an adverse benefit determination that denied the Member's claim and: (1) the Member filed a request for an internal urgent care appeal; and (2) the delay in completing the internal appeal process would seriously jeopardize the life or health of the Member or the Member's ability to regain maximum function; or
**b.** Upon receipt of a final internal adverse benefit determination which involves: (1) a medical condition of the Member for which a delay in completing the standard external review would seriously jeopardize the Member's life or health or the Member's ability to regain maximum function; or (2) an admission, availability of care, a continued stay, or a health care item or service for which the Member received emergency services, but has not been discharged from a facility.

**2. Preliminary Review**

Upon receiving the Member's request for expedited external review, The Plan will immediately determine whether the request is eligible for external review, considering the same preliminary review requirements set forth in the Preliminary Review paragraph, Standard External Review Procedures section. After the preliminary review is complete, The Plan will immediately notify the Member or the Member's authorized representative in writing of its eligibility determination. If the Plan determines the Member's request is ineligible for review, the notice must include a statement informing the Member or the Member's authorized representative of the right to appeal The Plan's determination to the Commissioner of Securities and Insurance. The notice must also provide contact information for the Commissioner's office.

**3. Assignment of an IRO**

If a request is eligible for expedited external review, The Plan will assign an IRO pursuant to and in compliance with the independence and other selection requirements set forth in the Assignment of an IRO paragraph, Standard External Review Procedures section. The Plan will transmit all documents and information considered in making the adverse benefit determination or final internal adverse benefit determination to the assigned IRO in as expeditious of a manner as possible (including by phone, facsimile, or electronically).

**4. Standard of Review**

In reaching its decision, the IRO will review the claim and will not be bound by any decisions or conclusions reached under The Plan's internal claims and appeals process. In addition to the documents and information timely received, and to the extent the information or documents are available, the IRO will consider the same documents and information set forth in the Standard of Review paragraph, Standard External Review Procedures section.

**5. Notice of Final External Review Decision**

The IRO will provide the Member and The Plan with notice of its final external review decision as expeditiously as the Member's medical condition or circumstances require, but not more than 72 hours after the IRO receives the expedited external review request. If the notice is not in writing, the IRO must provide written confirmation of its decision to the Member and to The Plan within 48 hours after the date the IRO verbally conveyed the decision. The written notice will include:

**a.** A description of the reason for the external review request, including information sufficient to identify the claim, and the reason for the prior denial;

**b.** The date the IRO received the assignment to conduct the external review and the date of the IRO's decision;

**c.** References to the evidence or documentation considered in reaching the decision, including specific coverage provisions and Evidence-Based Standards;

**d.** A discussion of the principal reason(s) for the IRO's decision, including the rationale for its decision and any Evidence-Based Standards relied on in making the decision;

**e.** A statement that the IRO's determination is binding, unless other remedies are available to The Plan or the Member under state or federal law;

**f.** A statement that judicial review may be available to the Member or The Plan; and

**g.** Contact information for the appropriate consumer appeal assistance program at the Commissioner of Securities and Insurance.

**6. Compliance with IRO Decision**

If the IRO reverses The Plan's adverse benefit determination or final internal adverse benefit determination, The Plan will immediately approve coverage that was the subject of the adverse benefit determination or final internal adverse benefit determination according to the written terms and benefits of the Member Guide.

**7. Inapplicability of Expedited External Review**

An expedited external review may not be provided for retrospective adverse benefit determinations or retrospective final internal adverse benefit determinations.

**External Review Procedures – Experimental or Investigational**

In most cases, and except as provided in the next two sections, the Member must follow and exhaust the internal appeals process outlined above before the Member or the Member's authorized representative may submit a request for external review. In addition, external review as outlined in the next two sections is limited to only those adverse benefit determinations or final internal adverse benefit determinations that certain treatments are experimental or investigational.

**Standard External Review Procedures**

There are two types of external review of adverse benefit determinations or final internal adverse benefit determinations that certain treatments are experimental or investigational: a standard external review and an expedited external review. An expedited external review is generally based upon the seriousness of the Member's medical circumstances, and entitles the Member to an expedited notice and decision making process. The procedures for requesting standard (non-expedited) external reviews are discussed in this section. The procedures for requesting expedited external reviews are discussed in the next section.

**1. Request for a Standard External Review**

The Member or the Member's authorized representative must submit a written request to The Plan for a standard external review within 4 months from the date the Member or the Member's authorized representative receives an adverse benefit determination or a final internal adverse benefit determination.

PET EXHIBIT 1-028

**2. Preliminary Review**

Upon receipt of a request for standard external review, The Plan must complete a preliminary review within 5 business days to determine whether:

- **a.** The Member is or was covered under The Plan when the health care service or treatment was requested or, in the case of a retrospective review, whether the Member was covered under The Plan when the health care service or treatment was provided;
- **b.** The requested health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination: (i) is a covered benefit under the Member's health plan except for The Plan's determination that the health care service or treatment is experimental or investigational for a particular medical condition; and (ii) is not explicitly listed as an excluded benefit under the Member's health plan;
- **c.** The Member's treating health care provider has certified that one of the following situations is applicable: (i) standard health care services or treatments have not been effective in improving the condition of the Member; (ii) standard health care services or treatments are not medically appropriate for the Member; or (iii) there is no available standard health care service or treatment covered by The Plan that is more beneficial than the requested health care service or treatment;
- **d.** (i) the Member's treating health care provider has recommended a health care service or treatment that the physician certifies, in writing, is likely to be more beneficial to the Member, in the physician's opinion, than any available standard health care services or treatments; or (ii) a physician who is licensed, board-certified, or eligible to take the examination to become board-certified and is qualified to practice in the area of medicine appropriate to treat the Member's condition has certified in writing that scientifically valid studies using accepted protocols demonstrate that the health care service or treatment requested by the Member who is subject to the adverse benefit determination or final internal adverse benefit determination is likely to be more beneficial to the Member than any available standard health care services or treatments; and
- **e.** The Member has exhausted The Plan's internal appeals process or the Member is exempt from exhausting The Plan's internal appeals process.

Within 1 business day after completion of the preliminary review, The Plan will notify the Member or the Member's authorized representative in writing as to whether the request is complete and the request is eligible for external review.

If the request is not complete, The Plan will inform the Member or the Member's authorized representative in writing and include in the notice the information or materials that are needed to make the request complete. If the request is not eligible for external review, The Plan will inform the Member or the Member's authorized representative in writing and include in the notice the reasons for the request's ineligibility. The notice of initial determination will include a statement informing the Member or the Member's authorized representative of the right to appeal the determination of ineligibility to the Commissioner of Securities and Insurance. The notice will also provide contact information for the Commissioner's office.

**3. Assignment of an IRO**

If the request is eligible for external review, the Plan will within 1 business day assign an IRO on a random basis, or using another method of assignment that ensures the independence and impartiality of the assignment process, from the list of approved IROs compiled and maintained by the Commissioner of Securities and Insurance, to conduct the external review. In making the assignment, The Plan will consider whether an IRO is qualified to conduct the particular external review based on the nature of the health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination and will also take into account other circumstances, including conflict of interest concerns.

Within 1 business day of assigning the IRO, The Plan will notify the Member or the Member's authorized representative in writing that The Plan has initiated an external review and that the Member or the Member's authorized representative may submit additional information to the IRO within 10 business days following the date of receipt of the notice, for the IRO's consideration in its external review. The IRO may accept and consider additional information submitted after the 10 business days.

**4. Plan Submission of Documents to the IRO**

Within 5 business days after assigning an IRO, The Plan will provide to the assigned IRO any documents and information considered in making the adverse benefit determination or the final internal adverse benefit

determination. Failure by the Plan to timely provide the documents and information may not delay the conduct of the external review. If the Plan fails to provide the documents and information within 5 business days, the assigned IRO may terminate the external review and decide to reverse the adverse benefit determination or final internal adverse benefit determination. Immediately upon making such a determination, the IRO will notify the Member or the Member's authorized representative and The Plan of its decision.

**5. Reconsideration by The Plan**

The IRO will forward any information submitted by Member or the Member's authorized representative to the Plan, within 1 business day of its receipt. The Plan may reconsider its adverse benefit determination or final internal adverse benefit determination that is the subject of the external review. Reconsideration by The Plan may not delay or terminate the IRO's external review. The external review may be terminated only if The Plan decides, on completion of its reconsideration, to reverse its adverse benefit determination or final internal adverse benefit determination and provide coverage for the requested health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination. The Plan will notify the Member or the Member's authorized representative and the IRO immediately in writing of its decision. The IRO will terminate the external review on receipt of the notice from The Plan.

**6. Standard of Review**

Within 1 business day after the receipt of the notice of assignment to conduct the external review, the assigned IRO will select a Clinical Peer, or multiple Clinical Peers if medically appropriate under the circumstances, to conduct the external review. In selecting Clinical Peers to conduct the external review, the assigned IRO will select physicians or other health care providers who meet minimum statutorily prescribed qualifications and who, through clinical experience in the past 3 years, are experts in the treatment of the Member's condition and knowledgeable about the recommended or requested health care service or treatment. The choice of the physicians or other health care providers to conduct the external review may not be made by the Member or the Member's authorized representative or The Plan.

Each Clinical Peer selected pursuant will review and consider all of the information and documents considered by The Plan in making the adverse benefit determination or the final internal benefit determination and any other information submitted in writing by the Member or the Member's authorized representative.

Within 20 days after selection, each Clinical Peer will provide an opinion to the assigned IRO on whether the requested health care service or treatment should be covered. In reaching an opinion, Clinical Peers are not bound by any decisions or conclusions reached during The Plan's internal appeals process.

Each Clinical Peer's opinion will be in writing and include the following information:

**a.** a description of the Member's medical condition;
**b.** a description of the indicators relevant to determining whether there is sufficient evidence to demonstrate that the requested health care service or treatment is more likely than not to be more beneficial to the Member than any available standard health care services or treatments and that the adverse risks of the recommended or requested health care service or treatment would not be substantially increased over those of available standard health care services or treatments;
**c.** a description and analysis of any Medical or Scientific Evidence considered in reaching the opinion;
**d.** a description and analysis of any Evidence-Based Standard; and
**e.** information on whether the clinical peer's rationale for the opinion is based on the Member's medical records and/or the attending provider's or health care professional's recommendation.

**7. Written Notice of the IRO's Final External Review Decision**

Within 20 days after the date of receiving the opinion of each Clinical Peer, the IRO shall make a decision and provide written notice of the decision to the Member or the Member's authorized representative and to The Plan.

If a majority of the Clinical Peers respond that the recommended or requested health care service or treatment should be covered, the IRO shall make a decision to reverse The Plan's adverse benefit determination or final internal adverse benefit determination. If a majority of the Clinical Peers respond that the recommended or requested health care service or treatment should not be covered, the IRO shall make a decision to uphold The Plan's adverse benefit determination or final internal adverse benefit determination. If the Clinical Peers are evenly split as to whether the recommended or requested health care service or treatment should be covered, the IRO shall obtain the opinion of an additional Clinical Peer. The additional Clinical Peer shall use the same

information to reach an opinion as used by the Clinical Peers who have already submitted their opinions. The selection of the additional Clinical may not extend the time within which the assigned IRO is required to make a decision based on the opinions of the Clinical Peers.

The IRO will include in its written notice:

**a.** a general description of the reason for the request for external review;
**b.** the written opinion of each Clinical Peer, including the opinion of each Clinical Peer as to whether the recommended or requested health care service or treatment should be covered and the rationale for the reviewer's recommendation;
**c.** the date on which the IRO was assigned to conduct the external review;
**d.** the date of the IRO's decision; and
**e.** the principal rationale for the IRO's decision.

**8. Compliance with IRO Decision**

If the IRO reverses The Plan's adverse benefit determination or final internal adverse benefit determination, The Plan shall immediately approve coverage of the recommended or requested health care service or treatment that was the subject of the adverse benefit determination or final internal adverse benefit determination.

**Expedited External Review Procedures**

In general, the same rules that apply to standard external review apply to expedited external review, except that requests for external review may be made differently and the timeframe for decisions and notifications is shorter.

**1. Request for an Expedited External Review**

The Member or the Member's authorized representative may make an oral or written request for an expedited external review of an adverse benefit determination or a final internal adverse benefit determination if the Member's treating health care provider certifies, in writing, that the recommended or requested health care service or treatment that is the subject of the request would be significantly less effective if not promptly initiated.

**2. Preliminary Review**

Upon receipt of a request for an expedited external review, The Plan must immediately complete a preliminary review to determine whether the request is eligible for external review, considering the same preliminary review requirements set forth in the Preliminary Review paragraph, Standard External Review Procedures section, above.

Immediately after completion of the preliminary review, The Plan will notify the Member or the Member's authorized representative in writing as to whether the request is complete and the request is eligible for external review.

If the request is not complete, The Plan will inform the Member or the Member's authorized representative in writing and include in the notice the information or materials that are needed to make the request complete. If the request is not eligible for external review, The Plan will inform the Member or the Member's authorized representative in writing and include in the notice the reasons for the request's ineligibility. The notice of initial determination will include a statement informing the Member or the Member's authorized representative of the right to appeal the determination of ineligibility to the Commissioner of Securities and Insurance. The notice will also provide contact information for the Commissioner's office.

**3. Assignment of an IRO**

If the request is eligible for external review, the Plan will immediately assign an IRO on a random basis, or using another method of assignment that ensures the independence and impartiality of the assignment process, from the list of approved IROs compiled and maintained by the Commissioner of Securities and Insurance, to conduct the external review. In making the assignment, The Plan will consider whether an IRO is qualified to conduct the particular expedited external review based on the nature of the health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination and will also take into account other circumstances, including conflict of interest concerns.

Within 1 business day after assignment of the IRO, The Plan will notify the Member or the Member's authorized representative, in writing, that The Plan has initiated an external review and that the Member or the Member's

authorized representative may submit additional information to the IRO for the IRO's consideration in its external review.

**4. Plan Submission of Documents to the IRO**

Upon assigning an IRO, The Plan will provide any documents and information considered in making the adverse benefit determination or the final internal adverse benefit determination to the assigned IRO electronically, by telephone, by facsimile, or by any other available expeditious method. Failure by the Plan to provide the documents and information may not delay the conduct of the external review. If the Plan fails to provide the documents and information upon IRO assignment, the assigned IRO may terminate the external review and decide to reverse the adverse benefit determination or final internal adverse benefit determination. Immediately upon making such a determination, the IRO will notify the Member or the Member's authorized representative and The Plan accordingly.

**5. Standard of Review**

Within 1 business day after the receipt of the notice of assignment to conduct the external review, the assigned IRO will select a Clinical Peer, or multiple Clinical Peers if medically appropriate under the circumstances, to conduct the external review. The assigned IRO will select physicians or other health care providers using the same criteria as set forth in the Standard of Review paragraph in the Standard External Review Procedures, above, The choice of the physicians or other health care providers to conduct the external review may not be made by the Member or the Member's authorized representative or The Plan.

Each Clinical Peer selected pursuant will review and consider all of the information and documents considered by The Plan in making the adverse benefit determination or the final internal benefit determination and any other information submitted in writing by the Member or the Member's authorized representative.

Each Clinical Peer will provide an opinion to the assigned IRO as expeditiously and the Member's medical condition or circumstances require but no later than 5 calendar days after being selected as a Clinical Peer, on whether the requested health care service or treatment should be covered. If the Clinical Peer's opinion was initially made orally, the Clinical Peer shall provide the IRO written confirmation of the opinion within 48 hours after the opinion was initially made.

In reaching an opinion, Clinical Peers are not bound by any decisions or conclusions reached by The Plan. Each Clinical Peer's opinion may be rendered orally or in writing and will include the same information as set forth in the Standard of Review paragraph in the Standard External Review Procedures section, above.

**6. Written Notice of the IRO's Final External Review Decision**

Within 48 hours after the date of receiving the opinion of each Clinical Peer, the IRO shall make a decision based upon the recommendations of a majority of the Clinical Peers conducting the review, and will provide oral or written notice of the decision to the Member or the Member's authorized representative and to the Plan. If the IRO's notice is provided orally, the IRO will provide written confirmation of the decision within 48 hours of the initial oral notice.

The IRO will include in its written notice:

**a.** a general description of the reason for the request for external review;
**b.** the written opinion of each Clinical Peer, including the opinion of each Clinical Peer as to whether the recommended or requested health care service or treatment should be covered and the rationale for the reviewer's recommendation;
**c.** the date on which the IRO was assigned to conduct the external review;
**d.** the date of the IRO's decision; and
**e.** the principal rationale for the IRO's decision.

**7. Compliance with IRO Decision**

If the IRO reverses The Plan's adverse benefit determination or final internal adverse benefit determination, The Plan shall immediately approve coverage of the recommended or requested health care service or treatment that was the subject of the adverse benefit determination or final internal adverse benefit determination.

**Deemed Exhaustion of Internal Appeal Process**

1. The Member will be deemed to have exhausted the internal appeal process and may request external review or pursue any available remedies under state law or if applicable, a civil action under 502(a) of ERISA, if The Plan fails to comply with its claims and appeals procedures, except that claims and appeals procedures will not be deemed exhausted based on violations that are:
   a. De minimis;
   b. Non-prejudicial to the Member;
   c. Attributable to good cause or matters beyond The Plan's control;
   d. In the context of an ongoing, good faith exchange of information between the Member and The Plan; and
   e. Not reflective of a pattern or practice of violations by The Plan.
2. Upon request of the Member, The Plan will provide an explanation of a violation within 10 days. The explanation will include a description of the basis for The Plan's assertion that the violation does not result in the deemed exhaustion of The Plan's internal claims and appeals procedures.
3. If the Member seeks external or judicial review based on deemed exhaustion of The Plan's internal claims and appeals procedures, and the external reviewer or court rejects the Member's request, The Plan will notify the Member within a reasonable period of time, not to exceed 10 days, of the Member's right to resubmit the Member's internal appeal. The timeframe for appealing the adverse benefit determination begins to run when the Member receives the notice of the right to resubmit the Member's internal appeal.

## PREAUTHORIZATION

The Plan has designated certain covered services which require Preauthorization in order for the Member to receive the maximum Benefits possible under this Member Guide.

The Member is responsible for satisfying the requirements for Preauthorization. This means that the Member must request Preauthorization or assure that the Member's Physician, provider of services, the Member's authorized representative, or a Family Member complies with the requirements below. If the Member utilizes a Network Provider for covered services, that provider may request Preauthorization for the services. However, it is the Member's responsibility to assure that the services are preauthorized before receiving care.

To request Preauthorization, the Member or his/her Physician must call the Preauthorization number shown on the Member's Identification Card **before** receiving treatment. The Plan will assist in coordination of the Member's care so that his/her treatment is received in the most appropriate setting for his/her condition and that the Member receives the highest level of Benefits under this Member Guide.

**Preauthorization does not guarantee that the care and services a Member receives are eligible for Benefits under the Member Guide. In addition, a nonparticipating provider or non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield of Montana and provider charges plus Deductible, Coinsurance and/or Copayment even if the service is an Emergency Service or the if the service has been Preauthorized.**

**Preauthorization Process for Inpatient Services**

For an Inpatient facility stay, the Member must request Preauthorization from The Plan **before** the Member's scheduled admission. The Plan will consult with the Member's Physician, Hospital, or other facility to determine if Inpatient level of care is required for the Member's illness or injury. The Plan may decide that the treatment the Member needs could be provided just as effectively in a different setting (such as the Outpatient department of the Hospital, an Ambulatory Surgical Facility, or the Physician's office).

If The Plan determines that the Member's treatment does not require Inpatient level of care, the Member and the Member's Provider will be notified of that decision. If the Member proceeds with an Inpatient stay without The Plan's approval, the Member may be responsible to pay the full cost of the services received.

If the Member does not request Preauthorization, The Plan will conduct a retrospective review after the claims have been submitted. If it is determined that the services were not Medically Necessary, were Experimental, Investigational or Unproven, were not performed in the appropriate treatment setting, or did not otherwise meet the terms and conditions of the Member Guide, the Member may be responsible for the full cost of the services.

Unscheduled Inpatient admissions, such as admissions for Emergency Medical Conditions and maternity care should be preauthorized within two days after the admission.

**Preauthorization Process for Mental Illness, Severe Mental Illness and Chemical Dependency Services**

All Inpatient and partial hospitalization services related to treatment of Mental Illness, Severe Mental Illness and Chemical Dependency must be Preauthorized by The Plan. Preauthorization is also required for the following Outpatient Services and must be submitted no later than 15 business days before the service is provided:

- Electroconvulsive therapy;
- Intensive Outpatient Treatment;
- Neuropsychological testing;
- Psychological testing;
- Repetitive Transcranial Magnetic Stimulation;
- Applied Behavior Analysis (ABA).

Preauthorization is not required for therapy visits to a Physician or other professional Provider licensed to perform covered services under this Member Guide. However, all services are subject to the provisions in the section entitled Concurrent Review.

If The Plan determines that the Member's treatment does not require Inpatient or partial hospital level of care, the Member and the Member's Provider will be notified of that decision. If the Member proceeds with an Inpatient stay or partial hospital level of care, without The Plan's approval, the Member may be responsible to pay the full cost of the services received.

If the Member does not request Preauthorization, The Plan will conduct a retrospective review after the claims have been submitted. If it is determined that the services were not Medically Necessary, were Experimental, Investigational or Unproven, were not performed in the appropriate treatment setting, or did not otherwise meet the terms and conditions of the Member Guide, the Member may be responsible for the full cost of the services.

**Preauthorization Process for Other Outpatient Services**

In addition to the Preauthorization requirements outlined above, The Plan also requires Preauthorization, which must be submitted no later than 15 business days before the service is provided, for certain Outpatient services, including:

- Dialysis treatment - Out-of-Network;
- High-cost injections, including but not limited to IVIG, Avastin, Rituxan, and Remicade injections.
- Home Health Care;
- Home Hemodialysis;
- Home Infusion Therapy;
- Hospice Services;
- Molecular Genetic Testing;
- Outpatient elective surgery - Out-of-Network;
- Transplant Evaluations;
- Diagnostic sleep studies for Obstructive Sleep Apnea;
- Radiation Therapy

For additional information on Preauthorization, the Member or the Provider may call the Customer Service number on the Member's identification card.

**It is NOT necessary to preauthorize standard x-ray and lab services or Routine office visits.**

If The Plan does not approve the Outpatient Service, the Member and the Member's Provider will be notified of that decision. If the Member proceeds with the services without The Plan's approval, the Member may be responsible to pay the full cost of the services received.

If the Member does not request Preauthorization, The Plan will conduct a retrospective review after the claims have been submitted. If it is determined that the services were not Medically Necessary, were Experimental, Investigational or Unproven, were not performed in the appropriate treatment setting, or did not otherwise meet the terms and conditions of the Member Guide, the Member may be responsible for the full cost of the services.

The Benefits section of this Member Guide details the services which are subject to Preauthorization.

**Preauthorization Request Involving Non-Urgent Care**

Except in the case of a Preauthorization Request Involving Urgent Care (see below), The Plan will provide a written response to the Member's Preauthorization request no later than 15 days following the date we receive the Member's request. This period may be extended one time for up to 15 additional days, if we determine that additional time is necessary due to matters beyond our control.

If The Plan determines that additional time is necessary, The Plan will notify the Member in writing, prior to the expiration of the original 15-day period, that the extension is necessary, along with an explanation of the circumstances requiring the extension of time and the date by which The Plan expects to make the determination.

If an extension of time is necessary due to the need for additional information, The Plan will notify the Member of the specific information needed, and the Member will have 45 days from receipt of the notice to provide the additional information.

The Plan will provide a written response to the Member's request for Preauthorization within 15 days following receipt of the additional information. The procedure for appealing an adverse Preauthorization determination is set forth in the section entitled Complaints and Grievances.

**Preauthorization Request Involving Urgent Care**

A Preauthorization Request Involving Urgent Care is any request for medical care or treatment with respect to which the application of the time periods for making non-urgent care determinations could seriously jeopardize the life or health of the Member or the ability of the Member to regain maximum function; or in the opinion of a Physician with knowledge of the Member's medical condition, would subject the Member to severe pain that cannot be adequately managed without the care or treatment that is the subject of the Preauthorization request.

In case of a Preauthorization Request Involving Urgent Care, The Plan will respond to the Member no later than 72 hours after receipt of the request, unless the Member fails to provide sufficient information, in which case, the Member will be notified of the missing information within 24 hours and will have no less than 48 hours to provide the information. A Benefit determination will be made as soon as possible (taking into account medical exigencies) but no later than 72 hours after the initial request, or within 48 hours after the missing information is received (if the initial request is incomplete).

**NOTE:** The Plan's response to the Member's Preauthorization Request Involving Urgent Care, including an adverse determination, if applicable, may be issued orally. A written notice will also be provided within three days following the oral notification.

**Preauthorization Request Involving Emergency Care**

If the Member is admitted to the Hospital for Emergency Care and there is not time to obtain Preauthorization, the Member's Provider must notify The Plan within two working days following the Member's emergency admission.

**Preauthorization Required For Certain Prescription Drug Products and Other Medications**

Prescription Drug Products, which are self-administered, process under the Prescription Drugs section of this Member Guide. There are other medications that are administered by a Covered Provider which process under the medical Benefits.

1. **Prescription Drugs – Covered Under the Prescription Drugs Benefit**

   Certain prescription drugs, which are self-administered, require Preauthorization. Please refer to the Prescription Drugs section for complete information about the Prescription Drug Products that are subject to Preauthorization, step therapy, and quantity limits, the process for requesting Preauthorization, and related information.

2. **Other Medications – Covered Under Medical Benefits**

   Medications that are administered by a Covered Provider will process under the medical Benefits of this Member Guide. Certain medications administered by a Covered Provider require Preauthorization. The medications that require Preauthorization are subject to change by The Plan.

   For any medication that is subject to Preauthorization, the Member or provider should fax the request for Preauthorization to the Blue Cross and Blue Shield of Montana Medical Review Preauthorization Department at 1-866-589-8256. The Member or provider may also submit a written request for Preauthorization. Preauthorization forms are located on The Plan website at www.bcbsmt.com, and may be printed directly from the website. The Plan will notify the Member and provider of the Preauthorization determination.

In making determinations of coverage, The Plan may rely upon pharmacy policies developed through consideration of peer reviewed medical literature, FDA approvals, accepted standards of medical practice in Montana, medical necessity, and Medical Policies. The pharmacy policies and Medical Policies are located on The Plan website at www.bcbsmt.com.

To determine which medications are subject to Preauthorization, the Member or provider should refer to the list of medications which applies to the Member's Plan on The Plan website at www.bcbsmt.com or call the Customer Service toll-free number identified on the Member's identification card or The Plan website at www.bcbsmt.com.

**General Provisions Applicable to All Required Preauthorizations**

**1. No Guarantee of Payment**

Preauthorization does not guarantee payment of Benefits by The Plan. Even if the Benefit has been Preauthorized, coverage or payment can be affected for a variety of reasons. For example, the Member may have become ineligible as of the date of service or the Member's Benefits may have changed as of the date the service.

**2. Request for Additional Information**

The Preauthorization process may require additional documentation from the Member's health care provider or pharmacist. In addition to the written request for Preauthorization, the health care provider or pharmacist may be required to include pertinent documentation explaining the proposed services, the functional aspects of the treatment, the projected outcome, treatment plan and any other supporting documentation, study models, prescription, itemized repair and replacement cost statements, photographs, x-rays, etc., as may be requested by The Plan to make a determination of coverage pursuant to the terms and conditions of this Member Guide.

**3. Failure to Obtain Preauthorization**

If the Member does not obtain Preauthorization, The Plan will conduct a retrospective review after the claims have been submitted. If it is determined that the services were not Medically Necessary, were Experimental, Investigational or Unproven, were not performed in the appropriate treatment setting, or did not otherwise meet the terms and conditions of the Member Guide, the Member may be responsible for the full cost of the services.

**Any treatment the Member receives which is not a covered service under this Member Guide, or is not determined to be Medically Necessary, or is not performed in the appropriate setting will be excluded from the Member's Benefits. This applies even if Preauthorization approval was requested or received.**

## Concurrent Review

Whenever it is determined by The Plan, that Inpatient care or an ongoing course of treatment may no longer meet medical necessity criteria or is considered Experimental/Investigational/Unproven (EIU), the Member, Member's Provider or the Member's authorized representative may submit a request to The Plan for continued services. If the Member, the Member's Provider or the Member's authorized representative requests to extend care beyond the approved time limit and it is a Request Involving Urgent Care, The Plan will make a determination on the request/appeal as soon as possible (taking into account medical exigencies) but no later than 72 hours after it receives the initial request, or within 48 hours after it receives the missing information (if the initial request is incomplete).

## Care Management

The goal of Care Management is to help the Member receive the most appropriate care that is also cost effective. If the Member has an ongoing medical condition or a catastrophic illness, the Member should contact The Plan. If appropriate, a care manager will be assigned to work with the Member and the Member's providers to facilitate a treatment plan. Care Management includes Member education, referral coordination, utilization review and individual care planning. Involvement in Care Management does not guarantee payment by The Plan.

# ELIGIBILITY AND ENROLLMENT

## Who is Eligible

***Employees***

All employees of the Group are eligible if they are:

1. A member of the organization or employing unit, or a beneficiary of the trust to which this Member Guide is issued; and
2. Employed an average of 20-40 hours per week or more. The minimum number of work hours required to be eligible will be determined by the group. The requirement will not be less than 20 hours or more than 40 hours. This includes a sole proprietor, partner, and independent contractor if these are included as an employee under the health benefit plan of the Small Employer.

At the employer's discretion, seasonal employees may be eligible employees provided they are not designated as temporary and that they work the required number of hours per week. Officers of the employer group are subject to the same eligibility requirements as other employees, including working the required number of hours per week. Persons working on a part-time, temporary and/or substitute basis are not eligible employees. Temporary basis means a definite period of time, not to exceed twelve months, with no guarantee of employment on a permanent basis. A part-time basis means anything less than the hourly requirement of an eligible employee.

If an employee remains actively at work and the employee's hours have been reduced to less than that required by the group, the employee may apply for the employer's or trustees' consent to remain a member of the Group for up to one year from the date of the reduction in work hours.

***Retirees***

Retirees are eligible for coverage if the:

1. Group offers retiree coverage; and
2. Eligibility guidelines for retiree coverage, established by the Group, are met.

Contact your Group Leader to determine if retiree coverage is available.

## Applying for Coverage

An Applicant may apply for coverage in for himself/herself and/or any eligible Dependents (see below) by submitting the application(s) for medical insurance form, along with any exhibits, appendices, addenda and/or other required information (“Application(s)”) to Blue Cross and Blue Shield of Montana. The Application(s) for coverage may or may not be accepted.

No eligibility rules or variations in premium will be imposed based on health status, medical condition, claims experience, receipt of healthcare, medical history, genetic information, evidence of insurability, disability, or any other health status related factor. Applicants will not be discriminated against for coverage under this Plan on the basis of race, color, national origin, disability, age, sex, gender identity, or sexual orientation.

Variation in the administration, processes or Benefits of this policy that are based on clinically indicated, reasonable medical management practices, or are part of permitted wellness incentives, disincentives and/or other programs do not constitute discrimination.

## Enrollment

1. Initial Enrollment Period for Eligible Employees and Dependents

   Eligible employees and their Dependents must apply for membership within 30 days of the initial Effective Date of the Group if they are employed by the Group on that date. Eligible employees, who are not employed by the Group on the Group’s initial Effective Date, and their Dependents, are eligible to apply for membership within 30 days following completion of the probationary waiting period shown on the Group Application.

***Effective Date of Coverage***

**a.** If the probationary waiting period is less than 90 days, the Effective Date of coverage (for those who apply within the periods of eligibility) will be at 12:01 a.m. on the 1st or the 15th of the month after completion of the probationary period, subject to the Group's anniversary date and meeting all eligibility and enrollment requirements; or

**b.** If the probationary waiting period is 90 days, the Effective Date of coverage (for those who apply within the periods of eligibility) will be at 12:01 a.m. on the 90th day of the probationary period, subject to the Group's anniversary date and meeting all eligibility and enrollment requirements.

**2.** Annual Enrollment Period for Eligible Employees and Dependents

Employees and Family Members who do not apply within the initial period of eligibility may apply only during the Group's annual open enrollment period. The annual open enrollment period will be determined by the Group and Blue Cross and Blue Shield of Montana. Appropriate notice of the annual enrollment period will be provided to the employees.

***Effective Date of Coverage***

The Effective Date of coverage (for those who apply within the periods of eligibility) will be at 12:01 a.m. on the 1st or the 15th of the month in which the person became eligible, subject to the Group's anniversary date and meeting all eligibility and enrollment requirements.

**3.** Special Enrollment for Loss of Coverage

***Eligible Individuals***

A special enrollment period may be available for the following eligible employees and/or Dependents:

**a.** Eligible employee.

An eligible employee who is not currently enrolled and when enrollment was previously offered to the employee and declined, the employee was covered under another group health plan or had other health insurance coverage.

**b.** Dependent of Beneficiary Member.

The Dependent of a Beneficiary Member who is not enrolled and when enrollment was previously offered and declined, the Dependent was covered under another group health plan or had other health insurance coverage.

**c.** Eligible employee and Dependent.

An eligible employee and Dependent who are not enrolled and when enrollment was previously offered to the employee or Dependent and declined, the employee or Dependent was covered under another group health plan or had other health insurance coverage.

***Conditions for Special Enrollment***

**a.** When the employee declined enrollment for the employee or the Dependent, the employee stated in writing that coverage under another group health plan or other health insurance coverage was the reason for declining enrollment; and

**1.** The employee or Dependent had COBRA continuation coverage and the COBRA continuation coverage has expired; or

**2.** The employee or Dependent had other coverage that was not under a COBRA continuation provision and the other coverage has been terminated because of:

**a.** A loss of eligibility for the coverage. Loss of eligibility for coverage includes a loss coverage as a result of legal separation, divorce, death, termination of employment, reduction in the number of hours of employment, and any loss of eligibility after a period that is measured by reference to any of the forgoing. However, loss of eligibility does not include a loss of coverage due to failure of the individual or the Beneficiary Member to pay premiums on a timely basis or termination of coverage for cause; or

  **b.** Employer contributions towards the other coverage have been terminated; or
   **c.** A situation in which the employee or Dependent incurs a claim that would meet or exceed a lifetime limit on non-essential benefits; or
   **d.** A situation in which The Plan no longer offers any benefits to the class of similarly situated individuals that includes the individual.

  **3.** The employee or Dependent loses eligibility under either the Children's Health Insurance Program or the Medicaid Program, or the employee or Dependent becomes eligible for financial assistance for group health coverage, under either the Children's Health Insurance Program or the Medicaid Program.

**b.** The employee must request enrollment (for the employee or the employee's Dependents) not later than 31 days after the exhaustion of the COBRA continuation coverage or termination of the other coverage because of loss of eligibility or termination of employer contributions.

**c.** The employee must request enrollment for the employee and or Dependent not later than 60 days after the date of termination of coverage under either the Children's Health Insurance Program or the Medicaid Program.

**d.** The employee must request enrollment for the employee or Dependent not later than 60 days after the date the employee or Dependent is determined to be eligible for financial assistance under the Children's Health insurance Program or the Medicaid Program.

**e.** Enrollment during a special enrollment period is subject to all other applicable enrollment requirements of The Plan and the provisions of this Member Guide.

***Effective Date of Enrollment***

Enrollment due to loss of coverage will be effective not later than the first day of the first calendar month beginning after the date the completed request for enrollment is received.

## Special Enrollment for Marriage, Birth, Adoption or Placement for Adoption

Application must be made for coverage within 30 days from the date of a special enrollment event or limited enrollment event. The Member must provide acceptable proof of a qualifying event with the application. Special enrollment qualifying events are discussed in detail below. The Plan will review this proof to verify the Member's eligibility for a special enrollment. Failure to provide acceptable proof of a qualifying event with the application will delay or prevent the processing of the application and enrollment in coverage. Please call the Customer Service number on the inside cover of this Member Guide for examples of acceptable proof for the following qualifying events.

***Eligible Individuals***

A special enrollment period may be available for the following individuals:

**a.** Eligible employee.

An eligible employee who is not enrolled because of an election to not enroll during a previous enrollment period, and a person becomes a Dependent of the eligible employee through marriage, birth, or adoption or placement for adoption.

**b.** Spouse of a Beneficiary Member.

An individual who becomes a Spouse of the Beneficiary Member or a Spouse of the Beneficiary Member and a child becomes a Dependent of the Beneficiary Member through birth, adoption or placement for adoption.

In the case of marriage, only the Spouse or the Spouse's children can be added at that time, not any additional children in the family who were not enrolled when previously eligible.

**c.** Dependents.

An individual who is a Dependent of a Beneficiary Member through marriage, adoption or placement for adoption, or an individual who is a Dependent of a Member through birth. A child placed for adoption will be eligible for coverage as of the date of adoption or placement for adoption and a child born to a Member will be eligible for coverage from the moment of birth subject to all the provisions of the section entitled Effective Date of Coverage.

In the case of birth or adoption of a child, only the newborn or newly adopted child can be added to the coverage at that time, not a Spouse or any other children who were not enrolled when previously eligible.

***Enrollment Period***

The special enrollment period for Dependents under this section is for a period of 30 days and begins on the date of the marriage, birth, or adoption or placement for adoption. Enrollment during a special enrollment period is subject to all other applicable enrollment requirements of The Plan and provisions of this Member Guide.

***Effective Date of Coverage***

Enrollment will be effective as follows:

**a.** In the case of marriage, the date of marriage if the completed request for enrollment (application) is received by The Plan within 30 days after the date of marriage. If the application is received after 31 days of the date of marriage, the enrollee will be considered a Late Enrollee.

**b.** For a newborn born to a Member, the date of birth. Coverage will continue for 31 days. Coverage for the newborn will be provided only if the Beneficiary Member remains covered on the health plan during the 31 day period. If the Beneficiary Member does not remain covered for 31 days, the newborn will only be covered for the amount of time (during the 31 days) that the Beneficiary Member is covered.

Coverage will continue for the child after the 31 day period if within the first 30 days of coverage, the Beneficiary Member:

1. Notifies The Plan to continue the coverage for the child; and
2. Pays the additional dues to continue coverage for the child.

Coverage will terminate after 31 days if the Plan is not notified to continue coverage.

**c.** In the case of a Dependent's adoption or placement for adoption, the date of such adoption or placement for adoption. Children will be covered for a period of 31 days upon adoption or placement for adoption, including the date of placement, provided the Beneficiary Member remains covered under the Member Guide for those 31 days. If the Beneficiary Member does not remain covered for 31 days, the adopted child or the child placed for adoption will only be covered for the amount of time (during the 31 days) that the Beneficiary Member is covered.

Coverage will continue for the child after the 31 day period if within the first 30 days of coverage, the Beneficiary Member:

1. Notifies The Plan to continue the coverage for the child; and
2. Pays the additional dues to continue coverage for the child.

Coverage will terminate after 31 days if the Plan is not notified to continue coverage. In the event the placement is disrupted prior to legal adoption and the child is removed from placement, coverage shall cease upon the date the placement is disrupted.

### When Benefits Begin

The Member is entitled to the Benefits of this Member Guide beginning on the Member's Effective Date.

## QUALIFIED MEDICAL CHILD SUPPORT ORDER (QMSCO)

Beneficiary Members and Family Members can obtain, without charge, a copy of the procedures governing Qualified Medical Child Support Order (QMCSO) determinations from Blue Cross and Blue Shield of Montana.

## FAMILY AND MEDICAL LEAVE ACT (FMLA)

1. The Family and Medical Leave Act of 1993 (FMLA) requires employers, who employ at least 50 workers within a 75 mile radius of the workplace, to provide eligible employees with up to 12 weeks of leave during any 12-Month period for any of the following reasons:
   a. To care for a newborn child;
   b. Because a child has been placed with the employee for adoption or foster care;
   c. To care for a Spouse, child, or parent of the employee;
   d. The employee's own serious health condition makes the employee unable to perform his or her job.
2. Eligible employees are those who have been employed by the employer for at least 12 Months and who have worked at least 1,250 hours for that employer during the previous 12-Month period.
3. The health Benefits of an employee and Dependents, if any, will be maintained during FMLA leave on the same terms and conditions as if the employee had not taken leave.
4. The health Benefits of an employee and Dependents, if any, may lapse at the employer's discretion during FMLA leave because the employee does not pay his or her share of the premiums in a timely manner or the employee does not elect health Benefits during the FMLA leave. Upon return from leave, the employee and dependents, if any, will be reenrolled in the health benefit plan as if the coverage had not lapsed.
5. The employee's reenrollment in the health plan will be effective upon the date on which the employee returns to work.
6. An employee who takes FMLA leave and fails to pay any required premium contribution or fails to return from leave will be entitled to COBRA coverage for the maximum COBRA coverage period beginning when the FMLA coverage terminated.

## TERMINATION OF COVERAGE

### Termination When Employment Ceases or Family Member Status Changes

1. When Employment Ceases

   If the Effective Date of the Group Plan is the first day of the month, membership, including that of any Family Members will terminate at the end of the Month in which the Group notifies us that the Member is no longer employed by the Group.

   If the Effective Date of the Group Plan is the fifteenth day of the Month, membership, including that of any Family Member, will terminate on the earlier of:

   a. The fifteenth day of the Month in which the Group Notifies The Plan that the Member is no longer employed by the Group; or
   b. The fifteenth day of the following Month.
2. Change of status for Medical Benefits

   Coverage for a Family Member will **terminate automatically** at midnight, Mountain Standard Time, on the last day of the Month in which a child reaches age 26 years. Coverage for a Spouse will terminate at midnight, Mountain Standard Time, on the last day of the Month in which the Spouse's marriage to the Beneficiary Member is terminated.
3. Change of status for Pediatric Dental Benefits

   Coverage for a Family Member will **terminate automatically** at midnight, Mountain Standard Time, on the last day of the Month in which a child reaches age 19 years of age.

### Termination of Benefits

When the membership of a Beneficiary Member and/or Family Members is terminated for any reason listed in this section or any other section, Benefits will no longer be provided and The Plan will not make payment for services provided to them after the date on which cancellation becomes effective.

However, if the Member is receiving Inpatient Care on the date coverage terminates, the Member will continue to receive the Benefits payable under this Member Guide:

1. For 30 days; or
2. Until the Member is discharged from the Inpatient Care facility, whichever occurs first.

### Certificate of Creditable Coverage

Even though this health plan does not have a preexisting condition exclusion period, The Plan will issue a Certificate of Creditable Coverage to the Member, upon request, following termination of coverage.

## CONTINUATION OF COVERAGE

### COBRA

Certain employers maintaining group health coverage plans (whether insured or self-insured) must provide COBRA continuation coverage for qualified beneficiaries when group health coverage is lost. The right to COBRA continuation coverage was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). To lose coverage means to cease to be covered under the same terms and conditions as in effect immediately before a qualifying event. A loss of coverage need not occur immediately after a qualifying event so long as the loss of coverage occurs before the end of the maximum COBRA coverage period. A qualified beneficiary is entitled to the coverage made available to similarly situated employees.

COBRA requires qualified beneficiaries or a representative acting on behalf of a qualified beneficiary to provide certain notices to the plan administrator (generally the employer), and requires the plan administrator to provide certain notices to qualified beneficiaries. The plan administrator is also the COBRA Administrator unless the plan administrator has designated another individual or entity to administer COBRA.

1. Small Employer Exception

   Small employer plans are generally exempt from the COBRA regulations. A small employer plan, for the purposes of COBRA, is defined as an employer plan that normally employed fewer than 20 employees, including part-time employees, during the preceding calendar year. A group health plan that is a multi-employer plan (as defined in Internal Revenue Code (IRC)) is a small-employer plan if each of the employers contributing to the plan for a calendar year normally employed fewer than 20 employees during the preceding calendar year. Whether the plan is a multi-employer plan or not, the term employer includes all members of a controlled group.

   A small employer employs fewer than 20 employees during a calendar year if it had fewer than 20 employees on at least 50 percent of its typical business days during that year. Only common-law employees are counted for purposes of the small employer exception; self-employed individuals, independent contractors (and their employees and independent contractors), and corporate directors are not counted.

2. Qualified Beneficiaries

   Continuation of coverage is available to qualified beneficiaries. A qualified beneficiary is:

   a. Any individual who, on the day before a qualifying event, is covered under a group health plan either as a covered employee, the Spouse of a covered employee, or the Dependent child of a covered employee; or
   b. Any child born to or placed for adoption with a covered employee during a period of COBRA continuation.

   Individuals added to a qualified beneficiary's COBRA coverage (e.g., a new Spouse or person added as the result of a Special Enrollment event, etc.) do not become qualified beneficiaries in their own right, with the exception of 2(b) above.

PET EXHIBIT 1-042

Nonresidents - An individual is not a qualified beneficiary if the individual's status as a covered employee is attributable to a period in which the individual was a nonresident alien who received from the individual's employer no earned income (within the meaning of IRC section 911(d)(2)) that constituted income from sources within the United States (within the meaning of IRC section 861(a)(3)). If, pursuant to the preceding sentence, an individual is not a qualified beneficiary, then a Spouse or Dependent child of the individual is not considered a qualified beneficiary by virtue of the relationship to the individual.

**3.** Qualifying Events

A qualifying event is any of a set of specified events that occur while a group health plan is subject to COBRA and which causes a qualified beneficiary to lose coverage under the plan.

**a.** Employee

An employee will become a qualified beneficiary if the employee loses coverage under the plan because either one of the following qualifying events happen:

**1.** Employee’s hours of employment are reduced; or
**2.** Employment ends for any reason other than gross misconduct.

**b.** Spouse

The Spouse of an employee will become a qualified beneficiary if the Spouse loses coverage under the plan because any of the following qualifying events happen:

**1.** The employee dies;
**2.** The employee’s hours of employment are reduced;
**3.** The employee’s employment ends for any reason other than gross misconduct;
**4.** The employee becomes entitled to Medicare benefits (under Part A, Part B, or both); or
**5.** Divorce or legal separation from the employee.

**c.** Dependent Children

Dependent children will become qualified beneficiaries if they lose coverage under the plan because any of the following qualifying events happen:

**1.** The employee dies;
**2.** The employee’s hours of employment are reduced;
**3.** The employee’s employment ends for any reason other than gross misconduct;
**4.** The employee becomes entitled to Medicare benefits (Part A, Part B, or both);
**5.** The employee becomes divorced or legally separated; or
**6.** The child stops being eligible for coverage under the plan as a “Dependent child.”

**d.** Retirees

If the plan provides retiree health coverage, a proceeding in bankruptcy under Title 11 of the United States Code can sometimes be a qualifying event. If a proceeding in bankruptcy is filed with respect to the employer, and that bankruptcy results in the loss of coverage for any retired employee covered under the plan, the covered retiree will become a qualified beneficiary with respect to the bankruptcy. The covered retiree’s covered Spouse or surviving Spouse, and Dependent children will also become qualified beneficiaries if bankruptcy results in the loss of their coverage under the plan.

**4.** Period of Coverage

**a.** A qualified beneficiary may continue coverage for up to 18 months when the employee loses coverage under the plan due to one of the following qualifying events:

**1.** A reduction in work hours; or
**2.** Voluntary or involuntary termination of employment for reasons other than gross misconduct.

**b.** A qualified beneficiary may continue coverage for up to 36 months when the qualified beneficiary loses coverage under the plan due to one of the following qualifying events:

**1.** The employee's death;
**2.** Divorce or legal separation from the employee;
**3.** The covered employee becoming entitled to Medicare benefits under Title XVIII of the Social Security Act; or
**4.** A covered Dependent child ceases to be a Dependent child of the covered employee under the terms of the group health plan.

**c.** Bankruptcy

If the employer files Chapter 11 bankruptcy which results in loss of coverage (or substantial elimination of coverage within one year before or after bankruptcy is filed), a qualified beneficiary may continue coverage up to the following applicable periods:

**1.** Covered retiree: The maximum duration of the COBRA coverage is the lifetime of the retired covered employee.
**2.** Covered Spouse, surviving Spouse, or Dependent child of covered retiree: The maximum duration of the COBRA coverage ends the earlier of:

**a.** the date of death (of the Spouse, surviving Spouse or Dependent child); or
**b.** 36 months after the death of the covered retiree.

**5.** Providing Notice of Qualifying Events

**a.** Responsibilities of Qualified Beneficiaries

**1.** General Notice Requirements

The qualified beneficiary or a representative of the qualified beneficiary must notify the administrator of the qualifying events listed below within 60 days after the latest of (1) the qualifying event; (2) the loss of coverage, or (3) the date that the qualified beneficiary receives information concerning COBRA coverage in a General Notice.

**a.** Divorce or legal separation;
**b.** Covered Dependent child ceases to be a Dependent child of a covered employee under terms of the plan; or
**c.** A second qualifying event. (See 5(a)(2)).

Notification of a qualifying event must be timely mailed to the plan administrator (generally your employer), or to the entity identified as the COBRA Administrator in the General COBRA Notice provided to you upon enrollment or when your coverage is terminated**. Important Information: If notices are not received within the timeframes specified below, the qualified beneficiary will not be provided COBRA coverage.**

A single notice sent by or on behalf of the covered employee or any one of the qualified beneficiaries affected by the qualifying event satisfies the notice requirement for all qualified beneficiaries.

The following information should be included:

**a.** Name of covered employee;
**b.** Subscriber identification number;
**c.** Employee and qualified beneficiary names, address and telephone number (also note any different addresses for other qualified beneficiaries);
**d.** Employer/former employer;
**e.** Whether the event is a qualifying event; disability, or second qualifying event; and
**f.** Date of qualifying event.

Certain COBRA qualifying events have additional notice requirements which are explained in more detail below.

**2.** Second Qualifying Event

The qualified beneficiary or a representative of the qualified beneficiary must notify the administrator within 60 days of a second qualifying event. **Important Information: If notice is not received within the timeframes specified below, an extension of COBRA coverage will not be provided to the qualified beneficiary.**

The initial 18-month COBRA coverage period may be extended for an additional 18 months (for a total of 36 months) for Spouses and Dependents who initially elected COBRA coverage if:

**a.** The first qualifying event is the employee's termination of employment or reduction in hours;

**b.** The second qualifying event occurs during the initial 18-month COBRA coverage period;

**c.** The second qualifying event has a 36-month maximum coverage period (see Period of Coverage (4)(b)); and

**d.** The second qualifying event is one that would have caused loss of coverage in the absence of the first qualifying event.

If COBRA coverage was previously extended from 18 months to 29 months due to a Medicare disability determination, the maximum COBRA coverage period under a second qualifying event will be 36 months.

If a qualifying event that is a termination of employment or reduction of hours occurs within 18 months after the covered employee becomes entitled to Medicare, then the maximum coverage period for the Spouse and Dependent children will end 36 months from the date the employee became entitled to Medicare as a result of turning 65 (but the covered employee's maximum coverage period will be 18 months).

**3.** Disability Extension

A qualified beneficiary may be entitled to a disability extension of up to 11 additional months. If a qualified beneficiary is entitled to the extension, which shall not extend the total period of continuation coverage beyond 29 months, the extension applies to each qualified beneficiary who is not disabled, as well as to the disabled beneficiary, and it applies independently with respect to each of the qualified beneficiaries.

To qualify for a disability extension, the following requirements must be met:

**a.** The qualifying event must be a termination or reduction of hours of a covered employee's employment; and

**b.** The qualified beneficiary must have been determined under Title II or XVI of the Social Security Act (SSA) to be disabled at any time during the first 60 days of the COBRA continuation coverage.

Individuals who have been determined by SSA to be disabled prior to the occurrence of a qualifying event and the disability continues to exist at the time of the qualifying event, qualified beneficiaries are considered to meet the statutory requirements of being disabled within the first 60 days of COBRA coverage.

In the case of a qualified beneficiary who is a child born to or placed for adoption with a covered employee during a period of COBRA continuation coverage, the period of the first 60 days of COBRA continuation coverage is measured from the date of birth or placement for adoption.

The qualified beneficiary must provide a disability notice before the end of the first 18 months of coverage.

The qualified beneficiary or a representative of the qualified beneficiary must also provide notice to the administrator within 30 days after the date of any final determination under the SSA that the qualified beneficiary is no longer disabled. Coverage will be terminated the later of (1) the first day of the month that is more than 30 days after a final determination by SSA that the individual is no longer disabled; or (2) the end of the COBRA period that applies without regard to the disability extension.

**b.** Responsibilities of Plan Administrator

The plan administrator must notify the party responsible for administering COBRA within 30 days of the following events.

1. The employee's death;
2. The employee's termination (other than for gross misconduct);
3. Reduction in work hours of employment;
4. A proceeding in bankruptcy with respect to an employer from whose employment a covered employee retires; and
5. The covered employee becomes entitled to Medicare.

**c.** Responsibilities of the COBRA Administrator

The COBRA administrator must notify qualified beneficiaries of their right to COBRA coverage within 14 days after receiving notice of a qualifying event by providing qualified beneficiaries with a COBRA Election form.

If the plan administrator is the COBRA administrator, the plan administrator must notify qualified beneficiaries of their right to COBRA coverage within 44 days after receiving notice of a qualifying event.

**6.** Election of COBRA Coverage - Notice Requirements

After a qualified beneficiary or COBRA administrator has provided notice of a qualifying event, the qualified beneficiary will receive a COBRA Election form.

Each qualified beneficiary has an independent right to elect COBRA coverage. The qualified beneficiary or a representative of the qualified beneficiary must return the COBRA Election form to the administrator within 60 days from the date on the COBRA Election form. **Important Information: If the COBRA Election form is not returned within the 60-day timeframe, COBRA coverage will not be provided to any qualified beneficiaries.**

**7.** Trade Adjustment Assistance Eligible Employees

Employees who lost coverage as the result of a termination or a reduction of hours and who qualify for "trade adjustment assistance" ("TAA") under the Trade Act of 1974, as amended, are entitled to a second opportunity to elect COBRA coverage, if such coverage was not elected within the first 60 days after coverage is lost.

The second COBRA election period provisions are effective for individuals with respect to whom petitions for certification for trade adjustment assistance are filed on or after November 4, 2002. The second election period begins on the first day the employee began receiving TAA (or would have become eligible to begin receiving TAA but for exhaustion of unemployment compensation), but only if made within six months after group health coverage is lost. Notice must be provided in accordance with "Responsibility of Qualified Beneficiary" above.

This coverage may continue for 18 months from the date COBRA coverage begins. When the employee elects coverage, the election can include coverage for previously covered Dependents. Dependents are not qualified beneficiaries in their own right under this provision and therefore do not have an independent election.

**8.** Payment of Premium

The first premium payment must be made within 45 days of the date of the election of COBRA continuation coverage and must include payments retroactive to the date coverage would normally have terminated under this plan.

Subsequent payments must be made within 30 days after the first day of each coverage period. Payment is considered to be made on the date payment is sent to the employer or COBRA administrator. If the premium is not paid by the first day of the coverage period, a grace period of 30 days will be allowed for payment. The Member may instead request to be billed for continuation coverage for the following coverage periods: quarterly, semi-annually or annually.

**9.** Termination of Continued Coverage

**a.** Coverage terminates the last day of the maximum required period under COBRA;

**b.** Any of the following events will result in termination of coverage prior to expiration of the 18-Month, 29-Month, or 36-Month period:

1. The first day on which timely payment is not made with respect to the qualified beneficiary;
2. The date upon which the employer or employee organization ceases to provide any group health plan (including successor plans) to any employee;
3. The date, after the date of the COBRA election, upon which the qualified beneficiary first becomes covered under any other group health plan; or
4. The date, after the date of the COBRA election, upon which the qualified beneficiary first becomes entitled to Medicare benefits.

10. Conversion Notice

During the 180 days preceding expiration of COBRA coverage, the qualified beneficiary will be notified of the options to enroll under a conversion health plan, if such an option exists.

11. Questions Concerning COBRA Coverage

For any questions concerning COBRA coverage, contact Blue Cross and Blue Shield of Montana (BCBSMT) at 1-800-447-7828.

12. Provide Notice of Address Changes

In order to protect all COBRA rights, Members must notify the administrator and Blue Cross and Blue Shield of Montana of any changes to the Member's or Family Member's addresses. A Member should also keep a copy of any notices for personal records.

## Conversion Coverage

Montana law entitles certain persons to conversion coverage without evidence of insurability upon termination of their eligibility for group coverage or COBRA coverage. This coverage is at the option of the insured on any of the forms then customarily issued by Blue Cross and Blue Shield of Montana to individual policy holders, with the exception of those whose eligibility is determined by their affiliation other than by employment with a common entity.

1. Transfer upon change in employment status

   Conversion coverage is available if the Member has been covered under this Group Plan for at least three months and is:

   a. A Beneficiary Member or Family Member whose coverage ceased because of termination of membership in a group eligible for coverage under the Group Plan;
   b. A Beneficiary Member or Family Member whose coverage ceased because of termination of employment of the Beneficiary Member;
   c. A Beneficiary Member or Family Member whose coverage ceased because of discontinuance of the Beneficiary Member's employer's business; or
   d. A Beneficiary Member or Family Member whose coverage terminated because of discontinuance of the coverage by the Beneficiary Member's employer where the employer does not provide for any other group disability insurance or plan.

2. Transfer upon change in Family Member status

   Conversion coverage is available following the termination of any continuation of coverage provisions of this Member Guide, for the following persons:

   a. A Family Member of a Beneficiary Member who has died.
   b. The Beneficiary Member's Spouse who enrolled as a Family Member and whose marriage ended because of divorce, annulment, or legal separation and the Beneficiary Member is still covered under the Group policy.
   c. The Beneficiary Member's child who has been enrolled as a Family Member and coverage is terminated because the child reaches the age of 26 years.

3. Enrollment in conversion coverage

   The Member will be enrolled under the Blue Cross and Blue Shield of Montana conversion coverage program if the Member:

a. Meets the qualifications outlined in the conversion provision.
b. Applies to Blue Cross and Blue Shield of Montana and pay dues within 31 days after termination of group coverage.
c. Is not covered under another major medical disability policy or plan.

4. Benefits to Members Hospitalized on Date of Transfer to Conversion Coverage

   If the Member is in the Hospital on the date of transfer of membership to a Blue Cross and Blue Shield of Montana conversion coverage plan, the Member will continue to receive the Benefits payable under this Member Guide for 30 days from the date of transfer or until the Member is discharged from the Hospital, whichever occurs first.

   If the Member is in the Hospital on the date of transfer of membership from conversion coverage to another group health plan, Benefits will be subject to the limitations of the new health plan.

# BENEFITS

The Plan will pay for the following Benefits provided by a Covered Provider based on the Allowable Fee and subject to any Deductible, Copayment, Coinsurance and other provisions, as applicable.

Benefits outlined in this section are subject to the Plan's Medical Policy, any specific exclusions identified for that specific Benefit and to the exclusions and limitations outlined in the Exclusions and Limitations section.

## Accident

Services which are provided for bodily injuries resulting from an Accident.

## Acupuncture

Services provided by a licensed acupuncturist to treat Illness or Injury.

**The Schedule of Benefits describes payment limitations for these services.**

## Advanced Practice Registered Nurses and Physician Assistants - Certified

Services provided by an Advanced Practice Registered Nurse or a physician assistant-certified who is licensed to practice medicine in the state where the services are provided and when payment would otherwise be made if the same services were provided by a Physician.

## Ambulance

Licensed ground and air ambulance transport required for a Medically Necessary condition to the nearest appropriate site.

## Anesthesia Services

Anesthesia services provided by a Physician (other than the attending Physician) or nurse anesthetist including the administration of spinal anesthesia and the injection or inhalation of a drug or other anesthetic agent. The Plan will not pay for.

1. Hypnosis;
2. Local anesthesia or intravenous (IV) sedation that is considered to be an Inclusive Service/Procedure;
3. Anesthesia consultations before surgery that are considered to be Inclusive Services/Procedures because the Allowable Fee for the anesthesia performed during the surgery includes this anesthesia consultation; or
4. Anesthesia for dental services or extraction of teeth, except anesthesia provided at a Hospital in conjunction with dental treatment will be covered only when a nondental physical Illness or Injury exists which makes Hospital care Medically Necessary to safeguard the Member's health. Dental services and treatment are not a Benefit of this Member Guide, except as specifically included in the Dental Accident and Pediatric Dental Benefit.

## Approved Clinical Trials

Routine Patient Costs provided in connection with an Approved Clinical Trial.

## Autism Spectrum Disorders

Diagnosis and treatment of autistic disorder, Asperger's Disorder or Pervasive Developmental Disorder.

Covered services include:

1. Habilitative Care or Rehabilitative Care, including, but not limited to, professional, counseling and guidance services and treatment programs; Applied Behavior Analysis (ABA), also known as Lovaas Therapy; discrete trial training, pivotal response training, intensive intervention programs, and early intensive behavioral intervention;
2. Medications;
3. Psychiatric or psychological care; and
4. Therapeutic care provided by a speech-language pathologist, audiologist, occupational therapist or physical therapist.

Note: Applied Behavior Analysis (ABA), also known as Lovaas Therapy, is only available for Members under age 19.

## Birthing Centers

Services for the delivery of a newborn provided at a birthing center.

## Blood Transfusions

Blood transfusions, including the cost of blood, blood plasma, blood plasma expanders and packed cells. Storage charges for blood are paid when a Member has blood drawn and stored for the Member's own use for a planned surgery.

## Chemical Dependency

Benefits for Chemical Dependency will be paid as any other Illness.

### Outpatient Services

Care and treatment for Chemical Dependency when the Member is not an Inpatient Member and provided by:

1. a Hospital;
2. a Mental Health Treatment Center;
3. a Chemical Dependency Treatment Center;
4. a Physician or prescribed by a Physician;
5. a psychologist;
6. a licensed social worker;
7. a licensed professional counselor;
8. an addiction counselor licensed by the state; or
9. a licensed psychiatrist.

Outpatient Benefits are subject to the following conditions:

1. the services must be provided to diagnose and treat recognized Chemical Dependency; and
2. the treatment must be reasonably expected to improve or restore the level of functioning that has been affected by the Chemical Dependency.

The Plan will not pay for hypnotherapy or for services given by a staff member of a school or halfway house.

### Inpatient Care Services

Care and treatment of Chemical Dependency, while the Member is an Inpatient Member, and which are provided in or by:

1. a Hospital;

2. a Freestanding Inpatient Facility; or
3. a Physician.

Medically monitored and medically managed intensive Inpatient Care services and clinically managed high-intensity services provided at a Residential Treatment Center are Benefits of this Group Plan.

Preauthorization is required for Inpatient Care services and Residential Treatment Center services. Please refer to the section entitled Preauthorization.

**Partial Hospitalization**

Care and treatment of Chemical Dependency, while the Partial Hospitalization services are provided by:

1. a Hospital;
2. a Freestanding Inpatient Facility; or
3. a Physician.

Preauthorization is required for Partial Hospitalization services. Please refer to the section entitled Preauthorization.

## Chemotherapy

The use of drugs approved for use in humans by the U.S. Food and Drug Administration and ordered by the physician for the treatment of disease.

## Chiropractic Services

Services of a licensed chiropractor.

**The Schedule of Benefits describes payment limitations for these services.**

## Contraceptives

Services and supplies related to contraception, including but not limited to, oral contraceptives, contraceptive devices and injections, subject to the terms and limitations of the Member Guide. Oral contraceptives are paid as described in the Preventive Health Care section or under the Prescription Drugs section.

Deductible and Coinsurance do not apply to contraceptives covered under the Preventive Health Care Benefit, whether provided during an office visit or through the Prescription Drugs Benefit. For additional information, access www.bcbsmt.com and click on the Members tab and select Pharmacy.

## Convalescent Home Services

Services of a Convalescent Home as an alternative to Hospital Inpatient Care. The Plan will not pay for custodial care.

**NOTE:** The Plan will not pay for the services of a Convalescent Home if the Member remains inpatient at the Convalescent Home when a skilled level of care is not Medically Necessary.

Preauthorization is required for Convalescent Home services. Please refer to the section entitled Preauthorization.

**The Schedule of Benefits describes payment limitations for these services.**

## Dental Accident Services

Dental services provided by physicians, dentists, oral surgeons and/or any other provider are not covered under this Member Guide except that, Medically Necessary services for the initial repair or replacement of sound natural teeth which are damaged as a result of an Accident, are covered, except that orthodontics, dentofacial orthopedics, or related appliances are not covered, even if related to the Accident.

The Plan will not pay for services for the repair of teeth which are damaged as the result of biting and chewing.

## Diabetic Education

Outpatient self-management training and education services for the treatment of diabetes provided by a Covered Provider with expertise in diabetes.

**The Schedule of Benefits describes payment limitations for these services.**

## Diabetes Treatment (Office Visit)

Services and supplies for the treatment of diabetes provided during an office visit. For additional Benefits related to the treatment of diabetes, e.g., surgical services and medical supplies, refer to that specific Benefit.

## Diagnostic Services

**1.** Diagnostic Imaging Procedures

Diagnostic Imaging which includes Computerized Tomography Scan (CT Scan), Magnetic Resonance Imaging (MRI), Positron Emission Tomography (PET Scan).

**2.** All Other Covered Diagnostic Services

**a.** X-rays and Other Radiology. Some examples of other radiology include:

- Nuclear medicine
- Ultrasound

**b.** Laboratory Tests. Some examples of laboratory tests include:

- Urinalysis
- Blood tests
- Throat cultures

**c.** Diagnostic Testing. Tests to diagnose an Illness or Injury. Some examples of diagnostic testing include:

- Electroencephalograms (EEG)
- Electrocardiograms (EKG or ECG)

This Benefit does not include diagnostic services such as biopsies which are covered under the surgery Benefit.

## Durable Medical Equipment

The appropriate type of equipment used for therapeutic purposes **where the Member resides**. Durable medical equipment, which requires a written prescription, must also be:

**1.** able to withstand repeated use (consumables are not covered);
**2.** primarily used to serve a medical purpose rather than for comfort or convenience; and
**3.** generally not useful to a person who is not ill or injured.

The Plan will not pay for the following items:

**1.** exercise equipment;
**2.** car lifts or stair lifts;
**3.** biofeedback equipment;
**4.** self-help devices which are not medical in nature, regardless of the relief they may provide for a medical condition;
**5.** air conditioners and air purifiers;
**6.** whirlpool baths, hot tubs, or saunas;
**7.** waterbeds;
**8.** other equipment which is not always used for healing or curing;
**9.** Deluxe equipment. The Plan has the right to decide when deluxe equipment is required. However, upon such decision, payment for deluxe equipment will be based on the Allowable Fee for standard equipment.
**10.** computer-assisted communication devices;

PET EXHIBIT 1-051

11. durable medical equipment required primarily for use in athletic activities;
12. replacement of lost or stolen durable medical equipment;
13. repair to rental equipment; and
14. duplicate equipment purchased primarily for Member convenience when the need for duplicate equipment is not medical in nature.

## Education Services

Education services, other than diabetic education, that are related to a medical condition.

## Emergency Room Care

1. Emergency room care for an accidental Injury.
2. Emergency room care for Emergency Services.

## Home Health Care

The following services, when prescribed and supervised by the Member's attending Physician provided in the Member's home by a licensed Home Health Agency and which are part of the Member's treatment plan:

1. Nursing services.
2. Home Health Aide services.
3. Hospice services.
4. Physical Therapy.
5. Occupational Therapy.
6. Speech Therapy.
7. Medical social worker.
8. Medical supplies and equipment suitable for use in the home.
9. Medically Necessary personal hygiene, grooming and dietary assistance.

The Plan will not pay for:

1. Maintenance or custodial care visits.
2. Domestic or housekeeping services.
3. "Meals-on-Wheels" or similar food arrangements.
4. Visits, services, medical equipment, or supplies not approved or included as part of the Member's treatment plan.
5. Services for the treatment of Mental Illness.
6. Services provided in a nursing home or skilled nursing facility.

Preauthorization is required for home health care. Please refer to the section entitled Preauthorization.

**The Schedule of Benefits describes payment limitations for these services.**

## Home Infusion Therapy Services

The preparation, administration, or furnishing of parenteral medications, or parenteral or enteral nutritional services to a Member by a Home Infusion Therapy Agency, including:

1. Education for the Member, the Member's caregiver, or a Family Member.
2. Pharmacy.
3. Supplies.
4. Equipment.
5. Skilled nursing services when billed by a Home Infusion Therapy Agency.

**NOTE:** Skilled nursing services billed by a Licensed Home Health Agency will be covered under the home health care Benefit.

Home infusion therapy services must be ordered by a Physician and provided by a licensed Home Infusion Therapy Agency. A licensed Hospital, which provides home infusion therapy services, must have a Home Infusion Therapy Agency license or an endorsement to its Hospital facility license for home infusion therapy services.

Preauthorization is required for home infusion therapy services. Please refer to the section entitled Preauthorization.

## Hospice Care

A coordinated program of home care and Inpatient Care that provides or coordinates palliative and supportive care to meet the needs of a terminally ill Member and the Member's Immediate Family. Benefits include:

1. Inpatient and Outpatient care;
2. Home care;
3. Nursing services - skilled and non-skilled;
4. Counseling and other support services provided to meet the physical, psychological, spiritual and social needs of the terminally ill Member; and
5. Instructions for care of the Member, counseling and other support services for the Member's Immediate Family.

Preauthorization is required for hospice care. Please refer to the section entitled Preauthorization.

## Hospital Services - Facility and Professional

**Inpatient Care Services Billed by a Facility Provider**

1. Room and Board Accommodations
   a. Room and board, which includes special diets and nursing services.
   b. Intensive care and cardiac care units which include special equipment and concentrated nursing services provided by nurses who are Hospital employees.
2. Miscellaneous Hospital Services
   a. Laboratory procedures.
   b. Operating room, delivery room, recovery room.
   c. Anesthetic supplies.
   d. Surgical supplies.
   e. Oxygen and use of equipment for its administration.
   f. X-ray.
   g. Intravenous injections and setups for intravenous solutions.
   h. Special diets when Medically Necessary.
   i. Respiratory therapy, chemotherapy, radiation therapy, dialysis therapy.
   j. Physical Therapy, Speech Therapy and Occupational Therapy.
   k. Drugs and medicines which:
      1. Are approved for use in humans by the U.S. Food and Drug Administration; and
      2. Are listed in the American Medical Association Drug Evaluation, Physicians' Desk Reference, or Drug Facts and Comparisons; and
      3. Require a Physician's written prescription.

      Drugs and medicines which are used in off-label situations may be reviewed for Medical Necessity.

Preauthorization is required for Inpatient Care. Please refer to the section entitled Preauthorization.

Inpatient Care services are subject to the following conditions:

1. Days of care
   a. The number of days of Inpatient Care provided is 365 days.
   b. In computing the number of Inpatient Care days available, days will be counted according to the standard midnight census procedure used in most Hospitals. The day a Member is admitted to a Hospital is counted,

but the day a Member is discharged is not. If a Member is discharged on the day of admission, one day is counted.

**c.** The day a Member enters a Hospital is the day of admission. The day a Member leaves a Hospital is the day of discharge.

**2.** The Member will be responsible to the Hospital for payment of its charges if the Member remains as an Inpatient Member when Inpatient Care is not Medically Necessary. No Benefits will be provided for a bed "reserved" for a Member. No Benefits will be paid for Inpatient Care provided primarily for diagnostic or therapy services.

**3.** Preauthorization is required for Inpatient Care. Please refer to the section entitled Preauthorization.

**Inpatient Care Medical Services Billed by a Professional Provider**

Nonsurgical services by a Covered Provider, Concurrent Care and Consultation Services.

Medical services do not include surgical or maternity services. Inpatient Care medical services are covered only if the Member is eligible for Benefits under the Hospital Services, Inpatient Care Services section for the admission.

Medical care visits are limited to one visit per day per Covered Provider unless a Member's condition requires a Physician's constant attendance and treatment for a prolonged period of time.

**Observation Beds/Rooms**

Payment will be made for observation beds when Medically Necessary.

**Outpatient Hospital Services**

Use of the Hospital's facilities and equipment for surgery, respiratory therapy, chemotherapy, radiation therapy and dialysis therapy.

## Inborn Errors of Metabolism

Treatment under the supervision of a Physician of inborn errors of metabolism that involve amino acid, carbohydrate and fat metabolism and for which medically standard methods of diagnosis, treatment and monitoring exist. Benefits include expenses of diagnosing, monitoring, and controlling the disorders by nutritional and medical assessment, including but not limited to clinical services, biochemical analysis, medical supplies, prescription drugs, corrective lenses for conditions related to the inborn error of metabolism, nutritional management, and Medical Foods used in treatment to compensate for the metabolic abnormality and to maintain adequate nutritional status.

## Infertility - Diagnosis and Treatment

The Plan will pay for:

The diagnosis and treatment of infertility, including:

- Medically Necessary evaluation to determine cause of infertility
- Artificial insemination (AI) or intrauterine insemination (IUI)
- Medically Necessary Reproductive procedures not related to in vitro fertilization.

The Plan will not pay for:

**1.** Prescription drugs used to treat infertility.
**2.** Services, supplies, drugs and devices related to in vitro fertilization.

## Mammograms (Routine and Medical)

Mammography examinations.

The minimum mammography examination recommendations are:

**1.** One baseline mammogram for women ages 35 through 39.
**2.** One mammogram every two years for women ages 40 through 49, or more frequently as recommended by a Physician.
**3.** One mammogram every year for women age 50 or older.

### Maternity Services - Professional and Facility Covered Providers

1. Prenatal and postpartum care.
2. Delivery of one or more newborns.
3. Hospital Inpatient Care for conditions related directly to pregnancy. Inpatient Care following delivery will be covered for whatever length of time is necessary and will be at least 48 hours following a vaginal delivery and at least 96 hours following a delivery by cesarean section. The decision to shorten the length of stay of Inpatient Care to less than that stated in the preceding sentence must be made by the attending health care provider and the mother.

   Under Federal law, Benefits may not be restricted for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, under Federal law, Covered Providers may not be required to obtain Preauthorization from The Plan for prescribing a length of stay not in excess of 48 hours (or 96 hours).
4. Payment for any maternity services by the professional provider is limited to the Allowable Fee for total maternity care, which includes delivery, prenatal and postpartum care.

Please refer also to the Newborn Initial Care section.

### Medical Supplies

The following supplies for use outside of a Hospital:

1. Supplies for insulin pumps, syringes and related supplies for conditions such as diabetes.
2. Injection aids, visual reading and urine test strips, glucagon emergency kits for treatment of diabetes. One insulin pump for each warranty period is covered under the Durable Medical Equipment Benefit.
3. Sterile dressings for conditions such as cancer or burns.
4. Catheters.
5. Splints.
6. Colostomy bags and related supplies.
7. Supplies for renal dialysis equipment or machines.

Medical supplies are covered only when:

1. Medically Necessary to treat a condition for which Benefits are payable.
2. Prescribed by a Covered Provider.

### Mental Health

Benefits provided for mental health are for the treatment of Mental Illness and Severe Mental Illness as defined in the section entitled "Definitions."

Benefits include but are not limited to, Inpatient Care services, Outpatient services, rehabilitation services and medication for the treatment of Mental Illness or Severe Mental Illness.

Payment for mental health Benefits will be made as for any other illness.

#### Outpatient Services

Care and treatment of Mental Illness or Severe Mental Illness if the Member is not an Inpatient Member and is provided by:

1. a Hospital;
2. a Physician or prescribed by a Physician;
3. a Mental Health Treatment Center;
4. a Chemical Dependency Treatment Center;
5. a psychologist;

6. a licensed social worker;
7. a licensed professional counselor;
8. a licensed addiction counselor; or
9. a licensed psychiatrist.
10. a licensed Advanced Practice Registered Nurse with a specialty in mental health.
11. a licensed Advanced Practice Registered Nurse with prescriptive authority and specializing in mental health.

Outpatient Benefits are subject to the following conditions:

1. the services must be provided to diagnose and treat recognized Mental Illness or Severe Mental Illness; and
2. the treatment must be reasonably expected to improve or restore the level of functioning that has been affected by Mental Illness or Severe Mental Illness.

The Plan will not pay for hypnotherapy or for services given by a staff member of a school or halfway house.

**Inpatient Services**

Care and treatment of Mental Illness or Severe Mental Illness, while the Member is an Inpatient Member, and which are provided in or by:

1. a Hospital;
2. a Freestanding Inpatient Facility; or
3. a Physician.

Medically monitored and medically managed intensive Inpatient Care services and clinically managed high-intensity residential services provided at a Residential Treatment Center are Benefits of this Member Guide.

Preauthorization is required for Inpatient Care services and Residential Treatment Center services. Please refer to the section entitled Preauthorization.

**Partial Hospitalization**

Care and treatment of Mental Illness or Severe Mental Illness, while the Partial Hospitalization services are provided by:

1. a Hospital;
2. a Freestanding Inpatient Facility; or
3. a Physician.

Preauthorization is required for Partial Hospitalization. Please refer to the section entitled Preauthorization.

## Naturopathy

Services provided by a licensed naturopathic provider are covered if such services are a Benefit of this Group Plan.

## Newborn Initial Care

1. The initial care of a newborn at birth provided by a Physician.
2. Nursery Care - Hospital nursery care of newborn infants.

## Office Visits

Covered services provided in a Covered Provider's office during a Professional Call and covered services provided in the home by a Covered Provider. Visits are limited to one visit per day per provider.

## Oral Surgery

Benefits will be provided for the following:

- Excision or biopsy of tumors or cysts of the jaws, cheeks, lips, tongue, roof and floor of the mouth
- Excision of exostoses of the jaws and hard palate (provided that this procedure is not done in preparation for dentures or other prostheses)

- Treatment of fractures of facial bone
- External incision and drainage of cellulitis (not including treatment of dental abscesses)
- Incision of accessory sinuses, salivary glands or ducts
- Surgical removal of complete bony impacted teeth
- Reduction of dislocation of, or excision of, the temporomandibular joints.

## Orthopedic Devices/Orthotic Devices

A supportive device for the body or a part of the body, head, neck or extremities, including but not limited to, leg, back, arm and neck braces. In addition, when Medically Necessary, Benefits will be provided for adjustments, repairs or replacement of the device because of a change in the Member's physical condition.

The Plan will not pay for foot orthotics defined as any in-shoe device designed to support the structural components of the foot during weight-bearing activities

## Pediatric Dental Care

Dental Benefits include coverage for the following Dental Services as long as these services are rendered by a Dentist or a Physician. When the term "Dentist" is used in this Member Guide, it will mean Dentist or Physician.

### Diagnostic Evaluations

Diagnostic evaluations aid the Dentist in determining the nature or cause of a dental disease and include:

| |
|---|
| D0120 Periodic oral evaluation - Limited to 1 every 6 months |
| D0140 Limited oral evaluation - problem focused |
| D0150 Comprehensive oral evaluation - Limited to 1 every 6 months |
| D0160 Detailed and extensive oral evaluation - problem focused, by report |
| D0180 Comprehensive periodontal evaluation |
| D9310 Consultation (diagnostic service provided by dentist or physician other than practitioner providing treatment) |

Benefits will not be provided for tests and oral pathology procedures, or for re-evaluations.

### Preventive Services

Preventive services are performed to prevent dental disease. Dental Services include:

| |
|---|
| D1120 Prophylaxis - Child - Limited to 1 every 6 months |
| D1206 Topical fluoride varnish - Less than age 19 - 2 in 12 months |
| D1208 Topical application of fluoride (excluding prophylaxis) - Less than age 19 - 2 in 12 months |

### Diagnostic Radiographs

Diagnostic radiographs are x-rays taken to diagnose a dental disease, including their interpretations, and include:

| |
|---|
| D0210 Intraoral - complete series (including bitewings) 1 every 60 (sixty) months |
| D0220 Intraoral - periapical first film |
| D0230 Intraoral - periapical - each additional film |
| D0240 Intraoral - occlusal film |
| D0270 Bitewing - single film Adult - 1 set every calendar year / Children - 1 set every 6 months |
| D0272 Bitewings - two films - Adult - 1 set every calendar year / Children - 1 set every 6 months |
| D0274 Bitewings - four films Adult - 1 set every calendar year / Children - 1 set every 6 months |
| D0277 Vertical bitewings - 7 to 8 films - Adult - 1 set every calendar year / Children - 1 set every 6 months |
| D0330 Panoramic film - 1 film every 60 (sixty) months |
| D0340 Cephalometric x-ray |
| D0350 Oral / Facial Photographic Images |
| D0391 Interpretation of Diagnostic Image |

Benefits will not be provided for any radiographs taken in conjunction with Temporomandibular Joint (TMJ) Dysfunction.

**Miscellaneous Preventive Services**

Miscellaneous preventive services are other services performed to prevent dental disease and include:

D1351 Sealant - per tooth - unrestored permanent molars - Less than age 19. 1 sealant per tooth every 36 months

D1352 Preventative resin restorations in a moderate to high caries risk patient - permanent tooth - 1 sealant per tooth every 36 months.

D1510 Space maintainer - fixed - unilateral - Limited to children under age 19

D1515 Space maintainer - fixed - bilateral - Limited to children under age 19

D1520 Space maintainer - removable - unilateral - Limited to children under age 19

D1525 Space maintainer - removable - bilateral - Limited to children under age 19

D1550 Re-cementation of space maintainer - Limited to children under age 19

Benefits are not available for nutritional, tobacco and oral hygiene counseling.

**Basic Restorative Services**

Basic restorative services are restorations necessary to repair basic dental decay, including tooth preparation, all adhesives, bases, liners and polishing. Dental Services include:

D2140 Amalgam - one surface, primary or permanent

D2150 Amalgam - two surfaces, primary or permanent

D2160 Amalgam - three surfaces, primary or permanent

D2161 Amalgam - four or more surfaces, primary or permanent

D2330 Resin-based composite - one surface, anterior

D2331 Resin-based composite - two surfaces, anterior

D2332 Resin-based composite - three surfaces, anterior

D2335 Resin-based composite - four or more surfaces or involving incisal angle (anterior)

Benefits will not be provided for restorations placed within 12 months of the initial placement by the same Dentist.

**Non-Surgical Extractions**

Non-surgical extractions are non-surgical removal of tooth and tooth structures and include:

D7140 Extraction, erupted tooth or exposed root (elevation and/or forceps removal)

**Non-Surgical Periodontal Services**

Non-surgical periodontal service is the non-surgical treatment of a dental disease in the supporting and surrounding tissues of the teeth (gums) and includes:

D4341 Periodontal scaling and root planning-four or more teeth per quadrant - Limited to 1 every 24 months

D4342 Periodontal scaling and root planning-one to three teeth, per quadrant - Limited to 1 every 24 months

D4355 Full mouth debridement to enable comprehensive evaluation and diagnosis - Limited to 1 per lifetime

D4910 Periodontal maintenance - 4 in 12 months combined with adult prophylaxis after the completion of active periodontal therapy

D7921 Collect - Apply Autologous Product - Limited to 1 in 36 months

Benefits will not be provided for chemical treatments, localized delivery of chemotherapeutic agents without history of active periodontal therapy, or when performed on the same date (or in close proximity) as active periodontal therapy.

**Adjunctive Services**

Adjunctive general services include:

D9110 Palliative treatment of dental pain - minor procedure

D9220 Deep sedation/general anesthesia - first 30 minutes

D9221 Deep sedation/general anesthesia - each additional 15 minutes

D9241 Intravenous conscious sedation/analgesia - first 30 minutes

D9242 Intravenous conscious sedation/analgesia - each additional 15 minutes

D9610 Therapeutic drug injection, by report

Benefits will not be provided for local anesthesia, nitrous oxide analgesia, therapeutic parenteral drugs, or other drugs or medicaments and/or their application.

**Endodontic Services**

Endodontics is the treatment of dental disease of the tooth pulp and includes:

| |
|---|
| D3220 Therapeutic pulpotomy (excluding final restoration) - If a root canal is within 45 days of the pulpotomy, the pulpotomy is not a covered service since it is considered a part of the root canal procedure and benefits are not payable separately. |
| D3222 Partial pulpotomy for apexogenesis - permanent tooth with incomplete root development If a root canal is within 45 days of the pulpotomy, the pulpotomy is not a covered service since it is considered a part of the root canal procedure and benefits are not payable separately. |
| D3230 Pulpal therapy (resorbable filling) - anterior, primary tooth (excluding final restoration) - Limited to primary incisor teeth for members up to age 6 and for primary molars and cuspids up to age 11 and is limited to once per tooth per lifetime. |
| D3240 Pulpal therapy (resorbable filling) - posterior, primary tooth excluding final restoration). Incomplete endodontic treatment when you discontinue treatment. - Limited to primary incisor teeth for members up to age 6 and for primary molars and cuspids up to age 11 and is limited to once per tooth per lifetime. |
| D3310 Anterior root canal (excluding final restoration) |
| D3320 Bicuspid root canal (excluding final restoration) |
| D3330 Molar root canal (excluding final restoration) |
| D3346 Retreatment of previous root canal therapy-anterior |
| D3347 Retreatment of previous root canal therapy-bicuspid |
| D3348 Retreatment of previous root canal therapy-molar |
| D3351 Apexification/recalcification - initial visit (apical closure/calcific repair of perforations, root resorption, etc.) |
| D3352 Apexification/recalcification - interim medication replacement (apical closure/calcific repair of perforations, root resorption, etc.) |
| D3353 Apexification/recalcification - final visit (includes completed root canal therapy, apical closure/calcific repair of perforations, root resorption, etc.) |
| D3354 Pulpal regeneration (completion of regenerative treatment in an immature permanent tooth with a necrotic pulp) does not include final restoration |
| D3410 Apicoectomy/periradicular surgery - anterior |
| D3421 Apicoectomy/periradicular surgery - bicuspid (first root) |
| D3425 Apicoectomy/periradicular surgery - molar (first root) |
| D3426 Apicoectomy/periradicular surgery (each additional root) |
| D3450 Root amputation - per root |
| D3920 Hemisection (including any root removal) - not including root canal therapy |

Pulpal debridement is considered part of endodontic therapy when performed by the same Dental Provider and not associated with a definitive emergency visit.

Benefits will not be provided for the following “Endodontic Services”:

- Endodontic retreatments provided within 12 months of the initial endodontic therapy by the same Dentist.
- Pulp vitality tests, endodontic endosseous implants, intentional reimplantations, canal preparation, fitting of preformed dowel and post, or post removal.
- Endodontic therapy if the Member discontinues endodontic treatment.

**Oral Surgery Services**

Oral surgery means the procedures for surgical extractions and other dental surgery under local anesthetics and includes:

| |
|---|
| D7210 Surgical removal of erupted tooth requiring elevation of mucoperiosteal flap and removal of bone and/or section of tooth |
| D7220 Removal of impacted tooth - soft tissue |
| D7230 Removal of impacted tooth - partially bony |
| D7240 Removal of impacted tooth - completely bony |
| D7241 Removal of impacted tooth - completely bony with unusual surgical complications |
| D7250 Surgical removal of residual tooth roots (cutting procedure) |
| D7251 Coronectomy - intentional partial tooth removal |
| D7270 Tooth reimplantation and/or stabilization of accidentally evulsed or displaced tooth |

| |
|---|
| D7280 Surgical access of an unerupted tooth |
| D7310 Alveoloplasty in conjunction with extractions - per quadrant |
| D7311 Alveoloplasty in conjunction with extractions - one to three teeth or tooth spaces, per quadrant |
| D7320 Alveoloplasty not in conjunction with extractions - per quadrant |
| D7321 Alveoloplasty not in conjunction with extractions - one to three teeth or tooth spaces, per quadrant |
| D7471 Removal of exostosis |
| D7510 Incision and drainage of abscess - intraoral soft tissue |
| D7910 Suture of recent small wounds up to 5 cm |
| D7953 Bone replacement graft for ridge preservation - per site |
| D7971 Excision of pericoronal gingiva |
| D9930 Treatment of complications (post-surgical) unusual circumstances, by report |

Benefits will not be provided for the following Oral Surgery procedures:

- Surgical services related to a congenital malformation.
- Prophylactic removal of third molars or impacted teeth (asymptomatic, nonpathological), or for complete bony impactions covered by another benefit plan.
- Excision of tumors or cysts of the jaws, cheeks, lips, tongue, roof and floor of the mouth.
- Excision of exostoses of the jaws and hard palate (provided that this procedure is not done in preparation for dentures or other prostheses); treatment of fractures of facial bones; external incision and drainage of cellulitis; incision of accessory sinuses, salivary glands or ducts; reduction of dislocation, or excision of the temporomandibular joints.

**Surgical Periodontal Services**

Surgical periodontal service is the surgical treatment of a dental disease in the supporting and surrounding tissues of the teeth (gums) and includes:

| |
|---|
| D4210 Gingivectomy or gingivoplasty - four or more teeth - Limited to 1 every 36 months |
| D4211 Gingivectomy or gingivoplasty - one to three teeth |
| D4212 Gingivectomy or gingivoplasty - with restorative procedures, per tooth – Limited to 1 every 36 months |
| D4240 Gingival flap procedure, four or more teeth - Limited to 1 every 36 months |
| D4241 Gingival flap procedure, including root planing, one to three contiguous teeth or tooth bounded spaces per quadrant - Limited to 1 every 36 months |
| D4249 Clinical crown lengthening-hard tissue |
| D4260 Osseous surgery (including flap entry and closure), four or more contiguous teeth or bounded teeth spaces per quadrant - Limited to 1 every 36 months |
| D4261 Osseous surgery (including flap entry and closure), one to three contiguous teeth or bounded teeth spaces per quadrant - Limited to 1 every 36 months |
| D4263 Cone replacement graft - first site in quadrant - Limited to 1 every 36 months |
| D4270 Pedicle soft tissue graft procedure |
| D4271 Free soft tissue graft procedure (including donor site surgery) |
| D4273 Subepithelial connective tissue graft procedures (including donor site surgery) |
| D4275 Soft tissue allograft - Limited to 1 every 36 months |
| D4277 Free soft tissue graft 1st tooth |
| D4278 Free soft tissue graft - additional teeth |
| D4355 Full mouth debridement to enable comprehensive evaluation and diagnosis - Limited to 1 per lifetime |

Benefits will not be provided for guided tissue regeneration, or for biologic materials to aid in tissue regeneration.

**Major Restorative Services**

Restorative services restore tooth structures lost as a result of dental decay or fracture and include:

| |
|---|
| D2510 Inlay - metallic - one surface - An alternate benefit will be provided |
| D2520 Inlay - metallic - two surfaces - An alternate benefit will be provided |
| D2530 Inlay - metallic - three surfaces - An alternate benefit will be provided |
| D2542 Onlay - metallic - two surfaces - Limited to 1 per tooth every 60 months |
| D2543 Onlay - metallic - three surfaces - Limited to 1 per tooth every 60 months |
| D2544 Onlay - metallic - four or more surfaces - Limited to 1 per tooth every 60 months |

D2740 Crown - porcelain/ceramic substrate - Limited to 1 per tooth every 60 months
D2750 Crown - porcelain fused to high noble metal - Limited to 1 per tooth every 60 months
D2751 Crown - porcelain fused to predominately base metal - Limited to 1 per tooth every 60 months
D2752 Crown - porcelain fused to noble metal - Limited to 1 per tooth every 60 months
D2780 Crown - 3/4 cast high noble metal - Limited to 1 per tooth every 60 months
D2781 Crown - 3/4 cast predominately base metal - Limited to 1 per tooth every 60 months
D2783 Crown - 3/4 porcelain/ceramic - Limited to 1 per tooth every 60 months
D2790 Crown - full cast high noble metal - Limited to 1 per tooth every 60 months
D2791 Crown - full cast predominately base metal - Limited to 1 per tooth every 60 months
D2792 Crown - full cast noble metal - Limited to 1 per tooth every 60 months
D2794 Crown - titanium - Limited to 1 per tooth every 60 months
D2940 Protective Restoration
D2981 Inlay Repair
D2982 Onlay Repair
D2983 Veneer Repair
D2990 Resin infiltration/smooth surface - Limited to 1 every 36 months.

Benefits will be provided for the replacement of a lost or defective crown. However, Benefits will not be provided for the restoration of occlusion or incisal edges due to bruxism or harmful habits.

Benefits for major restorations are limited to one per tooth every 60 months whether placement was provided under this Member Guide or under any prior dental coverage, even if the original crown was stainless steel. Crowns placed over implants will be covered.

**Prosthodontic Services**

Prosthodontics involve procedures necessary for providing artificial replacements for missing natural teeth and includes:

D5110 Complete denture - maxillary - Limited to 1 every 60 months
D5120 Complete denture - mandibular - Limited to 1 every 60 months
D5130 Immediate denture - maxillary - Limited to 1 every 60 months
D5140 Immediate denture - mandibular - Limited to 1 every 60 months
D5211 Maxillary partial denture - resin base (including any conventional clasps, rests and teeth) - Limited to 1 every 60 months
D5212 Mandibular partial denture - resin base (including any conventional clasps, rests and teeth) - Limited to 1 every 60 months
D5213 Maxillary partial denture - cast metal framework with resin denture base (including any conventional clasps, rests and teeth) - Limited to 1 every 60 months
D5214 Mandibular partial denture - cast metal framework with resin denture base (including any conventional clasps, rests and teeth) - Limited to 1 every 60 months
D5281 Removable unilateral partial denture-one piece cast metal (including clasps and teeth) - Limited to 1 every 60 months
D5410 Adjust complete denture - maxillary
D5411 Adjust complete denture - mandibular
D5421 Adjust partial denture - maxillary
D5422 Adjust partial denture - mandibular
D5510 Repair broken complete denture base
D5520 Replace missing or broken teeth - complete denture (each tooth)
D5610 Repair resin denture base
D5620 Repair cast framework
D5630 Repair or replace broken clasp
D5640 Replace broken teeth - per tooth
D5650 Add tooth to existing partial denture
D5660 Add clasp to existing partial denture
D5710 Rebase complete maxillary denture - Limited to 1 in a 36-month period 6 months after the initial installation
D5720 Rebase maxillary partial denture - Limited to 1 in a 36-month period 6 months after the initial installation
D5721 Rebase mandibular partial denture - Limited to 1 in a 36-month period 6 months after the initial installation

D5730 Reline complete maxillary denture - Limited to 1 in a 36-month period 6 months after the initial installation

D5731 Reline complete mandibular denture - Limited to 1 in a 36-month period 6 months after the initial installation

D5740 Reline maxillary partial denture - Limited to 1 in a 36-month period 6 months after the initial installation

D5741 Reline mandibular partial denture - Limited to 1 in a 36-month period 6 months after the initial installation

D5750 Reline complete maxillary denture (laboratory) - Limited to 1 in a 36-month period 6 months after the initial installation

D5751 Reline complete mandibular denture (laboratory) - Limited to 1 in a 36-month period 6 months after the initial installation

D5760 Reline maxillary partial denture (laboratory) - Limited to 1 in a 36-month period 6 months after the initial installation

D5761 Reline mandibular partial denture (laboratory) Rebase/Reline - Limited to 1 in a 36-month period 6 months after the initial installation.

D5850 Tissue conditioning (maxillary)

D5851 Tissue conditioning (mandibular)

Note: An implant is a covered procedure only if determined to be a Dental Necessity. Claim review is conducted by The Plan who reviews the clinical documentation submitted by the treating Dentist. If The Plan determines an arch can be restored with a standard prosthesis or restoration, no Benefits will be allowed for the individual implant or implant procedures. Only the second phase of treatment (the prosthodontic phase-placing of the implant crown, bridge denture or partial denture) may be subject to the alternate Benefit provision of The Plan.

D6010 Endosteal Implant - 1 every 60 months

D6012 Surgical Placement of Interim Implant Body - 1 every 60 months

D6040 Eposteal Implant - 1 every 60 months

D6050 Transosteal Implant, Including Hardware - 1 every 60 months

D6053 Implant supported complete denture

D6054 Implant supported partial denture

D6055 Connecting Bar - implant or abutment supported - 1 every 60 months

D6056 Prefabricated Abutment - 1 every 60 months

D6057 Custom Abutment - 1 every 60 months

D6058 Abutment supported porcelain ceramic crown - 1 every 60 months

D6059 Abutment supported porcelain fused to high noble metal - 1 every 60 months

D6060 Abutment supported porcelain fused to predominately base metal crown - 1 every 60 months

D6061 Abutment supported porcelain fused to noble metal crown - 1 every 60 months

D6062 Abutment supported cast high noble metal crown - 1 every 60 months

D6063 Abutment supported cast predominately base metal crown - 1 every 60 months

D6064 Abutment supported cast noble metal crown - 1 every 60 months

D6065 Implant supported porcelain/ceramic crown - 1 every 60 months

D6066 Implant supported porcelain fused to high metal crown - 1 every 60 months

D6067 Implant supported metal crown - 1 every 60 months

D6068 Abutment supported retainer for porcelain/ceramic fixed partial denture - 1 every 60 months

D6069 Abutment supported retainer for porcelain fused to high noble metal fixed partial denture - 1 every 60 months

D6070 Abutment supported retainer for porcelain fused to predominately base metal fixed partial denture - 1 every 60 months

D6071 Abutment supported retainer for porcelain fused to noble metal fixed partial denture - 1 every 60 months

D6072 Abutment supported retainer for cast high noble metal fixed partial denture 1 every 60 months

D6073 Abutment supported retainer for predominately base metal fixed partial denture - 1 every 60 months

D6074 Abutment supported retainer for cast noble metal fixed partial denture - 1 every 60 months

D6075 Implant supported retainer for ceramic fixed partial denture - 1 every 60 months

D6076 Implant supported retainer for porcelain fused to high noble metal fixed partial denture - 1 every 60 months

D6077 Implant supported retainer for cast metal fixed partial denture - 1 every 60 months

D6078 Implant/abutment supported fixed partial denture for completely edentulous arch - 1 every 60 months

D6079 Implant/abutment supported fixed partial denture for partially edentulous arch - 1 every 60 months

D6080 Implant Maintenance Procedures -1 every 60 months

D6090 Repair Implant Prosthesis - 1 every 60 months

D6091 Replacement of Semi-Precision or Precision Attachment - 1 every 60 months

D6095 Repair Implant Abutment - 1 every 60 months

| |
|---|
| D6100 Implant Removal - 1 every 60 months |
| D6101 Debridement periimplant defect, covered if implants are covered - Limited to 1 every 60 months |
| D6102 Debridement and osseous periimplant defect, covered if implants are covered - Limited to 1 every 60 months |
| D6103 Bone graft implant periimplant defect, covered if implants are covered |
| D6014 Bone graft implant periimplant defect, covered if implants are covered |
| D6190 Implant Index - 1 every 60 months |
| D6210 Pontic - cast high noble metal - Limited to 1 every 60 months |
| D6211 Pontic - cast predominately base metal - Limited to 1 every 60 months |
| D6212 Pontic - cast noble metal - Limited to 1 every 60 months |
| D6214 Pontic - titanium - Limited to 1 every 60 months |
| D6240 Pontic - porcelain fused to high noble metal - Limited to 1 every 60 months |
| D6241 Pontic - porcelain fused to predominately base metal - Limited to 1 every 60 months |
| D6242 Pontic - porcelain fused to noble metal - Limited to 1 every 60 months |
| D6245 Pontic - porcelain/ceramic - Limited to 1 every 60 months |
| D6519 Inlay/onlay - porcelain/ceramic - Limited to 1 every 60 months |
| D6520 Inlay - metallic - two surfaces - Limited to 1 every 60 months |
| D6530 Inlay - metallic - three or more surfaces - Limited to 1 every 60 months |
| D6543 Onlay - metallic - three surfaces - 1 every 60 months |
| D6544 Onlay - metallic - four or more surfaces - 1 every 60 months |
| D6545 Retainer - cast metal for resin bonded fixed prosthesis - 1 every 60 months |
| D6548 Retainer - porcelain/ceramic for resin bonded fixed prosthesis - 1 every 60 months |
| D6740 Crown - porcelain/ceramic - 1 every 60 months |
| D6750 Crown - porcelain fused to high noble metal - 1 every 60 months |
| D6751 Crown - porcelain fused to predominately base metal - 1 every 60 months |
| D6752 Crown - porcelain fused to noble metal - 1 every 60 months |
| D6780 Crown - 3/4 cast high noble metal - 1 every 60 months |
| D6781 Crown - 3/4 cast predominately base metal - 1 every 60 months |
| D6782 Crown - 3/4 cast noble metal - 1 every 60 months |
| D6783 Crown - 3/4 porcelain/ceramic - 1 every 60 months |
| D6790 Crown - full cast high noble metal - 1 every 60 months |
| D6791 Crown - full cast predominately base metal - 1 every 60 months |
| D6792 Crown - full cast noble metal - 1 every 60 months |
| D6973 Core buildup for retainer, including any pins - 1 every 60 months |
| D9940 Occlusal guard, by report - 1 in 12 months for patients 13 and older |

Prosthetics placed over implants will be covered.

Tissue conditioning is part of a denture or a reline/rebase, when performed on the same day as the delivery.

Benefits will not be provided for the following Prosthodontic Services:

- Treatment to replace teeth which were missing prior to the Effective Date, except those teeth missing due to congenital malformation.
- Splinting of teeth, including double retainers for removable partial dentures and fixed bridgework.

**Miscellaneous Restorative and Prosthodontic Services**

Other restorative and prosthodontics services include:

| |
|---|
| D0470 Diagnostic Models |
| D2910 Re-cement inlay |
| D2920 Re-cement crown |
| D2929 Prefabricated porcelain crown - primary - Limited to 1 every 60 months |
| D2930 Prefabricated stainless steel crown - primary tooth - Under age 15 - Limited to 1 per tooth in 60 months |
| D2931 Prefabricated stainless steel crown - permanent tooth - Under age 15 - Limited to 1 per tooth in 60 months |
| D2950 Core buildup, including any pins- Limited to 1 per tooth every 60 months |
| D2951 Pin retention - per tooth, in addition to restoration |
| D2954 Prefabricated post and core, in addition to crown- Limited to 1 per tooth every 60 months |

| |
|---|
| D2980 Crown repair, by report |
| D6930 Recement fixed partial denture |
| D6980 Fixed partial denture repair, by report |

**Orthodontic Services**

Orthodontic procedures and treatment include examination records, tooth guidance and repositioning (straightening) of the teeth for Members. Coverage for orthodontic services is shown on the Schedule of Benefits. Covered services include:

| |
|---|
| D8010 Limited orthodontic treatment of the primary dentition |
| D8020 Limited orthodontic treatment of the transitional dentition |
| D8030 Limited orthodontic treatment of the adolescent dentition |
| D8050 Interceptive orthodontic treatment of the primary dentition |
| D8060 Interceptive orthodontic treatment of the transitional dentition |
| D8070 Comprehensive orthodontic treatment of the transitional dentition |
| D8080 Comprehensive orthodontic treatment of the adolescent dentition |
| D8210 Removable appliance therapy |
| D8220 Fixed appliance therapy |
| D8660 Pre-orthodontic treatment visit |
| D8670 Periodic orthodontic treatment visit (as part of contract) |
| D8680 Orthodontic retention (removal of appliances, construction and placement of retainer(s) |

Note: Benefits for codes D0330, D0340, D0350, and D0470 will be applied to the lifetime orthodontia maximum when performed as part of orthodontia treatment.

**Special Provisions Regarding Orthodontic Services:**

- Pediatric Orthodontic Services – Coverage is limited to children under age 19 with an orthodontic condition meeting Medical Necessity criteria established by The Plan (e.g., severe, dysfunctional malocclusion.
- Orthodontic services are paid over the Course of Treatment, up to the maximum Benefit Period orthodontic Benefit. Benefits cease when the Member is no longer covered, whether or not the entire Benefit has been paid out.
- Orthodontic treatment is started on the date the bands or appliances are inserted.
- Payment for diagnostic services performed in conjunction with orthodontics is applied to the orthodontic Benefit and subject to the Benefit Period maximum for orthodontic services.
- If orthodontic treatment is terminated for any reason before completion, Benefits will cease on the date of termination.
- If the Member's coverage is terminated prior to the completion of the orthodontic treatment plan, the Member is responsible for the remaining balance of treatment costs.
- Recementation of an orthodontic appliance by the same Provider who placed the appliance and/or who is responsible for the ongoing care of the Member is not covered.
- Benefits are not available for replacement or repair of an orthodontic appliance.
- For services in progress on the Effective Date, Benefits will be reduced based on the benefits paid prior to this coverage beginning.

**Important Information About the Member's Dental Benefits**

1. Dental Procedures Which Are Not Dentally Necessary

   Please note that in order to provide dental care Benefits at a reasonable cost, this Member Guide provides Benefits only for those covered Dental Services and eligible dental treatment that are determined by The Plan to be Dentally Necessary.

   No Benefits will be provided for procedures which are not Dentally Necessary. Dentally Necessary generally means that a specific procedure provided to the Member is required for the treatment or management of a dental symptom or condition and that the procedure performed is the most efficient and economical procedure which can safely be provided to the Member, as determined by The Plan.

   The fact that a Physician or Dentist may prescribe, order, recommend or approve a procedure does not of itself make such a procedure or supply Dentally Necessary.

**2.** Care By More Than One Dentist

If the Member changes Dentists in the middle of a particular Course of Treatment, Benefits will be provided as if the Member had stayed with the same Dentist until treatment was completed. There will be no duplication of Benefits.

**3.** Non-Compliance with Prescribed Care

Any additional treatment and resulting liability which is caused by the lack of a Member's cooperation with the Dentist or from non-compliance with prescribed dental care will be the responsibility of the Member.

**The Plan will not pay for:**

1. Services or supplies not specifically listed as a Dental Service, or when they are related to a non-covered service.
2. Amounts which are in excess of the Allowable Fee, as determined by The Plan.
3. Dental Services for treatment of congenital or developmental malformation, except as included in the pediatric orthodontic Benefit.
4. Services performed for cosmetic purposes, including but not limited to bleaching teeth and grafts to improve aesthetics.
5. Dental Services or appliances for the diagnosis and/or treatment of temporomandibular joint dysfunction and related disorders or to increase vertical dimension.
6. Dental Services which are performed due to an accidental injury. Injury caused by chewing or biting an object or substance placed in the mouth is not considered an accidental injury.
7. Services or supplies that do not meet accepted standards of dental practice.
8. Hospital and ancillary charges.
9. Services or supplies for which "discounts" or waiver of Deductible or Coinsurance amounts are offered.
10. Services or supplies received from someone other than a Dentist or Denturist, except for those services received from a licensed dental hygienist under the supervision and guidance of a Dentist, where applicable.
11. Services or supplies received for behavior management or consultation purposes.
12. Charges for nutritional, tobacco or oral hygiene counseling.
13. Charges for local, state or territorial taxes on Dental Services or procedures.
14. Charges for the administration of infection control procedures as required by local, state or federal mandates.
15. Charges for duplicate, temporary or provisional prosthetic device or other duplicate, temporary or provisional appliances.
16. Orthodontic services, except Pediatric Orthodontic Services are covered when Medically Necessary.
17. Charges for telephone consultations, email or other electronic consultations, missed appointments, completion of a claim form or forwarding requested records or x-rays.
18. Charges for prescription or non-prescription mouthwashes, rinses, topical solutions, preparations or medicament carriers.
19. Charges for personalized complete or partial dentures and overdentures, related services and supplies, or other specialized techniques.
20. Charges for athletic mouth guards, isolation of tooth with rubber dam, metal copings, mobilization of erupted/malpositioned tooth, precision attachments for partials and/or dentures and stress breakers.
21. Charges for a partial or full denture or fixed bridge which includes replacement of a tooth which was missing prior to the Member's Effective Date under this Member Guide; except this exclusion will not apply if such partial or full denture or fixed bridge also includes replacement of a missing tooth which was extracted after the Member's Effective Date.
22. Any services, treatments or supplies included as Dental Services under other hospital, medical and/or surgical coverage.
23. Case presentations or detailed and extensive treatment planning when billed for separately.

## Pediatric Vision Care

The following services only may be provided by a licensed ophthalmologist or optometrist operating within the scope of his or her license, or a dispensing optician to Members under 19 years of age:

1. One Routine vision exam per Benefit Period.
2. One pair of glasses (frames and lenses) or two boxes of contacts per Benefit Period.

The Plan will not pay for any vision service, treatment or materials not specifically listed above.

## Postmastectomy Care and Reconstructive Breast Surgery

### Postmastectomy Care

Inpatient Care for the period of time determined by The Plan in consultation with the Attending Physician, and the Member, to be Medically Necessary following a mastectomy.

### Reconstructive Breast Surgery

1. All stages of Reconstructive Breast Surgery after a mastectomy including, but not limited to:
   a. All stages of reconstruction of the breast on which a mastectomy has been performed.
   b. Surgery and reconstruction of the other breast to establish a symmetrical appearance.
   c. Chemotherapy.
   d. Prostheses and physical complications of all stages of a mastectomy and breast reconstruction, including lymphedemas.

   Coverage described in 1(a) through 1(d) will be provided in a manner determined in consultation with the Attending Physician and the patient.
2. Breast prostheses as the result of a mastectomy.

For specific Benefits related to postmastectomy care, refer to that specific Benefit, e.g., surgical services and Hospital services.

## Prescription Drugs

**Refer to the Prescription Drugs section in the Schedule of Benefits for specific information on the application of any Deductible, Copayment and/or Coinsurance.**

The Prescription Drugs Benefit is for Prescription Drug Products which are self-administered. This Benefit does not include medications which are administered by a Covered Provider. If a medication is administered by a Covered Provider, the claim will process under the Member's medical Benefits. **Please refer to the Preauthorization section for complete information about the medications that are subject to the Member's medical Benefits, the process for requesting Preauthorization for medications subject to the Member's medical Benefits, and related information.**

Subject to the terms, conditions, and limitations of this Member Guide, The Plan will pay for Prescription Drug Products, which:

1. Are approved for use in humans by the U.S. Food and Drug Administration; and
2. Require a Physician's written prescription; and
3. Are dispensed under federal or state law pursuant to a prescription order or refill.

Prescription Drug Products which are used in off-label situations may be reviewed for Medical Necessity.

### Drug Lists

Covered drugs are selected by The Plan based upon the recommendations of a committee, which is made up of current and previously practicing physicians and pharmacists from across the country, some of which are employed by or affiliated with Blue Cross and Blue Shield of Montana. The committee considers drugs regulated by the FDA for inclusion on the Drug List. Some of the factors committee members evaluate include each drug's safety, effectiveness, cost, and how it compares with drugs currently on the Drug List. The committee considers drugs that are newly approved by the FDA, as well as those that have been on the market for some time. Entire drug classes are also regularly reviewed. Changes to the Drug List can be made from time to time.

The Plan may offer multiple Drug Lists. By accessing www.bcbsmt.com or www.myprime.com or calling the Customer Service toll-free number on the Member's identification card, the Member or provider can determine the Drug List that applies to the Member's Plan and whether a particular drug is on the Drug List.

The Member, or the Member's prescribing health care provider, can ask for a Drug List exception if the Member's drug is not on the Drug List (also known as a formulary). To request this exception, the Member or the Member's prescriber, can call the number on the back of the Member's ID card to ask for a review. If the Member has a health condition that may jeopardize his/her life, health or keep the Member from regaining function, or the Member's current drug therapy uses a non-covered drug, the Member or the Member's prescriber, may be able to ask for an expedited review process. Blue Cross and Blue Shield of Montana will notify the Member or the Member's prescriber, of the coverage decision within 24 hours after they receive the request for an expedited review. If the coverage request is denied, Blue Cross and Blue Shield of Montana will let the Member and the Member's prescriber, know why it was denied and offer the Member a covered alternative drug (if applicable). If the Member's exception is denied, the Member may appeal the decision according to the appeals process the Member will receive with the denial determination. The Member should call the number on the back of the ID card if the Member has any questions.

**Covered Prescription Drug Products**

The following Prescription Drugs Products, obtained from a Participating Pharmacy, either retail or mail order, or a retail nonparticipating pharmacy, are covered:

1. Legend drugs - drugs requiring written prescriptions and dispensed by a licensed pharmacist for treatment of an Illness or Injury.
2. One prescription oral agent for controlling blood sugar levels for each class of drug approved by the United States food and drug administration.
3. Insulin on prescription.
4. Disposable insulin needles/syringes.
5. Test strips.
6. Lancets.
7. Oral contraceptives, contraceptive devices, implantables or injections prescribed by a Physician.
8. Smoking cessation products and over-the-counter smoking cessation aids/medications with a written prescription, as required by the Affordable Care Act. Tobacco counseling is available under the Preventive Health Care Benefit.

**The Schedule of Benefits lists any Deductible, Copayment and/or Coinsurance that the member is responsible for and payment limitations for these Prescription Drug Products.**

**Non-Covered Prescription Drug Products**

The Plan will not pay for:

1. Nonlegend drugs other than insulin.
2. Compounded medications.
3. Anabolic Steroids.
4. Any drug used for the purpose of weight loss.
5. Fluoride supplements, except as required by the Affordable Care Act for children under age 6.
6. Drugs which are not approved by the FDA for a particular use or purpose or when used for a purpose other than the purpose for which the FDA approval is given, except as required by law or regulation. Prescription Drug Products which are used in off-label situations may be reviewed for Medical Necessity.
7. Over-the-counter drugs that do not require a prescription, except over-the-counter smoking cessation aids with a written prescription.
8. Prescription Drug Products for which there is an exact over-the-counter equivalent.
9. Prescription Drug Products for cosmetic purposes, including the treatment of alopecia (hair loss) (e.g., Minoxidil, Rogaine).
10. Therapeutic devices or appliances, including needles, syringes, support garments and other non-medicinal substances, regardless of intended use, except those otherwise covered under this section.
11. Prescription Drug Products used for erectile dysfunction.

12. Prescription Drug Products used for the treatment of infertility.
13. Insulin pumps and glucose meters. Insulin pumps and glucose meters are covered under the Durable Medical Equipment Benefit. Insulin pump supplies are covered under the Medical Supplies Benefit.
14. Drugs or items labeled "Caution - limited by federal law to investigational use," or experimental drugs, even though the Member is charged for the item.
15. Biological sera, blood, or blood plasma.
16. Prescription Drug Products which are to be taken by or administered to the Member, in whole or in part, while the Member is a patient in a licensed Hospital, rest home, sanitarium, extended care facility, convalescent hospital, nursing home, or similar institution which operates or allows to be operated on its premises, a facility for dispensing pharmaceuticals. Medication in these situations is part of the facility's charge.
17. Any Prescription Drug Product refilled in excess of the number specified by the Physician, or any refill dispensed after one year from the Physician's original order.
18. Replacement prescription drugs or Prescription Drug Products due to loss, theft or spoilage.
19. Prescription Drug Products obtained from a pharmacy located outside the United States for consumption within the United States.
20. Prescription Drug Products provided by a mail-order pharmacy that is not approved by The Plan.
21. Repackaged medications.
22. Non-sedating antihistamines.
23. Brand-Name Proton Pump Inhibitors (PPIs).
24. Prescription Drug Products determined by The Plan to have inferior efficacy or significant safety issues.

**Controlled Substances Limitation**

If The Plan determines that a Member may be receiving quantities of controlled substance medications not supported by FDA approved dosages or recognized treatment guidelines, any Benefits for additional drugs may be subject to a review for Medical Necessity, appropriateness and other restrictions.

**Purchase and Payment of Prescription Drug Products**

Prescription Drug Products may be obtained using an outpatient retail pharmacy or a mail-order pharmacy approved by The Plan. To use a mail-order pharmacy, the Member must send an order form with the prescription to the address listed on the mail-order service form and pay any required Deductible, Copayment and/or Coinsurance. In addition to any Deductible, Copayment and/or Coinsurance, if the Member chooses a Brand-Name drug for which a Generic substitute is available, the Member is required to pay the difference between the cost of the Brand-Name drug and the Generic equivalent. The address of each mail order pharmacy approved by The Plan is listed on the inside cover of this Member Guide.

If drugs or Prescription Drug Products are purchased at a Value Participating Pharmacy, a Participating Pharmacy or a mail order pharmacy approved by The Plan, and the Member presents the Member's ID card at the time of purchase, the Member must pay any required Deductible, Copayment and/or Coinsurance. In addition to any Deductible, Copayment and/or Coinsurance, if the Member chooses a Brand-Name drug for which a Generic substitute is available, the Member is required to pay the difference between the cost of the Brand-Name drug and the Generic equivalent. The Member will only be required to pay the appropriate Deductible, Copayment and/or Coinsurance and the difference between the cost of the Brand-Name drug and the Generic equivalent if the amount can be determined by the pharmacy at the time of purchase.

Exceptions to this provision may be allowed for certain preventive medications (including prescription contraceptive medications) if the Member's health care Provider submits a request to The Plan indicating that the Generic drug would be medically inappropriate, along with supporting documentation. If The Plan grants the exception request, any difference between the cost of the Brand-Name drug and the Generic equivalent will be waived.

If the Member uses a Participating Pharmacy to fill a prescription, but elects to submit the claim directly to the Plan's Pharmacy Benefit Manager, instead of having the Participating Pharmacy submit the claim, the Member will be reimbursed for the prescription drug based on the amount that would have been paid to the Participating Pharmacy, less the any Deductible, Copayment and/or Coinsurance.

If drugs or Prescription Drug Products are purchased at a nonparticipating outpatient pharmacy, the Member must pay for the prescription at the time of dispensing and then file a prescription drug claim form with The Plan's Pharmacy Benefit Manager for reimbursement. The Member will be reimbursed for the prescription drug at 50% of

the amount that would have been paid to a Participating Pharmacy, less any Deductible, Copayment and/or Coinsurance and any additional charge for the difference between the cost of the Brand-Name drug and the Generic equivalent.

**Prescription Drug Products Subject to Preauthorization, Step Therapy or Quantity Limits**

1. Prescription Drug Products subject to Preauthorization require prior approval from The Plan's Pharmacy Benefit Manager before they can qualify for coverage under The Plan. If the Member does not obtain Preauthorization before a Prescription Drug Product is dispensed, the Member may pay for the prescription and then pursue authorization of the drug from The Plan's Pharmacy Benefit Manager. If the authorization is approved by The Plan's Pharmacy Benefit Manager, the Member should then submit a claim for the prescription drug on a prescription claim form to The Plan's Pharmacy Benefit Manager for reimbursement.
2. Preauthorization does not guarantee payment of the Prescription Drug Product by The Plan. Even if the prescription drug has been preauthorized, coverage or payment can be affected for a variety of reasons. For example, the Member may have become ineligible as of the date the drug is dispensed or the Member's Benefits may have changed as of the date the drug is dispensed.
3. A step therapy program is designed to help the Member use the lowest cost product(s) within a drug class. Drugs subject to step therapy are widely considered equivalent to other products within the class by both physicians and pharmacists. In order to obtain a medication within a step therapy program, the member must fail a first line drug. In general, first line products are usually generic medications. In some cases, a pharmacy policy will allow the step therapy to be waived. The pharmacy policies are located on The Plan website at www.bcbsmt.com.
4. A quantity limit is a limitation on the number or amount of a Prescription Drug Product covered within a certain time period. Quantity limits are established to ensure that prescribed quantities are consistent with clinical dosing guidelines, to control for billing errors by pharmacies, to encourage dose consolidation, appropriate utilization, and to avoid misuse/abuse of the medication. A prescription written for a quantity in excess of the established limit will require a Preauthorization before Benefits are available.

**Certain Prescription Drug Products, such as those used to treat rheumatoid arthritis, growth hormone deficiency, hepatitis C, or more serious forms of anemia, hypertension, and epilepsy, are subject to Preauthorization, step therapy, or quantity limits. The Prescription Drug Products included in the prescription drug program are subject to change, and medications for other conditions may be added to the program.**

**If the Member's provider is prescribing a Prescription Drug Product subject to Preauthorization, step therapy, or quantity limits, the provider should fax the request for Preauthorization to The Plan's Pharmacy Benefit Administrator at the fax number listed on the inside cover of this Member Guide. The Member and provider will be notified of The Plan's Pharmacy Benefit Administrator's determination.**

**In making determinations of coverage, The Plan's Pharmacy Benefit Administrator may rely upon pharmacy policies developed through consideration of peer reviewed medical literature, FDA approvals, accepted standards of medical practice in Montana, Pharmacy Benefit Manager evaluations, medical necessity, and Medical Policies. The pharmacy policies and Medical Policies are located on The Plan website at www.bcbsmt.com.**

**To find out more about Preauthorization/step therapy/quantity limits or to determine which Prescription Drug Products are subject to Preauthorization, step therapy or quantity limits, the Member or provider should refer to the Drug List which applies to the Member's Plan at www.bcbsmt.com or www.myprime.com or call the Customer Service toll-free number identified on the Member's identification card.**

**Specialty Medications**

1. Specialty Medications are generally prescribed for individuals with complex or ongoing medical conditions such as multiple sclerosis, hemophilia, hepatitis C and rheumatoid arthritis. These high cost medications also have one or more of the following characteristics:

   a. Injected or infused, but some may be taken by mouth
   b. Unique storage or shipment requirements
   c. Additional education and support required from a health care professional
   d. Usually not stocked at retail pharmacies

2. For the highest level of Benefits, Specialty Medications must be acquired through The Plan's contracted Specialty Pharmacy listed on the inside cover of this Member Guide. A list of covered Specialty Medications may be found on The Plan website at www.bcbsmt.com. Registration and other applicable forms are also located on the website.

## Preventive Health Care

Covered preventive services include, but are not limited to:

1. Services that have an "A" or "B" rating in the United States Preventive Services Task Force's current recommendations (additional information is provided by accessing http://www.uspreventiveservicestaskforce.org/uspstf/uspsabrecs.htm); and
2. Immunizations recommended by the Advisory Committee of Immunizations Practices of the Centers for Disease Control and Prevention; and
3. Health Resources and Services Administration (HRSA) Guidelines for Preventive Care & Screenings for Infants, Children, Adolescents and Women;

   In addition to the screening services recommended under the HRSA Guidelines, the following services are included:

   a. Lactation Services

      Comprehensive lactation support and counseling, by a trained provider during pregnancy and/or in the postpartum period. In addition, Benefits are provided for the purchase of manual or electric breast pumps or the rental of Hospital-grade pumps. The purchase of electric breast pumps is limited to two electric breast pumps per Benefit Period. Payment will be made according to the Preventive Health Care Benefit on the Schedule of Benefits.

   b. Contraceptives

      Food and Drug Administration approved contraceptive methods, including certain contraceptive products, sterilization procedures for women, and patient education and counseling for all women with reproductive capacity. For additional information, access www.bcbsmt.com and click on the Members tab and select Pharmacy; and

4. Current recommendations of the United States Preventive Service Task Force regarding breast cancer screening, mammography, and prevention issued prior to or after November 2009.

Examples of Preventive Health Care services include, but are not limited to, physical examinations, colonoscopies, immunizations and vaccinations.

For more detailed information on all covered services, contact Customer Service or access www.bcbsmt.com.

## Prostheses

The appropriate devices used to replace a body part missing because of an Accident, Injury, or Illness.

When placement of a prosthesis is part of a surgical procedure, it will be paid under Surgical Services.

Payment for deluxe prosthetics will be based on the Allowable Fee for a standard prosthesis.

The Plan will not pay for the following items:

1. computer-assisted communication devices;
2. replacement of lost or stolen prosthesis.

Note: The prosthesis will not be considered a replacement if the prosthesis no longer meets the medical needs of the Member due to physical changes or a deteriorating medical condition.

## Radiation Therapy

The use of x-ray, radium, or radioactive isotopes ordered by the attending Physician and performed by a Covered Provider for the treatment of disease.

## Rehabilitation – Facility and Professional

Rehabilitation Therapy and other covered services, as outlined in this Rehabilitation section, billed by a Rehabilitation Facility provider or a Professional Provider for services provided to a Member.

The Plan will not pay when the primary reason for Rehabilitation is any one of the following:

1. Custodial Care;
2. Diagnostic admissions;
3. Maintenance, nonmedical self-help, or vocational educational therapy;
4. Social or cultural rehabilitation;
5. Learning and developmental disabilities; and
6. Visual, speech, or auditory disorders because of learning and developmental disabilities or psychoneurotic and psychotic conditions.

Benefits will not be provided under this Rehabilitation section for treatment of Chemical Dependency or Mental Illness as defined in the Chemical Dependency and Mental Illness sections.

Benefits will be provided for services, supplies and other items that are within the scope of the Rehabilitation benefit described in this Rehabilitation section only as provided in and subject to the terms, conditions and limitations applicable to this Rehabilitation benefit section and other applicable terms, conditions and limitations of this Member Guide. Other Benefit sections of this Member Guide, such as but not limited to Hospital Services, do not include Benefits for any services, supplies or items that are within the scope of the Rehabilitation benefit as outlined in this section.

**Rehabilitation Facility Inpatient Care Services Billed by a Facility Provider**

1. Room and Board Accommodations
   a. Room and Board, which includes but is not limited to dietary and general, medical and rehabilitation nursing services.
2. Miscellaneous Rehabilitation Facility Services (whether or not such services are Rehabilitation Therapy or are general, medical or other services provided by the Rehabilitation Facility during the Member's admission), including but not limited to:
   a. Rehabilitation Therapy services and supplies, including but not limited to Physical Therapy, Occupational Therapy and Speech Therapy.
   b. Laboratory procedures.
   c. Diagnostic testing.
   d. Pulmonary services and supplies, including but not limited to oxygen and use of equipment for its administration.
   e. X-rays and other radiology.
   f. Intravenous injections and setups for intravenous solutions.
   g. Special diets when Medically Necessary.
   h. Operating room, recovery room.
   i. Anesthetic and surgical supplies.
   j. Drugs and medicines which:
      1. Are approved for use in humans by the U.S. Food and Drug Administration; and
      2. Are listed in the American Medical Association Drug Evaluation, Physicians' Desk Reference, or Drug Facts and Comparisons; and
      3. Require a Physician's written prescription.

      Drugs and medicines which are used in off-label situations may be reviewed for Medical Necessity.
3. Rehabilitation Facility Inpatient Care Services do not include services, supplies or items for any period during which the Member is absent from the Rehabilitation Facility for purposes not related to rehabilitation, including but not limited to intervening inpatient admissions to an acute care Hospital.

Preauthorization is required for Rehabilitation Facility Inpatient Care. Please refer to the section entitled Preauthorization.

Rehabilitation Facility Inpatient Care is subject to the following conditions:

1. The Member will be responsible to the Rehabilitation Facility for payment of the Facility's charges if the Member remains as an Inpatient Member when Rehabilitation Facility Inpatient Care is not Medically Necessary. No Benefits will be provided for a bed "reserved" for a Member.
2. The term "Rehabilitation Facility" does not include:
   a. A Hospital when a Member is admitted to a general medical, surgical or specialty floor or unit (other than a rehabilitation unit) for acute Hospital care, even though rehabilitation services are or may be provided as a part of acute care.
   b. A nursing home;
   c. A rest home;
   d. Hospice;
   e. A skilled nursing facility;
   f. A Convalescent Home;
   g. A place for care and treatment of Chemical Dependency;
   h. A place for treatment of Mental Illness;
   i. A long-term, chronic-care institution or facility providing the type of care listed above.

**Rehabilitation Facility Inpatient Care Services Billed by a Professional Provider**

All Professional services provided by a Covered Provider who is a physiatrist or other Physician directing the Member's Rehabilitation Therapy. Such professional services include care planning and review, patient visits and examinations, consultation with other physicians, nurses or staff, and all other professional services provided with respect to the Member. Professional services provided by other Covered Providers (i.e., who are not the Physician directing the Member's Rehabilitation Therapy) are not included in the rehabilitation Benefit, but are included to the extent provided in and subject to the terms, conditions and limitations of other contract benefits (e.g., Physician Medical Services).

**Outpatient Rehabilitation**

Rehabilitation Therapy provided on an outpatient basis by a facility or professional provider.

## Surgical Services

**Surgical Services Billed by a Professional Provider**

Services by a professional provider for surgical procedures and the care of fractures and dislocations performed in an Outpatient or inpatient setting, including the usual care before and after surgery. The charge for a surgical suite outside of the Hospital is included in the Allowable Fee for the surgery.

**Surgical Services Billed by an Outpatient Surgical Facility or Freestanding Surgery Centers**

Services of a surgical facility or a freestanding surgery center licensed, or certified for Medicare, by the state in which it is located and have an effective peer review program to assure quality and appropriate patient care. The surgical procedure performed in a surgical facility or a freestanding surgery center is recognized as a procedure which can be safely and effectively performed in an Outpatient setting.

The Plan will pay for a Recovery Care Bed when Medically Necessary and provided for less than 24 hours. Payment will not exceed the semiprivate room rate that would be billed for an inpatient stay.

**Surgical Services Billed by a Hospital (Inpatient and Outpatient)**

Services of a Hospital for surgical procedures and the care of fractures and dislocations performed in an Outpatient or inpatient setting, including the usual care before and after surgery.

## Telemedicine

Benefits for services provided by Telemedicine when such services are Medically Necessary Covered Medical Expenses provided by a Covered Provider.

## Therapies for Down Syndrome

Benefits will be provided for the diagnosis and treatment of Down syndrome for a covered child under 19 years of age. Covered services include:

- Medically Necessary Habilitative Care or Rehabilitative Care that is prescribed, provided, or ordered by a licensed Physician, including but not limited to professional, counseling, and guidance services and treatment programs. Habilitative Care and Rehabilitative Care includes Medically Necessary interactive therapies derived from evidence-based research, including intensive intervention programs and early intensive behavioral intervention.
- Medically Necessary therapeutic care that is provided by a licensed speech-language pathologist a physical therapist or an occupational therapist;

When treatment is expected to require extended services, Blue Cross and Blue Shield of Montana may request that the treating Physician provide a treatment plan based on evidence-based screening criteria. The treatment plan will consist of the diagnosis, proposed treatment by type and frequency, the anticipated duration of treatment, the anticipated outcomes stated as goals, and the reasons the treatment is Medically Necessary. Blue Cross and Blue Shield of Montana may request that the treatment plan be updated every 6 months.

## Therapies - Outpatient

Services provided for Physical Therapy, Speech Therapy, cardiac therapy and Occupational Therapy, not including Rehabilitation Therapy.

## Transplants

For certain transplants, Blue Cross and Blue Shield of Montana contracts with a number of Centers of Excellence that provide transplant services. Blue Cross and Blue Shield of Montana highly recommends use of the Centers of Excellence because of the quality of the outcomes at these facilities. Members being considered for a transplant procedure are encouraged to contact Blue Cross and Blue Shield of Montana Customer Service to discuss the possible benefits of utilizing the Centers of Excellence.

Transplant services include:

1. Organ procurement including transportation of the surgical/harvesting team, surgical removal of the donor organ, evaluation of the donor organ and transportation of the donor or donor organ to the location of the transplant operation.
2. Donor services including the pre-operative services, transplant related diagnostic lab and x-ray services, and the transplant surgery hospitalization. Transplant related services are covered for up to six months after the transplant.
3. Hospital Inpatient Care services.
4. Surgical services.
5. Anesthesia.
6. Professional provider and diagnostic Outpatient services.
7. Licensed ambulance travel or commercial air travel for the Member receiving the treatment to the nearest Hospital with appropriate facilities.

Payment by The Plan is subject to the following conditions:

1. When both the transplant recipient and donor are members, both will receive Benefits.
2. When the transplant recipient is a Member and the donor is not, both will receive Benefits to the extent that benefits for the donor are not provided under other hospitalization coverage.
3. When the transplant recipient is not a Member and the donor is, the donor will receive Benefits to the extent that benefits are not provided to the donor by hospitalization coverage of the recipient.

The Plan will not pay for:

1. Experimental/Investigational/Unproven procedures.
2. Transplants of a nonhuman organ or artificial organ implant.
3. Donor searches.

Preauthorization is required for Transplants. Please refer to the section entitled Preauthorization.

### Well-Child Care

Well-child care provided by a Physician or a health care professional supervised by a Physician.

Benefits shall include coverage for:

1. Histories;
2. Physical examinations;
3. Developmental assessments;
4. Anticipatory guidance;
5. Laboratory tests;
6. Routine immunizations.

## COORDINATION OF BENEFITS WITH OTHER INSURANCE

The Coordination of Benefits (COB) provision applies when a Member has health care coverage under more than one plan. "Plan" is defined below.

The order in which each plan will make payment for Covered Medical Expenses is governed by the order of benefit determination rules. The plan that pays first is called the primary plan. The primary plan must pay Covered Medical Expenses in accordance with its Member Guide terms without regard to the possibility that another plan may cover some expenses. The plan that pays after the primary plan is the secondary plan. The secondary plan may reduce payment for Covered Medical Expenses so that payment by all plans does not exceed 100% of the total allowable expense.

### Definitions

For the purpose of this section only, the following definitions apply:

**Plan**

Any of the following that provide benefits, or services, for medical or dental care or treatment include:

1. group and nongroup health insurance contracts;
2. health maintenance organization (HMO) contracts;
3. Closed Panel Plans or other forms of group or group type coverage (whether insured or uninsured);
4. medical care components of long-term care contracts, such as skilled nursing care; and
5. Medicare or any other federal governmental plan, as permitted by law.

The term plan does not include:

1. excepted benefits pursuant to 33-22-140(8)(a), (b), (c), (d), (e), (f), (g), (h), (j), and (k), MCA;
2. school accident type coverage;
3. benefits for non-medical components of long-term care policies; or
4. a governmental plan, which, by law, provides benefits that are in excess of those of any private insurance plan or other nongovernmental plan.

Each contract for coverage is a separate plan. If a plan has two parts and COB rules apply only to one of the two, each of the parts is treated as a separate plan.

**This Plan**

In a COB provision, “this plan” means that part of the Member Guide providing the health care benefits to which the COB provision applies and which may be reduced because of the benefits of other plans. Any other part of the Member Guide providing health care benefits is separate from this plan. A contract may apply one COB provision to certain benefits, such as dental benefits, coordinating only with similar benefits, and may apply another COB provision to coordinate other benefits.

**Order of Benefit Determination Rules**

The rules that determine whether this plan is a primary plan, or secondary plan, when the person has health care coverage under more than one plan.

1. When this plan is primary, it determines payment for Covered Medical Expenses first before those of any other plan without considering any other plan's benefits.
2. When this plan is secondary, it determines its benefits after those of another plan and may reduce payment for Covered Medical Expenses so that payment by all plans does not exceed 100% of the total allowable expense.

**Allowable Expense**

A Covered Medical Expense, including deductibles, coinsurance and copayments, that is covered at least in part by any plan covering the Member. When a plan provides benefits in the form of services, the reasonable cash value of each service will be considered an allowable expense and a benefit paid. An expense that is not covered by any plan covering the Member is not an allowable expense. In addition, any expense that a provider by law or in accordance with a contractual agreement is prohibited from charging a Member is not an allowable expense.

The following are examples of expenses that are not allowable expenses:

1. The difference between the cost of a semi-private hospital room and a private hospital room is not an allowable expense, unless one of the plans provides coverage for private hospital room expenses.
2. If a Member is covered by two or more plans that compute their benefit payments on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology, any amount in excess of the highest reimbursement amount for a specific benefit is not an allowable expense.
3. If a Member is covered by two or more plans that provide benefits or services on the basis of negotiated fees, an amount in excess of the highest of the negotiated fees is not an allowable expense.
4. If a Member is covered by one plan that calculates its benefits or services on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology and another plan that provides its benefits or services on the basis of negotiated fees, the primary plan's payment arrangement shall be the allowable expense for all plans. However, if the provider has contracted with the secondary plan to provide the benefit or service for a specific negotiated fee or payment amount that is different than the primary plan's payment arrangement and if the provider's contract permits, the negotiated fee or payment shall be the allowable expense used by the Secondary plan to determine its benefits.
5. The amount of any benefit reduction by the primary plan because a Member has failed to comply with the plan provisions is not an allowable expense. Examples of these types of plan provisions include second surgical opinions, precertification of admissions, and preferred provider arrangements.

**Closed Panel Plan**

A plan that provides health care benefits to covered persons primarily in the form of services through a panel of providers that have contracted with or are employed by the plan, and that excludes coverage for services provided by other providers, except in cases of emergency or referral by a panel member.

**Custodial Parent**

The parent awarded custody by a court decree or, in the absence of a court decree, is the parent with whom the child resides more than one half of the calendar year excluding any temporary visitation.

## Order of Benefit Determination Rules

When a Member is covered by two or more plans, the rules for determining the order of benefit payments are as follows:

1. The primary plan pays or provides its benefits according to its terms of coverage and without regard to the benefits of under any other Plan; and
2. Except as provided below, a plan that does not contain a COB provision that is consistent with this regulation is always primary unless the provisions of both plans state that the complying plan is primary.

   Coverage that is obtained by virtue of membership in a group that is designed to supplement a part of a basic package of benefits, and provides that this supplementary coverage, shall be excess to any other parts of the plan provided by the Group. Examples of these types of situations are major medical coverages that are superimposed over base plan hospital and surgical benefits, and insurance type coverages that are written in connection with a closed panel plan to provide out-of-network benefits.

3. A plan may consider the benefits paid or provided by another plan in calculating payment of its benefits only when it is secondary to that other plan.

4. Each plan determines its order of benefits using the first of the following rules that apply:

   **Non-Dependent or Dependent.**

   The plan that covers the person as an employee or retiree is the primary plan and the plan that covers the employee or retiree as a dependent is the secondary plan. However, if the person is a Medicare beneficiary and, as a result of federal law, Medicare is secondary to the plan covering the person as a dependent; and primary to the plan covering the person as other than a dependent (e.g., a retired employee); then the order of benefits between the two plans is reversed so that the plan covering the person as an employee or retiree is the secondary plan and the other plan is the primary plan.

   **Dependent Child Covered Under More Than One Plan.**

   Unless there is a court decree stating otherwise, when a dependent child is covered by more than one plan, the order of benefits is determined as follows:

   1. **Dependent Child - Parents are married or are living together**

      a. The plan of the parent whose birthday falls earlier in the calendar year is the primary plan; or
      b. If both parents have the same birthday, the plan that has covered the parent the longest is the primary plan.

   2. **Dependent Child - Parents are divorced or separated or not living together**

      a. If a court decree states that one of the parents is responsible for the dependent child's health care expenses or health care coverage and the plan of that parent has actual knowledge of those terms, that plan is primary. This rule applies to plan years commencing after the plan is given notice of the court decree;
      b. If a court decree states that both parents are responsible for the dependent child's health care expenses or health care coverage, the provisions of (a) above shall determine the order of benefits;
      c. If a court decree states that the parents have joint custody without specifying that one parent has responsibility for the health care expenses or health care coverage of the dependent child, the provisions of (a) above shall determine the order of benefits; or
      d. If there is no court decree allocating responsibility for the dependent child's health care expenses or health care coverage, the order of benefits for the child are as follows:

         - The plan covering the custodial parent;
         - The plan covering the Spouse of the custodial parent;
         - The plan covering the non-custodial parent; and then;
         - The plan covering the Spouse of the non-custodial parent.

**3. Dependent Child Covered Under More than One Plan of Individuals Who Are Not the Parents of the Child**

The provisions of (1) or (2) above shall determine the order of benefits as if those individuals were the parents of the child.

**4. Active Employee or Retired or Laid-off Employee**

The plan that covers a person as an active employee, that is, an employee who is neither laid off nor retired, (or is a dependent of such employee) is the primary plan. The plan covering that same person as a retired or laid-off employee (and the dependent of such employee) is the secondary plan. If the other plan does not have this rule, and as a result, the plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the section Non-Dependent or Dependent can determine the order of benefits.

**5. COBRA or State Continuation Coverage**

If a person whose coverage is provided pursuant to COBRA or under a right of continuation provided by state or other federal law is covered under another plan, the plan covering the person as an employee or retiree or covering the person as a dependent of an employee or retiree is the primary plan and the COBRA or state or other federal continuation coverage is the secondary plan. If the other plan does not have this rule, and as a result, the plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the section Non-Dependent or Dependent can determine the order of benefits.

**6. Longer or Shorter Length of Coverage**

The plan that covered the person as an employee or retiree longer is the primary plan and the plan that covered the person the shorter period of time is the secondary plan.

If the preceding rules do not determine the order of benefits, the allowable expenses shall be shared equally between the plans meeting the definition of plan. In addition, this plan will not pay more than it would have paid had it been the primary plan.

### Effect on the Benefits of This Plan

When this plan is secondary, it may reduce its benefits so that the total benefits paid or provided by all plans during a plan year are not more than the total allowable expenses. In determining the amount to be paid for any claim, the secondary plan will calculate the benefits it would have paid in the absence of other health care coverage and apply that calculated amount to any allowable expense under its plan that is unpaid by the primary plan. The secondary plan may then reduce its payment by the amount so that, when combined with the amount paid by the primary plan, the total benefits paid or provided by all plans for the claim do not exceed the total allowable expense for that claim. In addition, the secondary plan shall credit to its plan deductible any amounts it would have credited to its deductible in the absence of other health care coverage.

If a covered person is enrolled in two or more closed panel plans and if, for any reason, including the provision of service by a non-panel provider, benefits are not payable by one closed panel plan, COB shall not apply between that plan and other closed panel plans.

### Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this plan and other plans. Blue Cross and Blue Shield of Montana may get the facts it needs from or give them to other organizations or persons for the purpose of applying these rules and determining benefits payable under this plan and other plans covering the Member claiming benefits. Blue Cross and Blue Shield of Montana need not inform, or get the consent of, any person to do this. Each Member claiming benefits under this plan must give Blue Cross and Blue Shield of Montana any facts it needs to apply those rules and determine benefits payable.

### Facility of Payment

A payment made under another plan may include an amount that should have been paid under this plan. If it does, Blue Cross and Blue Shield of Montana may pay that amount to the organization that made that payment. That amount will then be treated as though it were a benefit paid under this plan. Blue Cross and Blue Shield of Montana

will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case "payment made" means the reasonable cash value of the benefits provided in the form of services.

## Right of Recovery

If the amount of the payments made by Blue Cross and Blue Shield of Montana is more than it should have paid under this COB provision, it may recover the excess from one or more of the Members it has paid or for whom it has paid; or any other person or organization that may be responsible for the benefits or services provided for the Member. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

## Coordination With Medicare

The Plan will coordinate benefits with Medicare according to the federal Medicare secondary payor laws and regulations ("MSP rules"). This means that The Plan and/or Medicare may adjust payment so that the combined payments by The Plan and Medicare will be no more than the charge for the Benefits received by the Member. The Plan will never pay more than it would pay if the Member was not covered by Medicare.

**1.** For Working Aged

Medicare pays secondary to The Plan for Benefits for Beneficiary Members and their Spouses who are Members, covered by employers with 20 or more employees, who qualify for age-based Medicare as a result of attaining age 65 and older and who are covered by virtue of the Beneficiary Member's current employment status.

Medicare will be the primary for a Member that refuses coverage under this Group Plan.

Medicare will pay primary to The Plan for the working aged Members covered by employers with fewer than 20 employees, including a multi-employer association if the Member is covered by an employer within the multi-employer association with fewer than 20 employees.

**2.** For Disabled Members under Age 65

Medicare pays secondary to The Plan for Benefits for Members under age 65, covered by employers with 100 or more employees, who qualify for disability-based Medicare and are covered by virtue of a Beneficiary Member's current employment status.

Medicare pays primary to The Plan for disabled Members under age 65 covered by employers with fewer than 100 employees.

**3.** For End-Stage Renal Disease

Medicare pays secondary to The Plan for Benefits for Members who qualify for Medicare as a result of end-stage renal disease ("ESRD"), regardless of employer size, and are entitled to Benefits payable under this Group Plan, for the first 30 months that a particular Member qualifies for Medicare as a result of ESRD. After the 30 month period, Medicare will pay primary to The Plan.

Special Coordination of Benefits rules apply if a Member is entitled to Medicare based on ESRD and Medicare based on either age or disability.

**a.** If The Plan is required to pay before Medicare under 1 or 2 above for a Member before the Member qualifies for Medicare based on ESRD, The Plan will continue to pay primary to Medicare after the Member becomes covered under Medicare based on ESRD but only for the 30 month period above, after which Medicare will pay primary to The Plan.

**b.** If The Plan is required to pay primary to Medicare based on ESRD and the Member that qualifies for Medicare based on ESRD above later becomes entitled to age-based or disability-based Medicare during the 30 month period, Medicare will pay second to The Plan for the duration of the 30 month period, after which Medicare will pay primary to The Plan. If the Member qualifies for age-based or disability-based Medicare after the 30 month period, Medicare will pay primary to The Plan.

**c.** Medicare continues to be primary to The Plan after an aged or disabled Member becomes eligible for Medicare based on ESRD if:

1. The Member is already entitled to Medicare on the basis of age or disability when the Member becomes eligible for Medicare based on ESRD; and
2. The Group has fewer than 20 employees in the case of age-based Medicare or fewer than 100 employees in the case of disability-based Medicare.

4. For Retired Persons

Medicare is primary to The Plan for Beneficiary Members age 65 if the Beneficiary Member is a qualified individual age 65 and over and retired.

Medicare is primary to The Plan for Beneficiary Member's Spouse who is also a Member and who is a qualified individual if both the Beneficiary Member and the Member Spouse are age 65 and over and retired.

5. Current Employment Status

Under the MSP rules, a Member has current employment status if the Member is:

a. Actively working as an employee; or
b. Not actively working but is receiving disability benefits from an employer but only for a period of up to 6 months; or
c. Not actively working but retains employment rights in the industry (including but not limited to a Member who is temporarily laid off or on sick leave, teachers and other seasonal workers), has not been terminated by an employer, is not receiving disability benefits from an employer for more than 6 months, is not receiving Social Security disability benefits and has group health coverage under this Group Plan that is not COBRA coverage.

### Other Insurance

If a property or casualty insurer pays for services provided to the Member and coordination of benefits is not applicable, The Plan will credit the Member's Deductible, Copayment or Coinsurance, as applicable, if the Member notifies The Plan of the payment, within 12 months of the date of service.

## EXCLUSIONS AND LIMITATIONS

All Benefits provided under this Member Guide are subject to the Exclusions and limitations in this section and as stated under the Benefit section. **The Plan will not pay for:**

1. All services, supplies, drugs and devices which are provided to treat any Illness or Injury arising out of employment when the Member's employer has elected or is required by law to obtain coverage for Illness or Injury under state or federal Workers' Compensation laws, occupational disease laws, or similar legislation, including employees' compensation or liability laws of the United States. This Exclusion applies to all services and supplies provided to treat such Illness or Injury even though:

   a. Coverage under the government legislation provides benefits for only a portion of the services incurred.
   b. The employer has failed to obtain such coverage required by law.
   c. The Member waives his or her rights to such coverage or benefits.
   d. The Member fails to file a claim within the filing period allowed by law for such benefits.
   e. The Member fails to comply with any other provision of the law to obtain such coverage or benefits.
   f. The Member was permitted to elect not to be covered by the Workers' Compensation Act but failed to properly make such election effective.

   This Exclusion will not apply if the Member is permitted by statute not to be covered and the Member elects not to be covered by the Workers' Compensation Act, occupational disease laws, or liability laws.

   This Exclusion will not apply if the Member's employer was not required and did not elect to be covered under any Workers' Compensation, occupational disease laws or employer's liability acts of any state, country, or the United States.

2.  Services, supplies, drugs and devices which the Member is entitled to receive or does receive from TRICARE, the Veteran's Administration (VA), and Indian Health Services but not Medicaid. This Exclusion is not intended to exclude Covered Medical Expenses from coverage if a Member is a resident of a Montana State institution when Benefits are provided.

    **Note:** Under some circumstances, the law allows certain governmental agencies to recover for services rendered to the Member. When such a circumstance occurs, the Member will receive an explanation of benefits.

3.  Services, supplies, drugs and devices to treat any Injury or Illness resulting from war, declared or undeclared, insurrection, rebellion, or armed invasion.

4.  Any loss for which a contributing cause was commission by the Member of a felony, or attempt to commit a felony.  This exclusion does not apply if the loss is related to being a victim of domestic violence or if the commission of the felony is related to a preexisting medical condition.

5.  Services for which a Member is not legally required to pay or charges that are made only because Benefits are available under this Member Guide.

6.  Services, supplies, drugs and devices provided to the Member before the Member's Effective Date or after the Member's coverage terminates.

7.  Nonsurgical treatment for malocclusion of the jaw, including services for temporomandibular joint dysfunction, anterior or internal dislocations, derangements and myofascial pain syndrome, orthodontics (dentofacial orthopedics), or related appliances.

8.  Orthodontics.

9.  All dental services, including but not limited to ridge augmentation and vestibuloplasty, whether performed by Physicians, dentists, oral surgeons and/or any other provider, except for services provided as the result of a Dental Accident.

10. Vision services, including but not limited to prescription, fitting or provision of eyeglasses or contact lenses and Lasik Surgery, except for services covered under the Pediatric Vision Care Benefit. In addition, vision services may be covered for specific conditions in Medical Policy.

11. Hearing aids, except that Medically Necessary cochlear implants may be covered per Medical Policy.

12. Cosmetic services except when provided to correct a condition resulting from an Accident, a condition resulting from an Injury or to treat a congenital anomaly, as applicable in Medical Policy.

13. For travel by a Member or provider.

14. Any service or procedure which is determined by The Plan to be an Inclusive Service/Procedure.

15. Any services, supplies, drugs and devices which are:

    a.  Experimental/Investigational/Unproven services, except for any services, supplies, drugs and devices which are Routine Patient Costs incurred in connection with an Approved Clinical Trial.
    b.  Not accepted standard medical practice.  The Plan may consult with physicians or national medical specialty organizations for advice in determining whether the service or supply is accepted medical practice.
    c.  Not a Covered Medical Expense.
    d.  Not Medically Necessary.
    e.  Not covered under applicable Medical Policy.

16. Any services, supplies, drugs and devices considered to be Experimental/Investigational/Unproven and which are provided during a Phase I or II clinical trial, or the experimental or research arm of a Phase III clinical trial, except for any services, supplies, drugs and devices which are Routine Patient Costs incurred in connection with an Approved Clinical Trial.  This includes services, supplies, drugs and devices under study to determine the maximum tolerated dosage(s), toxicity, safety, efficacy or efficacy as compared with standard treatment, or for the diagnosis of the condition in question.

17. Transplants of a nonhuman organ or artificial organ implant.

**18.** Private duty nursing.

**19.** Abortions, except in the case of rape or incest, or for a pregnancy which, as certified by a physician, places the woman in danger of death unless an abortion is performed.

**20.** Reversal of an elective sterilization.

**21.** Services, supplies, drugs and devices related to in vitro fertilization.

**22.** Chiropractic services and supplies.

**23.** Routine foot care for Members without co-morbidities, except Routine foot care is covered if a Member has co-morbidities such as diabetes.

**24.** Treatment of flat foot conditions and the prescription of supportive devices for such conditions and the treatment of subluxations of the foot.

**25.** Foot orthotics.

**26.** Services, supplies, drugs and devices related to treatment for psychological or psychogenic sexual dysfunctions.

**27.** Services, supplies, drugs and devices relating to any of the following treatments or related procedures:

- **a.** Homeopathy.
- **b.** Hypnotherapy.
- **c.** Rolfing.
- **d.** Holistic medicine.
- **e.** Religious counseling.
- **f.** Self-help programs.

**28.** Services provided by a massage therapist.

**29.** Sanitarium care, custodial care, rest cures, or convalescent care to help the Member with daily living tasks. Examples include but are not limited to, help in:

- **a.** Walking.
- **b.** Getting in and out of bed.
- **c.** Bathing.
- **d.** Dressing.
- **e.** Feeding.
- **f.** Using the toilet.
- **g.** Preparing special diets.
- **h.** Supervision of medication which is usually self-administered and does not require the continuous attention of medical personnel.

No payment will be made for admissions or parts of admissions to a Hospital, skilled nursing facility, or extended care facility for the types of care outlined in this exclusion.

**30.** Over-the-counter food supplements, formulas, and/or Medical Foods, regardless of how administered except when used for Inborn Errors of Metabolism.

**31.** Services, supplies, drugs and devices for the surgical treatment of any degree of obesity, whether provided for weight control or any medical condition.

**32.** Services, supplies, drugs and devices for weight reduction or weight control. This Exclusion does not include intensive behavioral dietary counseling when services are provided by a Physician, Physician Assistant or Nurse Practitioner.

**33.** Charges associated with health clubs, weight loss clubs or clinics.

34. Services, supplies, drugs and devices for the treatment of Illness, Injury and/or complications resulting from services that are not Covered Medical Expenses, except for any services, supplies, drugs and devices which are Routine Patient Costs incurred in connection with an Approved Clinical Trial.

35. Tutoring services.

36. Any services, supplies, drugs and devices not provided in or by a Covered Provider.

37. Services, supplies, drugs and devices primarily for personal comfort, hygiene, or convenience which are not primarily medical in nature.

38. Deluxe medical equipment including, but not limited to, durable medical equipment, prosthetics and communication devices except as included in the Durable Medical Equipment Benefit and the Prosthetic Benefit in the section entitled "Benefits."

39. All services, supplies, drugs and devices provided to treat any Illness or Injury arising out of employment as an athlete by or on a team or sports club engaged in any contact sport that includes significant physical contact between the athletes involved, including but not limited to football, hockey, roller derby, rugby, lacrosse, wrestling and boxing, where the Member's employer is not required by law to obtain coverage for Illness or Injury under state or federal workers' compensation, occupational disease or similar laws.

40. Applied Behavior Analysis (ABA) services, except as specifically included in this Member Guide under Autism Spectrum Disorders.

41. Services, supplies, drugs and devices provided outside of the United States, except if such services are provided as the result of an Emergency Medical Condition.

42. Services, supplies, drugs and devices which are not listed as a Benefit as described in this Member Guide.

## CLAIMS

### How to Obtain Payment for Covered Expenses for Benefits

1. If a Member obtains benefits from a Participating Provider, the Participating Provider will submit claims to The Plan for the Member. If a Member obtains benefits from a nonparticipating provider, the Member may be required to submit all claims to The Plan. All claims for services must be submitted on or before December 31 of the calendar year following the year in which services were received. All claims must provide enough information about the services for The Plan to determine whether or not they are a Covered Medical Expense. Submission of such information is required before payment will be made. In certain instances, Blue Cross and Blue Shield of Montana may require that additional documents or information including, but not limited to, accident reports, medical records, and information about other insurance coverage, claims, payments and settlements, be submitted within the timeframe requested for the additional documentation before payment will be made.

   However, claims for prescription drugs purchased from a nonparticipating pharmacy must be submitted within one year from the date of purchase.

2. If a Member purchases drugs or Prescription Drug Products at a Value Participating Pharmacy, a Participating Pharmacy or a mail order pharmacy approved by The Plan, and the ID card is presented at the time of purchase, the Member must pay for the Prescription Drug Product and the Participating Pharmacy will submit a claim for the cost of the covered prescription drug or Prescription Drug Product to The Plan's Pharmacy Benefit Manager. The cost of the covered drug or Prescription Drug Product will then accumulate to the Member's Deductible and Out-of-Pocket Amount. Once the Deductible is met, the Member will only be required to pay the appropriate Coinsurance if the amount can be determined by the pharmacy at the time of purchase.

   If a Member purchases drugs or Prescription Drug Products at a nonparticipating pharmacy, the Member must pay for the prescription at the time of dispensing and then within one year of the date of purchase submit a claim for the prescription drug on a form to The Plan's Pharmacy Benefit Manager for reimbursement. The Member will be reimbursed for the prescription drug at 50% of the amount that would have been paid to a Participating Pharmacy, less any Deductible, Copayment and/or Coinsurance.

3. Claims must be submitted to the address listed on the inside cover of this Member Guide.

## Prescription Drug Claims - Filling Prescriptions at a Retail Pharmacy

Outpatient prescription drugs are available through the Prime Therapeutics Prescription Drugs Benefit. Prime Therapeutics is the Pharmacy Benefit Manager.

1. Go to a Prime Therapeutics Value Participating Pharmacy or a Participating Pharmacy that accepts Member ID cards. To find out if a pharmacy takes part in the program, ask the pharmacist. To find a Prime Therapeutics Value Participating Pharmacy or a Participating Pharmacy nearest the Member, check the list on the website www.bcbsmt.com or call the pharmacy locator at the telephone number on the inside cover of this document.
2. Present the prescription and the Member's ID card to the pharmacist.
3. Make sure that the pharmacist has complete and correct information about the Member for whom the prescription is written, including sex and date of birth.
4. When the Member receives a prescription, he or she should sign the pharmacy log and pay his or her share of the cost.
5. If a Member purchases prescription drugs from a participating outpatient pharmacy or mail-service pharmacy approved by The Plan, the Member must pay for the Prescription Drug Product and the pharmacy will submit the prescription drug claims to Prime Therapeutics.
6. The Member must pay the difference between a Brand-Name drug and the Generic equivalent if the Member purchases a Brand-Name prescription drug when a Generic drug substitute is available.
7. The Plan makes use of a Drug List, which is a list of covered prescription drugs for dispensing to Members as appropriate.
8. For prescriptions filled at a pharmacy that is not part of the network, the Member will need to pay the pharmacist the entire cost of the prescription at the time the prescription is filled and dispensed and submit a paper claim to Prime Therapeutics for reimbursement. If a Member does not present his or her ID card at a Participating Pharmacy, a paper claim must be submitted by the Member to Prime Therapeutics for reimbursement. The Member will be reimbursed at 50% of the contracted rate minus Deductible, Copayment and/or Coinsurance, if applicable, in both situations. The Member will not receive the preferred pricing.
9. Prescriptions filled at Hospital pharmacies are not eligible for reimbursement unless they are listed as a network pharmacy.

Prime Therapeutics claim forms are available by calling The Plan at the telephone number on the inside cover of this document.

## Mail-Service Pharmacy

A convenient way to get maintenance prescriptions is through the mail. Maintenance prescriptions are those that the Member expects to continue using for an extended period of time and for which a prescription can be written for up to a 90-day supply. Coverage for costly prescriptions should be verified prior to ordering. Specific Benefits are outlined in the Prescription Drugs section in this document.

Ordering prescriptions through the mail service pharmacy is very easy. To obtain a mail service claim form, call The Plan at the telephone number on the inside cover of this document.

To order a prescription:

1. Complete all sections and sign the Mail-Service order form.
2. Enclose the following:
   a. the original prescription written for a 90-day supply;
   b. the Member's current pharmacy telephone number, prescription numbers to be transferred; and
   c. the Member's telephone number.
3. Mail the form to the mail service pharmacy at the address listed on the form.

## PREMIUM (DUES) REBATES

### Distribution and Accounting of Premium (Dues) Rebates

In the event federal or state law requires Blue Cross and Blue Shield of Montana to rebate a portion of an annual premium (dues) payment, Blue Cross and Blue Shield of Montana will pay the Group the total rebate applicable to the Member Guide, and the Group will distribute from the rebate a pro-rata share of the rebate to each Employee and former Employee based upon the respective contribution to the premium (dues) rebated.

The Group shall assure appropriate notification to federal and state tax agencies and that each payment to Employees and former Employees will be accompanied by appropriate federal and state documentation.

The Group shall develop and retain records and documentation evidencing accurate distribution of any rebate and shall provide such records to Blue Cross and Blue Shield of Montana as follows:

1. Prior to March 15, the following information will be required for the prior year:
   a. The percent of the premium (dues) paid by each Employee;
   b. The percent of the premium (dues) paid by the Group;
   c. The percent of the rebate to be provided to each Employee; and
   d. The percent of the rebate to be retained by the Group.
2. Following actual distribution of the rebate, the following information will be required:
   a. Amount of rebate paid to each Employee;
   b. Amount of rebate retained by the Group; and
   c. Amount of any unclaimed rebate and how it will be reported to the State.

The Group will assure that any unclaimed rebate amounts will be reported in accordance with the unclaimed property laws of the applicable Employee's state of domicile.

### COBRA

If Blue Cross and Blue Shield of Montana does not administer the Group's COBRA requirements, then the rebate payment will include COBRA premiums that the Group must return to each COBRA recipient.

## GENERAL PROVISIONS

### Modification of Group Plan

The Plan may make administrative changes or changes in dues, terms or Benefits in the Group Plan by giving written notice to the Group at least 60 days in advance of the effective date of the changes. Dues may not be increased more than once during a 12-month period, except as allowed by Montana law.

**No change in the Group Plan will be valid unless in writing and signed by the President of Blue Cross and Blue Shield of Montana. No other agent or representative or employee of The Plan may change any part of this Member Guide.**

### Clerical Errors

No clerical error on the part of The Plan shall operate to defeat any of the rights, privileges, or Benefits of any Member covered under the Group Plan. Upon discovery of errors or delays, an equitable adjustment of charges and Benefits will be made. Clerical errors shall not prevent administration of the Group Plan in strict accordance with its terms.

### Notices Under Contract

Any notice required by the Group Contract may be given by United States mail, postage paid. Notice to the Beneficiary Member will be mailed to the address appearing on the records of The Plan. Notice to The Plan must be sent to Blue Cross and Blue Shield of Montana at the address listed on the inside cover of this Member Guide. Any time periods included in a notice shall be measured from the date the notice was mailed.

A Beneficiary Member or Family Member may reasonably request, in writing, that any communication of the Member's health information be sent to an alternate address or by alternative means should disclosure of any of the Member's health information endanger the Member.

### Contract Not Transferable by the Member

No person, other than the Beneficiary Member or a Family Member listed on the subscriber application for membership and accepted by The Plan, is entitled to Benefits under the Group Contract. The Contract is not transferable to any other person.

### Rescission of Member Guide

This Member Guide is subject to rescission if the Member commits an act, practice, or omission that constitutes fraud, or makes an intentional misrepresentation of a material fact, concerning a Member's health, claims history, or current receipt of health care services.

### Validity of Contract

If any part, term, or provision of the Group Contract is held by the courts to be illegal or in conflict with or not in compliance with any applicable law of the state of Montana or the United States, the Group Contract shall not be rendered invalid but shall be construed and applied in accordance with such provisions as would have applied had the Contract been in conformance with applicable law and the validity of the remaining portions or provisions shall not be affected. The rights and obligations of the parties shall be construed and enforced as if the Contract did not contain the particular part, term, or provision held to be invalid.

### Waiver

The waiver by The Plan of any breach of any provision of the Group Plan will not be construed as a waiver of any subsequent breach of the same or any other provision. The failure of The Plan to exercise any right hereunder will not operate as a waiver of such right. All rights and remedies provided herein are cumulative.

### Payment by the Plan

Payment under the Group Contract is not assignable by the Member to any third party. Payment made by The Plan shall satisfy any further obligation of The Plan.

### Conformity With State Statutes

The provisions of this Member Guide conform to the minimum requirements of Montana law and have control over any conflicting statutes of any state in which the insured resides on or after the Effective Date of the Group Plan.

### Forms for Proof of Loss

The Plan shall furnish, upon written request of a Member claiming to have a loss under the Group Plan, forms of proof of loss for completion by the Member. The Plan shall not, by reason of the requirement to furnish such forms, have any responsibility for or with reference to the completion of such form or the manner of any such completion or attempted completion.

### Members Rights

Members have only those rights as specifically provided in the Group Plan. In addition, when requested by the insured or the insured's agent, Montana law requires Blue Cross and Blue Shield of Montana to provide a summary

of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

### Alternate Care

The Plan may, at its sole discretion, make payment for services which are not listed as a Benefit of the Group Plan in order to provide quality care at a lesser cost. Such payments will be made only upon mutual agreement by the Member and The Plan.

### Alternate Dental Benefits

In all cases in which there is more than one Course of Treatment possible, the Benefit will be based upon the most efficient Course of Treatment, as determined by The Plan.

If the Member and Dentist or Physician decide on personalized restorations, or personalized complete or partial dentures and overdentures, or to employ specialized techniques for dental services rather than standard procedures, the Benefits provided will be limited to the Benefit for the standard procedures for Dental Services, as determined by The Plan.

### Benefit Maximums

Once The Plan pays the maximum amount for a specific Benefit, no further payment will be made for that specific condition under any other provisions of the Group Plan.

### Pilot Programs

The Plan reserves the right to develop and enter into pilot programs under which health care services not normally covered under the Group Plan will be paid. The existence of a pilot program does not guarantee any Member the right to participate in the pilot program or that the pilot program will be permanent.

### Fees

The Plan reserves the right to charge the Member a reasonable fee for providing information or documents to the Member which were previously provided in writing to the Member. Fees may be charged for the costs of copying labor, supplies and postage. Fees will not be charged for searching for and retrieving the requested information.

### Subrogation

1. To the extent that Benefits have been provided or paid under the Group Plan, The Plan may be entitled to subrogation against a judgment or recovery received by a Member from a third party found liable for a wrongful act or omission that caused the Injury requiring payment for Benefits.
2. The Member will take no action through settlement or otherwise which prejudices the rights and interest of The Plan under the Group Plan.
3. If the Member intends to institute an action for damages against a third party, the Member will give The Plan reasonable notice of intention to institute the action. Reasonable notice will include information reasonably calculated to inform The Plan of facts giving rise to the third party action and of the prospects for recovery.
4. The Member may request that The Plan pay a proportional share of the reasonable costs of the third-party action, including attorney fees. If The Plan elects not to participate in the cost of the action, The Plan waives 50 percent of its subrogation interest.
5. The right of subrogation may not be enforced until the Member has been completely compensated for the injuries.

### Statements are Representations

All statements and descriptions in any application shall be considered representations and not warranties. Misrepresentations, omissions, concealment of facts and incorrect statements shall not prevent a recovery under the Member Guide unless:

1. Fraudulent;

2. Material either to the acceptance of the risk or to the hazard assumed by The Plan; or
3. The Plan in good faith would not have issued the Member Guide, would not have issued the Member Guide in as large an amount or at the same premium or rate or would not have provided coverage with respect to the hazard resulting in the loss if the true facts had been made known to The Plan as required either by the application for the Member Guide or otherwise. No statement made for the purpose of effecting coverage shall avoid such coverage or reduce Benefits unless contained in a written instrument signed by the Member, a copy of which has been furnished to such Member.

## When the Member Moves Out of State

If the Member moves to an area served by another Blue Cross or Blue Shield plan, the Member's coverage will be transferred to the plan serving the new address. The new plan must offer coverage that is in compliance with the conversion laws of that state. This coverage is that which is normally provided to Members who leave a group and apply for new coverage as individuals. Although subject to the conversion laws of that state, such coverage is usually provided without a medical examination or health statement. If the Member accepts the conversion coverage, the new plan will credit the Member for the length of time of enrollment with Blue Cross and Blue Shield of Montana toward any of its own waiting periods. Any physical or mental conditions covered by The Plan will be covered by the new plan without a new waiting period if the new plan offers this feature to others carrying the same type of coverage. The premium rate and benefits available from the new plan may vary significantly from those offered by The Plan.

The new plan may also offer other types of coverage that are outside of the transfer program. This coverage may require a medical examination or health statement to exclude coverage for preexisting conditions and may not apply time enrolled in Blue Cross and Blue Shield of Montana to waiting periods.

## Right to Audit

The Plan reserves the right to audit a Group's employment records to determine whether all employees of the Group are eligible. The Plan further reserves the right to correspond directly with employees to obtain affidavits certifying such eligibility.

## Independent Relationship

Participating Providers furnishing care to a Member do so as independent contractors with The Plan; however, the choice of a provider is solely the Member's. Under the laws of Montana, The Plan cannot be licensed to practice medicine or surgery and The Plan does not assume to do so. The relationship between a provider and a patient is personal, private, and confidential. The Plan is not responsible for the negligence, wrongful acts, or omissions of any providers, or provider's employees providing services, or Member receiving services. The Plan is not liable for services or facilities which are not available to a Member for any reason.

## Blue Cross and Blue Shield of Montana as an Independent Plan

The Group, on behalf of itself and its employees, hereby expressly acknowledges its understanding that the Group Contract constitutes a contract solely between the Group and The Plan, that The Plan is an independent corporation operating under a license with the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans (the "Association") permitting The Plan to use the Blue Cross and Blue Shield Service Mark in the state of Montana, and that The Plan is not contracting as the agent of the Association. The Group further acknowledges and agrees that it has not entered into the Group Contract based upon representations by any person other than The Plan and that no person, entity, or organization other than The Plan shall be held accountable or liable to the Group for any of The Plan's obligations to the Group created under the Group Contract. This paragraph shall not create any additional obligations whatsoever on the part of The Plan other than those obligations created under other provisions of the Group Contract.

## STATEMENT OF ERISA RIGHTS

### Statement of ERISA Rights

**Note:** Any reference in this section to the plan means the Member's group medical benefits plan. The plan administrator is the Member's employer. Plan and plan administrator do not refer to Blue Cross and Blue Shield of Montana in the statement of ERISA rights.

**1.** As a participant in a group medical benefits plan, the Member is entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974. ERISA provides that all plan participants shall be entitled to:

   **a.** Examine without charge, at the plan administrator's office and at other specified locations such as work sites, all plan documents, including insurance contracts and copies of all documents filed by the plan with the U.S. Department of Labor, such as annual reports and plan descriptions.

   **b.** Obtain copies of all plan documents and other plan information upon written request to the plan administrator. The administrator may make a reasonable charge for the copies.

   **c.** Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary financial report.

**2.** In addition to creating rights for plan participants, ERISA imposes obligations upon the persons who are responsible for the operation of the plan. These persons, called fiduciaries, have a duty to do so prudently and in the interest of the Member and other Plan participants and beneficiaries.

**3.** No one, including the Member's employer or any other person, may fire the Member or otherwise discriminate against the Member to prevent the Member from obtaining a welfare benefit or exercising the Member's rights under ERISA.

**4.** If the Member's claim for a welfare Benefit is denied in whole or part, the Member must receive a written explanation of the reason for the denial. The Member has the right to have the plan administration review and reconsider the Member's claim.

**5.** Under ERISA there are steps the Member can take to enforce the above rights. For instance, if the Member requests materials from the plan and does not receive them within 30 days, the Member may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay the Member up to $110 per day until the Member receives the materials unless the materials were not sent because of reasons beyond the control of the administrator.

**6.** If the Member has a claim for Benefits which is denied or ignored, in whole or in part, the Member may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if the Member is discriminated against for asserting the Member rights, the Member may seek assistance from the U.S. Department of Labor, or the Member may file suit in a federal court.

   The court will decide who should pay court costs and legal fees. If the Member is successful, the court may order the person the Member has sued to pay these costs and fees. If the Member loses, the court may order the Member to pay these costs and fees; for example, if it finds the Member's claim is frivolous.

**7.** If the Member has any questions about this statement or the Member's rights under ERISA, the Member should contact the plan administrator or the nearest office of the Employee Benefits Security Administration of the U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

## DEFINITIONS

This section defines certain words used throughout this Member Guide. These words are capitalized whenever they are used as defined.

PET EXHIBIT 1-088

**ACCIDENT**

An unexpected traumatic incident or unusual strain which is:

1. Identified by time and place of occurrence;
2. Identifiable by part of the body affected; and
3. Caused by a specific event on a single day.

Some examples include:

1. Fracture or dislocation.
2. Sprain or strain.
3. Abrasion, laceration.
4. Contusion.
5. Embedded foreign body.
6. Burns.
7. Concussion.

**ADVANCED PRACTICE REGISTERED NURSE**

Nurses who have additional professional education beyond the basic nursing degree required of a registered nurse and are considered Advanced Practice Registered Nurses by applicable state law. Advanced Practice Registered Nurses include nurse practitioners, nurse-midwives, nurse-anesthetists and clinical nurse specialists.

**AFFILIATE/AFFILIATED**

Any entity or person who directly or indirectly through one or more intermediaries controls, is controlled by, or under common control with a specified entity or person.

**ALLOWABLE FEE**

The Allowable Fee is based on, but not limited to, the following:

1. Medicare RBRVS based is a system established by Medicare to pay physicians for a "work unit." The RBRVS value is determined by multiplying a "relative value" of the service by a "converter" to determine the value for a certain procedure. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to nonparticipating providers under the Medicare RBRVS system can be considerably less than the nonparticipating providers' billed charge; or
2. Diagnosis-related group (DRG) methodology is a system used to classify hospital cases into one of approximately 500 to 900 groups that are expected to have similar hospital resource use. Payment for each DRG is based on diagnoses, procedures, age, sex, expected discharge date, discharge status, and the presence of complications. The amount of payment for each DRG is generally within a fixed range because each patient is expected to use the same level of hospital resources for the given DRG regardless of the actual hospital resources used. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to a nonparticipating providers under the DRG system can be considerably less than the nonparticipating providers' billed charge; or
3. Billed charge is the amount billed by the provider; or
4. Case rate methodology is an all inclusive rate for an episode of care for a specific clinical condition paid to a facility. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to nonparticipating providers under the Case Rate system can be considerably less than the nonparticipating providers' billed charge; or
5. Per diem methodology is an all inclusive daily rate paid to a facility. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to nonparticipating providers under the Per Diem system can be considerably less than the nonparticipating providers' billed charge; or
6. Flat fee per category of service is a fixed payment amount for a category of service. For instance, a category of service could be a delivery, an imaging service, a lab service or an office visit. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to a nonparticipating providers under the Flat fee per category of service system can be considerably less than the nonparticipating providers' billed charge; or
7. Flat fee per unit of service fixed payment amount for a unit of service, For instance, a unit of service could be the amount of "work units" customarily required for a delivery, or an office visit, or a surgery. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to

nonparticipating providers under the Flat fee per unit system can be considerably less than the nonparticipating providers' billed charge; or

8. Percent off of billed charge is a payment amount where a percentage is deducted from the billed charges; or
9. A percentage of Medicare allowance is a payment amount where a percentage is deducted to the amount that Medicare would allow as payment for the service; or
10. The amount negotiated with the pharmacy benefit manager or manufacturer or the actual price for prescription or drugs; or
11. The American Society of Anesthesiologists' Relative Value Guide is a system established by the American Society of Anesthesiologists to pay anesthesiologists for a "work unit." The payment value is determined by multiplying a "relative value" of the service by a "converter" to determine the value for a certain procedure. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to nonparticipating providers under the system can be considerably less than the nonparticipating providers' billed charge.
12. For nonparticipating providers in Montana, the Allowable Fee is developed from base Medicare reimbursements, excluding any Medicare adjustments using information on the claim, and adjusted by a predetermined factor established by the Plan. Such factor will not be less than 100% of the base Medicare reimbursement rate. For services for which a Medicare reimbursement rate is not available, the Allowable Fee for nonparticipating providers will represent an average contract rate for Participating Providers adjusted by a predetermined factor established by the Plan and updated on a periodic basis. Such factor shall not be less than 80% of the average contract rates and will be updated not less than every 2 years. Blue Cross and Blue Shield of Montana will utilize the same claim processing rules and/or edits that it utilizes in processing Participating Provider claims for processing claims submitted by nonparticipating providers which may also alter the Allowable Fee for a particular service. In the event the Plan does not have any claim edits or rules, the Plan may utilize the Medicare claim rules or edits that are used by Medicare in processing the claims. The Allowable Fee will not include any additional payments that may be permitted under the Medicare laws or regulations which are not directly attributable to a specific claim, including but not limited to, disproportionate share and graduate medical education payments.

Any change to the Medicare reimbursement amount will be implemented by the Plan within 90 days after the effective date that such change is implemented by the Centers for Medicaid and Medicare Services, or its successor.

In the event the nonparticipating Allowable Fee does not equate to the nonparticipating provider's billed charges, the Member will be responsible for the difference, along with any applicable Copayment, Coinsurance and Deductible amount. This difference may be considerable. To find out an estimate of the Plan's nonparticipating Allowable Fee for a particular service, Members may call the customer service number shown on the back of their Identification Card.

Montana law requires Blue Cross and Blue Shield of Montana to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

**ALLOWABLE FEE (Dental Services)**

The amount determined by the Plan as the maximum amount eligible for payment of Benefits. A participating Dentist agrees to accept payment of the Allowable Fee from the Plan for covered Dental Services, together with any Deductible, Coinsurance and/or Copayment for the Member, as payment in full. Nonparticipating Dentists do not have to accept the Plan's payment as payment in full and can bill the Member for the difference between payment by the Plan and provide charges plus Deductible, Coinsurance and/or Copayment. The Member will be responsible for the balance of the nonparticipating Dentist's charges after payment by the Plan and payment of any Deductible, Coinsurance and/or Copayment.

**APPLIED BEHAVIOR ANALYSIS (ABA) - (ALSO KNOWN AS LOVAAS THERAPY)**

Medically Necessary interactive therapies or treatment derived from evidence-based research. The goal of ABA is to improve socially significant behaviors to a meaningful degree, including:

- increase desired behaviors or social interaction skills;
- teach new functional life, communication, or social, skills;
- maintain desired behaviors, such as teaching self control and self-monitoring procedures;
- appropriate transfer of behavior from one situation or response to another;

- restrict or narrow conditions under which interfering behaviors occur;
- reduce interfering behaviors such as self injury.

ABA therapy and treatment includes Pivotal Response Training, Intensive Intervention Programs, and Early Intensive Behavioral Intervention, and the terms are often used interchangeably. The ABA benefit also includes Discrete Trial Training, a single cycle of behaviorally based instruction routine that is a companion treatment with ABA.

Services must be provided by an appropriately certified provider.

**APPROVED CLINICAL TRIAL**

Approved clinical trial means a phase I, phase II, phase III, or phase IV, clinical trial that is conducted in relation to the prevention, detection, or treatment of cancer or other Life-Threatening Condition. The trial must be:

1. Conducted under an investigational new drug application reviewed by the United States Food and Drug Administration;
2. Exempt from an investigational new drug application; or
3. Approved or funded by:
    - The National Institutes of Health, the Centers for Disease Control and Prevention, the Agency for Healthcare Research and Quality, the Centers for Medicare and Medicaid Services, or a cooperative group or center of any of the foregoing entities;
    - A cooperative group or center of the United States Department of Defense or the United States Department of Veterans Affairs;
    - A qualified nongovernmental research entity identified in the guidelines issued by the National Institutes for Health for center support groups; or
    - The United States Departments of Veterans Affairs, Defense, or Energy if the study or investigation has been reviewed and approved through a system of peer review determined by the United States Secretary of Health and Human Services to be comparable to the system of peer review of studies and investigations used by the National Institutes of Health; and provide unbiased scientific review by individuals who have no interest in the outcome of the review.

**BASIC HEALTH BENEFIT PLAN**

A health benefit plan, (except a Uniform Health Benefit Plan), developed by a Small Employer carrier that has a lower benefit value than the Small Employer carrier's standard benefit plan and that provides the benefits required under the Small Employer Health Insurance Availability Act.

**BENEFICIARY MEMBER**

A person in the employee Group who has applied for, been accepted as a Member, and maintains membership in The Plan under the terms of this Member Guide.

**BENEFIT**

Services, supplies and medications that are provided to a Member and covered under this Member Guide as a Covered Medical Expense or Dental Service.

**BENEFIT PERIOD**

For the Member Guide - Is the period of time shown in the Schedule of Benefits.

For the Member - Is the same as for the Member Guide except if the Member’s Effective Date is after the Effective Date of the Member Guide, the Benefit Period begins on the Member’s Effective Date and ends on the same date the Member Guide Benefit Period ends. Thus, the Member’s Benefit Period may be less than 12 months.

**BEST EVIDENCE**

Means evidence based on

1. Randomized Clinical Trials;
2. A Cohort Study or Case-Control Study, if randomized clinical trials are not available;
3. A Case Series, if Randomized Clinical Trials, Cohort Studies or Case-Control Studies are unavailable;
4. An Expert Opinion, if Randomized Clinical Trials, Cohort Studies, Case-Control Studies or Case Series are unavailable.

**BLUE CROSS AND BLUE SHIELD OF MONTANA PRIME SPECIALTY NETWORK**

Specialty Pharmacy providers who have entered into an agreement with The Plan to provide Specialty Medications to Members and which has agreed to accept specified reimbursement rates.

**BRAND-NAME**

A drug or product manufactured by a single manufacturer as defined by a nationally recognized provider of drug product database information. There may be some cases where two manufacturers will produce the same product under one license, known as a co-licensed product, which would also be considered as a Brand-Name drug. There may also be situations where a drug's classification changes from Generic to Preferred or Non-preferred Brand-Name due to a change in the market resulting in the Generic drug being a single source, or the drug product database information changing, which would also result in a corresponding change to your payment obligations from Generic to Preferred or Non-preferred Brand-Name.

**CARE MANAGEMENT**

A process that assesses and evaluates options and services required to meet the Member's health care needs. Care Management may involve a team of health care professionals, including Covered Providers, The Plan and other resources to work with the Member to promote quality, cost-effective care.

**CASE-CONTROL STUDY**

A retrospective evaluation of two groups of patients with different outcomes to determine which specific interventions the patients received.

**CASE SERIES**

An evaluation of a series of patients with a particular outcome, without the use of a control group.

**CHEMICAL DEPENDENCY**

The uncontrollable or excessive use of addictive substances including but not limited to alcohol, morphine, cocaine, heroin, opium, cannabis, barbiturates, amphetamines, tranquilizers and/or hallucinogens, and the resultant physiological and/or psychological dependency which develops with continued use of such addictive substances requiring medical care as determined by a licensed addiction counselor or other appropriate medical practitioner.

**CHEMICAL DEPENDENCY TREATMENT CENTER**

A treatment facility that provides a program for the treatment of Chemical Dependency pursuant to a written treatment plan approved and monitored by a Physician or addiction counselor licensed by the state. The facility must also be licensed or approved as a Chemical Dependency Treatment Center by the department of health and human services or must be licensed or approved by the state where the facility is located.

**CLINICAL PEER**

A physician or other health care provider who:

1. holds a nonrestricted license in a state of the United States, and
2. is trained or works in the same or a similar specialty to the specialty that typically manages the medical condition, procedure, or treatment under review.

**COHORT STUDY**

A prospective evaluation of two groups of patients with only one group of patients receiving a specific intervention.

**COINSURANCE**

The percentage of the Allowable Fee payable by the Member for Covered Medical Expenses or Dental Services. The applicable Coinsurance for In-Network Covered Medical Expenses or Dental Services and Out-of-Network Covered Medical Expenses or Dental Services is stated in the Schedule of Benefits.

**CONCURRENT CARE**

Medical care rendered concurrently with surgery during one Hospital admission by a Physician other than the operating surgeon for treatment of a medical condition different from the condition for which surgery was performed; or

Medical care by two or more Physicians rendered concurrently during one Hospital admission when the nature or severity of the Member's condition requires the skills of separate Physicians.

**CONSULTATION SERVICES**

Services of a consulting Physician requested by the attending Physician. These services include discussion with the attending Physician and a written report by the consultant based on an examination of the Member.

**CONTRACT**

This Group Contract, the Group application and any amendments, endorsements, riders, or modifications to the Contract made to it by The Plan. The Group Contract is issued to the employer.

**CONVALESCENT HOME**

An institution, or distinct part thereof, other than a Hospital, which is licensed pursuant to state or local law. A Convalescent Home is:

1. a skilled nursing facility;
2. an extended care facility;
3. an extended care unit; or
4. a transitional care unit.

A Convalescent Home is primarily engaged in providing continuous nursing care by or under the direction and supervision of a registered nurse for sick or injured persons during the convalescent stage of their Illness or injuries and is not, other than incidentally, a rest home or home for Custodial Care, or for the aged.

**NOTE:** A Convalescent Home shall not include an institution or any part of an institution otherwise meeting this definition, which is primarily engaged in the care and treatment of Mental Illness or Chemical Dependency.

**COPAYMENT**

The specific dollar amount payable by the Member for Covered Medical Expenses. The applicable Copayments are stated in the Schedule of Benefits.

**COURSE OF TREATMENT**

Any number of dental procedures or treatments performed by a Dentist or Physician in a planned series resulting from a dental examination in which the need for such procedures or treatments was determined.

**COVERED MEDICAL EXPENSE**

Expenses incurred for Medically Necessary services, supplies and medications that are based on the Allowable Fee and:

1. Covered under the Group Plan;
2. In accordance with Medical Policy; and
3. Provided to the Member by and/or ordered by a covered provider for the diagnosis or treatment of an active Illness or Injury or in providing maternity care.

In order to be considered a Covered Medical Expense, the Member must be charged for such services, supplies and medications.

**COVERED PROVIDER**

A participating or nonparticipating provider which has been recognized by Blue Cross and Blue Shield of Montana as a provider of services for Benefits described in this Member Guide. A provider may, because of the limited scope of practice, be covered only for certain services provided. To determine if a provider is covered, The Plan looks to the nature of the services rendered, the extent of licensure and The Plan's recognition of the provider.

Covered Providers include professional providers and facility providers including Physicians, doctors of osteopathy, dentists, optometrists, podiatrists, nurse specialists, naturopathic physicians, Advanced Practice Registered Nurses, physician assistants, Hospitals and Freestanding Surgical Facilities.

**CREDITABLE COVERAGE**

Coverage that the Member had for medical benefits under any of the following plans, programs and coverages:

1. a group health plan
2. health insurance coverage
3. Title XVIII, part A or B, of the Social Security Act, 42 U.S.C. 1935c through 1395i-4 or 42 U.S.C. 1395j through 1395w-4 (Medicare)

4. Title XIX of the Social Security Act, 42 U.S.C. 1396a through 1396u, other than coverage consisting solely of a benefit under section 1928, 42 U.S.C. 1396s (Medicaid)
5. Title 10, chapter 55, United States Code (TRICARE)
6. a medical care program of the Indian Health Service or of a tribal organization
7. the Montana Comprehensive Health Association provided for in 33-22-1503 (MCHA)
8. a health plan offered under Title 5, chapter 89, of the United States Code (Federal Employee Health Benefits Program)
9. a public health plan
10. a health benefit plan under Section 5(e) of the Peace Corps Act, 22 U.S.C. 2504(e)
11. a high risk pool in any state

Creditable Coverage does not include coverage consisting solely of coverage of excepted Benefits.

**CUSTODIAL CARE**

Any service, primarily for personal comfort or convenience, that provides general maintenance, preventive, and/or protective care without any clinical likelihood of improvement of the Member's condition. Custodial Care Services also means those services which do not require the technical skills, professional training and clinical assessment ability of medical and/or nursing personnel in order to be safely and effectively performed. These services can be safely provided by trained or capable non-professional personnel, are to assist with routine medical needs (e.g. simple care and dressings, administration of routine medications, etc.) and are to assist with activities of daily living (e.g. bathing, eating, dressing, etc.).

**DEDUCTIBLE**

The dollar amount each Member must pay for In-Network Covered Medical Expenses or Dental Services and Out-of-Network Covered Medical Expenses or Dental Services incurred during the Benefit Period before The Plan will make payment for any Covered Medical Expense or Dental Services to which the Deductible applies. The In-Network and Out-of-Network Deductibles are separate and one does not accumulate to the other.

Only the Allowable Fee for Covered Medical Expenses or Dental Services is applied to the Deductible. Thus, Coinsurance, Copayment, noncovered services, and amounts billed by nonparticipating providers do not apply to the Deductible and are the Member's responsibility.

If two or more Members covered under the same Family Membership satisfy the family Deductible as shown on the Schedule of Benefits in a single Benefit Period, the Deductible does not apply for the remainder of that Benefit Period for any Member of the Family Membership.

If a Member is in the Hospital on the last day of the Member's Benefit Period and continuously confined through the first day of the next Benefit Period, only one In-Network or Out-of-Network Deductible will be applied to that Hospital stay (facility charges only). If the Member satisfied the Member's Deductible prior to that Hospital stay, no Deductible will be applied to that stay.

**DENTAL PROVIDER**

A Dental Provider may be participating or nonparticipating. A participating Dental Provider is a provider who has a contract with Blue Cross and Blue Shield of Montana. These providers agree to accept payment directly from Blue Cross and Blue Shield of Montana for covered dental benefits. This payment, together with the Member's Deductible and Coinsurance described in the Schedule of Benefits, is accepted as payment in full. The Member may obtain a list of participating Dental Providers from Blue Cross and Blue Shield of Montana upon request.

If a Member receives services from a nonparticipating Dental Provider, the Member is responsible for the balance of the nonparticipating provider's bill after payment by Blue Cross and Blue Shield of Montana.

**DENTAL SERVICES**

Dental services for which allowances are provided in this Contract.

**DENTALLY NECESSARY/DENTAL NECESSITY**

Those services, supplies, or appliances covered under The Plan which are:

1. Essential to, consistent with, and provided for the diagnosis or the direct care and treatment of the dental condition or injury; and
2. Provided in accordance with and are consistent with generally accepted standards of dental practice in the United States; and

3. Not primarily for the convenience of the Member or his Dentist; and
4. The most economical supplies, appliances, or levels of dental service that are appropriate for the safe and effective treatment of the Member.

**DENTIST**

A person licensed to practice dentistry in the state where the service is provided.

**DENTURIST**

A person licensed as a Denturist in the state where the service is provided.

**DEPENDENT**

1. the Beneficiary Member's Spouse;
2. the Beneficiary Member's Domestic Partner;
3. the Beneficiary Member's unmarried or married child up to age 26, including an eligible foster child;
4. children for whom the Beneficiary Member becomes legally responsible by reason of placement for adoption, as defined in Montana law; or
5. an unmarried child of the Beneficiary Member who is 26 years of age or older and disabled.

For purposes of this Member Guide the unmarried child will be considered disabled if the child:

1. was covered under this Member Guide before age 26;
2. cannot support himself/herself because of intellectual disability or physical disability; and
3. is legally dependent on the Beneficiary Member for support.

Proof of those qualifications must be supplied to The Plan within 31 days following the child's 26th birthday. Although there is no limiting age for disabled children, The Plan reserves the right to require periodic certification from the Beneficiary Member of such incapacity and dependency. Certification will not be requested more frequently than annually after the two-year period following the child's 26th birthday.

**DOMESTIC PARTNER**

A person that meets the following definition:

1. Neither partner is currently "married" to another;
2. The partners are at least 18 years of age;
3. The partners are not related by blood to a degree that would bar marriage in the State of Montana;
4. The partners are each other's sole Domestic Partner and intend to remain so indefinitely; and
5. The partners are responsible for each other's common welfare and have a financial interdependent relationship evidenced by any of the following:
   a. Mutually granted financial or health care powers of attorney;
   b. Designation of each other as primary beneficiary in wills, life insurance policies or retirement plans;
   c. Executed a joint lease, mortgage or deed; or
   d. Have joint ownership of a banking account

**DRUG LIST**

A list that identifies those Prescription Drug Products that are covered by The Plan for dispensing to Members when appropriate. This list is reviewed quarterly and subject to modification. Details can be found on the pharmacy page at www.bcbsmt.com or by visiting www.myprime.com.

**EFFECTIVE DATE**

For a Member - the Effective Date of a Member's coverage means the date the Member:

1. has met the requirements of The Plan stated in this Member Guide; and
2. is shown on the records of The Plan to be eligible to receive Benefits.

For the Member Guide - the Effective Date of the Member Guide is the date shown on the face of this Member Guide

For any endorsement, rider, or amendment - the Effective Date is the date shown on the Member Guide unless otherwise shown on the endorsement, rider and amendment.

**EMERGENCY MEDICAL CONDITION**

A medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) so that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in a condition that places the health of the individual in serious jeopardy, would result in serious impairment to bodily functions, or serious dysfunction of any bodily organ or part; or with respect to a pregnant woman having contractions, that there is inadequate time to safely transfer the woman to another hospital for delivery or that a transfer may pose a threat to the health or safety of the woman or the unborn fetus.

**EMERGENCY SERVICES**

Services, medicines or supplies furnished or required to evaluate and treat an Emergency Medical Condition.

**ERISA**

The Employee Retirement Income Security Act of 1974, as amended and all regulations applicable thereto.

**EVIDENCE-BASED STANDARD**

The conscientious, explicit, and judicious use of the current Best Evidence based on the overall systematic review of the research in making decisions about the care of individual patients.

**EXCLUSION**

A provision which states that The Plan has no obligation under this Member Guide to make payment.

**EXPERIMENTAL/INVESTIGATIONAL/UNPROVEN**

A drug, device, biological product or medical treatment or procedure is Experimental, Investigational and/or Unproven if **The Plan determines** that:

- The drug, device, biological product or medical treatment or procedure cannot be lawfully marketed without approval of the appropriate governmental or regulatory agency and approval for marketing has not been given at the time the drug, device, biological product or medical treatment or procedure is furnished; or
- The drug, device, biological product or medical treatment or procedure is the subject of ongoing phase I, II or III clinical trials, or under study to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis; or
- The prevailing opinion among peer reviewed medical and scientific literature regarding the drug, device, biological product or medical treatment or procedure is that further studies or clinical trials are necessary to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

**EXPERT OPINION**

A belief or an interpretation by specialists with experience in a specific area about the scientific evidence pertaining to a particular service, intervention, or therapy.

**FAMILY MEMBER**

A Dependent who has been accepted as a Member of the plan and enrolled by a Beneficiary Member.

**FAMILY MEMBERSHIP**

The family unit including the Beneficiary Member and all Family Members who have been accepted as Members of The Plan.

**FREESTANDING INPATIENT FACILITY**

For treatment of Chemical Dependency, it means a facility which provides treatment for Chemical Dependency in a community-based residential setting for persons requiring 24-hour supervision and which is a Chemical Dependency Treatment Center. Services include medical evaluation and health supervision; Chemical Dependency education; organized individual, group and family counseling; discharge referral to Medically Necessary supportive services; and a client follow-up program after discharge.

For treatment of Mental Illness, it means a facility licensed by the state and specializing in the treatment of Mental Illness.

**GENERIC**

A drug that has the same active ingredient as a Brand-Name drug and is allowed to be produced after the Brand-Name drug's patent has expired. In determining the brand or generic classification for covered drugs, Blue Cross and Blue Shield of Montana uses the generic/brand status assigned by a nationally recognized provider of drug product database information. A list of Preferred Generic drugs is available on the Blue Cross and Blue Shield of Montana website at www.bcbsmt.com. The Member may also contact Customer Service for more information.

**GROUP**

The organization, employer, or trust to which the Contract has been issued and includes the Beneficiary Members and their Family Members.

**GROUP PLAN**

The Contract between Blue Cross and Blue Shield of Montana and the Group.

**HABILITATIVE CARE**

Coverage will be provided for Habilitative Care services when the Member requires help to keep, learn or improve skills and functioning for daily living. These services include, but are not limited to:

1. physical and occupational therapy;
2. speech-language pathology; and
3. other services for people with disabilities. These services may be provided in a variety of Inpatient and/or Outpatient settings as prescribed by a Physician.

**HOME HEALTH AGENCY**

An agency licensed by the state which provides home health care to Members in the Member's home.

**HOME HEALTH AIDE**

A nonprofessional worker who has been trained for home care of the sick and is employed by a Home Health Agency.

**HOME INFUSION THERAPY AGENCY**

A health care provider that provides home infusion therapy services.

**HOSPITAL**

A facility providing, by or under the supervision of licensed Physicians, services for medical diagnosis, treatment, rehabilitation and care of injured, disabled, or sick individuals. A Hospital has an organized medical staff that is on call and available within 20 minutes, 24 hours a day, 7 days a week and provides 24-hour nursing care by licensed registered nurses.

**ILLNESS**

An alteration in the body or any of its organs or parts which interrupts or disturbs the performance of a vital function, thereby causing or threatening pain or weakness.

**IN-NETWORK**

Providers who are:

1. Participating Blue Cross and Blue Shield of Montana Professional Providers;
2. Participating Blue Cross and Blue Shield of Montana Facility Providers, except for Hospitals and surgery centers;
3. PPO Hospitals and surgery centers; or
4. Blue Cross and/or Blue Shield PPO providers outside of Montana.

**INCLUSIVE SERVICES/PROCEDURES**

A portion of a service or procedure which is necessary for completion of the service or procedure or a service or procedure which is already described or considered to be part of another service or procedure.

**INJURY**

Physical damage to an individual's body, caused directly and independent of all other causes. An Injury is not caused by an Illness, disease or bodily infirmity.

**INPATIENT CARE**

Care provided to a Member who has been admitted to a facility as a registered bed patient and who is receiving services, supplies and medications under the direction of a Covered Provider with staff privileges at that facility. Examples of facilities to which a Member might be admitted include:

1. Hospitals;
2. Transitional care units;
3. Skilled nursing facilities;
4. Convalescent homes;
5. Freestanding inpatient facilities.

**INPATIENT MEMBER**

A Member who has been admitted to a facility as a registered bed patient for Inpatient Care.

**LIFE-THREATENING CONDITION**

Any disease or condition from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

**MEDICAL FOODS**

Nutritional substances in any form that are:

1. formulated to be consumed or administered enterally under supervision of a Physician;
2. specifically processed or formulated to be distinct in one or more nutrients present in natural food;
3. intended for the medical and nutritional management of patients with limited capacity to metabolize ordinary foodstuffs or certain nutrients contained in ordinary foodstuffs or who have other specific nutrient requirements as established by medical evaluation; and
4. essential to optimize growth, health, and metabolic homeostasis.

**MEDICAL OR SCIENTIFIC EVIDENCE**

Evidence found in the following sources:

1. peer-reviewed scientific studies published in or accepted for publication by medical journals that meet nationally recognized requirements for scientific manuscripts and that submit most of their published articles for review by experts who are not part of the editorial staff;
2. peer-reviewed medical literature, including literature relating to therapies reviewed and approved by a qualified institutional review board, biomedical compendia, and other medical literature that meet the criteria of the National Institutes of Health's library of medicine for indexing in Index Medicus and Excerpta Medica, published by the Reed Elsevier group;
3. medical journals recognized by the Secretary of Health and Human Services under 42 U.S.C. 1395x(t)(2)(B) of the federal Social Security Act;
4. the following standard reference compendia:
   a. the American Hospital Formulary Service Drug Information;
   b. Drug Facts and Comparisons;
   c. the American Dental Association Guide to Dental Therapeutics; and
   d. the United States Pharmacopeia;
5. findings, studies, or research conducted by or under the auspices of federal government agencies and nationally recognized federal research institutes, including:
   a. the federal Agency for Healthcare Research and Quality;
   b. the national Institutes of Health;
   c. the National Cancer Institute;
   d. the National Academy of Sciences;
   e. the Centers for Medicare and Medicaid Services;
   f. the Food and Drug Administration; and
   g. any national board recognized by the National Institutes of Health for the purpose of evaluating the medical value of health care services; or
6. any other medical or scientific evidence that is comparable to the sources listed in subsection 4 or 5.

**MEDICAL POLICY**

The policy of The Plan which is used to determine if health care services including medical and surgical procedures, medication, medical equipment and supplies, processes and technology meet the following nationally accepted criteria:

1. final approval from the appropriate governmental regulatory agencies;
2. scientific studies showing conclusive evidence of improved net health outcome; and
3. in accordance with any established standards of good medical practice.

**MEDICALLY NECESSARY (FOR AUTISM, ASPERGER'S DISORDER AND PERVASIVE DEVELOPMENTAL DISORDER)**

Any care, treatment, intervention, service, or item that is prescribed, provided or ordered by a Physician or psychologist and that will or is reasonably expected to:

1. Prevent the onset of an Illness, condition, Injury, or disability;
2. Reduce or improve the physical, mental, or developmental effects of an Illness, condition, or Injury, or disability; or
3. Assist in achieving maximum functional capacity in performing daily activities, taking into account both the functional capacity of the recipient and the functional capacities that are appropriate for a child of the same age.

**MEDICALLY NECESSARY (FOR DOWN SYNDROME)**

Any care, treatment, intervention, service, or item that is prescribed, provided, or ordered by a Physician licensed in this state and that will or is reasonably expected to:

1. Reduce or improve the physical, mental, or developmental effects of Down syndrome; or
2. Assist in achieving maximum functional capacity in performing daily activities, taking into account both the functional capacity of the recipient and the functional capacities that are appropriate for a child of the same age.

**MEDICALLY NECESSARY (OR MEDICAL NECESSITY)**

Health care services that a Physician, exercising prudent clinical judgment, would provide to a patient for the purpose of preventing, evaluating, diagnosing or treating an Illness, Injury, disease or its symptoms, and that are:

1. in accordance with generally accepted standards of medical practice;
2. clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's Illness, Injury or disease; and
3. not primarily for the convenience of the patient, Physician, or other health care provider, and not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's Illness, Injury or disease.

For these purposes, "generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, Physician Specialty Society recommendations and the view of Physicians practicing in relevant clinical areas and any other relevant factors.

The fact that services were recommended or performed by a Covered Provider does not automatically make the services Medically Necessary. The decision as to whether the services were Medically Necessary can be made only after the Member receives the services, supplies, or medications and a claim is submitted to The Plan. The Plan may consult with Physicians or national medical specialty organizations for advice in determining whether services were Medically Necessary.

**MEMBER**

Both the Beneficiary Member and Family Members.

**MEMBER GUIDE**

The summary of Benefits issued to a Member that describes the Benefits available under the Group Plan.

**MEMBER'S IMMEDIATE FAMILY**

The Member's Spouse and children or parents and siblings who are caring for the hospice patient in that family.

**MENTAL HEALTH TREATMENT CENTER**

A treatment facility organized to provide care and treatment for Mental Illness through multiple modalities or techniques pursuant to a written treatment plan approved and monitored by an interdisciplinary team, including a licensed Physician, psychiatric social worker and psychologist. The facility must be:

1. licensed as a mental health treatment center by the state;
2. funded or eligible for funding under federal or state law; or
3. affiliated with a Hospital under a contractual agreement with an established system for patient referral.

**MENTAL ILLNESS**

A clinically significant behavioral or psychological syndrome or pattern that occurs in a person and that is associated with:

1. present distress or a painful symptom;
2. a disability or impairment in one or more areas of functioning; or
3. a significantly increased risk of suffering death, pain, disability, or an important loss of freedom.

Mental Illness must be considered as a manifestation of a behavioral, psychological, or biological dysfunction in a person.

Mental Illness does not include:

1. developmental disorders;
2. speech disorders;
3. psychoactive substance use disorders;
4. eating disorders (except for bulimia and anorexia nervosa);
5. impulse control disorders (except for intermittent explosive disorder and trichotillomania); or
6. Severe Mental Illness.

**MONTH**

For the purposes of this Member Guide, a Month has 30 days even if the actual calendar Month is longer or shorter.

**MULTIDISCIPLINARY TEAM**

A group of health service providers who are either licensed, certified, or otherwise approved to practice their respective professions in the state where the services are provided. Members of the Multidisciplinary Team may include, but are not limited to, a licensed psychologist, licensed speech therapist, registered physical therapist, or licensed occupational therapist.

**OCCUPATIONAL THERAPY**

Therapy involving the treatment of neuromusculoskeletal and psychological dysfunction through the use of speech tasks or goal-directed activities designed to improve the functional performance of an individual.

**ORTHOPEDIC DEVICES**

Rigid or semirigid supportive devices which restrict or eliminate motion of a weak or diseased body part. Orthopedic Devices are limited to braces, corsets and trusses.

**OUT-OF-NETWORK**

Providers who are:

1. Non-participating professional providers;
2. Non-participating facility providers;
3. Non-PPO Network Hospitals and surgery centers; or
4. Blue Cross and Blue Shield of Montana Participating Hospitals and surgery centers that are not in the PPO Network.

**OUT OF POCKET AMOUNT**

**For the Member:**

The total amount of In-Network Deductible, Coinsurance and Copayment and the Out-of-Network Deductible and Coinsurance each Member must pay for Covered Medical Expenses and Dental Services incurred during the Benefit Period. Once the Member has satisfied the applicable Out of Pocket Amount, the Member will not be

required to pay the Member's Deductible, Coinsurance and Copayment for Covered Medical Expenses and Dental Services for the remainder of that Benefit Period. The Out of Pocket Amount for the Member is listed in the Schedule of Benefits. The In-Network and Out-of-Network Out of Pocket Amounts are separate and one does not accumulate to the other.

If a Member is in the Hospital on the last day of the Member's Benefit Period and continuously confined through the first day of the next Benefit Period, the Deductible and Coinsurance for the entire Hospital stay (facility charges only) will only apply to the Out of Pocket Amount of the Benefit Period in which the inpatient stay began. If the Member satisfied the Out of Pocket Amount prior to that Hospital stay, no Deductible or Coinsurance will be applied to that stay.

Non-covered services, the non-participating pharmacy 50% benefit reduction, the 50% Coinsurance for Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy and amounts over the allowed amount billed by a non-participating provider do not accumulate to the Out of Pocket Amount and are the Member's responsibility.

**For the Family:**

The total amount of In-Network Deductible, Coinsurance and Copayment and the Out-of-Network Deductible and Coinsurance for Covered Medical Expenses and Dental Services a Family Membership must pay for services incurred during that Benefit Period. Once the Deductible, Coinsurance and Copayment paid by the Member during the Benefit Period for two or more Family Members covered under the same Family Membership total the applicable Out of Pocket Amount for the family, the Members covered under the same Family Membership will not be required to pay the Deductible, Coinsurance and Copayment for Covered Medical Expenses and Dental Services the remainder of that Benefit Period. The Out of Pocket Amount for the family is listed on the Schedule of Benefits. The In-Network and Out-of-Network Out of Pocket Amounts are separate and one does not accumulate to the other. For family coverage when only two Members are enrolled, the two Members each must meet their Individual Out of Pocket Amounts only.

Non-covered services, the non-participating pharmacy 50% benefit reduction, the 50% Coinsurance for Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy and amounts over the allowed amount billed by a non-participating provider do not accumulate to the Out of Pocket Amount and are the Member's responsibility.

**OUTPATIENT**

Services or supplies provided to the Member by a Covered Provider while the Member is not an Inpatient Member.

**PARTIAL HOSPITALIZATION**

A time-limited ambulatory (Outpatient) program offering active treatment which is therapeutically intensive, encompassing structured clinical services within a stable, therapeutic program. The program can involve day, evening and weekend treatment. The underlying aim of this treatment is stabilization of clinical instability resulting from severe impairment and/or dysfunction in major life areas.

A Partial Hospitalization program should offer four to eight hours of therapy five days a week. The hours of therapy per day and the frequency of visits per week will vary depending on the clinical symptoms and progress being made with each individual.

**PARTICIPATING BLUE CROSS AND BLUE SHIELD OF MONTANA FACILITY PROVIDER**

A facility which has a contract with Blue Cross and Blue Shield of Montana and may include, but are not limited to, Hospitals, home health agencies, Convalescent Homes, skilled nursing facilities, Freestanding Inpatient Facilities and freestanding surgical facilities. Please read the section entitled Providers of Care for Members.

**PARTICIPATING BLUE CROSS AND BLUE SHIELD OF MONTANA PROFESSIONAL PROVIDER**

A provider who has a contract with Blue Cross and Blue Shield of Montana and may include, but are not limited to, Physicians, physician assistants, nurse specialists, dentists, podiatrists, speech therapists, physical therapists and occupational therapists. Please read the section entitled Providers of Care for Members.

**PARTICIPATING PHARMACY**

A pharmacy which has entered into an agreement with the pharmacy benefit manager to provide Prescription Drug Products to Members and has agreed to accept specified reimbursement rates. Participating Pharmacies may be Value Participating Pharmacies or Participating Pharmacies.

**PARTICIPATING PROVIDER**
A Participating Blue Cross and Blue Shield of Montana Professional Provider or a Participating Blue Cross and Blue Shield of Montana Facility Provider.

**PHYSICAL THERAPY**
Treatment of disease or injury by the use of therapeutic exercise and other interventions that focus on improving posture, locomotion, strength, endurance, balance, coordination, joint mobility, flexibility, functional activities of daily living and pain relief.

**PHYSICIAN**
A person licensed to practice medicine in the state where the service is provided.

**PLAN - THE PLAN**
Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company.

**PPO-A PREFERRED PROVIDER ORGANIZATION**
A provider or group of providers which have contracted with The Plan to provide services to Members covered under PPO Benefit Contracts.

**PPO NETWORK**
A provider or group of providers which have a PPO contract with Blue Cross Blue Shield of Montana. The Member may obtain a list of PPO providers from Blue Cross Blue Shield of Montana upon request. Payment to a non-PPO Network provider is subject to the non-PPO Network provider reduction shown in the Schedule of Benefits and the Special Provisions section of this document.

**PREAUTHORIZATION**
The process that determines in advance the Medical Necessity or Experimental, Investigational and/or Unproven nature of certain care and services under the Member Guide. Preauthorization is used to inform the Member whether or not a proposed service, medication, supply, or on-going treatment is Medically Necessary and is a Covered Medical Expense of the Member Guide.

Preauthorization does not guarantee that the care and services a Member receives are eligible for Benefits under the Member Guide. At the time the Member's claims are submitted, they will be reviewed in accordance with the terms of the Member Guide.

**PREFERRED BRAND-NAME**
A covered non-specialty Brand-Name drug product or other item that is identified on the Drug List as preferred and is subject to the Preferred Brand Name drug tier payment level.

**PREFERRED GENERIC**
A covered Generic drug product or other item that is identified on the Drug List as preferred and is subject to the Preferred Generic drug tier payment level.

**PRESCRIPTION DRUG PRODUCT**
A medication, product or device approved by the Food and Drug Administration.

**PROFESSIONAL CALL**
An interview between the Member and the professional provider in attendance. The professional provider must examine the Member and provide or prescribe medical treatment. "Professional Call" does not include telephone calls or any other communication where the Member is not examined by the professional provider, except as included in the Benefit section entitled Telemedicine.

**PROOF OF LOSS**
The documentation accepted by Blue Cross and Blue Shield of Montana upon which payment of Benefits is made.

**QUALIFIED INDIVIDUAL (For an Approved Clinical Trial)**

An individual with group health coverage or group or individual health insurance coverage who is eligible to participate in an Approved Clinical Trial according to the trial protocol for the treatment of cancer or other Life-Threatening Condition because:

1. The referring health care professional is participating in the clinical trial and has concluded that the individual's participation in the trial would be appropriate; or
2. The individual provides medical and scientific information establishing that the individual's participation in the clinical trial is appropriate because the individual meets the conditions described in the trial protocol.

**RANDOMIZED CLINICAL TRIAL**

A controlled, prospective study of patients who have been assigned at random to an experimental group or a control group at the beginning of the study with only the experimental group of patients receiving a specific intervention. The term includes a study of the groups for variables and anticipated outcomes over time.

**RECONSTRUCTIVE BREAST SURGERY**

Surgery performed as a result of a mastectomy to reestablish symmetry between the breasts. The term includes augmentation mammoplasty, reduction mammoplasty, and mastopexy.

**RECOVERY CARE BED**

A bed occupied in an Outpatient surgical center for less than 24 hours by a patient recovering from surgery or other treatment.

**REHABILITATION FACILITY**

A facility, or a designated unit of a facility, licensed, certified or accredited to provide Rehabilitation Therapy including:

1. A facility that primarily provides Rehabilitation Therapy, regardless of whether the facility is also licensed as a Hospital or other facility type;
2. A freestanding facility or a facility associated or co-located with a Hospital or other facility;
3. A designated rehabilitation unit of a Hospital;
4. For purposes of the Rehabilitation Therapy Benefit, any facility providing Rehabilitation Therapy to a Member, regardless of the category of facility licensure.

**REHABILITATION THERAPY**

A specialized, intense and comprehensive program of therapies and treatment services (including but not limited to Physical Therapy, Occupational Therapy and Speech Therapy) provided by a Multidisciplinary Team for treatment of an Injury or physical deficit. A Rehabilitation Therapy program is:

1. provided by a Rehabilitation Facility in an Inpatient Care or outpatient setting;
2. provided under the direction of a qualified Physician and according to a formal written treatment plan with specific goals;
3. designed to restore the patient's maximum function and independence; and
4. Medically Necessary to improve or restore bodily function and the Member must continue to show measurable progress.

**REHABILITATIVE CARE**

Coverage will be provided for Rehabilitative Care services when the Member requires help to keep, get back or improve skills and functioning for daily living that have been lost or impaired because the Member was sick, hurt or disabled. These services include, but are not limited to:

1. physical and occupational therapy;
2. speech-language pathology; and
3. psychiatric rehabilitation.

These services may be provided in a variety of Inpatient and/or Outpatient settings as prescribed by a Physician.

**RESIDENTIAL TREATMENT CENTER**

A facility setting offering a defined course of therapeutic intervention and special programming in a controlled environment which also offers a degree of security, supervision, structure and is licensed by the appropriate state and local authority to provide such service. It does not include half-way houses, wilderness programs, supervised

living, group homes, boarding houses or other facilities that provide primarily a supportive environment and address long-term social needs, even if counseling is provided in such facilities. Patients are medically monitored with 24 hour medical availability and 24 hour onsite nursing service for patients with Mental Illness and/or Chemical Dependency. Requirements: Blue Cross and Blue Shield of Montana requires that any Mental Illness and/or Substance Use Disorder Residential Treatment Center must be licensed in the state where it is located, or accredited by a national organization that is recognized by Blue Cross and Blue Shield of Montana as set forth in its current credentialing policy, and otherwise meets all other credentialing requirements set forth in such policy.

**ROUTINE**

Examinations or services provided when there is no objective indication of impairment of normal bodily function. Routine does not include the diagnosis or treatment of any Injury or Illness.

**ROUTINE PATIENT COSTS**

All items and services covered by a group health plan or a plan of individual or group health insurance coverage when the items or services are typically covered for a Qualified Individual who is not enrolled in an Approved Clinical Trial. The term does not include:

1. An investigational item, device, or service that is part of the trial;
2. An item or service provided solely to satisfy data collection and analysis needs for the trial if the item or service is not used in the direct clinical management of the patient; or
3. A service that is clearly inconsistent with widely accepted and established standards of care for the individual's diagnosis.

**SEVERE MENTAL ILLNESS**

The following disorders as defined by the American psychiatric association:

1. schizophrenia;
2. schizoaffective disorder;
3. bipolar disorder;
4. major depression;
5. panic disorder;
6. obsessive-compulsive disorder; and
7. autism.

Coverage for a child with autism who is 18 years of age or younger is provided under the Autism Spectrum Disorders Benefit if the child is diagnosed with:

1. Autistic Disorder;
2. Asperger’s Disorder; or
3. Pervasive Developmental Disorder not otherwise specified.

**SMALL EMPLOYER**

A person, firm, corporation, partnership, or bona fide association that:

1. Is actively engaged in business; and
2. With respect to a calendar year and a plan year, employed at least 1 but not more than 50 Eligible Employees during the preceding calendar year and employed at least two employees on the first day of the plan year. In the case of an employer that was not in existence throughout the preceding calendar year, the determination of whether the employer is a small or large employer must be based on the average number of employees reasonably expected to be employed by the employer in the current calendar year.

In determining the number of eligible employees, companies are considered one employer if they are:

1. Affiliated companies;
2. Eligible to file a combined tax return for purposes of state taxation; or
3. Members of a bona fide association.

**SPECIALTY MEDICATIONS**

High cost, hard to manage injectables, select orals, and/or infused therapies that are administered by the patient or Physician for the treatment of chronic Illness.

**SPECIALTY PHARMACY**

A pharmacy which has entered into an agreement with The Plan to provide Specialty Medications to Members and which has agreed to accept specified reimbursement rates.

**SPEECH THERAPY**

The treatment of communication impairment and swallowing disorders.

**SPOUSE**

The opposite sex or the same sex person to whom the Beneficiary Member is legally married, based upon the law in effect at the time of and in the state or other appropriate jurisdiction in which the marriage was performed, recognized, or declared.

**TELEMEDICINE**

Telemedicine means the use of interactive audio, video, or other telecommunications technology that is:

1. Used by a health care provider or health care facility to deliver health care services at a site other than the site where the patient is located; and
2. Delivered over a secure connection that complies with the requirements of the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. 1320d, et seq.

The term includes the use of electronic media for consultation relating to the health care diagnosis or treatment of a patient in real time or through the use of store-and-forward technology. The term does not include the use of audio-only telephone, e-mail, or facsimile transmissions.

## Notice That Lifetime Limit No Longer Applies and Enrollment Opportunity

The lifetime limit on the dollar value of benefits under this group health plan coverage no longer applies. Individuals whose coverage ended by reason of reaching a lifetime limit under the plan are eligible to reenroll in the plan. Individuals have 30 days beginning with the start of the plan year to request enrollment.

Enrollment will be effective retroactively to the first day of the plan year beginning on or after September 23, 2010.

## Notice of Opportunity to Enroll in connection with Extension of Dependent Coverage to Age 26

Children whose coverage ended, or who were denied coverage (or were not eligible for coverage), because the availability of dependent coverage for children ended before attainment of age 26 are eligible to enroll in this group health coverage, regardless of student status, financial dependency or marital status. Individuals may request enrollment for such children for 30 days beginning with the start of the plan year.

Enrollment will be effective retroactively to the first day of the plan year beginning on or after September 23, 2010.

**For additional information regarding these notices, contact:**

Blue Cross and Blue Shield of Montana
3645 Alice Street
Helena, MT 59601
1-800-447-7828



BlueCross BlueShield
of Montana

Blue Cross and Blue Shield of Montana
3645 Alice Street
P.O. Box 4309
Helena, MT 59604-4309





# Your Benefit Book

Learn more about your plan.

EXHIBIT
2
exhibitsticker.com

BlueCross BlueShield of Montana

P.O. Box 3238
Naperville, IL 60566-7238
*Address Service Requested*

May 10, 2017

BARRY BRIGGS
PO BOX 82
DILLON, MT 59725

**Subject:**
Your kit is enclosed

**Member ID:**
928040327

To contact us: 1-855-258-8471

---

Dear BARRY BRIGGS,

Enclosed is the copy of the policy fulfillment kit you requested. The kit includes all the latest updated material.

Our goal is to serve your health insurance needs through all of life's changes. If you have any questions, feel free to call us at the number above.

Sincerely,

Your Customer Advocates
Blue Cross and Blue Shield of Montana

Enclosure

We're happy to provide our letters, at no cost, in Spanish, Tagalog, Chinese, Navajo, or Braille.

- **Español:** Para asistencia en Español, por favor llame al numero ubicado en la parte posterior de su tarjeta de identificación.
- **Tagalog:** Upang humingi ng tulong sa Tagalog, paki tawagan ang numero na nakasulat sa inyong kard.
- 中文: 如果需要中文幫助，請撥打您卡上的電話號碼。
- **Dine:** Dinék'ehji áka'a'doowoo ł biniiyé, t'áá shǫ́ǫdi koji' hodíílnih béésh bee hane'í bi numbo bee néé ho'dólzinígíí biniiyé nanitinigii bine'dę́ę' bikáá'

bcbsmt.com

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

BlueCross BlueShield of Montana

# Frequently Asked Questions

**How do I make changes to my policy, plan or personal information?**

If you bought your plan directly from us, you can call us at the Customer Service number listed on your member ID card. We can help you make the changes you need.

If you have a Marketplace plan, any changes will have to be made through the Marketplace. You can log into your account online at healthcare.gov or call the Marketplace toll free at 800-318-2596.

Some changes, such as adding or dropping a dependent, could change your monthly premium.

**How do I sign up for Blue Access for Members℠?**

Blue Access for Members gives you easy access to your account information.

1. Click on "Log In" at the top of our website at www.bcbsmt.com.
2. Click.on "Register Now."
3. You'll need your member ID card, your ZIP code and your email address to sign up.

**How do I make my monthly premium payment?**

You can pay your premium by bank draft, with check or money order, using a debit card, or with cash. You can also set up automatic monthly payments using electronic funds transfer by calling Customer Service at the number listed on your member ID card. Find out how at www.bcbsmt.com/member/payment-options.

**What is the "Standard Authorization Form to Use or Disclose Protected Health Information (PHI)"?**

This form allows BCBSMT to disclose certain health information to the organization(s) or person(s) you name. For example, you may want to allow BCBSMT to provide your claims information to another person, such as a family member. You can sign the form for yourself or on behalf of a minor dependent child.

The form is included with your package for your convenience only. If you decide to use the form, please review it with care.

**Am I covered when I travel?**

Some BCBSMT plans offer coverage while traveling through BlueCard®, our unique program that gives members access to contracting doctors and hospitals outside a plan's service area, across the nation and around the world.

BlueCard coverage will differ based on your plan and on whether you choose a doctor or hospital in a BCBS network. Be sure to call Customer Service at the number on the back of your member ID card before your trip to find out what you can do if you need care while away from home. Log in to Blue Access for Members for details.

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

BlueCross BlueShield of Montana

# At a Glance

**Summary of your Blue Cross and Blue Shield of Montana health insurance coverage**

**Medical Plan Name:** Blue Preferred Gold PPO
**Network:** Blue Preferred
**Identification Number:** 928040327
**Coverage Date:** 01/01/2017
**Termination Date:** 12/31/2017
**Method of Payment:** Monthly

**Covered Members:**
BARRY J BRIGGS
MARY ANNE ANNE BRIGGS

**Translation and TTY services available for our members**

To assist our members with special communication needs, and if your first language is not English, you can obtain assistance for the following:

- Members may ask to speak to a bilingual staff member (English or Spanish) by calling the Customer Service number on the back of your member ID card.
- Members may ask for access to a telephone-based translation service to assist with other languages.
- Some written forms and member materials are available in Spanish through our Customer Service
- BCBS provides TDD/TTY services and language assistance for incoming callers for deaf, hard-of-hearing and speech-disabled members:
  - Members can call 1-406-444-4212
  - Members can utilize their Teletypewriter (TTY) or Telecommunication Device (TDD) to access a teletype operator.

**Deaf, hard-of-hearing and speech-disabled members:**

- Members can utilize their Telecommunication Device (TDD) to access a teletype operator.

**Thank you for choosing Blue Cross and Blue Shield of Montana.**

If you, or someone you are helping, have questions, you have the right to get help and information in your language at no cost. To talk to an interpreter, call 855-258-8471.

| Language | Notice |
|---|---|
| العربية Arabic | إن كان لديك أو لدى شخص تساعده أسئلة، فلديك الحق في الحصول على المساعدة والمعلومات الضرورية بلغتك من دون اية تكلفة. للتحدث مع مترجم فوري، اتصل على الرقم 855-258-8471. |
| 繁體中文 Chinese | 如果您, 或您正在協助的對象, 對此有疑問, 您有權利免費以您的母語獲得幫助和訊息 洽詢一位翻譯員, 請撥電話 號碼 855-258-8471。 |
| Français French | Si vous, ou quelqu'un que vous êtes en train d'aider, avez des questions, vous avez le droit d'obtenir de l'aide et l'information dans votre langue à aucun coût. Pour parler à un interprète, appelez 855-258-8471. |
| Deutsch German | Falls Sie oder jemand, dem Sie helfen, Fragen haben, haben Sie das Recht, kostenlose Hilfe und Informationen in Ihrer Sprache zu erhalten. Um mit einem Dolmetscher zu sprechen, rufen Sie bitte die Nummer 855-258-8471 an. |
| Italiano Italian | Se tu o qualcuno che stai aiutando avete domande, hai il diritto di ottenere aiuto e informazioni nella tua lingua gratuitamente. Per parlare con un interprete, puoi chiamare il numero 855-258-8471. |
| 日本語 Japanese | ご本人様、またはお客様の身の回りの方でも、ご質問がございましたら、ご希望の言語でサポートを受けたり、情報を入手したりすることができます。料金はかかりません。通訳とお話される場合、855-258-8471までお電話ください。 |
| 한국어 Korean | 만약 귀하 또는 귀하가 돕는 사람이 질문이 있다면 귀하는 무료로 그러한 도움과 정보를 귀하의 언어로 받을 수 있는 권리가 있습니다. 통역사가 필요하시면 855-258-8471로 전화하십시오. |
| Diné Navajo | T'áá ni, éí doodago ła'da bíká anánílwo'ígíí, na'ídíłkidgo, ts'ídá bee ná ahóóti'i' t'áá níík'e níká a'doolwoł dóó bína'ídíłkidígíí bee nił hodoonih. Ata'dahalne'ígíí bich'į' hodíílnih kwe'é 855-258-8471. |
| Norsk Norwegian | Hvis du, eller noen du hjelper, har spørsmål, har du rett til å få hjelp og informasjon på ditt språk uten kostnad. For å snakke med en tolk, ring 855-258-8471. |
| Pennsilfaanisch Deitsch Pennsylvanian-Dutch | Wann du, odder ebber as du an helfe bischt, Questions hoscht, hoscht du's Recht fer Hilf un Information griege in dei eegni Schprooch as nix koschte zellt. Wann du mit en Interpreter schwetze wettscht, kannscht du 855-258-8471 uffrufe. |
| Русский Russian | Если у вас или человека, которому вы помогаете, возникли вопросы, у вас есть право на бесплатную помощь и информацию, предоставленную на вашем языке. Чтобы связаться с переводчиком, позвоните по телефону 855-258-8471. |
| Español Spanish | Si usted o alguien a quien usted está ayudando tiene preguntas, tiene derecho a obtener ayuda e información en su idioma sin costo alguno. Para hablar con un intérprete, llame al 855-258-8471. |
| Tagalog Tagalog | Kung ikaw, o ang isang taong iyong tinutulungan ay may mga tanong, may karapatan kang makakuha ng tulong at impormasyon sa iyong wika nang walang bayad. Upang makipag-usap sa isang tagasalin-wika, tumawag sa 855-258-8471. |
| ไทย Thai | หากคุณ หรือคนที่คุณกำลังช่วยเหลือมีข้อสงสัยใด ๆ คุณมีสิทธิที่จะได้รับความช่วยเหลือและข้อมูลในภาษาของคุณได้โดยไม่มีค่าใช้จ่าย พูดคุยกับล่ามโดยติดต่อที่หมายเลข 855-258-8471. |
| Українська Ukrainian | Якщо у Вас чи у когось, хто отримує Вашу допомогу, виникають питання, у Вас є право отримати безкоштовну допомогу та інформацію Вашою рідною мовою. Щоб зв'язатись з перекладачем, зателефонуйте за номером 855-258-8471. |
| Tiếng Việt Vietnamese | Nếu quý vị, hoặc người mà quý vị đang giúp đỡ, có câu hỏi, thì quý vị có quyền được giúp và nhận thông tin bằng ngôn ngữ của mình miễn phí. Để nói chuyện với một thông dịch viên, xin gọi 855-258-8471. |

**Health care coverage is important for everyone.**

We provide free communication aids and services for anyone with a disability or who needs language assistance. We do not discriminate on the basis of race, color, national origin, sex, gender identity, age or disability.

To receive language or communication assistance free of charge, please call us at 855-710-6984.

If you believe we have failed to provide a service, or think we have discriminated in another way, contact us to file a grievance.

| | | |
|---|---|---|
| Office of Civil Rights Coordinator | Phone: | 855-664-7270 (voicemail) |
| 300 E. Randolph St. | TTY/TDD: | 855-661-6965 |
| 35th Floor | Fax: | 855-661-6960 |
| Chicago, Illinois 60601 | Email: | CivilRightsCoordinator@hcsc.net |

You may file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, at:

| | | |
|---|---|---|
| U.S. Dept. of Health & Human Services | Phone: | 800-368-1019 |
| 200 Independence Avenue SW | TTY/TDD: | 800-537-7697 |
| Room 509F, HHH Building 1019 | Complaint Portal: | https://ocrportal.hhs.gov/ocr/portal/lobby.jsf |
| Washington, DC 20201 | Complaint Forms: | http://www.hhs.gov/ocr/office/file/index.html |

353049.1016

BlueCross BlueShield of Montana

EZ Blue Payment Option
# Automatic Premium Payment Authorization Agreement

## Take these simple steps for hassle-free monthly premium payments:

- Verify with your financial institution that it can accept automated electronic withdrawals.
- Complete this request online by going to bcbsmt.com and logging in to Blue Access for Members[SM].
- If submitting by fax, please fax this form to **888-697-0686**.
- If submitting this form by mail, please use this address:

**Blue Cross and Blue Shield of Montana**
**P.O. Box 3236**
**Naperville, IL 60566-9708**

If you have any questions about this program, please call our Member Service Department toll-free at **855-258-8471**.

## AGREEMENT

I request and authorize Blue Cross and Blue Shield of Montana (BCBSMT) and/or its designee to obtain payment of amounts becoming due by initiating charges to my account in the form of checks, share drafts, or electronic debit entries, and I request and authorize the Financial Institution named below to accept and honor the same to my account. As the account holder, by signing below, I also certify, in the event that this draft is being drawn from a company checking account, that I am authorized to approve this transaction, that the company is not paying any portion of the premium for this subscriber, either directly, or through reimbursement, and that the employer/company is not deducting any part of the premium from gross income under section 106 or section 162 of the Internal Revenue Code. I understand that both the financial institution and BCBSMT reserve the right to terminate this payment program and/or my participation therein. I also understand that I may discontinue this payment program at any time with at least 10 days advance notice to Blue Cross and Blue Shield of Montana by telephone prior to a scheduled withdrawal date.

**Please complete the following:**

☐ **Yes** ☐ **No** Deduct ongoing monthly premium payments only from my checking or savings account. Drafts will be drawn on the last day of each month, for the following month of coverage. If the draft date falls on a non-business day or a holiday, the premium payment will be deducted from my account on the next business day. Please ensure adequate funds are available at the time of application. Blue Cross and Blue Shield of Montana is not responsible for fees incurred due to insufficient funds. Select one of the following draft options.

☐ 1 MONTH BANK DRAFT PREMIUM AMOUNT EACH TIME (12 PAYMENTS PER YEAR)

BCBSMT member ID/applicant's Social Security number: ____________________

Name of member/applicant: ____________________

Name of depositor(s) if other than the member/applicant: ____________________

Phone number of member/applicant/depositor: ____________________

Name of bank, city and state where account is authorized: ____________________

____________________

Please check one: ❑ Checking Account ❑ Savings Account

Bank Transit Number: ____________________

Depositor's Account Number: ____________________

Bank check – bottom left corner

Bank Transit Number   Depositor's Account

**I have read and accept the above agreement.**

**Please continue to pay your premiums by check or money order until you receive a confirmation letter from us stating the date automatic payments will begin.**

Depositor's Signature: ____________________ Date: ____________________

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

350040.0916

PET EXHIBIT 2-114



# Standard Authorization Form To Use or Disclose Protected Health Information (PHI)

**I. Individual** (Name and information of person whose protected health information is being disclosed):

**Name** **Date of Birth**

**Group #** **Identification/Subscriber #** **Social Security Number**

**Address** **City** **State** **ZIP**

**Area Code & Telephone Number**

**II. Authorization and Purpose:**

I request and authorize Blue Cross and Blue Shield of Montana to disclose my protected health information as described below. **I understand that if the person/organization authorized to receive and use the information is not a health plan or health care provider, the disclosed information may no longer be protected by federal privacy regulations.**

**Persons/Organizations authorized to receive your information** **Relationship** **Purpose**

**Address** **City** **State** **ZIP**

**III. Specific Description of Information to be Used or Disclosed** *(Please Complete **Parts A and B** in this Section)*

**This Authorization CANNOT be used to disclose Psychotherapy Notes.**

**A. Release of Sensitive Protected Health Information Under State Law**

You must check "yes" or "no" if you authorize the release of medical information, test results, records or communications specific to ***(note: "yes" means this information is included in the categories you designate in Part B below)*** :

- Human Immunodeficiency Virus (HIV) or HIV/Acquired Immune Deficiency Syndrome
- Sexually transmitted or "communicable" diseases (includes hepatitis, as well as venereal diseases);
- Drug, alcohol or substance abuse;
- Mental health or developmental disabilities (including mental retardation or similar disabilities, for example, those attributable to cerebral palsy, autism or neurological dysfunctions); and
- Genetic testing.

**Yes** ☐

**No** ☐

**B. Release of Protected Health Information** *(check one or more)*

| | | | Dates of Services From: | To: |
|---|---|---|---|---|
| ☐ | Health Plan Benefit Information: | Includes information contained in your benefit booklet (i.e., copayments, coinsurance, eligibility and other benefit information). | | |
| ☐ | Claims | Includes information related to payment of your claims for service you received, including pertinent information located on a claim form (i.e., billed amount, general procedure descriptions claim payment or denial reasons, etc.). | | |
| ☐ | Service Determination Information: | Includes any information related to pre-service, concurrent and post-service decisions. | | |

*A Division of Health Care Service Corporation, a Mutual Legal Reserve Company an Independent Licensee of the Blue Cross and Blue Shield Association*

☐ Premium Information: Includes information related to billing cycles, bank draft changes, etc.

☐ Services from (provider or supplier): Provider name: ______ (Includes information related to services rendered by a specific provider or supplier.)

☐ Other: ______ (Specify other information that is not listed in one of the categories

## IV. Expiration and Revocation:

**Expiration:** This authorization will expire on (must choose one):

☐ 24 months from the date it is signed ☐ Other (insert date or event, not to exceed 24 months from the date it is signed): ______

**Right to Revoke:** I understand that I may revoke this authorization at any time by giving written notice to the address listed at the bottom of this form. **I understand that revocation of this authorization will not affect any action the above named entity took in reliance on this authorization before the above named entity received my written notice of revocation.**

## V. Signature (this document must be signed by the individual, parent of minor child or the individual's personal representative):

I understand that this authorization is voluntary and that the health plan cannot condition my eligibility for benefits, treatment, enrollment or payment of claims on the signing of this authorization. I understand that if I am signing on behalf of a minor child, this authorization will expire upon the child reaching the age of 18, unless there is proof of legal guardianship.

______ ______

**Signature** **Date: month/day/year**

**If you are signing as a Power of Attorney, Legal Guardian, Executor or Administrator complete the following and attach a copy of the Legal documents. You do NOT have to attach copies of these documents if they are already on file with Blue Cross and Blue Shield of Montana:**

______ ______

**Personal Representative's Name** **Relationship to Individual**

______ ______ ______ ______

**Personal Representative's Address** **City** **State** **ZIP**

______

**Personal Representative's Area Code & Telephone Number**

**BEFORE RETURNING THIS FORM YOU SHOULD KEEP A COPY FOR YOUR RECORDS BY EITHER:**

**(1) MAKING A PHOTOCOPY OF THIS SIGNED AUTHORIZATION; OR**
**(2) COMPLETING THE DUPLICATE AUTHORIZATION FORM YOU RECEIVED OR PRINTED**

**Mail your completed signed authorization to:**
**Blue Cross and Blue Shield of Montana**
**P.O. Box 805107**
**Chicago, IL 60680-4112**

**If you need assistance completing the form, please refer to the instructions above or contact the Customer Service number listed on the back of your Member Identification Card.**

**Any changes to the format, content or branding of this form are strictly prohibited without review and approval ofthe HCSC Privacy Office. Please forward requests for changes to the Privacy_Office@bcbsil.com.**

*A Division of Health Care Service Corporation, a Mutual Legal Reserve Company an Independent Licensee of the Blue Cross and Blue Shield Association*

# Make the Most of Your Blue Cross and Blue Shield of Montana (BCBSMT) Plan.

Now that you have your 2017 BCBSMT plan, here are some tips to help you make the most of your benefits this year.

## Knowledge is key.

- **Know What's Covered**
  - Keep this book handy
  - Check your plan when you schedule visits, tests or procedures
- **Know Where to Go**
  - Remember, you may save time and money by visiting retail clinics and urgent care centers for nonemergencies
  - Go to the nearest ER for life-or-death illness or injury
- **Know the Costs**
  - Deductibles
  - Copays and/or coinsurance
  - Out-of-pocket maximum

Visit **www.bcbsmt.com/insurance-basics** for more details.

## Blue Access for Members[SM] (BAM)

The gateway to help manage your personal health information.

## Log in and look.

- Access your health history
- Check your claims
- Find doctors and hospitals
- View your benefits
- Use our online tools

Registering for your BAM account is easy:*

1. Visit **www.bcbsmt.com/member**
2. Click on "Log In" in the upper right-hand side of the page
3. Click on "Register Now"
4. Use the information on your member ID card, your ZIP Code and your email address to complete the registration process

* Note: BCBSMT makes no representation or warranty with respect to the accuracy or completeness of information on BAM. The information on BAM is based upon information provided by you and claims received by BCBSMT, which information has not been independently verified.

## Download the BCBSMT App

Carry your health plan with you wherever you go:

- Look up your ID
- Find providers in your network
- Check your benefits
- Track your claims

To download the app, go to Google Play or the App Store or text** BCBSMT to 33633.

** Message and data rates may apply. Terms and conditions and privacy policy at www.bcbsmt.com/mobile/text-messaging.

# Where You Go for Care Matters

## It's important to think where to go when you need medical care.

Thinking where to go when you have a health issue may make a difference in costs and time.

**You have options.**

| | Average Costs | Average Wait Times | Examples of Health Issues | |
|---|---|---|---|---|
| **24/7 Nurseline** Around the clock help 24 hours a day, 7 days a week | ¢ | 17 seconds* | Registered nurses are on call to answer your health questions 24 hours a day, 7 days a week | |
| **Your Doctor** Your first choice for nonemergency care | $ | 24 minutes* | • Cuts and scrapes<br>• Fever, colds and flu<br>• Minor burns<br>• Ear or sinus pain<br>• Shots | • Eye swelling, pain<br>• Sore throat<br>• Stomach ache<br>• Physicals<br>• Minor allergic reactions |
| **Retail Clinics** For care when you can't see your doctor | $ | 15 minutes | • Infections<br>• Minor injuries or pain<br>• Flu shots<br>• Skin problems | • Bronchitis<br>• Cold and flu<br>• Sore and strep throat<br>• Allergies |
| **Urgent Care** When it's not a true emergency, but you need help now | $ $ $ $ | 11-20 minutes** | • Migraines or headaches<br>• Urinary tract infection<br>• Back pain | • Cuts that need stitches<br>• Sprains or strains<br>• Animal bites |
| **Emergency Room** When life is in danger from illness or injury | $ $ $ $ $ $ | 4 hours, 7 minutes† | • Chest pain, stroke<br>• Head or neck injuries<br>• Heart attack<br>• Fainting, dizziness, weakness<br>• Problems breathing | • Seizures<br>• Sudden or severe pain<br>• Severe vomiting, diarrhea<br>• Uncontrolled bleeding<br>• Broken bones |

## Key points to remember:

- **24/7 Nurseline.** You may call our 24/7 Nurseline at **877-213-2565.** Registered nurses can answer your general health questions and help you decide if you need care and where you could go. Have your member ID card ready before you call.
- **Use the ER for emergencies only.** When your injury or illness is serious, call 911 or go to the nearest emergency room. You don't need a referral. If it's not an emergency, you may be able to save money by seeing your regular doctor for colds, minor sprains and other less serious conditions.

* Medical Practice Pulse Report 2009, Press Ganey Associates. *http://helpandtraining.pressganey.com/Documents_secure/Pulse%20Reports/2009_ED_Pulse_Report.pdf*

** Urgent Care Benchmarking Study Results. Journal of Urgent Care Medicine. January 2012.

† Emergency Department Pulse Report 2010 Patient Perspectives on American Health Care. Press Ganey Associates. *http://helpandtraining.pressganey.com/researchResources/hospitals/emergencyDepartment/emergencyPulsereport.aspx*

# Provider Finder®

Easily search for physicians, specialists and hospitals in your plan's network.

Seeing providers in network helps you get the most from your benefits. Your out-of-pocket costs may be lower when you see in-network providers. Going to in-network hospitals may make a big difference in your costs also.

## Check before any visit.

- Compare doctors and hospitals
- Get information on providers
- Get directions to provider locations
- Find out some wait times
- See awards and recognitions
- Read and write reviews
- See what languages the doctor speaks

1. Visit **www.bcbsmt.com**
2. Log in to BAM, go to the "Doctors and Hospitals" tab and click "Find a Doctor"
3. Search by network, doctor, hospital or area to find the most up-to-date listing of health care providers for your plan's network

# Get ready before you see your doctor.

Notes can help you make the best use of your time with your doctor. Bring a pen and write as you talk.

## Here is what your visit notes could include:

**A list of symptoms:**

- When did your health concern start?
- Where does it hurt?
- How badly does it hurt?
- Does it get better or worse with activity?
- Does rest help?
- Does what you eat matter?

**Your health history:**

- Past illnesses, injuries, diseases, allergies
- Your family's health history

**Your list of questions:**

- Some questions you know ahead of time.
- Some questions pop up as you talk with your doctor.

**Current medication:**

- A list of drugs OR
- Prescription and over-the-counter containers

**Records:**

- Records from previous tests or procedures, including X-rays
- Written test results and surgery reports

# Learn more about taking care of your health

 facebook.com/BCBSMT

youtube.com/bcbsmt

 twitter.com/bcbsmt

 connect.bcbsmt.com

# Your Prescription Drug Coverage

Your prescription drug coverage has a network of pharmacies, online tools, and more.

## The Drug List

The drug list is a list of covered medications available to BCBSMT members. If your drug is not on the list, check with your doctor for a covered alternative to consider.

### Always check the list.

Once you have your prescription, you may save money by:

- Checking to see if your prescription is on the drug list at **www.bcbsmt.com/member/prescription-drug-plan-information/drug-lists**.
- Checking for a generic or lower-cost preferred brand drug. (Ask your doctor if these alternatives may be right for you.)
- Filling your prescriptions at a Value Pharmacy Network pharmacy. If you fill your prescription for a covered prescription drug at a non-Value Pharmacy Network pharmacy, you may pay more out of pocket.

Log in to your Blue Access for Members (BAM) account at **www.bcbsmt.com/member** to learn more about specific drug coverage on your prescription drug benefit.

### Examples of Generic Drug Options for Common Drugs

| Drug Class | Generic Options |
|---|---|
| Heartburn/Acid Reduction | lansoprazole, omeprazole, pantoprazole, rabeprazole, esomeprazole |
| Attention Deficit Hyperactivity Disorder | amphetamine/dextroamphetamine (ER), dexmethylphenidate, methylphenidate (ER) |
| Bipolar/Psychosis | olanzapine, quetiapine, risperidone, ziprasidone |
| Cholesterol Lowering | atorvastatin, fenofibric acid, fluvastatin, lovastatin, niacin, omega-3 fatty acids, pravastatin, simvastatin |
| Depression | bupropion (SR), citalopram, duloxetine, escitalopram, fluoxetine, fluvoxamine, paroxetine (ER), sertarline, venlafaxine (ER) |
| High Blood Pressure | atenolol, benazepril, benazepril (HCTZ), betaxolol, bisoprolol, candesartan, candesartan (HCTZ), enalapril, enalapril (HCTZ), irbesartan, irbesartan (HCTZ), lisinopril, lisinopril (HCTZ), losartan, losartan (HCTZ), metoprolol, metoprolol (ER), propranolol, ramipril, valsartan (HCTZ) |
| Osteoporosis | alendronate, ibandronate, raloxifen, zoledronic acid, risedronate |
| Sleep Aids | eszopiclone, zaleplon, zolpidem (ER) |
| Thyroid Replacement | levothyroxine, Levothroid, Levoxyl, Unithroid |

This list is for example only and is not all-inclusive.

## Value Pharmacy Network

Your prescription drug benefit may include a Value Pharmacy Network.

**Check if your plan has a Value Pharmacy Network.**

- **30-Day Supply:** If you fill a prescription for up to a 30-day supply of a covered prescription drug from a Value Pharmacy Network pharmacy, you may pay the lowest copay/ coinsurance amount.
- **90-Day Supply:** You can also fill a prescription for up to a 90-day supply of a covered prescription drug at a participating Value Pharmacy Network pharmacy. You may pay the lowest copay/coinsurance amount for that quantity.
- Filling a prescription at a non-Value Pharmacy Network pharmacy may cost you more.

Visit Prime Therapeutics* at **myprime.com** to search for a Value Pharmacy Network pharmacy near you.

## 90-Day Supply Options

If you are taking medication on a routine basis, you may be able to get a 90-day supply.

**Where can you get a 90-day supply?**

- Through the mail order program
- At a participating retail pharmacy in the Value Pharmacy Network

You can find more information by logging in to your Blue Access for Members (BAM) account at **www.bcbsmt.com/member.**

ists.

at a

## Specialty Pharmacy Program

Your prescription drug benefit may include a specialty pharmacy program through Prime Therapeutics Specialty Pharmacy.

**What are specialty medications?**

Specialty medications are those used to treat serious or chronic conditions. Examples include:

- Hepatitis C
- Hemophilia
- Multiple sclerosis
- Rheumatoid arthritis

These drugs are typically given by injection, but may be topical or taken by mouth. They often require careful adherence to treatment plans, have special handling or storage requirements, and may not be stocked by retail pharmacies.

For more information, call Prime Therapeutics at **877-627-6337.**

### Medical or Pharmacy Benefit?

- Specialty medications that require professional services for administration are usually covered under your medical benefit plan.
- Coverage for self-administered specialty medications is provided through your pharmacy benefit plan.

* Prime Therapeutics LLC is a separate pharmacy benefit management company, which also operates PrimeMail, a home delivery pharmacy service. Blue Cross and Blue Shield of Montana contracts with Prime Therapeutics to provide pharmacy benefit management and home delivery pharmacy services. Blue Cross and Blue Shield of Montana, as well as several other independent Blue Cross and Blue Shield Plans, has an ownership interest in Prime Therapeutics LLC.

# Doctor's Orders: Some medicines on the drug list have special requirements.

## What do I have to do to get my prescription?

### Prior Authorization

Sometimes prior approval is needed before a drug may be covered.

- Your doctor will need to submit a prior authorization request to Prime Therapeutics.

### Step Therapy

Some drugs may not be covered unless you try another preferred drug first.

- Ask your doctor if the preferred drug is right for you or have your doctor submit a prior authorization request for your other drug to Prime Therapeutics.

### Quantity Limits

There may be dispensing limits on certain medicines. For example, a medication taken twice daily may be limited to 60 tablets for 30 days.

- If your doctor thinks you need more than the dispensing limit, he or she will need to ask for an override authorization from Prime Therapeutics.

Your doctor can call **888-723-7443** with questions or to ask for any forms.

# Well onTarget®

## Motivation and guidance for your health and wellness journey.

Whether you want to make a game plan, track your progress or get started on your journey, Well onTarget* provides tools and resources to help guide you toward your health and wellness goals.

## Make a plan and track your progress.

**Take your health assessment today! It shows you where you stand with issues like:**

- Activity level
- Stress management
- Nutrition
- Tobacco use
- Weight, blood pressure, cholesterol metrics

Resources include:

- Online courses on topics related to any wellness goals identified by your health assessment
- Health trackers to track your progress toward any wellness goals identified by your health assessment
- A Blue Points℠ reward program**
  - The more you use the program, the more you earn
  - Redeem points for discounts on a wide range of products

Learn more at **wellontarget.com**.

* Well onTarget is an informational resource provided to members and is not a substitute for the independent medical judgment of a health care provider. Member instructed to consult with their health care provider before beginning their journey toward wellness.

** Blue Points Program Rules are subject to change without prior notice. See the Program Rules on the Well onTarget Member Wellness Portal at wellontarget.con further information.



## Save with the member discount program.

Blue365 is just one more advantage of being a BCBSMT member. Save money on health and wellness products and services that are often not covered by your benefit plan. There are no claims to file and no referrals or pre-certifications.

## Shop and save.

### Jenny Craig® | Seattle Sutton's® | Nutrisystem®

Save on:

- Healthy meals
- Membership fees (if applicable)
- Nutritional products and services

### Reebok | SKECHERS®

- 20% off and free shipping
- Select Reebok athletic equipment for adults and kids
- Select SKECHERS Performance, Sport, Work and Corporate Casual styles

### Snap Fitness™

- 50% discount off the best current enrollment offer (no processing fees)
- 5% discount off monthly dues
- Up to five personal training sessions for 10% off
- Free online workout tools
- One month online nutrition and meal planning
- Free fitness tests twice a year
- 30-day trial for $8.95

### Dental Solutions℠ Discount Program

- $9.95 sign-up and $6 monthly fee
- Dental discount card
- Up to 50% discount at more than 61,000 dentists and 185,000 locations across the country

### Retrofit℠

- 15% off private Expert 10 and Expert 15 weight loss coaching programs
- Private coaching
- Food and activity logging
- Seamless integration with Fitbit® activity trackers and wireless scales

### TruHearing® | Beltone™

Save on:

- Hearing tests
- Hearing aids

Log in to BAM and click on "Member Discount Program" under "Quick Links," or visit **Blue365Deals.com/BCBSMT**. Once you sign up, weekly "Featured Deals" will be emailed to you. These deals offer special savings for a short period of time.

Value-added products and services may be discontinued or changed at any time and may be subject to geographical availability.

The relationship between these vendors and Blue Cross and Blue Shield of Montana (BCBSMT) is that of independent contractors.

Blue365 is a discount program only for BCBSMT members. This is NOT insurance. Some of the services offered through this program may be covered under your health plan. Please check your benefit booklet or call the Customer Service number on the back of your ID card for specific benefit facts. Use of Blue365 does not change your monthly payment, nor do costs of the services or products count toward any maximums and/or plan deductibles. Discounts are only given through vendors who take part in this program. BCBSMT does not guarantee or make any claims or recommendations about the program's services or products. You may want to talk to your doctor before using these services and products. BCBSMT reserves the right to stop or change this program at any time without notice.

ers are

ɔm for

Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

350022.0416

# BLUE PREFERRED GOLD PPO-104

## INDIVIDUAL PLAN

THIS CONTRACT IS NOT A MEDICARE POLICY. If you are eligible for Medicare, review the Medicare Supplement Buyers Guide from Blue Cross and Blue Shield of Montana.

BlueCross BlueShield
of Montana

**FOR BCBSMT CUSTOMER SERVICE AND PREAUTHORIZATION**

**FOR CUSTOMER SERVICE**
Call 1-855-258-8471

**FOR PREAUTHORIZATION**
Call 1-855-462-1782 or Fax 1-866-589-8253 for Non-Behavioral Health
Call 1-855-313-8909 or Fax 1-855-649-9681 for Behavioral Health

**FOR INPATIENT ADMISSIONS**
*Call 1-855-462-1782 or Fax 1-866-589-8253 for Non-Behavioral Health*
*Call 1-855-313-8909 or Fax 1-855-649-9681 for Behavioral Health*

**www.bcbsmt.com**

- BCBSMT Provider Directory
- Wellness
- Customer Service
- Other Online Services and Information

**BLUECARD® NATIONWIDE/WORLD WIDE COVERAGE PROGRAM**
1-800-810-BLUE (2583) – http://provider.bcbs.com

**FOR APPEALS**
Send via fax to 1-866-589-8256
or mail to Blue Cross Blue Shield at:
PO Box 4309
Helena, MT 59604-4309

**FOR URGENT CARE APPEALS**
Call 1-855-258-8471

**FOR PRESCRIPTION DRUG BENEFITS**

| | |
|---|---|
| **Pharmacy Benefit Manager (PBM)** | |
| • Prime Therapeutics | 1-800-423-1973 |
| • For preauthorizations, fax: | 1-877-243-6930 |
| **PBM Website** | www.myprime.com |
| **Claim Forms** | 1-866-325-5230 |
| **Pharmacy Locator** | 1-866-325-5230 |
| **Specialty Care Pharmacy (BCBSMT Prime Specialty Network)** | 1-877-627-MEDS (6337) |
| • www.bcbsmt.com or www.myprime.com | 1-877-828-3939 |
| • Prescriber Fax | |
| **Mail Order Services** | |
| • **PrimeMail** PO Box 27836 Albuquerque, NM 87125-7836 | 1-866-325-5230 |
| • **Ridgeway Mail-Order Pharmacy** 2824 US Hwy 93 North Victor, MT 59875 | 1-800-630-3214 |

**Blue Cross and Blue Shield of Montana**
**3645 Alice Street**
**PO Box 4309**
**Helena, MT 59604-4309**

**FOR CLAIMS**
Blue Cross and Blue Shield of Montana
PO Box 7982
Helena, MT 59604-7982

®Registered Service Marks of the Blue Cross and Blue Shield Association, an Association of Independent Blue Cross and Blue Shield Plans. Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Certain terms in this Contract are defined in the Definitions section of this Contract. Defined terms are capitalized.

## THIS CONTRACT

1. If the Member is not satisfied with this Contract for any reason, the Contract may be returned within 10 days of its delivery. The Plan will refund the amount of dues paid, thus voiding the Contract from the beginning.
2. The Plan agrees to pay for the Covered Medical Expenses as outlined in this Contract subject to the following conditions:
   a. All statements made in any application for membership or any statement of health must be correct.
   b. The Plan must receive the Monthly Dues on or before the time listed on the Member's bill. **Payment of monthly dues is a condition precedent to coverage under this Contract.**
3. Payment by The Plan will be subject to the terms, conditions and limitations of this Contract and any endorsements, amendments and/or riders.
4. Payment will only be made for services which are provided to Members after the Effective Date of this Contract and before the date on which this Contract terminates.

## MEMBERS RIGHTS

When requested by the insured or the insured's agent, Montana law requires Blue Cross and Blue Shield of Montana to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

## CONTINUITY OF CARE

If the Member's Participating Provider (professional) stops participating in the PPO network, the Member may request continued treatment from that provider for a period of time after the provider stops participating, except for pregnancy, the continuity of care period is 90 days or until the next policy renewal date, whichever is longer.  For pregnancy, the continuity of care period is through the postpartum period. For the Member to qualify for continuity of care, the provider must: (1) agree that the Member is in an active course of treatment as defined by ARM 6.6.5908; (2) agree to accept the same allowed amount as the provider would have accepted if the provider had remained a Participating Provider; and (3) agree not to seek payment from the Member of any amount for which the Member would not have been responsible if the provider had remained a Participating Provider.  Continuity of care protections are only for an active course of treatment and are not required for routine primary and preventive care.

## PRIVACY OF INSURANCE AND HEALTH CARE INFORMATION

It is the policy of Blue Cross and Blue Shield of Montana to protect the privacy of Members through appropriate use and handling of private information. Further, appropriate handling and security of private information may be mandated by state and/or federal law.

The Beneficiary Member may receive a copy of Blue Cross and Blue Shield of Montana's "Notice of Privacy Practices," or other information about privacy practices, by calling the telephone number or writing to the address shown on the inside cover of this Contract.

## PAYMENT OF DUES

### Payment of Initial Dues

The first Month's dues must be paid to and accepted by The Plan before this Contract is in effect.

### Payment of Monthly Dues

Dues are payable by each Beneficiary Member in advance, in the amounts and at the times shown on the Member's bill.

### Payment Provisions

Blue Cross and Blue Shield of Montana only accepts premium (dues) and cost-sharing payments from:

1. The Member;
2. The Member's family;
3. Required Entities (the entities the law requires Blue Cross and Blue Shield of Montana to accept premium and cost-sharing payments from, which currently are Ryan White HIV/AIDS programs, under title XXVI of the Public Health Service Act, Indian tribes, tribal organizations and urban Indian organizations; and State and Federal government programs, as described in 45 C.F.R. § 156.1250); and
4. Private non-profit foundations that make premium or cost-sharing assistance available to the Member:
   - **a.** for the entire coverage period of the Member's Contract;
   - **b.** based solely on financial criteria;
   - **c.** regardless of the Member's health status, and
   - **d.** regardless of which issuer and/or benefit plan the Member chooses.

Blue Cross and Blue Shield of Montana does not accept premium and cost-sharing payments from any other third party. A violation of this policy may result in premium and cost-sharing payments paid by a third party not being credited to the Member's account or coverage or refunded to Member, which may result in the retroactive termination or cancellation of coverage.

### Grace Period

Unless, not less than 30 days prior to the dues' due date, Blue Cross and Blue Shield of Montana has delivered to the Beneficiary Member or has mailed to the Member's last address as shown on the records of Blue Cross and Blue Shield of Montana, written notice of its intention not to renew this Contract beyond the period for which the dues have been accepted, a grace period of ten days will be granted for the payment of each Monthly Dues amount falling due after the first dues payment, during which grace period the Contract will continue in force.

## IDENTITY THEFT SERVICES

Blue Cross and Blue Shield of Montana (BCBSMT) offers, at no additional cost to the Member, identity theft protection services, including credit monitoring, fraud detection, credit /identity repair and insurance to help protect the Member's information. These identity theft protection services are currently provided by BCBSMT's designated outside vendor and acceptance or declination of these services is optional to Member.

Members who wish to accept such identity theft protection services will need to individually enroll in the program online at www.bcbsmt.com or telephonically by calling the toll free telephone number on his/her identification card. Services may automatically end when the person is no longer an eligible Member. In addition, services may change or be discontinued at any time and BCBSMT does not guarantee that a particular vendor or service will be available at any given time. The services are provided as a convenience and are not considered covered benefits under this Contract.

TABLE OF CONTENTS

**SCHEDULE OF BENEFITS** ..... **1**
**PROVIDERS OF CARE FOR MEMBERS** ..... **7**
In-Network and Out-of-Network Professional Providers and Facility Providers ..... 7
PPO Providers ..... 7
Out of PPO Network Referrals ..... 8
How Providers are Paid by The Plan and Member Responsibility ..... 8
How Providers are Paid by The Plan and Member Responsibility Outside of Montana ..... 8
**MEMBERS RIGHTS AND RESPONSIBILITIES** ..... **9**
**OUT-OF-AREA SERVICES – THE BLUECARD PROGRAM** ..... **9**
Out-of-Area Services ..... 9
**COMPLAINTS AND GRIEVANCES** ..... **11**
Complaints and Grievances ..... 11
**APPEALS** ..... **12**
Claims Procedures ..... 12
**PREAUTHORIZATION** ..... **25**
Concurrent Review ..... 28
Care Management ..... 28
**ELIGIBILITY AND ENROLLMENT** ..... **28**
Applying for Coverage ..... 29
Annual Open Enrollment Period/Effective Date of Coverage ..... 29
Special Enrollment Periods ..... 29
Birth ..... 29
Adopted Children or Children Placed for Adoption ..... 30
Marriage ..... 30
Loss of Minimum Essential Coverage ..... 30
Additional Special Enrollment Events ..... 30
Effective Date and Commencement of Benefits ..... 31
Transfer of Plan Membership ..... 31
Child-Only Coverage ..... 32
**TERMINATION OF COVERAGE** ..... **32**
Termination When the Member is No Longer Eligible for Coverage ..... 32
Termination for Nonpayment of Dues or Other Reasons ..... 32
Termination of Coverage of Children and Spouse ..... 33
Termination of Benefits on Termination of Coverage ..... 33
Certificate of Creditable Coverage ..... 33
Reinstatement ..... 34
**QUALIFIED MEDICAL CHILD SUPPORT ORDER (QMSCO)** ..... **34**
**RENEWAL OF CONTRACT** ..... **34**
Renewal of Contract by the Plan ..... 34
Termination of Contract by the Member ..... 34
**BENEFITS** ..... **34**
Accident ..... 35
Acupuncture ..... 35
Advanced Practice Registered Nurses and Physician Assistants - Certified ..... 35
Ambulance ..... 35
Anesthesia Services ..... 35
Approved Clinical Trials ..... 35
Autism Spectrum Disorders ..... 35

PET EXHIBIT 2-128

Birthing Centers.......... 35
Blood Transfusions.......... 36
Chemical Dependency.......... 36
Chemotherapy.......... 36
Chiropractic Services.......... 37
Contraceptives.......... 37
Convalescent Home Services.......... 37
Dental Accident Services.......... 37
Diabetic Education.......... 37
Diabetes Treatment (Office Visit).......... 37
Diagnostic Services.......... 37
Durable Medical Equipment.......... 38
Education Services.......... 38
Emergency Room Care.......... 38
Home Health Care.......... 38
Home Infusion Therapy Services.......... 39
Hospice Care.......... 39
Hospital Services - Facility and Professional.......... 39
Inborn Errors of Metabolism.......... 41
Infertility - Diagnosis and Treatment.......... 41
Mammograms (Routine and Medical).......... 41
Maternity Services - Professional and Facility Covered Providers.......... 41
Medical Supplies.......... 41
Mental Health.......... 42
Naturopathy.......... 43
Newborn Initial Care.......... 43
Office Visits.......... 43
Oral Surgery.......... 43
Orthopedic Devices/Orthotic Devices.......... 43
Pediatric Vision Care.......... 43
Physician Medical Services.......... 44
Postmastectomy Care and Reconstructive Breast Surgery.......... 44
Prescription Drugs.......... 44
Preventive Health Care.......... 48
Prostheses.......... 48
Radiation Therapy.......... 49
Rehabilitation – Facility and Professional.......... 49
Surgical Services.......... 50
Telemedicine.......... 51
Therapies for Down Syndrome.......... 51
Therapies - Outpatient.......... 51
Transplants.......... 51
Well-Child Care.......... 52
**EXCLUSIONS AND LIMITATIONS.......... 52**
**CLAIMS.......... 55**
How to Obtain Payment for Covered Expenses for Benefits.......... 55
Prescription Drug Claims - Filling Prescriptions at a Retail Pharmacy.......... 56
Mail-Service Pharmacy.......... 56
**COORDINATION OF BENEFITS WITH OTHER INSURANCE.......... 57**

PET EXHIBIT 2-129

**TABLE OF CONTENTS**

Definitions ..... 57
Order of Benefit Determination Rules ..... 58
Effect on the Benefits of This Plan ..... 60
Right to Receive and Release Needed Information ..... 60
Facility of Payment ..... 60
Right of Recovery ..... 60
Coordination With Medicare ..... 60
Other Insurance ..... 60
**GENERAL PROVISIONS ..... 61**
Term ..... 61
Entire Contract; Changes ..... 61
Modification of Contract ..... 61
Clerical Errors ..... 61
Conformity With State Statutes ..... 61
Forms for Proof of Loss ..... 61
Proofs of Loss ..... 61
Time of Payment of Claims ..... 61
Notices Under Contract ..... 62
Notice of Annual Meeting ..... 62
Rescission of Contract ..... 62
Contract Not Transferable by the Member ..... 62
Validity of Contract ..... 62
Execution of Papers ..... 62
Members Rights ..... 62
Alternate Care ..... 62
Benefit Maximums ..... 63
Legal Actions ..... 63
Physical Examinations ..... 63
Pilot Programs ..... 63
Fees ..... 63
Time Limit on Certain Defenses ..... 63
Acceptance of this Contract ..... 63
Previous Contract Superceded ..... 63
Subrogation ..... 63
When the Member Moves Out of State ..... 64
Independent Relationship ..... 64
Blue Cross and Blue Shield of Montana as an Independent Plan ..... 64
**DEFINITIONS ..... 64**

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 150 of 281

# Blue Preferred Gold PPO 104

**Annual and Lifetime Plan Maximum:** None

**Benefit Period:** Calendar Year

The Benefits are subject to the Benefit Period unless otherwise specified.

| | In-Network | Out-of-Network |
|---|---|---|
| **Deductible:** | | |
| Individual | $1,400 | $5,600 |
| Family | $2,800 | $11,200 |
| The In-Network and Out-of-Network Deductibles are separate amounts and one does not accumulate to the other. | | |
| Any Copayments and Coinsurance do not accumulate to the Deductible. | | |
| **Deductible per Visit or Occurrence:** | | |
| Emergency Room Care | $750* | $750* |
| Inpatient Admission | $300* | $1,500* |
| Outpatient Surgery | $200* | $1,500* |
| *These Per Occurrence Deductibles are in addition to Deductible and any Coinsurance. | | |
| **Coinsurance:** | 20% | 50% |
| **Copayments:** | | |
| Urgent Care | $20 | No Copayment; Deductible and Coinsurance Apply |
| **Out of Pocket Amount:** | | |
| Individual | $3,350 | $13,400 |
| Family | $6,700 | $26,800 |
| The In-Network and Out-of-Network Out of Pocket Amounts are separate amounts and one does not accumulate to the other. Charges in excess of the Allowable Fee do not accumulate to help meet the Out of Pocket Amount. | | |

Some Benefits may have payment limitations. Refer to the specific Benefit in this Schedule of Benefits for additional information. In addition:

- For Emergency Services provided by an Out-of-Network Provider, Benefits will be provided as if such services were provided by an In-Network provider.
- Out-of-Network providers may bill the Member the difference between the Allowable Fee and the provider's charge, in addition to any applicable Deductible, Copayment or Coinsurance even if Preauthorization is obtained for the service or treatment is provided for Emergency Services.

**Term of Contract:** Monthly

PET EXHIBIT 2-131

| **BENEFIT INFORMATION** Deductible applies to all services unless noted otherwise. | IN-NETWORK COINSURANCE/ COPAYMENT | OUT-OF-NETWORK COINSURANCE/ COPAYMENT |
|---|---|---|
| **Accident** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Acupuncture** | 20% | 50% |
| Maximum Per Benefit Period – 12 Visits | | |
| **Ambulance** | 20% | 20% |
| **Autism Spectrum Disorders** | | |
| Services, except medications/prescription drugs and Applied Behavior Analysis (ABA) services that are described in the Benefit section entitled Autism Spectrum Disorders are covered under medical Benefits. | | |
| Medications/prescription drugs are covered under Prescription Drugs. | | |
| ABA services are only covered for Members under 19 years of age | 20% | 50% |
| **Birthing Centers** | 20% | 50% |
| **Chemical Dependency** | | |
| Professional Provider Services | | |
| Outpatient | 20%* | 50% |
| Inpatient | 20% | 50% |
| *Deductible and Coinsurance do not apply to Primary Care Provider (PCP) home and office visits for Chemical Dependency. | | |
| Facility Services | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Chiropractic Services** | 20% | 50% |
| Maximum Benefit Per Benefit Period for Chiropractic Manipulations – 10 Visits | | |
| **Convalescent Home Services** | 20% | 50% |
| Maximum Per Benefit Period – 60 Days | | |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Diabetic Education Benefit** | | |
| The Deductible and Coinsurance do not apply to the Payment of the first $250. After the payment of $250, Deductible and Coinsurance will apply. | | |
| First $250 | Deductible and Coinsurance Do Not Apply | Deductible and Coinsurance Do Not Apply |
| After the first $250 in payment | 20% | 50% |

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 152 of 281

RK
E/

| **BENEFIT INFORMATION**<br>Deductible applies to all services unless noted otherwise. | **IN-NETWORK COINSURANCE/ COPAYMENT** | **OUT-OF-NETWORK COINSURANCE/ COPAYMENT** |
|---|---|---|
| **Diagnostic Services** | | |
| **Diagnostic Imaging Services** | | |
| Computerized Tomography (CT Scan), Magnetic Resonance Imaging (MRI), Positron Emission Tomography (PET Scan) | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **All Other Covered Diagnostic Services** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Durable Medical Equipment** | | |
| Rental (up to Purchase Price), Purchase and Repair and Replacement of Durable Medical Equipment | 20% | 50% |
| **Education Services** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Emergency Room Care** | 20% | 20% |
| **Refer to Page 1 for the Emergency Room Deductible.** | | |
| **Home Health Care** | 20% | 50% |
| Maximum Per Benefit Period – 180 Visits | | |
| **Hospice Care** | | |
| Professional Provider Services | Deductible and Coinsurance Do Not Apply | 50% |
| Facility Services | Deductible and Coinsurance Do Not Apply | 50% |
| **Hospital** | | |
| **Professional Services (when the Professional Provider is employed by the Hospital)** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Facility Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Mammograms** | | |
| Routine | Deductible and Coinsurance Do Not Apply | 50%* |
| Medical | Deductible and Coinsurance Do Not Apply | 50% |

*Deductible and Coinsurance do not apply to the payment of the first $70 for Routine mammograms provided by an Out-of-Network provider.

| **BENEFIT INFORMATION** Deductible applies to all services unless noted otherwise. | IN-NETWORK COINSURANCE/ COPAYMENT | OUT-OF-NETWO[RK] COINSURANC[E] COPAYMENT |
|---|---|---|
| **Maternity Services** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Medical Supplies** | 20% | 50% |
| **Mental Health** | | |
| Professional Provider Services | | |
| Outpatient | 20%* | 50% |
| Inpatient | 20% | 50% |
| *Deductible and Coinsurance do not apply to Primary Care Provider (PCP) home and office visits for Mental Illness. | | |
| Facility Services | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| Partial Hospitalization is covered under the Inpatient Treatment Benefit. | | |
| **Newborn Initial Care** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| The applicable Inpatient Admission Deductible and plan Deductible apply after the first 5 days of initial care. | | |
| **Office Visit** | | |
| **Primary Care Provider (PCP)** | 20%* | 50% |
| Deductible and Coinsurance do not apply to the first 3 In-Network PCP visits. | | |
| However, Deductible and Coinsurance apply to the following covered services provided during those first 3 office visits: surgery, Physical Therapy, Speech Therapy, Occupational Therapy, Chiropractic Manipulation, Diagnostic Imaging, Laboratory Services and X-rays. | | |
| **Specialist** | 20%* | 50% |
| *Deductible and Coinsurance do not apply to In-Network Preventive Health Care services. Refer to the section entitled Preventive Health Care. | | |
| **Orthopedic Devices/Orthotic Devices** | 20% | 50% |
| **Other Facility Services – Inpatient and Outpatient** | 20% | 50% |
| **Pediatric Vision Care (For Members under 19 years of age)** | | |
| Routine Exam | Deductible and Coinsurance Do Not Apply | |
| Maximum Per Benefit Period – 1 Exam | | |
| Frames and Lenses | 20% | 50% |
| Maximum Per Benefit Period – 1 Pair of Glasses or 2 boxes of Contact Lenses | | |
| **Physician Medical Services** (Other than the Office Visit) | 20% | 50% |

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 154 of 281

| BENEFIT INFORMATION<br>Deductible applies to all services unless noted otherwise. | IN-NETWORK COINSURANCE/ COPAYMENT | OUT-OF-NETWORK COINSURANCE/ COPAYMENT |
|---|---|---|
| **Prescription Drugs**<br>Refer to the last page of this Schedule of Benefits. | | |
| **Preventive Health Care** | | |
| Routine Services | Deductible and Coinsurance Do Not Apply | 50% |
| **Prostheses Benefit** | | |
| Rental (up to Purchase Price), Purchase and Repair and Replacement of Prosthetics | 20% | 50% |
| **Rehabilitation Therapy** | | |
| **Professional Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Facility Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Surgery Center Services - Outpatient** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Refer to Page 1 for the Outpatient Surgery Deductible.** | | |
| **Therapies – Outpatient** | | |
| Physical Therapy, Occupational Therapy, Speech Therapy, Cardiac Therapy | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Transplants** | | |
| **Professional Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Facility Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Urgent Care**<br>*Copayment does not apply to In-Network Preventive Health Care services. Refer to the section entitled Preventive Health Care. | $20*, No Deductible | 50% |
| **Well-Child Care Services** | Deductible and Coinsurance Do Not Apply | 50%, No Deductible |

PET EXHIBIT 2-135

| PRESCRIPTION DRUG INFORMATION | | DEDUCTIBLE | COPAYMEN COINSURAN |
|---|---|---|---|
| **Prescription Drugs** (The Prescription Drugs Benefit utilizes a Drug List.) Any Deductible, Copayment and/or Coinsurance do not apply to certain contraceptive products. Refer to the Preventive Health Care Benefit. Any Deductible, Copayment and/or Coinsurance also do not apply to smoking cessation products and over-the-counter aids/medications, for two 90-day treatment regimens. | | | |
| Deductible | | Does Not Apply | |
| **Retail Value Participating Pharmacy Prescriptions** Copayments for a **30-day supply** are: | | | |
| | Preferred Generic: | | No Copayment |
| | Non-Preferred Generic: | | $10 |
| | Preferred Brand-Name: | | $50 |
| | Non-Preferred Brand-Name: | | $100 |
| **Retail Participating Pharmacy Prescriptions** Copayments for a **30-day supply** are: | | | |
| | Preferred Generic: | | $5 |
| | Non-Preferred Generic: | | $15 |
| | Preferred Brand-Name: | | $60 |
| | Non-Preferred Brand-Name: | | $110 |
| **Retail Non-Participating Pharmacy Prescriptions** Copayments for a **30-day supply** are: | | | |
| | Preferred Generic: | | $5 |
| | Non-Preferred Generic: | | $15 |
| | Preferred Brand-Name: | | $60 |
| | Non-Preferred Brand-Name: | | $110 |
| **Payment for Prescription Drug Products purchased at a Non-Participating Pharmacy will be reduced by 50%, in addition to any Copayment.** | | | |
| **Mail Service Maintenance Prescriptions** Copayments for a **90-day supply** are: | | | |
| | Preferred Generic: | | No Copayment |
| | Non-Preferred Generic: | | $30 |
| | Preferred Brand-Name: | | $150 |
| | Non-Preferred Brand-Name: | | $300 |
| **Retail Value Participating Pharmacy Prescriptions** Copayments for a **90-day supply** are: | | | |
| | Preferred Generic: | | No Copayment |
| | Non-Preferred Generic: | | $30 |
| | Preferred Brand-Name: | | $150 |
| | Non-Preferred Brand-Name: | | $300 |
| **Specialty Medications purchased at participating Specialty Pharmacies in the Blue Cross and Blue Shield of Montana Prime Specialty Network** (30-day supply only) | | | $250* |

***An Out-of-Network 50% Coinsurance applies to Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy.**

The Member must pay the difference between a Brand-Name drug and the Generic equivalent in addition to the Copaymen and/or Coinsurance if the Member chooses a Brand-Name drug when a Generic drug is available.

Any Copayment and/or Coinsurance amounts paid for prescription drugs do not apply to the Deductible. The 50% benefit reduction for prescription drugs purchased at a Non-Participating Pharmacy does not apply to the Out-of-Pocket maximum. The 50% Coinsurance for Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy does not apply to any Out of Pocket Amount.

## PROVIDERS OF CARE FOR MEMBERS

The participation or nonparticipation of providers from whom a Member receives services, supplies, and medication impacts the amount The Plan will pay and the Member's responsibility for payment. Professional providers and facility providers are either In-Network or Out-of-Network providers. In-Network providers include Participating Providers and Preferred Provider Organization (PPO) providers. Out-of-Network providers are nonparticipating and non-PPO providers.

### In-Network and Out-of-Network Professional Providers and Facility Providers

**Professional providers** include, but are not limited to, Physicians, doctors of osteopathy, dentists, optometrists, podiatrists, Advanced Practice Registered Nurses, physician assistants, naturopathic physicians, acupuncturists and physical therapists.

Primary Care Providers (PCPs) include general practitioners, family practitioners, internists, pediatricians, obstetricians and gynecologists, psychiatrists, psychologists, naturopaths, physicians' assistants, registered nurse practitioners, psychiatrists, psychologists, licensed addiction counselors, licensed clinical professional counselors and licensed clinical social workers.

A specialist is a Physician, not included in the list of PCPs, who provides medical services in any generally accepted medical specialty or sub-specialty.

**PCPs and specialists do not include chiropractors, acupuncturists, speech therapists, physical therapists, or occupational therapists.**

**Facility providers** include, but are not limited to, Hospitals, Rehabilitation Facilities, Home Health Agencies, Convalescent Homes, skilled nursing facilities, freestanding facilities for the treatment of Chemical Dependency or Mental Illness, and freestanding surgical facilities (surgery center).

The Member may obtain a list of Participating Providers from Blue Cross and Blue Shield of Montana free of charge by contacting The Plan at the number listed on the inside cover of this Contract.

### PPO Providers

Blue Cross and Blue Shield of Montana has a PPO Network of Hospitals and surgery centers in Montana that is utilized under this Benefit Plan. Outside of the state of Montana, there are also Blue Cross and/or Blue Shield PPO Hospitals and surgery centers nationwide. The Member receives the In-Network Benefit when utilizing the PPO network or the nationwide Blue Cross and/or Blue Shield PPO Hospitals and surgery centers. If the Member obtains services or supplies from a non-PPO Network provider, the Out-of-Network Deductible, Coinsurance and Out-of-Pocket will apply as indicated on the Schedule of Benefits.

The exceptions to the Benefit reduction are:

- Emergency Services;
- Services that are unavailable within the PPO Network.

If a Member receives services from an out of state provider, then services must be provided by:

- Blue Cross and/or Blue Shield PPO facility providers; and/or
- Blue Cross and/or Blue Shield participating professional providers* or PPO professional providers.

*Some Blue Cross and/or Blue Shield Plans require services to be provided by a PPO professional provider for the Member to receive the highest level of Benefit. Contact The Plan for additional information on out of state services.

Emergency Services and services that are unavailable within the PPO Network will be covered as In Network. **However, any nonparticipating provider or non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment even if Preauthorization was obtained for such services.** The Member will be responsible for the balance of the nonparticipating provider's or non-PPO provider's charges after payment by Blue Cross and Blue Shield and payment by the Member of any Deductible, Coinsurance and/or Copayment.

### Out of PPO Network Referrals

There may be circumstances under which the most appropriate treatment for the Member's condition is not available through the PPO Network. When this occurs, it is recommended the Member's attending Physician contact The Plan for an out of PPO Network referral. If the referral is not approved, and the Member chooses to obtain services from a non-PPO Network provider, the Member will be responsible for the Out-of-Network Deductible and Coinsurance, in addition to any difference between the Blue Cross and Blue Shield of Montana Allowable Fee and the provider's billed charges.

**If The Plan approves the referral, those services will process with the In-Network Deductible and Coinsurance. However, any nonparticipating provider or non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment even if The Plan approves the referral.**

### How Providers are Paid by The Plan and Member Responsibility

Payment by The Plan for Benefits is based on the Allowable Fee and is impacted by the participation or nonparticipation of the provider in the Blue Cross and Blue Shield of Montana provider network.

An **In-Network provider** agrees to accept payment of the Allowable Fee from Blue Cross and Blue Shield of Montana for Covered Medical Expenses, together with any Deductible, Coinsurance and/or Copayment from the Member, as payment in full. Generally, The Plan will pay the Allowable Fee for a Covered Medical Expense directly to the Participating Provider or PPO Provider. In any event, The Plan may, in its discretion, make payment to the Member, the provider, the Member and provider jointly, or any person, firm, or corporation who paid for the services on the Member's behalf.

**Out-of-Network providers** do not have to accept Blue Cross and Blue Shield payment as payment in full. Payment to a nonparticipating provider or a non-PPO provider for Covered Medical Expenses is based on the Allowable Fee. The nonparticipating provider or a non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment. The Member will be responsible for the balance of the nonparticipating provider's or a non-PPO provider's charges after payment by Blue Cross and Blue Shield and payment of any Deductible, Coinsurance and/or Copayment.

### How Providers are Paid by The Plan and Member Responsibility Outside of Montana

Payment by The Plan for Benefits is based on the Allowable Fee and is impacted by the participation or nonparticipation of the provider in the Blue Cross and Blue Shield of Montana provider network in the state where serves are provided.

An **In-Network provider** agrees to accept payment of the Allowable Fee from Blue Cross and Blue Shield for Covered Medical Expenses, together with any Deductible, Coinsurance and/or Copayment from the Member, as payment in full. Generally, The Plan will pay the Allowable Fee for a Covered Medical Expense directly to the Participating Provider or PPO Provider. In any event, The Plan may, in its discretion, make payment to the Member, the provider, the Member and provider jointly, or any person, firm, or corporation who paid for the services on the Member's behalf.

**Out-of-Network providers** do not have to accept Blue Cross and Blue Shield payment as payment in full. Payment to a nonparticipating provider or a non-PPO provider for Covered Medical Expenses is based on the Allowable Fee. The nonparticipating provider or a non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment. The Member will be responsible for the balance of the nonparticipating provider's or a non-PPO provider's charges after payment by Blue Cross and Blue Shield and payment of any Deductible, Coinsurance and/or Copayment.

For Prescription Drug Products, the Member will be responsible for paying the specific Copayment/Coinsurance as described in the Prescription Drugs section.

The Plan will not pay for any services, supplies or medications which are not a Covered Medical Expense, or for which a Benefit maximum has been met, regardless of whether provided by a Participating Provider or a nonparticipating provider. The Member will be responsible for all charges for such services, supplies, or medications.

able
Plan
m a
in

## MEMBERS RIGHTS AND RESPONSIBILITIES

A Member has the right to:

1. Receive information about The Plan, the quality assurance program, the Member's health Benefit Plan, the names of participating health care providers, and the Member's rights and responsibilities.
2. Be treated with respect and recognition of the Member's dignity and right to privacy.
3. Have a candid discussion of appropriate or Medically Necessary treatment options for the Member's condition, regardless of cost or Benefit coverage.
4. Participate with health care providers in decision-making regarding the Member's health care.
5. Voice complaints or appeals about the managed care organization, health care providers or the care provided.
6. Talk to the Member's health care provider and expect that the Member's records and conversations are kept confidential.
7. When requested by the insured or the insured's agent, Montana law requires Blue Cross and Blue Shield of Montana to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

A Member has the responsibility to:

1. Provide, to the extent possible, information that The Plan and health care providers need in order to care for the Member.
2. Follow the treatment plans and instruction for care the Member has agreed upon with the Member's health care providers.

tly
es
ent
e.
Blue
be
Blue

## OUT-OF-AREA SERVICES – THE BLUECARD PROGRAM

### Out-of-Area Services

Blue Cross and Blue Shield of Montana has a variety of relationships with other Blue Cross and/or Blue Shield Licensees. Generally, these relationships are called "Inter-Plan Arrangements." These Inter-Plan Arrangements work based on rules and procedures issued by the Blue Cross Blue Shield Association. Whenever a Member receives healthcare services outside of the Blue Cross and Blue Shield of Montana service area, the claims for those services may be processed through one of these Inter-Plan Arrangements. The Inter-Plan Arrangements are described below.

When a Member receives care outside of the Blue Cross and Blue Shield of Montana service area, the Member will receive care from one of two kinds of providers. Most providers ("participating providers") contract with the local Blue Cross and/or Blue Shield Licensee in that geographic area ("Host Blue"). Some providers ("nonparticipating providers") don't contract with the Host Blue. Blue Cross and Blue Shield of Montana explain below how we pay both kinds of providers.

er,
nt
e.
Blue
ne
lue
s
ns.

**1. BlueCard® Program**

Under the BlueCard® Program, when a Member receives Covered Medical Expenses within the geographic area served by a Host Blue, Blue Cross and Blue Shield of Montana will remain responsible for what we agreed to in the contract. However, the Host Blue is responsible for contracting with and generally handling all interactions with its participating healthcare providers.

When the Member receives Covered Medical Expenses outside the Blue Cross and Blue Shield of Montana service area and the claim is processed through the BlueCard Program, the amount the Member pays for Covered Medical Expenses is calculated based on the lower of:

- The billed covered charges for the Member's Covered Medical Expenses; or
- The negotiated price that the Host Blue makes available to Blue Cross and Blue Shield of Montana.

Often, this "negotiated price" will be a simple discount that reflects an actual price that the Host Blue pays to the Member's healthcare provider. Sometimes, it is an estimated price that takes into account special arrangements with the Member's healthcare provider or provider group that may include types of settlements, incentive payments, and/or other credits or charges. Occasionally, it may be an average price, based on a discount that results in expected average savings for similar types of healthcare providers after taking into account the same types of transactions as with an estimated price.

Estimated pricing and average pricing, going forward, also take into account adjustments to correct for over- or underestimation of past pricing of claims, as noted above. However, such adjustments will not affect the price Blue Cross and Blue Shield of Montana uses for the Member's claim because they will not be applied after a claim has already been paid.

In some cases, Blue Cross and Blue Shield of Montana may, but is not required to, negotiate a payment with a non-participating healthcare provider on an exception basis.

**Inter-Plan Programs: Federal/State Taxes/Surcharges/Fees**

Federal or state laws or regulations may require a surcharge, tax or other fee. If applicable, Blue Cross and Blue Shield of Montana will include any such surcharge, tax or other fee as part of the claim charge passed on to the Member.

**2. Non-Participating Healthcare Providers Outside of the Blue Cross and Blue Shield of Montana Service Area**

**a.** Member Liability Calculation

When the Member incurs Covered Medical Expenses outside of the Blue Cross and Blue Shield of Montana service area for services provided by non-participating healthcare providers, the amount the Member pays for such services will generally be based on either the Host Blue's non-participating healthcare provider local payment or the pricing arrangements required by applicable state law. In these situations, the Member may be liable for the difference between the amount that the non-participating healthcare provider bills and the payment Blue Cross and Blue Shield of Montana will make for the Covered Medical Expenses as set forth in this paragraph. Federal or state law, as applicable, will govern payments for out-of-network emergency services.

**b.** Exceptions.

In certain situations, Blue Cross and Blue Shield of Montana may use other payment bases, such as Covered Medical Expenses, the payment Blue Cross and Blue Shield of Montana would make if the healthcare services had been obtained within the Blue Cross and Blue Shield of Montana service area, or a special negotiated payment to determine the amount Blue Cross and Blue Shield of Montana will pay for services provided by non-participating healthcare providers. In these situations, the Member may be liable for the difference between the amount that the non-participating healthcare provider bills and the payment Blue Cross and Blue Shield of Montana will make for the Covered Medical Expenses as set forth in this paragraph.

**3. BlueCard Worldwide® Program**

If the Member is outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands, the Member may be able to take advantage of the BlueCard Worldwide® Program when accessing Covered Medical Expenses. The BlueCard Worldwide Program is unlike the BlueCard Program available in the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands in certain ways. For instance, although the BlueCard Worldwide Program assists the Member with accessing a network of inpatient, outpatient and professional providers, the network is not served by a Host Blue. As such, when the Member receive care from providers outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands, the Member will typically have to pay the providers and submit the claims himself/herself to obtain reimbursement for these services.

If the Member needs medical assistance services (including locating a doctor or hospital) outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands (hereinafter "BlueCard service area"), the Member should call the BlueCard Worldwide Service Center at 1.800.810.BLUE (2583) or call collect at 1.804.673.1177, 24 hours a day, seven days a week. An assistance coordinator, working with a medical professional, will arrange a physician appointment or hospitalization, if necessary.

**Benefits will not be provided for any services or supplies except for those provided for an Emergency Medical Condition and received through the Inter-Plan Arrangements, which includes the BlueCard program.**

- **Inpatient Services**

  In most cases, if the Member contacts the BlueCard Worldwide Service Center for assistance, hospitals will not require the Member to pay for covered inpatient services, except for the cost-share amounts/deductibles, coinsurance, etc.. In such cases, the hospital will submit the Member's claims to the BlueCard Worldwide Service Center to begin claims processing. However, if the Member paid in full at the time of service, the Member must submit a claim to receive reimbursement for Covered Medical Expenses.

  The Member must contact Blue Cross and Blue Shield of Montana to obtain preauthorization to verify that Inpatient Services are for the treatment of an Emergency Medical Condition.

- **Outpatient Services**

  Outpatient Services are available for the treatment of an Emergency Medical Condition. Physicians, urgent care centers and other outpatient providers located outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands will typically require the Member to pay in full at the time of service. The Member must submit a claim to obtain reimbursement for Covered Medical Expenses.

- **Submitting a BlueCard Worldwide Claim**

  When the Member pays for Covered Medical Services outside the BlueCard service area, the Member must submit a claim to obtain reimbursement. For institutional and professional claims, the Member should complete a BlueCard Worldwide International claim form and send the claim form the provider's itemized bill(s) to the BlueCard Worldwide Service Center (the address is on the form) to initiate claims processing. Following the instructions on the claim form will help ensure timely processing of the Member's claim. The claim form is available from Blue Cross and Blue Shield of Montana, the BlueCard Worldwide Service Center or online at www.bluecardworldwide.com. If the Member needs assistance with the Member claim submission, the Member should call the BlueCard Worldwide Service Center at 1.800.810.BLUE (2583) or call collect at 1.804.673.1177, 24 hours a day, seven days a week.

## COMPLAINTS AND GRIEVANCES

### Complaints and Grievances

The Plan has established a complaint and grievance process. A complaint involves a communication from the Member expressing dissatisfaction about The Plan's services or lack of action or disagreement with The Plan's response. A grievance will typically involve a complaint about a provider or a provider's office, and may include complaints about a provider's lack of availability or quality of care or services received from a provider's staff.

Most problems can be handled by calling Customer Service at the number appearing on the inside cover of this Contract. The Member may also file a written complaint or grievance with The Plan. The fax number, email address, and mailing address of The Plan appears on the inside cover of this Contract. Written complaints or grievances will be acknowledged within 10 days of receipt. The Member will be notified of The Plan's response within 60 days from receipt of the Member's written complaint or grievance.

## APPEALS

### Claims Procedures

#### Types of Claims

Claims are classified by type of claim and the timeline in which a decision must be decided and a notice provided depends on the type of claim involved. The initial benefit claim determination notice will be included in the Member's explanation of benefits (EOB) or in a letter from The Plan, whether adverse or not. There are five types of claims:

1. **Pre-Service Claims**

   A pre-service claim is any claim for a Benefit that, under the terms of this Contract, requires authorization or approval from The Plan or The Plan's subcontracted administrator prior to receiving the Benefit.

2. **Urgent Care Claims**

   An urgent care claim is any pre-service claim where a delay in the review and adjudication of the claim could seriously jeopardize the Member's life or health or ability to regain maximum function or subject the Member to severe pain that could not be adequately managed without the care or treatment that is the subject of the claim.

3. **Post-Service Claims**

   A post-service claim is any claim for payment filed after a Benefit has been received and any other claim that is not a pre-service claim.

4. **Rescission Claims**

   A rescission of coverage is considered a special type of claim. A rescission is defined as any cancellation or discontinuation of coverage that has a retroactive effect based upon the Member's fraud or an intentional misrepresentation of a material fact. A cancellation or discontinuance of coverage that has a retroactive effect is not a rescission if and to the extent it is attributable to a failure to timely pay required premiums or contributions towards the cost of coverage or to routine changed, such as eligibility updates. A cancellation or discontinuance with a prospective effect only is not a rescission.

5. **Concurrent Care Claim**

   A concurrent care decision represents a decision of The Plan approving an ongoing course of medical treatment for the Member to be provided over a period of time or for a specific number of treatments. A concurrent care claim is any claim that relates to the ongoing course of medical or emergency treatment (and the basis of the approved concurrent care decision), such as a request by the Member for an extension of the number of treatments or the termination by The Plan of the previously approved time period for medical treatment.

#### Initial Claim Determination by Type of Claim

1. **Pre-Service Claim Determination and Notice**

   **a.** Notice of Determination

   Upon receipt of a pre-service claim, The Plan will provide timely notice of the initial claim determination once sufficient information is received to make an initial determination, but no later than 15 days after receiving the claim.

   **b.** Notice of Extension

   **1.** For reasons beyond the control of The Plan

   The Plan may extend the 15-day time period for an additional 15 days for reasons beyond The Plan's control. The Plan will notify the Member in writing of the circumstances requiring an extension and the date by which The Plan expects to render a decision.

   **2.** For receipt of information from the Member to decide the claim

   If the extension is necessary due to the Member's failure to submit information necessary to decide the

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 162 of 281

claim, the extension notice will specifically describe the information needed, and the Member will be given 45 days from receipt of the notice within which to provide the specified information. The Plan will notify the Member of the initial claim determination no later than 15 days after the earlier of the date The Plan receives the specific information requested or the due date for the requested information.

**c.** Notice of Improperly Submitted Claim

If a pre-service claim request was not properly submitted, The Plan will notify the Member about the improper submission as soon as practicable, but no later than 5 days after The Plan's receipt of the claim, and will advise the Member of the proper procedures to be followed for filing a pre-service claim.

**2. Urgent Care Claim Determination and Notice**

**a.** Designation of Claim

Upon receipt of a pre-service claim, The Plan will make a determination if the claim involves urgent care. If a physician with knowledge of the Member's medical condition determines the claim involves urgent care, The Plan will treat the claim as an urgent care claim.

**b.** Notice of Determination

If the claim is treated as an urgent care claim, The Plan will provide the Member with notice of the determination, either verbally or in writing, as soon as possible consistent with the Member's medical exigencies but no later than 72 hours from The Plan's receipt of the claim. If verbal notice is provided, The Plan will provide a written notice within 3 days after the date The Plan notified the Member.

**c.** Notice of Incomplete or Improperly Submitted Claim

If an urgent care claim is incomplete or was not properly submitted, The Plan will notify the Member about the incomplete or improper submission no later than 24 hours from The Plan's receipt of the claim. The Member will have at least 48 hours to provide the necessary information. The Plan will notify the Member of the initial claim determination no later than 48 hours after the earlier of the date The Plan receives the specific information requested or the due date for the requested information.

**3. Post-Service Claim Determination and Notice**

**a.** Notice of Determination

In response to a post-service claim, The Plan will provide timely notice of the initial claim determination once sufficient information is received to make an initial **determination, but no later than 30 days after receiving the claim.**

**b.** Notice of Extension

**1.** For reasons beyond the control of The Plan

The Plan may extend the 30-day timeframe for an additional 15-day period for reasons beyond The Plan's control. The Plan will notify the Member in writing of the circumstances requiring an extension and the date by which The Plan expects to render a decision in such case.

**2.** For receipt of information from the Member to decide the claim

If the extension is necessary due to the Member's failure to submit information necessary to decide the claim, the extension notice will specifically describe the information needed. The Member will be given 45 days from receipt of the notice to provide the information. The Plan will notify the Member of the initial claim determination no later than 15 days after the earlier of the date The Plan receives the specific information requested, or the due date for the information.

**4. Concurrent Care Determination and Time Frame for Decision and Notice**

**a.** Request for Extension of Previously Approved Time Period or Number of Treatments

**1.** In response to the Member's claim for an extension of a previously approved time period for treatments or number of treatments, and if the Member's claim involves urgent care, The Plan will review the claim and notify the Member of its determination no later than 24 hours from the date The Plan received the

Member's claim, provided the Member's claim was filed at least 24 hours prior to the end of the approved time period or number of treatments.

2. If the Member's claim was not filed at least 24 hours prior to the end of the approved time period or number of treatments, the Member's claim will be treated as and decided within the timeframes for an urgent care claim as described in the section entitled, "Initial Claim Determination by Type of Claim."
3. If the Member's claim did not involve urgent care, the time periods for deciding pre-service claims and post-service claims, as applicable, will govern.

**b.** Reduction or Termination of Ongoing Course of Treatment

Other than through a Plan amendment or termination, The Plan may not subsequently reduce or terminate an ongoing course of treatment for which the Member has received prior approval unless The Plan provides the Member with written notice of the reduction or termination and the scheduled date of its occurrence sufficiently in advance to allow the Member to appeal the determination and obtain a decision before the reduction or termination occurs.

**5. Rescission of Coverage Determination and Notice of Intent to Rescind**

If The Plan makes a decision to rescind the Member's coverage due to a fraud or an intentional misrepresentation of a material fact, The Plan will provide the Member with a Notice of Intent to Rescind at least thirty (30) days prior to rescinding coverage. The Notice of Intent to Rescind will include the following information:

**a.** The specific reason(s) for the rescission that show the fraud or intentional misrepresentation of a material fact;
**b.** The date when the notice period ends and the date to which coverage is to be retroactively rescinded;
**c.** A statement that the Member will have the right to appeal any final decision of The Plan to rescind coverage prior to or after the thirty (30) day period, and a description of The Plan's appeal procedures;
**d.** A reference to The Plan provision(s) on which the rescission is based;
**e.** A statement that the Member is entitled to receive upon request and free of charge reasonable access to, and copies of all documents and records and other information relevant to the rescission.

**Notice of an Adverse Benefit Determination**

An "adverse benefit determination" is defined as a rescission or a denial, reduction, or termination of, or failure to provide or make payment (in whole or in part) for a Benefit. If The Plan's determination constitutes an adverse benefit determination, the notice to the Member will include:

1. Information sufficient to identify the benefit or claim involved, including, if applicable, the date of service, the health care provider, and the claim amount;
2. The reason(s) for the adverse benefit determination. If the adverse benefit determination is a rescission, the notice will include the basis for the fraud and/or intentional misrepresentation of a material fact;
3. A reference to the applicable Contract provision(s), including identification of any standard relied upon in The Plan to deny the claim (such as a medical necessity standard), on which the adverse benefit determination is based;
4. A description of The Plan's internal appeal and external review procedures (and for urgent care claims only, a description of the expedited review process applicable to such claims), a description of and contact information for a consumer appeal assistance program, and if applicable, a statement of the Member's right to file a civil action under Section 502(a) of ERISA;
5. If applicable, a description of any additional information necessary to complete the claim and why the information is necessary;
6. If applicable, a statement that any internal Medical Policy or guideline or other medical information relied upon in making the adverse benefit determination, and an explanation for the same, will be provided, upon request and free of charge;
7. If applicable, a statement that an explanation for any adverse benefit determination that is based on an experimental treatment or similar exclusion or limitation or a medical necessity standard will be provided, upon request and free of charge;
8. If applicable, a statement that diagnosis and treatment codes will be provided, and their corresponding meanings, upon request and free of charge; and

roved

9. A statement that reasonable access to and copies of all documents and records and other information relevant to the adverse benefit determination will be provided, upon request and free of charge.

**How to File an Internal Appeal of an Adverse Benefit Determination**

**1. Time for Filing an Internal Appeal of an Adverse Benefit Determination**

If the Member disagrees with an adverse benefit determination (including a rescission), the Member may appeal the determination within 180 days from receipt of the adverse benefit determination. With the exception of urgent care claims, The Member's appeal may be made verbally or in writing, should list the reasons why the Member does not agree with the adverse benefit determination, and must be sent to the address or fax number listed for appeals on the inside cover of this Contract. If the Member is appealing an urgent care claim, the Member may appeal the claim verbally by calling the telephone number listed for urgent care appeals on the inside cover of this Contract.

For additional assistance with an appeal, a Member may also contact the Commissioner of Securities and Insurance at: Montana Commissioner of Securities and Insurance, 804 Helena Ave., Helena, MT 59601 or call 1-800-332-6148 or 406-444-2040.

**2. Access to Plan Documents**

The Member may at any time during the filing period, receive reasonable access to and copies of all documents, records and other information relevant to the adverse benefit determination upon request and free of charge. Documents may be viewed at The Plan's office, at 3645 Alice Street, Helena, Montana, between the hours of 8:00 a.m. and 5:00 p.m., Monday through Friday, excluding holidays. The Member may also request that Blue Cross and Blue Shield of Montana mail copies of all documentation to the Member free of charge.

**3. Submission of Information and Documents**

The Member may present written evidence and testimony, including any new or additional records, documents or other information that are relevant to the claim for consideration by The Plan until a final determination of the Member's appeal has been made.

**4. Consideration of Comments**

The review of the claim on appeal will take into account all evidence, testimony, new and additional records, documents, or other information the Member submitted relating to the claim, without regard to whether such information was submitted or considered in making the initial adverse benefit determination.

If The Plan considers, relies on or generates new or additional evidence in connection with its review of the Member's claim, The Plan will provide the Member with the new or additional evidence free of charge as soon as possible and with sufficient time to respond before a final determination is required to be provided by The Plan. If The Plan relies on a new or additional rationale in denying the Member's claim on review, The Plan will provide the Member with the new or additional rationale as soon as possible and with sufficient time to respond before a final determination is required to be provided by The Plan.

**5. Scope of Review**

The person who reviews and decides the Member's appeal will be a different individual than the person who decided the initial adverse benefit determination and will not be a subordinate of the person who made the initial adverse benefit determination. The review on appeal will not give deference to the initial adverse benefit determination and will be made anew. The Plan will not make any decision regarding hiring, compensation, termination, promotion or other similar matters with respect to the individual selected to conduct the review on appeal based upon how the individual will decide the appeal.

**6. Consultation with Medical Professionals**

If the claim is, in whole or in part, based on medical judgment, The Plan will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. The health care professional will not have been involved in the initial adverse benefit determination (nor have been a subordinate of any person previously consulted). The Member may request information regarding the identity of any health care professional whose advice was obtained during the review of the Member's claim.

**Time Period for Notifying Member of Final Internal Adverse Benefit Determination**

The time period for deciding an appeal of an adverse benefit determination and notifying the Member of the final internal adverse benefit determination depends upon the type of claim. The chart below provides the time period in which The Plan will notify the Member of its final internal adverse benefit determination for each type of claim.

| Type of Claim on Appeal | Time Period for Notification of Final Internal Adverse Benefit Determination |
|---|---|
| Urgent Care Claim | No later than 72 hours from the date The Plan received the Member's appeal, taking into account the medical exigency. |
| Pre-Service Claim | No later than 30 days from the date The Plan received the Member's appeal. |
| Post-Service Claim | No later than 60 days from the date The Plan received the Member's appeal. |
| Concurrent Care Claim | • If the Member's claim involved urgent care, no later than 72 hours from the date The Plan received the Member's appeal, taking into account the medical exigency.<br>• If the Member's claim did not involve urgent care, the time period for deciding a pre-service (non-urgent care) claim or a post-service claim, as applicable, will govern. |
| Rescission Claim | No later than 60 days from the date The Plan received the Member's appeal. |

**Content of Notice of Final Internal Adverse Benefit Determination**

If the decision on appeal upholds, in whole or in part, the initial adverse benefit determination, the final internal adverse benefit determination notice will include the following information:

1. Information sufficient to identify the claim involved in the appeal, including, as applicable, the date of service, the health care provider, and the claim amount;
2. The title and qualifying credentials of each health care professional participating in the appeal;
3. A statement from each health care professional participating in the appeal of his/her/their understanding of the basis for the Member's appeal;
4. The specific reason(s) for the final internal adverse benefit determination, including a discussion of the decision. If the final internal adverse benefit determination upholds a rescission, the notice will include the basis for the fraud or intentional misrepresentation of a material fact;
5. A reference to the applicable Contract provision(s), including identification of any standard relied upon in The Plan to deny the claim (such as a medical necessity standard), on which the final internal adverse benefit determination is based;
6. If applicable, a statement describing the Member's right to request an external review and the time limits for requesting an external review;
7. If applicable, a statement that any internal Medical Policy or guideline or medical information relied on in making the final internal adverse benefit determination will be provided, upon request and free of charge;
8. If applicable, an explanation of the scientific or clinical judgment for any final internal adverse benefit determination that is based on a medical necessity or an experimental treatment or similar exclusion or limitation as applied to the Member's medical circumstances;
9. If applicable, a statement that diagnosis and treatment codes will be provided, with their corresponding meanings, upon request and free of charge;
10. A description of and contact information for a consumer appeal assistance program and a statement of the Member's right to file a civil action under Section 502(a) of ERISA; and
11. A statement that reasonable access to and copies of all documents and records and other information relevant to the final internal adverse benefit determination will be provided, upon request and free of charge.

**External Review Procedures – In General**

In most cases, and except as provided in the next two sections, the Member must follow and exhaust the internal appeals process outlined above before the Member may submit a request for external review. In addition, external review is limited to only those adverse benefit determinations that involve:

1. Rescissions of coverage; and
2. Medical judgment, including those adverse benefit determinations that are based on requirements for medical necessity, appropriateness, health care setting, level of care, or effectiveness of a covered benefit or adverse benefit determinations that certain treatments are experimental or investigational.

External review is not available for:

1. Adverse benefit determinations that are based on contractual or legal interpretations without any use of medical judgment; and
2. Adverse benefit determinations that are based on a failure to meet requirements for eligibility under a group health plan.

**Standard External Review Procedures**

There are two types of external review: a standard external review and an expedited external review. An expedited external review is generally based upon the seriousness of the Member's medical circumstances, and entitles the Member to an expedited notice and decision making process. The procedures for requesting standard (non-expedited) external reviews are discussed in this section. The procedures for requesting expedited external reviews are discussed in the next section.

External reviews (standard or expedited) of adverse benefit determinations or final internal adverse benefit determinations based upon a determination that certain treatments are experimental or investigational are discussed in separate sections, following the section entitled Expedited External Review Procedures, below.

**1. Request for a Standard External Review**

The Member must submit a written request to The Plan for a standard external review within 4 months from the date the Member receives an adverse benefit determination or a final internal adverse benefit determination.

**2. Preliminary Review**

The Plan must complete a preliminary review within 5 business days from receipt of the Member's request for a standard external review to determine whether:

a. The Member is or was covered under The Plan when the health care item or service was requested or, in the case of a retrospective review, whether the Member was covered under The Plan when the health care item or service was provided;
b. The adverse benefit determination or final internal adverse benefit determination relates to the Member's failure to meet The Plan's eligibility requirements;
c. The Member has exhausted (or is not required to exhaust) The Plan's internal appeals process;
d. The Member has provided all the information and forms required to process the external review.

Within 1 day after completing its review, The Plan will notify the Member in writing if the request is eligible for external review. If further information or materials are necessary to complete the review, the written notice will describe the information or materials and the Member will be given the remainder of the 4 month period or 48 hours after receipt of the written notice, whichever is later, to provide the necessary information or materials. If the request is not eligible for external review, The Plan will outline the reasons for ineligibility in the notice, include a statement informing the Member or the Member's authorized representative of the right to appeal The Plan's determination to the Commissioner of Securities and Insurance and provide the Member with contact information for the U.S. Employee Benefits Security Administration (toll free number 866.444.EBSA (3272) and contact information for the Commissioner's office.

**3. Assignment of an IRO**

If the Member's request is eligible for external review, The Plan will within 1 business day assign the request for external review on a random basis, or using another method of assignment that ensures the independence and impartiality of the assignment process, from the list of approved IROs compiled and maintained by the Montana Commissioner of Securities and Insurance to conduct the external review. In making the assignment, The Plan will consider whether an IRO is qualified to conduct the particular external review based on the nature of the health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination. The Plan will also take into account other circumstances, including conflict of interest concerns.

**4. Initiation of External Review and Opportunity to Submit Additional Documents**

Within 1 business day of assigning the IRO, The Plan will notify the Member, in writing, or the Member's authorized representative, that The Plan has initiated an external review and that the Member or the Member's authorized representative may submit additional information to the IRO within 10 business days following the date of receipt of the notice for the IRO's consideration in its external review. The IRO may accept and consider additional information submitted after the 10 business days.

**5. Plan Submission of Documents to the IRO**

Within 5 business days after the date the IRO is assigned, The Plan must submit the documents and any information considered in making the benefits denial to the IRO. The Plan's failure to timely provide such documents and information will not constitute cause for delaying the external review. If The Plan fails to timely provide the documents and information, the IRO may terminate the external review and reverse the adverse benefit determination or final internal adverse benefit determination. If the IRO does so, it must notify the Member and The Plan within 1 business day after making the decision.

**6. Reconsideration by Plan**

On receiving any information submitted by the Member, the IRO must forward the information to The Plan within 1 business day. The Plan may then reconsider its adverse benefit determination or final internal adverse benefit determination. If The Plan decides to reverse its adverse benefit determination or final internal adverse benefit determination, The Plan must provide written notice to the Member and IRO within 1 business day after making the decision. On receiving The Plan's notice, the IRO must terminate its external review.

**7. Standard of Review**

In reaching its decision, the IRO will review the claim and will not be bound by any decisions or conclusions reached under The Plan's internal claims and appeals process. In addition to the documents and information timely received, and to the extent the information or documents are available, the IRO will consider the following in reaching a decision:

**a.** The Member's medical records;
**b.** The Member's treating provider(s)'s recommendations;
**c.** Reports from appropriate health care professionals and other documents, opinions, and recommendations submitted by The Plan and the Member;
**d.** The terms and conditions of The Plan, including specific coverage provisions, to ensure that the IRO's decision is not contrary to the terms and conditions of The Plan, unless the terms and conditions do not comply with applicable law;
**e.** Appropriate practice guidelines, which must include applicable Evidence-Based Standards;
**f.** Any applicable clinical review criteria developed and used by The Plan unless the criteria are inconsistent with the terms and conditions of The Plan or do not comply with applicable law;
**g.** The applicable Medical Policies of The Plan;
**h.** The opinion of the IRO's clinical reviewer or reviewers after considering information described in this notice to the extent the information or documents are available and the clinical reviewer or reviewers consider them appropriate.

**8. Written Notice of the IRO's Final External Review Decision**

The IRO will send written notification of its decision to the Member and to The Plan within 45 days after the IRO's receipt of the request for external review. The notice will include:

**a.** A general description of the reason for the external review request, including information sufficient to identify the claim, and the reason for the prior denial;
**b.** The date the IRO received the assignment to conduct the external review and the date of the IRO's decision;
**c.** References to the evidence or documentation considered in reaching the decision, including specific coverage provisions and Evidence-Based Standards;
**d.** A discussion of the principal reason(s) for the IRO's decision, including the rationale for its decision and any Evidence-Based Standards relied on in making the decision;

   e. A statement that the IRO's determination is binding, unless other remedies are available to The Plan or the Member under state or federal law;

f. A statement that judicial review may be available to the Member and The Plan; and

g. Contact information for a consumer appeal assistance program at the Commissioner of Securities and Insurance.

**9. Compliance with IRO Decision**

If the IRO reverses The Plan's adverse benefit determination or final internal adverse benefit determination, The Plan will immediately provide coverage or issue payment according to the written terms and benefits of the Contract.

**Expedited External Review Procedures**

In general, the same rules that apply to standard external review apply to expedited external review, except that the timeframe for decisions and notifications is shorter.

**1. Request for Expedited External Review**

Under the following circumstances, the Member may request an expedited external review:

a. If the Member received an adverse benefit determination that denied the Member's claim and: (1) the Member filed a request for an internal urgent care appeal; and (2) the delay in completing the internal appeal process would seriously jeopardize the life or health of the Member or the Member's ability to regain maximum function; or

b. Upon receipt of a final internal adverse benefit determination which involves: (1) a medical condition of the Member for which a delay in completing the standard external review would seriously jeopardize the Member's life or health or the Member's ability to regain maximum function; or (2) an admission, availability of care, a continued stay, or a health care item or service for which the Member received emergency services, but has not been discharged from a facility.

**2. Preliminary Review**

Upon receiving the Member's request for expedited external review, The Plan will immediately determine whether the request is eligible for external review, considering the same preliminary review requirements set forth in the Preliminary Review paragraph, Standard External Review Procedures section. After the preliminary review is complete, The Plan will immediately notify the Member or the Member's authorized representative in writing of its eligibility determination. If the Plan determines the Member's request is ineligible for review, the notice must include a statement informing the Member or the Member's authorized representative of the right to appeal The Plan's determination to the Commissioner of Securities and Insurance. The notice must also provide contact information for the Commissioner's office.

**3. Assignment of an IRO**

If a request is eligible for expedited external review, The Plan will assign an IRO pursuant to and in compliance with the independence and other selection requirements set forth in the Assignment of an IRO paragraph, Standard External Review Procedures section. The Plan will transmit all documents and information considered in making the adverse benefit determination or final internal adverse benefit determination to the assigned IRO in as expeditious of a manner as possible (including by phone, facsimile, or electronically).

**4. Standard of Review**

In reaching its decision, the IRO will review the claim and will not be bound by any decisions or conclusions reached under The Plan's internal claims and appeals process. In addition to the documents and information timely received, and to the extent the information or documents are available, the IRO will consider the same documents and information set forth in the Standard of Review paragraph, Standard External Review Procedures section.

**5. Notice of Final External Review Decision**

The IRO will provide the Member and The Plan with notice of its final external review decision as expeditiously as the Member's medical condition or circumstances require, but not more than 72 hours after the IRO receives the expedited external review request. If the notice is not in writing, the IRO must provide written confirmation of its

decision to the Member and to The Plan within 48 hours after the date the IRO verbally conveyed the decision The written notice will include:

- **a.** A description of the reason for the external review request, including information sufficient to identify the claim, and the reason for the prior denial;
- **b.** The date the IRO received the assignment to conduct the external review and the date of the IRO's decisi
- **c.** References to the evidence or documentation considered in reaching the decision, including specific coverage provisions and Evidence-Based Standards;
- **d.** A discussion of the principal reason(s) for the IRO's decision, including the rationale for its decision and ar Evidence-Based Standards relied on in making the decision;
- **e.** A statement that the IRO's determination is binding, unless other remedies are available to The Plan or the Member under state or federal law;
- **f.** A statement that judicial review may be available to the Member or The Plan; and
- **g.** Contact information for the appropriate consumer appeal assistance program at the Commissioner of Securities and Insurance.

**6. Compliance with IRO Decision**

If the IRO reverses The Plan's adverse benefit determination or final internal adverse benefit determination, Th Plan will immediately approve coverage that was the subject of the adverse benefit determination or final intern adverse benefit determination according to the written terms and benefits of the Contract.

**7. Inapplicability of Expedited External Review**

An expedited external review may not be provided for retrospective adverse benefit determinations or retrospective final internal adverse benefit determinations.

**External Review Procedures – Experimental or Investigational**

In most cases, and except as provided in the next two sections, the Member must follow and exhaust the internal appeals process outlined above before the Member or the Member's authorized representative may submit a reque for external review. In addition, external review as outlined in the next two sections is limited to only those adverse benefit determinations or final internal adverse benefit determinations that certain treatments are experimental or investigational.

**Standard External Review Procedures**

There are two types of external review of adverse benefit determinations or final internal adverse benefit determinations that certain treatments are experimental or investigational: a standard external review and an expedited external review. An expedited external review is generally based upon the seriousness of the Member's medical circumstances, and entitles the Member to an expedited notice and decision making process. The procedures for requesting standard (non-expedited) external reviews are discussed in this section. The procedures for requesting expedited external reviews are discussed in the next section.

**1. Request for a Standard External Review**

The Member or the Member's authorized representative must submit a written request to The Plan for a standar external review within 4 months from the date the Member or the Member's authorized representative receives an adverse benefit determination or a final internal adverse benefit determination.

**2. Preliminary Review**

Upon receipt of a request for standard external review, The Plan must complete a preliminary review within 5 business days to determine whether:

- **a.** The Member is or was covered under The Plan when the health care service or treatment was requested or, in the case of a retrospective review, whether the Member was covered under The Plan when the health care service or treatment was provided;
- **b.** The requested health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination: (i) is a covered benefit under the Member's health plan except for The Plan's determination that the health care service or treatment is experimental or investigational for a

particular medical condition; and (ii) is not explicitly listed as an excluded benefit under the Member's health plan;

c. The Member's treating health care provider has certified that one of the following situations is applicable: (i) standard health care services or treatments have not been effective in improving the condition of the Member; (ii) standard health care services or treatments are not medically appropriate for the Member; or (iii) there is no available standard health care service or treatment covered by The Plan that is more beneficial than the requested health care service or treatment;

d. (i) the Member's treating health care provider has recommended a health care service or treatment that the physician certifies, in writing, is likely to be more beneficial to the Member, in the physician's opinion, than any available standard health care services or treatments; or (ii) a physician who is licensed, board-certified, or eligible to take the examination to become board-certified and is qualified to practice in the area of medicine appropriate to treat the Member's condition has certified in writing that scientifically valid studies using accepted protocols demonstrate that the health care service or treatment requested by the Member who is subject to the adverse benefit determination or final internal adverse benefit determination is likely to be more beneficial to the Member than any available standard health care services or treatments; and

e. The Member has exhausted The Plan's internal appeals process or the Member is exempt from exhausting The Plan's internal appeals process.

Within 1 business day after completion of the preliminary review, The Plan will notify the Member or the Member's authorized representative in writing as to whether the request is complete and the request is eligible for external review.

If the request is not complete, The Plan will inform the Member or the Member's authorized representative in writing and include in the notice the information or materials that are needed to make the request complete. If the request is not eligible for external review, The Plan will inform the Member or the Member's authorized representative in writing and include in the notice the reasons for the request's ineligibility. The notice of initial determination will include a statement informing the Member or the Member's authorized representative of the right to appeal the determination of ineligibility to the Commissioner of Securities and Insurance. The notice will also provide contact information for the Commissioner's office.

**3. Assignment of an IRO**

If the request is eligible for external review, the Plan will within 1 business day assign an IRO on a random basis, or using another method of assignment that ensures the independence and impartiality of the assignment process, from the list of approved IROs compiled and maintained by the Commissioner of Securities and Insurance, to conduct the external review. In making the assignment, The Plan will consider whether an IRO is qualified to conduct the particular external review based on the nature of the health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination and will also take into account other circumstances, including conflict of interest concerns.

Within 1 business day of assigning the IRO, The Plan will notify the Member or the Member's authorized representative in writing that The Plan has initiated an external review and that the Member or the Member's authorized representative may submit additional information to the IRO within 10 business days following the date of receipt of the notice, for the IRO's consideration in its external review. The IRO may accept and consider additional information submitted after the 10 business days.

**4. Plan Submission of Documents to the IRO**

Within 5 business days after assigning an IRO, The Plan will provide to the assigned IRO any documents and information considered in making the adverse benefit determination or the final internal adverse benefit determination. Failure by the Plan to timely provide the documents and information may not delay the conduct of the external review. If the Plan fails to provide the documents and information within 5 business days, the assigned IRO may terminate the external review and decide to reverse the adverse benefit determination or final internal adverse benefit determination. Immediately upon making such a determination, the IRO will notify the Member or the Member's authorized representative and The Plan of its decision.

**5. Reconsideration by The Plan**

The IRO will forward any information submitted by Member or the Member's authorized representative to the Plan, within 1 business day of its receipt. The Plan may reconsider its adverse benefit determination or final internal adverse benefit determination that is the subject of the external review. Reconsideration by The Plan

may not delay or terminate the IRO's external review. The external review may be terminated only if The Plan decides, on completion of its reconsideration, to reverse its adverse benefit determination or final internal adverse benefit determination and provide coverage for the requested health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination. The Plan will notify the Member or the Member's authorized representative and the IRO immediately in writing of its decision. The IRO will terminate the external review on receipt of the notice from The Plan.

**6. Standard of Review**

Within 1 business day after the receipt of the notice of assignment to conduct the external review, the assigned IRO will select a Clinical Peer, or multiple Clinical Peers if medically appropriate under the circumstances, to conduct the external review. In selecting Clinical Peers to conduct the external review, the assigned IRO will select physicians or other health care providers who meet minimum statutorily prescribed qualifications and who, through clinical experience in the past 3 years, are experts in the treatment of the Member's condition and knowledgeable about the recommended or requested health care service or treatment. The choice of the physicians or other health care providers to conduct the external review may not be made by the Member or the Member's authorized representative or The Plan.

Each Clinical Peer selected pursuant will review and consider all of the information and documents considered by The Plan in making the adverse benefit determination or the final internal benefit determination and any other information submitted in writing by the Member or the Member's authorized representative.

Within 20 days after selection, each Clinical Peer will provide an opinion to the assigned IRO on whether the requested health care service or treatment should be covered. In reaching an opinion, Clinical Peers are not bound by any decisions or conclusions reached during The Plan's internal appeals process.

Each Clinical Peer's opinion will be in writing and include the following information:

**a.** a description of the Member's medical condition;

**b.** a description of the indicators relevant to determining whether there is sufficient evidence to demonstrate that the requested health care service or treatment is more likely than not to be more beneficial to the Member than any available standard health care services or treatments and that the adverse risks of the recommended or requested health care service or treatment would not be substantially increased over those of available standard health care services or treatments;

**c.** a description and analysis of any Medical or Scientific Evidence considered in reaching the opinion;

**d.** a description and analysis of any Evidence-Based Standard; and

**e.** information on whether the clinical peer's rationale for the opinion is based on the Member's medical records and/or the attending provider's or health care professional's recommendation.

**7. Written Notice of the IRO's Final External Review Decision**

Within 20 days after the date of receiving the opinion of each Clinical Peer, the IRO shall make a decision and provide written notice of the decision to the Member or the Member's authorized representative and to The Plan.

If a majority of the Clinical Peers respond that the recommended or requested health care service or treatment should be covered, the IRO shall make a decision to reverse The Plan's adverse benefit determination or final internal adverse benefit determination. If a majority of the Clinical Peers respond that the recommended or requested health care service or treatment should not be covered, the IRO shall make a decision to uphold The Plan's adverse benefit determination or final internal adverse benefit determination. If the Clinical Peers are evenly split as to whether the recommended or requested health care service or treatment should be covered, the IRO shall obtain the opinion of an additional Clinical Peer. The additional Clinical Peer shall use the same information to reach an opinion as used by the Clinical Peers who have already submitted their opinions. The selection of the additional Clinical may not extend the time within which the assigned IRO is required to make a decision based on the opinions of the Clinical Peers.

The IRO will include in its written notice:

**a.** a general description of the reason for the request for external review;

**b.** the written opinion of each Clinical Peer, including the opinion of each Clinical Peer as to whether the recommended or requested health care service or treatment should be covered and the rationale for the reviewer's recommendation;

   c. the date on which the IRO was assigned to conduct the external review;

d. the date of the IRO's decision; and

e. the principal rationale for the IRO's decision.

**8. Compliance with IRO Decision**

If the IRO reverses The Plan's adverse benefit determination or final internal adverse benefit determination, The Plan shall immediately approve coverage of the recommended or requested health care service or treatment that was the subject of the adverse benefit determination or final internal adverse benefit determination.

**Expedited External Review Procedures**

In general, the same rules that apply to standard external review apply to expedited external review, except that requests for external review may be made differently and the timeframe for decisions and notifications is shorter.

**1. Request for an Expedited External Review**

The Member or the Member's authorized representative may make an oral or written request for an expedited external review of an adverse benefit determination or a final internal adverse benefit determination if the Member's treating health care provider certifies, in writing, that the recommended or requested health care service or treatment that is the subject of the request would be significantly less effective if not promptly initiated.

**2. Preliminary Review**

Upon receipt of a request for an expedited external review, The Plan must immediately complete a preliminary review to determine whether the request is eligible for external review, considering the same preliminary review requirements set forth in the Preliminary Review paragraph, Standard External Review Procedures section, above.

Immediately after completion of the preliminary review, The Plan will notify the Member or the Member's authorized representative in writing as to whether the request is complete and the request is eligible for external review.

If the request is not complete, The Plan will inform the Member or the Member's authorized representative in writing and include in the notice the information or materials that are needed to make the request complete. If the request is not eligible for external review, The Plan will inform the Member or the Member's authorized representative in writing and include in the notice the reasons for the request's ineligibility. The notice of initial determination will include a statement informing the Member or the Member's authorized representative of the right to appeal the determination of ineligibility to the Commissioner of Securities and Insurance. The notice will also provide contact information for the Commissioner's office.

**3. Assignment of an IRO**

If the request is eligible for external review, the Plan will immediately assign an IRO on a random basis, or using another method of assignment that ensures the independence and impartiality of the assignment process, from the list of approved IROs compiled and maintained by the Commissioner of Securities and Insurance, to conduct the external review. In making the assignment, The Plan will consider whether an IRO is qualified to conduct the particular expedited external review based on the nature of the health care service or treatment that is the subject of the adverse benefit determination or final internal adverse benefit determination and will also take into account other circumstances, including conflict of interest concerns.

Within 1 business day after assignment of the IRO, The Plan will notify the Member or the Member's authorized representative, in writing, that The Plan has initiated an external review and that the Member or the Member's authorized representative may submit additional information to the IRO for the IRO's consideration in its external review.

**4. Plan Submission of Documents to the IRO**

Upon assigning an IRO, The Plan will provide any documents and information considered in making the adverse benefit determination or the final internal adverse benefit determination to the assigned IRO electronically, by telephone, by facsimile, or by any other available expeditious method. Failure by the Plan to provide the documents and information may not delay the conduct of the external review. If the Plan fails to provide the documents and information upon IRO assignment, the assigned IRO may terminate the external review and decide to reverse the adverse benefit determination or final internal adverse benefit determination. Immediately

upon making such a determination, the IRO will notify the Member or the Member's authorized representative and The Plan accordingly.

**5. Standard of Review**

Within 1 business day after the receipt of the notice of assignment to conduct the external review, the assigned IRO will select a Clinical Peer, or multiple Clinical Peers if medically appropriate under the circumstances, to conduct the external review. The assigned IRO will select physicians or other health care providers using the same criteria as set forth in the Standard of Review paragraph in the Standard External Review Procedures, above, The choice of the physicians or other health care providers to conduct the external review may not be made by the Member or the Member's authorized representative or The Plan.

Each Clinical Peer selected pursuant will review and consider all of the information and documents considered by The Plan in making the adverse benefit determination or the final internal benefit determination and any other information submitted in writing by the Member or the Member's authorized representative.

Each Clinical Peer will provide an opinion to the assigned IRO as expeditiously and the Member's medical condition or circumstances require but no later than 5 calendar days after being selected as a Clinical Peer, on whether the requested health care service or treatment should be covered. If the Clinical Peer's opinion was initially made orally, the Clinical Peer shall provide the IRO written confirmation of the opinion within 48 hours after the opinion was initially made.

In reaching an opinion, Clinical Peers are not bound by any decisions or conclusions reached by The Plan. Each Clinical Peer's opinion may be rendered orally or in writing and will include the same information as set forth in the Standard of Review paragraph in the Standard External Review Procedures section, above.

**6. Written Notice of the IRO's Final External Review Decision**

Within 48 hours after the date of receiving the opinion of each Clinical Peer, the IRO shall make a decision based upon the recommendations of a majority of the Clinical Peers conducting the review, and will provide oral or written notice of the decision to the Member or the Member's authorized representative and to the Plan. If the IRO's notice is provided orally, the IRO will provide written confirmation of the decision within 48 hours of the initial oral notice.

The IRO will include in its written notice:

**a.** a general description of the reason for the request for external review;

**b.** the written opinion of each Clinical Peer, including the opinion of each Clinical Peer as to whether the recommended or requested health care service or treatment should be covered and the rationale for the reviewer's recommendation;

**c.** the date on which the IRO was assigned to conduct the external review;

**d.** the date of the IRO's decision; and

**e.** the principal rationale for the IRO's decision.

**7. Compliance with IRO Decision**

If the IRO reverses The Plan's adverse benefit determination or final internal adverse benefit determination, The Plan shall immediately approve coverage of the recommended or requested health care service or treatment that was the subject of the adverse benefit determination or final internal adverse benefit determination.

**Deemed Exhaustion of Internal Appeal Process**

**1.** The Member will be deemed to have exhausted the internal appeal process and may request external review or pursue any available remedies under state law or if applicable, a civil action under 502(a) of ERISA, if The Plan fails to comply with its claims and appeals procedures, except that claims and appeals procedures will not be deemed exhausted based on violations that are:

**a.** De minimis;

**b.** Non-prejudicial to the Member;

**c.** Attributable to good cause or matters beyond The Plan's control;

**d.** In the context of an ongoing, good faith exchange of information between the Member and The Plan; and

**e.** Not reflective of a pattern or practice of violations by The Plan.

2. Upon request of the Member, The Plan will provide an explanation of a violation within 10 days. The explanation will include a description of the basis for The Plan's assertion that the violation does not result in the deemed exhaustion of The Plan's internal claims and appeals procedures.
3. If the Member seeks external or judicial review based on deemed exhaustion of The Plan's internal claims and appeals procedures, and the external reviewer or court rejects the Member's request, The Plan will notify the Member within a reasonable period of time, not to exceed 10 days, of the Member's right to resubmit the Member's internal appeal. The timeframe for appealing the adverse benefit determination begins to run when the Member receives the notice of the right to resubmit the Member's internal appeal.

## PREAUTHORIZATION

The Plan has designated certain covered services which require Preauthorization in order for the Member to receive the maximum Benefits possible under this Contract.

The Member is responsible for satisfying the requirements for Preauthorization. This means that the Member must request Preauthorization or assure that the Member's Physician, provider of services, the Member's authorized representative, or a Family Member complies with the requirements below. If the Member utilizes a Network Provider for covered services, that provider may request Preauthorization for the services. However, it is the Member's responsibility to assure that the services are preauthorized before receiving care.

To request Preauthorization, the Member or his/her Physician must call the Preauthorization number shown on the Member's Identification Card **before** receiving treatment. The Plan will assist in coordination of the Member's care so that his/her treatment is received in the most appropriate setting for his/her condition and that the Member receives the highest level of Benefits under this Contract.

**Preauthorization does not guarantee that the care and services a Member receives are eligible for Benefits under the Contract. In addition, a nonparticipating provider or non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield of Montana and provider charges plus Deductible, Coinsurance and/or Copayment even if the service is an Emergency Service or the if the service has been Preauthorized.**

### Preauthorization Process for Inpatient Services

For an Inpatient facility stay, the Member must request Preauthorization from The Plan **before** the Member's scheduled admission. The Plan will consult with the Member's Physician, Hospital, or other facility to determine if Inpatient level of care is required for the Member's illness or injury. The Plan may decide that the treatment the Member needs could be provided just as effectively in a different setting (such as the Outpatient department of the Hospital, an Ambulatory Surgical Facility, or the Physician's office).

If The Plan determines that the Member's treatment does not require Inpatient level of care, the Member and the Member's Provider will be notified of that decision. If the Member proceeds with an Inpatient stay without The Plan's approval, the Member may be responsible to pay the full cost of the services received.

If the Member does not request Preauthorization, The Plan will conduct a retrospective review after the claims have been submitted. If it is determined that the services were not Medically Necessary, were Experimental, Investigational or Unproven, were not performed in the appropriate treatment setting, or did not otherwise meet the terms and conditions of the Contract, the Member may be responsible for the full cost of the services.

Unscheduled Inpatient admissions, such as admissions for Emergency Medical Conditions and maternity care should be preauthorized within two days after the admission.

### Preauthorization Process for Mental Illness, Severe Mental Illness and Chemical Dependency Services

All Inpatient and partial hospitalization services related to treatment of Mental Illness, Severe Mental Illness and Chemical Dependency must be Preauthorized by The Plan. Preauthorization is also required for the following Outpatient Services and must be submitted no later than 15 business days before the service is provided:

- Electroconvulsive therapy;
- Intensive Outpatient Treatment;
- Neuropsychological testing;

- Psychological testing;
- Repetitive Transcranial Magnetic Stimulation.
- Applied Behavioral Analysis (ABA)

Preauthorization is not required for therapy visits to a Physician or other professional Provider licensed to perform covered services under this Contract. However, all services are subject to the provisions in the section entitled Concurrent Review.

If The Plan determines that the Member's treatment does not require Inpatient or partial hospital level of care, the Member and the Member's Provider will be notified of that decision. If the Member proceeds with an Inpatient stay or partial hospital level of care, without The Plan's approval, the Member may be responsible to pay the full cost of the services received.

If the Member does not request Preauthorization, The Plan will conduct a retrospective review after the claims have been submitted. If it is determined that the services were not Medically Necessary, were Experimental, Investigational or Unproven, were not performed in the appropriate treatment setting, or did not otherwise meet the terms and conditions of the Contract, the Member may be responsible for the full cost of the services.

**Preauthorization Process for Other Outpatient Services**

In addition to the Preauthorization requirements outlined above, The Plan also requires Preauthorization, which must be submitted no later than 15 business days before the service is provided, for certain Outpatient services, including:

- Dialysis treatment - Out-of-Network;
- High-cost injections, including but not limited to IVIG, Avastin, Rituxan, and Remicade injections.
- Home Health Care;
- Home Hemodialysis;
- Home Infusion Therapy;
- Hospice Services;
- Molecular Genetic Testing;
- Outpatient elective surgery - Out-of-Network;
- Transplant Evaluations;
- Diagnostic sleep studies for Obstructive Sleep Apnea;
- Radiation Therapy

For additional information on Preauthorization, the Member or the Provider may call the Customer Service number on the Member's identification card.

**It is NOT necessary to preauthorize standard x-ray and lab services or Routine office visits.**

If The Plan does not approve the Outpatient Service, the Member and the Member's Provider will be notified of that decision. If the Member proceeds with the services without The Plan's approval, the Member may be responsible to pay the full cost of the services received.

If the Member does not request Preauthorization, The Plan will conduct a retrospective review after the claims have been submitted. If it is determined that the services were not Medically Necessary, were Experimental, Investigational or Unproven, were not performed in the appropriate treatment setting, or did not otherwise meet the terms and conditions of the Contract, the Member may be responsible for the full cost of the services.

The Benefits section of this Contract details the services which are subject to Preauthorization.

**Preauthorization Request Involving Non-Urgent Care**

Except in the case of a Preauthorization Request Involving Urgent Care (see below), The Plan will provide a written response to the Member's Preauthorization request no later than 15 days following the date we receive the Member's request. This period may be extended one time for up to 15 additional days, if we determine that additional time is necessary due to matters beyond our control.

If The Plan determines that additional time is necessary, The Plan will notify the Member in writing, prior to the expiration of the original 15-day period, that the extension is necessary, along with an explanation of the circumstances requiring the extension of time and the date by which The Plan expects to make the determination.

If an extension of time is necessary due to the need for additional information, The Plan will notify the Member of the specific information needed, and the Member will have 45 days from receipt of the notice to provide the additional information.

The Plan will provide a written response to the Member's request for Preauthorization within 15 days following receipt of the additional information. The procedure for appealing an adverse Preauthorization determination is set forth in the section entitled Complaints and Grievances.

**Preauthorization Request Involving Urgent Care**

A Preauthorization Request Involving Urgent Care is any request for medical care or treatment with respect to which the application of the time periods for making non-urgent care determinations could seriously jeopardize the life or health of the Member or the ability of the Member to regain maximum function; or in the opinion of a Physician with knowledge of the Member's medical condition, would subject the Member to severe pain that cannot be adequately managed without the care or treatment that is the subject of the Preauthorization request.

In case of a Preauthorization Request Involving Urgent Care, The Plan will respond to the Member no later than 72 hours after receipt of the request, unless the Member fails to provide sufficient information, in which case, the Member will be notified of the missing information within 24 hours and will have no less than 48 hours to provide the information. A Benefit determination will be made as soon as possible (taking into account medical exigencies) but no later than 72 hours after the initial request, or within 48 hours after the missing information is received (if the initial request is incomplete).

**NOTE:** The Plan's response to the Member's Preauthorization Request Involving Urgent Care, including an adverse determination, if applicable, may be issued orally. A written notice will also be provided within three days following the oral notification.

**Preauthorization Request Involving Emergency Care**

If the Member is admitted to the Hospital for Emergency Care and there is not time to obtain Preauthorization, the Member's Provider must notify The Plan within two working days following the Member's emergency admission.

**Preauthorization Required For Certain Prescription Drug Products and Other Medications**

Prescription Drug Products, which are self-administered, process under the Prescription Drugs section of this Contract. There are other medications that are administered by a Covered Provider which process under the medical Benefits.

1. **Prescription Drugs – Covered Under the Prescription Drugs Benefit**

   Certain prescription drugs, which are self-administered, require Preauthorization. Please refer to the Prescription Drugs section for complete information about the Prescription Drug Products that are subject to Preauthorization, step therapy, and quantity limits, the process for requesting Preauthorization, and related information.

2. **Other Medications – Covered Under Medical Benefits**

   Medications that are administered by a Covered Provider will process under the medical Benefits of this Contract. Certain medications administered by a Covered Provider require Preauthorization. The medications that require Preauthorization are subject to change by The Plan.

   For any medication that is subject to Preauthorization, the Member or provider should fax the request for Preauthorization to the Blue Cross and Blue Shield of Montana Medical Review Preauthorization Department at 1-855-313-8908. The Member or provider may also submit a written request for Preauthorization. Preauthorization forms are located on The Plan website at www.bcbsmt.com, and may be printed directly from the website. The Plan will notify the Member and provider of the Preauthorization determination.

   In making determinations of coverage, The Plan may rely upon pharmacy policies developed through consideration of peer reviewed medical literature, FDA approvals, accepted standards of medical practice in Montana, medical necessity, and Medical Policies. The pharmacy policies and Medical Policies are located on The Plan website at www.bcbsmt.com.

   To determine which medications are subject to Preauthorization, the Member or provider should refer to the list of medications which applies to the Member's Plan on The Plan website at www.bcbsmt.com or call the Customer Service toll-free number identified on the Member's identification card or The Plan website at www.bcbsmt.com.

**General Provisions Applicable to All Required Preauthorizations**

1. **No Guarantee of Payment**

   Preauthorization does not guarantee payment of Benefits by The Plan. Even if the Benefit has been Preauthorized, coverage or payment can be affected for a variety of reasons. For example, the Member may have become ineligible as of the date of service or the Member's Benefits may have changed as of the date the service.

2. **Request for Additional Information**

   The Preauthorization process may require additional documentation from the Member's health care provider or pharmacist. In addition to the written request for Preauthorization, the health care provider or pharmacist may be required to include pertinent documentation explaining the proposed services, the functional aspects of the treatment, the projected outcome, treatment plan and any other supporting documentation, study models, prescription, itemized repair and replacement cost statements, photographs, x-rays, etc., as may be requested by The Plan to make a determination of coverage pursuant to the terms and conditions of this Contract.

3. **Failure to Obtain Preauthorization**

   If the Member does not obtain Preauthorization, The Plan will conduct a retrospective review after the claims have been submitted. If it is determined that the services were not Medically Necessary, were Experimental, Investigational or Unproven, were not performed in the appropriate treatment setting, or did not otherwise meet the terms and conditions of the Contract, the Member may be responsible for the full cost of the services.

**Any treatment the Member receives which is not a covered service under this Contract, or is not determined to be Medically Necessary, or is not performed in the appropriate setting will be excluded from the Member's Benefits. This applies even if Preauthorization approval was requested or received.**

### Concurrent Review

Whenever it is determined by The Plan, that Inpatient care or an ongoing course of treatment may no longer meet medical necessity criteria or is considered Experimental/Investigational/Unproven (EIU), the Member, Member's Provider or the Member's authorized representative may submit a request to The Plan for continued services. If the Member, the Member's Provider or the Member's authorized representative requests to extend care beyond the approved time limit and it is a Request Involving Urgent Care, The Plan will make a determination on the request/appeal as soon as possible (taking into account medical exigencies) but no later than 72 hours after it receives the initial request, or within 48 hours after it receives the missing information (if the initial request is incomplete).

### Care Management

The goal of Care Management is to help the Member receive the most appropriate care that is also cost effective. If the Member has an ongoing medical condition or a catastrophic illness, the Member should contact The Plan. If appropriate, a care manager will be assigned to work with the Member and the Member's providers to facilitate a treatment plan. Care Management includes Member education, referral coordination, utilization review and individual care planning. Involvement in Care Management does not guarantee payment by The Plan.

## ELIGIBILITY AND ENROLLMENT

To be eligible for enrollment, the Applicant must and any Family Members for whom coverage is sought must:

1. Be a resident of the state of Montana.
2. Complete an application.

Eligibility for this coverage will be determined by the Exchange in accordance with applicable law. For questions regarding eligibility, refer to healthcare.gov.

## Applying for Coverage

An Applicant may apply for coverage in a Qualified Health Plan (QHP) through the Exchange for himself/herself and/or any eligible Dependents (see below) by submitting the Application(s) for individual medical insurance form, along with any exhibits, appendices, addenda and/or other required information ("Application(s)") to Blue Cross and Blue Shield of Montana and the Exchange, as appropriate. The Application(s) for coverage may or may not be accepted.

No eligibility rules or variations in premium will be imposed based on health status, medical condition, claims experience, receipt of healthcare, medical history, genetic information, evidence of insurability, disability, or any other health status related factor. Applicants will not be discriminated against for coverage under this Plan on the basis of race, color, national origin, disability, age, sex, gender identity, or sexual orientation.

Variation in the administration, processes or benefits of this policy that are based on clinically indicated, reasonable medical management practices, or are part of permitted wellness incentives, disincentives and/or other programs do not constitute discrimination.

An applicant may enroll in or change a QHP for himself/herself and/or any eligible Dependents during one of the Initial and Annual Enrollment Periods as set by the Exchange. The Effective Date will be determined by Blue Cross and Blue Shield of Montana and the Exchange, as appropriate, depending upon the date the application is received, payment of the initial premiums no later than the day before the Effective Date of coverage (unless any Advance Premium Tax Credit is greater than the initial premium), and other determining factors.

## Annual Open Enrollment Period/Effective Date of Coverage

An Applicant may apply for or change coverage in a QHP through the Exchange for the Applicant and/or any Eligible Family Members during the annual open enrollment period designated by the Exchange.

When the Applicant enrolls during the annual open enrollment period, the Applicant's and/or any Eligible Family Members' effective date will be the following January 1, unless otherwise designated by the Exchange and Blue Cross and Blue Shield of Montana, as appropriate.

This section "Annual Open Enrollment Period/Effective Date of Coverage" is subject to change by the Exchange, Blue Cross and Blue Shield of Montana, and/or applicable law, as appropriate.

## Special Enrollment Periods

Special enrollment periods have been designated during which the Member may apply for or change coverage in a QHP through the Exchange for himself/herself and/or any Eligible Family Members. Application must be made 60 days from the date of a special enrollment event.

## Birth

Children born to a Member after the Effective Date of the Contract will be covered for a period of 31 days beginning at the moment of birth and including the day of birth, provided the Beneficiary Member remains covered under the Contract for those 31 days. Coverage will continue for the child after the 31 day period if within 60 days the Beneficiary Member:

1. Enrolls the child through the Exchange to continue the coverage; and
2. Pays the additional dues to continue coverage for the child.

Coverage will terminate after 31 days if application to continue coverage is not received by the Exchange. If application to continue coverage is received between 32 and 60 days after the birth of the child, then coverage will be reinstated back to the date of birth. Dues must be paid for any coverage beyond the initial 31 days of coverage.

Limitations:

1. If the Beneficiary Member does not remain covered during the 31 days, the newborn will only be covered for the amount of time (during the 31 days) that the Beneficiary Member is covered.
2. However, after 31 days, coverage will not continue for any newborn child of a covered Dependent child unless the Beneficiary Member adopts the newborn child or is the legal guardian of the newborn child.

### Adopted Children or Children Placed for Adoption

Children will be covered for a period of 31 days upon adoption or placement for adoption, including the date of placement, provided the Beneficiary Member remains covered under the Contract for those 31 days. Coverage will continue for the child after the 31 day period if within 60 days the Beneficiary Member:

1. Enrolls the child through the Exchange to continue the coverage for the child; and
2. Pays the additional dues to continue coverage for the child.

Coverage will terminate after 31 days if application to continue coverage is not received by the Exchange. If application to continue coverage is received between 32 and 60 days after the adoption or placement for adoption of the child, then coverage will be reinstated back to the date of the adoption or placement for adoption of the child. Dues must be paid for any coverage beyond the initial 31 days of coverage.

Limitations:

1. If the Beneficiary Member does not remain covered during the 31 days, the child placed for adoption will only be covered for the amount of time (during the 31 days) that the Beneficiary Member is covered.
2. In the event the placement is disrupted prior to legal adoption and the child is removed from placement, coverage shall cease upon the date the placement is disrupted.

Advance payments of any Advance Premium Tax Credit and cost-sharing reductions, if applicable, are not effective until the first day of the following month, unless the birth, adoption, or placement as a foster child or for adoption occurs on the first day of the month.

### Marriage

In the case of marriage, the Effective Date will be the date of marriage if the completed request for enrollment (application) is made through the Exchange within 60 days after the date of marriage.

### Loss of Minimum Essential Coverage

In the event the Member experiences a loss of minimum essential coverage, coverage will be effective no later than the first day of the month following the loss of coverage. A loss of coverage does not include:

1. Termination or loss due to a failure to pay premiums on a timely basis, including COBRA premiums prior to expiration of COBRA coverage; or
2. Situations allowing for a rescission (a cancellation or discontinuance of coverage that has a retroactive effect), as determined by the Exchange.

For purposes of this section, "Minimum Essential Coverage" means Health insurance coverage that is recognized as coverage that meets substantially all requirements under federal law pertaining to adequate individual, group or government health insurance coverage. For additional information on whether particular coverage is recognized as "Minimum Essential Coverage", please call the customer service number on the inside cover of this document or on the back of your ID card or visit www.cms.gov

### Additional Special Enrollment Events

1. An individual gains status as a U.S. citizen(s), national(s), or lawfully present in the U.S. and gains such status.
2. Enrollment or non-enrollment in a QHP is unintentional, inadvertent, or erroneous as evaluated and determined by the Exchange and/or Blue Cross and Blue Shield of Montana, as appropriate.
3. An enrollee through the Exchange adequately demonstrates to the Exchange that the QHP in which he/she enrolled substantially violated a material provision of its contract in relation to the enrollee.
4. An individual is determined newly eligible or newly ineligible for an Advance Premium Tax Credit or has a change in eligibility for cost-sharing reductions, regardless of whether the individual already enrolled in a QHP.

   For purposes of this section, "Premium Tax Credit" means a refundable premium tax credit you may receive for taxable years ending after December 31, 2013, to the extent provided for under applicable law, where the credit is meant to offset all or a portion of the premium paid by you for coverage obtained through an Exchange during the preceding calendar year.

5. An individual gains access to new QHPs as a result of a permanent move.
6. An Indian, as defined by section 4 of the Indian Health Care Improvement Act. An Indian may enroll himself/herself and any eligible Dependents in a QHP or change from one QHP to another one time per month.
7. An individual demonstrates to the Exchange, in accordance with the guidelines issued by HHS, that he/she meets other exceptional circumstances as the Exchange may provide.
8. Loss of coverage due to voluntary or involuntary termination (other than for gross misconduct) and reduction in number of hours of employment;
9. Loss of coverage for Spouses of covered employees due to reasons that would make the employee eligible for COBRA; or loss of coverage due to the employee's death.
10. Loss of coverage for children of covered employees due to reasons that would make the employee eligible for COBRA, loss of coverage due to the employee's death, or loss of coverage due to the loss of Dependent status under the terms of The Plan.
11. Divorce or legal separation. Coverage will be effective on the first day of the month coinciding with or the next month following your divorce or legal separation date.
12. A Dependent is no longer considered a Dependent under The Plan because of age or work status.
13. Loss of coverage due to moving out of the QHP-issuer Network Service Area.
14. Loss of coverage because benefits are no longer offered by the QHP-issuer to the class of similarly situated individuals.
15. Such other events required by applicable law.

**Coverage resulting from any of the special enrollment events outlined above is contingent upon timely completion of the application and remittance of the appropriate premiums in accordance with the guidelines as established by the Exchange and Blue Cross and Blue Shield of Montana, as appropriate.**

## Effective Date and Commencement of Benefits

Unless otherwise noted above, the Effective Date is as follows:

1. If an application was received on the 1st through the 14th of the month, the Effective Date will be no later than the first day of the following month.
2. If an application was received on the 15th through the 31st of the month, the Effective Date will be no later than the first day of the second following month.

The Member is entitled to the Benefits of this Contract from the Member's Effective Date.

## Transfer of Plan Membership

### *Transfer of Membership for Family Members*

The following persons may transfer membership to their own beneficiary membership Contract if application is made in writing to The Plan within 31 days of the date of termination of their membership under this Contract.

1. A Spouse of a Beneficiary Member who was enrolled as a Family Member and ceases to be a Family Member as defined due to divorce, annulment of marriage or legal separation.
2. Children of a Beneficiary Member who were enrolled as a Family Member and cease to be a Family Member as defined.
3. Family Members of a Beneficiary Member who has died.

### *Benefits to Member Hospitalized on Date of Transfer*

If the Member is receiving Inpatient Care on the date of transfer of membership to another Blue Cross and Blue Shield of Montana Contract, the Member will continue to receive the Benefits payable under this Contract:

1. For 30 days; or
2. Until the Member is discharged from the Inpatient Care facility, whichever occurs first.

### Child-Only Coverage

Child-only coverage is available to eligible children who:

1. Are residents of Montana; and
2. Have not attained age 21 prior to the first day of the plan year; and
3. Are a citizen, national, or noncitizen who is lawfully present in the United States; and
4. Are not incarcerated.

This Plan is considered child-only coverage and the following restrictions apply:

1. The parent or legal guardian is not covered and is not eligible for Benefits under this health Plan.
2. If a child is covered under this Contract and acquires a new eligible child of his/her own, then:

   Newborn children of the Member are covered under this Contract for the first 31 days after birth. If the Member does not remain covered for 31 days, the newborn will only be covered for the amount of time (during the 31 days) that the Member is covered. After 31 days, the newborn child of a Member may be enrolled in his/her own Plan coverage if application for coverage is made within 30 days.

   Children placed for adoption. Children will be covered upon placement for adoption. If the Member does not remain covered for 31 days, the newborn will only be covered for the amount of time (during the 31 days) that the Beneficiary Member is covered. Coverage will end for the child 31 days after placement for adoption. After 31 days, the child may be enrolled in his/her own Plan coverage if application for coverage is made within 30 days.

3. If a child is under the age of 18, his/her parent, legal guardian, or other responsible party must submit the application for child-only insurance form, along with any exhibits, appendices, addenda and/or other required information to The Plan and the Exchange, as appropriate. For any child under 18 covered under this health care Plan, any obligations set forth in this Plan, any exhibits, appendices, addenda and/or other required information will be the obligations of the parent, legal guardian, or other responsible party applying for coverage on the child's behalf. Application for child-only coverage will not be accepted for an adult child that has attained age 21 as of the beginning of the calendar year. Adult children (at least 18 years of age but no older than 20 years of age) who are applying for coverage under this Plan must apply for their own individual Plan and must sign or authorize the application(s).

## TERMINATION OF COVERAGE

### Termination When the Member is No Longer Eligible for Coverage

Coverage under this Contract for the Beneficiary Member, and any Family Members, will terminate at the end of the Month in which the Member becomes ineligible for coverage. However, a Spouse and any Family Members may be issued their own Contract. Please refer to the section entitled Transfer of Plan Membership.

If the Member is receiving Inpatient Care on the date coverage terminates, the Member will continue to receive the Benefits payable under this Contract:

1. For 30 days; or
2. Until the Member is discharged from the Inpatient Care facility, whichever occurs first.

### Termination for Nonpayment of Dues or Other Reasons

Blue Cross and Blue Shield of Montana will terminate coverage due to fraud and/or intentional misrepresentation of material fact.

If the Member's dues are not paid when due, coverage will terminate automatically at midnight, Mountain Standard Time, on the last day of the Month for which dues are paid for the Beneficiary Member and Family Members.

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 182 of 281
Blue Cross and Blue Shield of Montana will provide notice of cancellation stating the date the cancellation will become effective, which may not be earlier than:

1. the beginning of the period for which premiums have not been paid in full if the notice of cancellation for nonpayment of premiums is mailed or delivered within 15 days after the due date of the missed premiums for that period;
2. the date of mailing or delivery of notice of cancellation for nonpayment of premiums if notice of cancellation for nonpayment of premiums is not mailed or delivered within 15 days after the premium due date for the applicable policy period; or
3. 90 days after the date of mailing or delivery of the notice of cancellation or refusal to renew for any reason other than nonpayment of premiums or a material misrepresentation contained in the application.

The time frames for the notices of cancellation outlined above run concurrently with the time frames included in the section entitled "Grace Period" under Payment of Dues.

A grace period of 31 days will be granted for the payment of each premium (dues) falling due after the first premium, during which grace period the Contract shall continue in force, however, Claim Payments for Covered Medical Expenses received during the grace period may be pended until full premium payment is made, and during the grace period pharmacies may require the Member to pay for the Member's prescription drug expenses in full.

If the Member pays the premium in full during the 31 day grace period, then the Member may submit a claim to Blue Cross and Blue Shield of Montana for any expenses that the Member paid to providers and pharmacies during the grace period. See the CLAIMS section for additional information.

If a Member fails to pay premiums in full to Blue Cross and Blue Shield of Montana and/or the Exchange within 31 days of the premium due date, this Contract will automatically terminate on the last day of the coverage period for which premiums have been paid in full. Claim Payments will not be provided for Covered Medical Expenses incurred during this 31 day grace period or thereafter unless the premiums are paid in full within this period. If coverage is terminated for non-payment of premium, any Claims received and paid for during the 31 day grace period will be billed to the Member.

For a Member receiving an Advance Premium Tax Credit, there is a three-month grace period for paying the full premiums falling due after the first premium is paid. If full premium is not paid for the Member and any covered Family Members within one month of the premium due date, Claim Payments for Covered Medical Expenses received during the second and third month's grace period under this Policy will be pended until full premium payment is received. If full payment of the premium is not received within the three month grace period, then coverage under this Contract will automatically terminate on the last day of the first month of the three-month grace period. Blue Cross and Blue Shield of Montana will not process any Claims for services after the date of termination.

### Termination of Coverage of Children and Spouse

Coverage will terminate automatically at midnight Mountain Standard Time, on the last day of the Month in which a child reaches age 26 years. Coverage for a Spouse will terminate at midnight, Mountain Standard Time, on the last day of the Month in which the Spouse's marriage to the Beneficiary Member terminated. Please refer to the section entitled Transfer of Plan Membership.

### Termination of Benefits on Termination of Coverage

When the membership of a Beneficiary Member and/or Family Member is terminated for any reason the Benefits of this Contract will no longer be provided and The Plan will not make payment for services provided to them after the date on which cancellation becomes effective. However, a Spouse and any Family Members may be issued their own Contract. Please refer to the section entitled Transfer of Plan Membership.

### Certificate of Creditable Coverage

Even though this health plan does not have a preexisting condition exclusion period, The Plan will issue a Certificate of Creditable Coverage to the Member, upon request, following termination of coverage.

### Reinstatement

If any renewal dues payment is not paid within the time granted the Member for payment, a subsequent acceptance of dues by The Plan without requiring in connection therewith an application for reinstatement, shall reinstate the Contract; provided, however, that if The Plan requires an application for reinstatement and issues a conditional receipt for the dues tendered, the Contract will be reinstated upon approval of such application by Blue Cross and Blue Shield of Montana or, lacking such approval, upon the 45th day following the date of such conditional receipt unless The Plan has previously notified the Member in writing of its disapproval of such application.

The reinstated Contract shall cover only loss resulting from such accidental injury as may be sustained after the date of reinstatement and loss due to such sickness as began more than ten days after such date. In all other respects, the Member and The Plan shall have the same rights thereunder as they had under the Contract immediately before the due date of the defaulted dues, subject to any provision endorsed hereon or attached hereto in connection with the reinstatement.

## QUALIFIED MEDICAL CHILD SUPPORT ORDER (QMSCO)

Beneficiary Members and Family Members can obtain, without charge, a copy of the procedures governing Qualified Medical Child Support Order (QMCSO) determinations from Blue Cross and Blue Shield of Montana.

## RENEWAL OF CONTRACT

### Renewal of Contract by the Plan

This Contract will be renewed unless one of the following occurs:

1. Nonpayment of the required dues.
2. The Member has performed an act or practice that constitutes fraud or has made an intentional misrepresentation of a material fact with respect to coverage of individual insureds.
3. The Member is no longer eligible for coverage in a QHP offered through the Exchange.
4. This Contract is terminated or is decertified as a QHP.
5. The Member's coverage has been rescinded as described under the Rescission provision of this Policy.
6. The Member changes from QHP to another during an annual open enrollment period or special enrollment period.
7. Election by The Plan to:
    a. Cease offering a particular type of coverage in the individual market; or
    b. Cease offering all coverage in the individual market.

### Termination of Contract by the Member

The Beneficiary Member may cancel this Contract by notifying Blue Cross and Blue Shield of Montana in writing. Notice of cancellation will terminate this Contract on the first of the Month following receipt of the Member's written notification to cancel.

## BENEFITS

The Plan will pay for the following Benefits provided by a Covered Provider based on the Allowable Fee and subject to any Deductible, Copayment, Coinsurance and other provisions, as applicable.

Benefits outlined in this section are subject to the Plan's Medical Policy, any specific exclusions identified for that specific Benefit and to the exclusions and limitations outlined in the Exclusions and Limitations section.

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 184 of 281

### Accident

Services which are provided for bodily injuries resulting from an Accident.

### Acupuncture

Services provided by a licensed acupuncturist to treat Illness or Injury.

**The Schedule of Benefits describes payment limitations for these services.**

### Advanced Practice Registered Nurses and Physician Assistants - Certified

Services provided by an Advanced Practice Registered Nurse or a physician assistant-certified who is licensed to practice medicine in the state where the services are provided and when payment would otherwise be made if the same services were provided by a Physician.

### Ambulance

Licensed ground and air ambulance transport required for a Medically Necessary condition to the nearest appropriate site.

### Anesthesia Services

Anesthesia services provided by a Physician (other than the attending Physician) or nurse anesthetist including the administration of spinal anesthesia and the injection or inhalation of a drug or other anesthetic agent.

The Plan will not pay for:

1. Hypnosis;
2. Local anesthesia or intravenous (IV) sedation that is considered to be an Inclusive Service/Procedure;
3. Anesthesia consultations before surgery that are considered to be Inclusive Services/Procedures because the Allowable Fee for the anesthesia performed during the surgery includes this anesthesia consultation; or
4. Anesthesia for dental services or extraction of teeth, except anesthesia provided at a Hospital in conjunction with dental treatment will be covered only when a nondental physical Illness or Injury exists which makes Hospital care Medically Necessary to safeguard the Member's health. Dental services and treatment are not a Benefit of this Contract, except as specifically included in the Dental Accident Benefit.

### Approved Clinical Trials

Routine Patient Costs provided in connection with an Approved Clinical Trial.

### Autism Spectrum Disorders

Diagnosis and treatment of autistic disorder, Asperger's Disorder or Pervasive Developmental Disorder.

Covered services include:

1. Habilitative Care or Rehabilitative Care, including, but not limited to, professional, counseling and guidance services and treatment programs; Applied Behavior Analysis (ABA), also known as Lovaas Therapy; discrete trial training, pivotal response training, intensive intervention programs, and early intensive behavioral intervention;
2. Medications;
3. Psychiatric or psychological care; and
4. Therapeutic care provided by a speech-language pathologist, audiologist, occupational therapist or physical therapist.

Note: Applied Behavior Analysis (ABA), also known as Lovaas Therapy, is only available for Members under age 19.

### Birthing Centers

Services for the delivery of a newborn provided at a birthing center.

## Blood Transfusions

Blood transfusions, including the cost of blood, blood plasma, blood plasma expanders and packed cells. Storage charges for blood are paid when a Member has blood drawn and stored for the Member's own use for a planned surgery.

## Chemical Dependency

Benefits for Chemical Dependency will be paid as any other Illness.

### Outpatient Services

Care and treatment for Chemical Dependency when the Member is not an Inpatient Member and provided by:

1. a Hospital;
2. a Mental Health Treatment Center;
3. a Chemical Dependency Treatment Center;
4. a Physician or prescribed by a Physician;
5. a psychologist;
6. a licensed social worker;
7. a licensed professional counselor;
8. an addiction counselor licensed by the state; or
9. a licensed psychiatrist.

Outpatient Benefits are subject to the following conditions:

1. the services must be provided to diagnose and treat recognized Chemical Dependency; and
2. the treatment must be reasonably expected to improve or restore the level of functioning that has been affected by the Chemical Dependency.

**The Plan will not pay for hypnotherapy or for services given by a staff member of a school or halfway house.**

### Inpatient Care Services

Care and treatment of Chemical Dependency, while the Member is an Inpatient Member, and which are provided in or by:

1. a Hospital;
2. a Freestanding Inpatient Facility; or
3. a Physician.

Medically monitored and medically managed intensive Inpatient Care services and clinically managed high-intensity services provided at a Residential Treatment Center are Benefits of this Contract.

Preauthorization is required for Inpatient Care services and Residential Treatment services. Please refer to the section entitled Preauthorization.

### Partial Hospitalization

Care and treatment of Chemical Dependency, while the Partial Hospitalization services are provided by:

1. a Hospital;
2. a Freestanding Inpatient Facility; or
3. a Physician.

Preauthorization is required for Partial Hospitalization. Please refer to the section entitled Preauthorization.

## Chemotherapy

The use of drugs approved for use in humans by the U.S. Food and Drug Administration and ordered by the Physician for the treatment of disease.

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 186 of 281

## Chiropractic Services

Services of a licensed chiropractor.

**The Schedule of Benefits describes payment limitations for these services.**

## Contraceptives

Services and supplies related to contraception, including but not limited to, oral contraceptives, contraceptive devices and injections, subject to the terms and limitations of the Contract. Oral contraceptives are paid as described in the Preventive Health Care section or under the Prescription Drugs section.

Deductible and Coinsurance do not apply to contraceptives covered under the Preventive Health Care Benefit, whether provided during an office visit or through the Prescription Drugs Benefit. For additional information, access www.bcbsmt.com and click on the Members tab and select Pharmacy.

## Convalescent Home Services

Services of a Convalescent Home as an alternative to Hospital Inpatient Care. The Plan will not pay for custodial care.

**NOTE:** The Plan will not pay for the services of a Convalescent Home if the Member remains inpatient at the Convalescent Home when a skilled level of care is not Medically Necessary.

Preauthorization is required for Convalescent Home Services. Please refer to the section entitled Preauthorization.

**The Schedule of Benefits describes payment limitations for these services.**

## Dental Accident Services

Dental services provided by physicians, dentists, oral surgeons and/or any other provider are not covered under this Contract except that, Medically Necessary services for the initial repair or replacement of sound natural teeth which are damaged as a result of an Accident, are covered, except that orthodontics, dentofacial orthopedics, or related appliances are not covered, even if related to the Accident.

The Plan will not pay for services for the repair of teeth which are damaged as the result of biting and chewing.

## Diabetic Education

Outpatient self-management training and education services for the treatment of diabetes provided by a Covered Provider with expertise in diabetes.

**The Schedule of Benefits describes payment limitations for these services.**

## Diabetes Treatment (Office Visit)

Services and supplies for the treatment of diabetes provided during an office visit. For additional Benefits related to the treatment of diabetes, e.g., surgical services and medical supplies, refer to that specific Benefit.

## Diagnostic Services

**1.** Diagnostic Imaging Procedures

Diagnostic Imaging which includes Computerized Tomography Scan (CT Scan), Magnetic Resonance Imaging (MRI), Positron Emission Tomography (PET Scan).

**2.** All Other Covered Diagnostic Services

**a.** X-rays and Other Radiology. Some examples of other radiology include:

- Nuclear medicine
- Ultrasound

   **b.** Laboratory Tests. Some examples of laboratory tests include:

- Urinalysis
- Blood tests
- Throat cultures

**c.** Diagnostic Testing. Tests to diagnose an Illness or Injury. Some examples of diagnostic testing include:

- Electroencephalograms (EEG)
- Electrocardiograms (EKG or ECG)

This Benefit does not include diagnostic services such as biopsies which are covered under the surgery Benefit.

## Durable Medical Equipment

The appropriate type of equipment used for therapeutic purposes **where the Member resides**. Durable medical equipment, which requires a written prescription, must also be:

1. able to withstand repeated use (consumables are not covered);
2. primarily used to serve a medical purpose rather than for comfort or convenience; and
3. generally not useful to a person who is not ill or injured.

The Plan will not pay for the following items:

1. exercise equipment;
2. car lifts or stair lifts;
3. biofeedback equipment;
4. self-help devices which are not medical in nature, regardless of the relief they may provide for a medical condition;
5. air conditioners and air purifiers;
6. whirlpool baths, hot tubs, or saunas;
7. waterbeds;
8. other equipment which is not always used for healing or curing;
9. Deluxe equipment. The Plan has the right to decide when deluxe equipment is required. However, upon such decision, payment for deluxe equipment will be based on the Allowable Fee for standard equipment.
10. computer-assisted communication devices;
11. durable medical equipment required primarily for use in athletic activities;
12. replacement of lost or stolen durable medical equipment;
13. repair to rental equipment; and
14. duplicate equipment purchased primarily for Member convenience when the need for duplicate equipment is no medical in nature.

## Education Services

Education services, other than diabetic education, that are related to a medical condition.

## Emergency Room Care

1. Emergency room care for an accidental Injury.
2. Emergency room care for Emergency Services.

## Home Health Care

The following services, when prescribed and supervised by the Member's attending Physician provided in the Member's home by a licensed Home Health Agency and which are part of the Member's treatment plan:

1. Nursing services.
2. Home Health Aide services.

3.  Hospice services.
4.  Physical Therapy.
5.  Occupational Therapy.
6.  Speech Therapy.
7.  Medical social worker.
8.  Medical supplies and equipment suitable for use in the home.
9.  Medically Necessary personal hygiene, grooming and dietary assistance.

The Plan will not pay for:

1.  Maintenance or custodial care visits.
2.  Domestic or housekeeping services.
3.  "Meals-on-Wheels" or similar food arrangements.
4.  Visits, services, medical equipment, or supplies not approved or included as part of the Member's treatment plan.
5.  Services for the treatment of Mental Illness.
6.  Services provided in a nursing home or skilled nursing facility.

Preauthorization is required for home health care.  Please refer to the section entitled Preauthorization.

**The Schedule of Benefits describes payment limitations for these services.**

## Home Infusion Therapy Services

The preparation, administration, or furnishing of parenteral medications, or parenteral or enteral nutritional services to a Member by a Home Infusion Therapy Agency, including:

1.  Education for the Member, the Member's caregiver, or a Family Member.
2.  Pharmacy.
3.  Supplies.
4.  Equipment.
5.  Skilled nursing services when billed by a Home Infusion Therapy Agency.

Home infusion therapy services must be ordered by a Physician and provided by a licensed Home Infusion Therapy Agency. A licensed Hospital, which provides home infusion therapy services, must have a Home Infusion Therapy Agency license or an endorsement to its Hospital facility license for home infusion therapy services.

Preauthorization is required for home infusion therapy services.  Please refer to the section entitled Preauthorization.

## Hospice Care

A coordinated program of home care and Inpatient Care that provides or coordinates palliative and supportive care to meet the needs of a terminally ill Member and the Member's Immediate Family. Benefits include:

1.  Inpatient and Outpatient care;
2.  Home care;
3.  Nursing services - skilled and non-skilled;
4.  Counseling and other support services provided to meet the physical, psychological, spiritual and social needs of the terminally ill Member; and
5.  Instructions for care of the Member, counseling and other support services for the Member's Immediate Family.

Preauthorization is required for hospice care.  Please refer to the section entitled Preauthorization.

## Hospital Services - Facility and Professional

### Inpatient Care Services Billed by a Facility Provider

1.  Room and Board Accommodations

    a.  Room and board, which includes special diets and nursing services.

    b. Intensive care and cardiac care units which include special equipment and concentrated nursing services provided by nurses who are Hospital employees.

2. Miscellaneous Hospital Services

   a. Laboratory procedures.
   b. Operating room, delivery room, recovery room.
   c. Anesthetic supplies.
   d. Surgical supplies.
   e. Oxygen and use of equipment for its administration.
   f. X-ray.
   g. Intravenous injections and setups for intravenous solutions.
   h. Special diets when Medically Necessary.
   i. Respiratory therapy, chemotherapy, radiation therapy, dialysis therapy.
   j. Physical Therapy, Speech Therapy and Occupational Therapy.
   k. Drugs and medicines which:

      1. Are approved for use in humans by the U.S. Food and Drug Administration; and
      2. Are listed in the American Medical Association Drug Evaluation, Physicians' Desk Reference, or Drug Facts and Comparisons; and
      3. Require a Physician's written prescription.

   Drugs and medicines which are used in off-label situations may be reviewed for Medical Necessity.

Preauthorization is required for Inpatient care. Please refer to the section entitled Preauthorization.

Inpatient Care services are subject to the following conditions:

1. Days of care

   a. The number of days of Inpatient Care provided is 365 days.
   b. In computing the number of Inpatient Care days available, days will be counted according to the standard midnight census procedure used in most Hospitals. The day a Member is admitted to a Hospital is counted, but the day a Member is discharged is not. If a Member is discharged on the day of admission, one day is counted.
   c. The day a Member enters a Hospital is the day of admission. The day a Member leaves a Hospital is the day of discharge.

2. The Member will be responsible to the Hospital for payment of its charges if the Member remains as an Inpatient Member when Inpatient Care is not Medically Necessary. No Benefits will be provided for a bed "reserved" for a Member. No Benefits will be paid for Inpatient Care provided primarily for diagnostic or therapy services.

3. Preauthorization is required for Inpatient Care. Please refer to the section entitled Preauthorization.

**Inpatient Care Medical Services Billed by a Professional Provider**

Nonsurgical services by a Covered Provider, Concurrent Care and Consultation Services.

Medical services do not include surgical or maternity services. Inpatient Care medical services are covered only if the Member is eligible for Benefits under the Hospital Services, Inpatient Care Services section for the admission.

Medical care visits are limited to one visit per day per Covered Provider unless a Member's condition requires a Physician's constant attendance and treatment for a prolonged period of time.

**Observation Beds/Rooms**

Payment will be made for observation beds when Medically Necessary.

**Outpatient Hospital Services**

Use of the Hospital's facilities and equipment for surgery, respiratory therapy, chemotherapy, radiation therapy and dialysis therapy.

s

## Inborn Errors of Metabolism

Treatment under the supervision of a Physician of inborn errors of metabolism that involve amino acid, carbohydrate and fat metabolism and for which medically standard methods of diagnosis, treatment and monitoring exist. Benefits include expenses of diagnosing, monitoring, and controlling the disorders by nutritional and medical assessment, including but not limited to clinical services, biochemical analysis, medical supplies, prescription drugs, corrective lenses for conditions related to the inborn error of metabolism, nutritional management, and Medical Foods used in treatment to compensate for the metabolic abnormality and to maintain adequate nutritional status.

## Infertility - Diagnosis and Treatment

The Plan will pay for:

The diagnosis and treatment of infertility, including:

- Medically Necessary evaluation to determine cause of infertility
- Artificial insemination (AI) or intrauterine insemination (IUI)
- Medically Necessary Reproductive procedures not related to in vitro fertilization.

The Plan will not pay for:

g

1. Prescription drugs used to treat infertility.
2. Services, supplies, drugs and devices related to in vitro fertilization.

## Mammograms (Routine and Medical)

Mammography examinations.

The minimum mammography examination recommendations are:

1. One baseline mammogram for women ages 35 through 39.
2. One mammogram every two years for women ages 40 through 49, or more frequently as recommended by a Physician.
3. One mammogram every year for women age 50 or older.

## Maternity Services - Professional and Facility Covered Providers

1. Prenatal and postpartum care.
2. Delivery of one or more newborns.
3. Hospital Inpatient Care for conditions related directly to pregnancy. Inpatient Care following delivery will be covered for whatever length of time is necessary and will be at least 48 hours following a vaginal delivery and at least 96 hours following a delivery by cesarean section. The decision to shorten the length of stay of Inpatient Care to less than that stated in the preceding sentence must be made by the attending health care provider and the mother.

   Under Federal law, Benefits may not be restricted for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, under Federal law, Covered Providers may not be required to obtain Preauthorization from The Plan for prescribing a length of stay not in excess of 48 hours (or 96 hours).
4. Payment for any maternity services by the professional provider is limited to the Allowable Fee for total maternity care, which includes delivery, prenatal and postpartum care.

Please refer also to the Newborn Initial Care section.

## Medical Supplies

The following supplies for use outside of a Hospital:

1. Supplies for insulin pumps, syringes and related supplies for conditions such as diabetes.

2. Injection aids, visual reading and urine test strips, glucagon emergency kits for treatment of diabetes. One insulin pump for each warranty period is covered under the Durable Medical Equipment Benefit.
3. Sterile dressings for conditions such as cancer or burns.
4. Catheters.
5. Splints.
6. Colostomy bags and related supplies.
7. Supplies for renal dialysis equipment or machines.

Medical supplies are covered only when:

1. Medically Necessary to treat a condition for which Benefits are payable.
2. Prescribed by a Covered Provider.

## Mental Health

Benefits provided for mental health are for the treatment of Mental Illness and Severe Mental Illness as defined in the section entitled "Definitions."

Benefits include but are not limited to, Inpatient Care services, Outpatient services, rehabilitation services and medication for the treatment of Mental Illness or Severe Mental Illness.

Payment for mental health Benefits will be made as for any other illness.

### Outpatient Services

Care and treatment of Mental Illness or Severe Mental Illness if the Member is not an Inpatient Member and is provided by:

1. a Hospital;
2. a Physician or prescribed by a Physician;
3. a Mental Health Treatment Center;
4. a Chemical Dependency Treatment Center;
5. a psychologist;
6. a licensed social worker;
7. a licensed professional counselor;
8. a licensed addiction counselor; or
9. a licensed psychiatrist.
10. a licensed Advanced Practice Registered Nurse with a specialty in mental health.
11. a licensed Advanced Practice Registered Nurse with prescriptive authority and specializing in mental health.

Outpatient Benefits are subject to the following conditions:

1. the services must be provided to diagnose and treat recognized Mental Illness or Severe Mental Illness; and
2. the treatment must be reasonably expected to improve or restore the level of functioning that has been affected by Mental Illness or Severe Mental Illness.

The Plan will not pay for hypnotherapy or for services given by a staff member of a school or halfway house.

### Inpatient Services

Care and treatment of Mental Illness or Severe Mental Illness, while the Member is an Inpatient Member, and which are provided in or by:

1. a Hospital;
2. a Freestanding Inpatient Facility; or
3. a Physician.

Medically monitored and medically managed intensive Inpatient Care services and clinically managed high-intensity residential services provided at a Residential Treatment Center are Benefits of this Contract.

Preauthorization is required for Inpatient Care services and Residential Treatment Center services. Please refer to the section entitled Preauthorization.

**Partial Hospitalization**

Care and treatment of Mental Illness or Severe Mental Illness, while the Partial Hospitalization services are provided by:

1. a Hospital;
2. a Freestanding Inpatient Facility; or
3. a Physician.

Preauthorization is required for Partial Hospitalization. Please refer to the section entitled Preauthorization.

## Naturopathy

Services provided by a licensed naturopathic provider are covered if such services are a Benefit of this Contract.

## Newborn Initial Care

1. The initial care of a newborn at birth provided by a Physician.
2. Nursery Care - Hospital nursery care of newborn infants.

## Office Visits

Covered services provided in a Covered Provider's office during a Professional Call and covered services provided in the home by a Covered Provider. Visits are limited to one visit per day per provider.

## Oral Surgery

Benefits will be provided for the following:

- Excision or biopsy of tumors or cysts of the jaws, cheeks, lips, tongue, roof and floor of the mouth
- Excision of exostoses of the jaws and hard palate (provided that this procedure is not done in preparation for dentures or other prostheses)
- Treatment of fractures of facial bone
- External incision and drainage of cellulitis (not including treatment of dental abscesses)
- Incision of accessory sinuses, salivary glands or ducts
- Surgical removal of complete bony impacted teeth
- Reduction of dislocation of, or excision of, the temporomandibular joints.

## Orthopedic Devices/Orthotic Devices

A supportive device for the body or a part of the body, head, neck or extremities, including but not limited to, leg, back, arm and neck braces. In addition, when Medically Necessary, Benefits will be provided for adjustments, repairs or replacement of the device because of a change in the Member's physical condition.

The Plan will not pay for foot orthotics defined as any in-shoe device designed to support the structural components of the foot during weight-bearing activities

## Pediatric Vision Care

The following services only may be provided by a licensed ophthalmologist or optometrist operating within the scope of his or her license, or a dispensing optician to Members under 19 years of age:

1. One Routine vision exam per Benefit Period.
2. One pair of glasses (frames and lenses) or two boxes of contacts per Benefit Period.

The Plan will not pay for any vision service, treatment or materials not specifically listed above.

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 193 of 281

## Physician Medical Services

Medical services by a Covered Provider for:

1. Inpatient Hospital Physician visits.
2. Convalescent Home facility Physician visits.
3. Surgical facility Physician services.

The Plan will not pay for pre- or postsurgical visits that are considered to be Inclusive Services/Procedures are included in the payment for the surgery.

This Benefit does not include services provided in the home or the Covered Provider's office.

## Postmastectomy Care and Reconstructive Breast Surgery

### Postmastectomy Care

Inpatient Care for the period of time determined by The Plan in consultation with the Attending Physician, and the Member, to be Medically Necessary following a mastectomy.

### Reconstructive Breast Surgery

1. All stages of Reconstructive Breast Surgery after a mastectomy including, but not limited to:
   a. All stages of reconstruction of the breast on which a mastectomy has been performed.
   b. Surgery and reconstruction of the other breast to establish a symmetrical appearance.
   c. Chemotherapy.
   d. Prostheses and physical complications of all stages of a mastectomy and breast reconstruction, including lymphedemas.

   Coverage described in 1(a) through 1(d) will be provided in a manner determined in consultation with the Attending Physician and the patient.
2. Breast prostheses as the result of a mastectomy.

For specific Benefits related to postmastectomy care, refer to that specific Benefit, e.g., surgical services and Hospital services.

## Prescription Drugs

**Refer to the Prescription Drugs section in the Schedule of Benefits for specific information on the application of any Deductible, Copayment and/or Coinsurance.**

The Prescription Drugs Benefit is for Prescription Drug Products which are self-administered. This Benefit does not include medications which are administered by a Covered Provider. If a medication is administered by a Covered Provider, the claim will process under the Member's medical Benefits. **Please refer to the Preauthorization section for complete information about the medications that are subject to the Member's medical Benefits, the process for requesting Preauthorization for medications subject to the Member's medical Benefits, and related information.**

Subject to the terms, conditions, and limitations of this Contract, The Plan will pay for Prescription Drug Products, which:

1. Are approved for use in humans by the U.S. Food and Drug Administration; and
2. Require a Physician's written prescription; and
3. Are dispensed under federal or state law pursuant to a prescription order or refill.

Prescription Drug Products which are used in off-label situations may be reviewed for Medical Necessity.

Covered drugs are selected by The Plan based upon the recommendations of a committee, which is made up of current and previously practicing physicians and pharmacists from across the country, some of which are employed by or affiliated with Blue Cross and Blue Shield of Montana. The committee considers drugs regulated by the FDA for inclusion on the Drug List. Some of the factors committee members evaluate include each drug's safety, effectiveness, cost, and how it compares with drugs currently on the Drug List. The committee considers drugs that are newly approved by the FDA, as well as those that have been on the market for some time. Entire drug classes are also regularly reviewed. Changes to the Drug List can be made from time to time.

The Plan may offer multiple Drug Lists. By accessing www.bcbsmt.com or www.myprime.com or calling the Customer Service toll-free number on the Member's identification card, the Member or provider can determine the Drug List that applies to the Member's Plan and whether a particular drug is on the Drug List.

The Member, or the Member's prescribing health care provider, can ask for a Drug List exception if the Member's drug is not on the Drug List (also known as a formulary). To request this exception, the Member or the Member's prescriber, can call the number on the back of the Member's ID card to ask for a review. If the Member has a health condition that may jeopardize his/her life, health or keep the Member from regaining function, or the Member's current drug therapy uses a non-covered drug, the Member or the Member's prescriber, may be able to ask for an expedited review process. Blue Cross and Blue Shield of Montana will notify the Member or the Member's prescriber, of the coverage decision within 24 hours after they receive the request for an expedited review. If the coverage request is denied, Blue Cross and Blue Shield of Montana will let the Member and the Member's prescriber, know why it was denied and offer the Member a covered alternative drug (if applicable). If the Member's exception is denied, the Member may appeal the decision according to the appeals process the Member will receive with the denial determination. The Member should call the number on the back of the ID card if the Member has any questions.

**Covered Prescription Drug Products**

The following Prescription Drug Products, obtained from a Participating Pharmacy, either retail or mail order, or a retail nonparticipating pharmacy, are covered:

1. Legend drugs - drugs requiring written prescriptions and dispensed by a licensed pharmacist for treatment of an Illness or Injury.
2. One prescription oral agent for controlling blood sugar levels for each class of drug approved by the United States food and drug administration.
3. Insulin on prescription.
4. Disposable insulin needles/syringes.
5. Test strips.
6. Lancets.
7. Oral contraceptives, contraceptive devices, implantables or injections prescribed by a Physician.
8. Smoking cessation products and over-the-counter smoking cessation aids/medications with a written prescription, as required by the Affordable Care Act. Tobacco counseling is available under the Preventive Health Care Benefit.

**The Schedule of Benefits lists any Deductible, Copayment and/or Coinsurance that the Member is responsibility for and the payment limitations for these Prescription Drug Products.**

**Non-Covered Prescription Drug Products**

The Plan will not pay for:

1. Nonlegend drugs other than insulin.
2. Compounded medications.
3. Anabolic Steroids.
4. Any drug used for the purpose of weight loss.
5. Fluoride supplements, except as required by the Affordable Care Act for children under age 6.
6. Drugs which are not approved by the FDA for a particular use or purpose or when used for a purpose other than the purpose for which the FDA approval is given, except as required by law or regulation. Prescription Drug Products which are used in off-label situations may be reviewed for Medical Necessity.

7. Over-the-counter drugs that do not require a prescription, except over-the-counter smoking cessation aids with a written prescription.
8. Prescription Drug Products for which there is an exact over-the-counter equivalent.
9. Prescription Drug Products for cosmetic purposes, including the treatment of alopecia (hair loss) (e.g., Minoxidil, Rogaine).
10. Therapeutic devices or appliances, including needles, syringes, support garments and other non-medicinal substances, regardless of intended use, except those otherwise covered under this section.
11. Prescription Drug Products used for erectile dysfunction.
12. Prescription Drug Products used for the treatment of infertility.
13. Insulin pumps and glucose meters. Insulin pumps and glucose meters are covered under the Durable Medical Equipment Benefit. Insulin pump supplies are covered under the Medical Supplies Benefit.
14. Drugs or items labeled "Caution - limited by federal law to investigational use," or experimental drugs, even though the Member is charged for the item.
15. Biological sera, blood, or blood plasma.
16. Prescription Drug Products which are to be taken by or administered to the Member, in whole or in part, while the Member is a patient in a licensed Hospital, rest home, sanitarium, extended care facility, convalescent hospital, nursing home, or similar institution which operates or allows to be operated on its premises, a facility for dispensing pharmaceuticals. Medication in these situations is part of the facility's charge.
17. Any Prescription Drug Product refilled in excess of the number specified by the Physician, or any refill dispensed after one year from the Physician's original order.
18. Replacement prescription drugs or Prescription Drug Products due to loss, theft or spoilage.
19. Prescription Drug Products obtained from a pharmacy located outside the United States for consumption within the United States.
20. Prescription Drug Products provided by a mail-order pharmacy that is not approved by The Plan.
21. Repackaged medications.
22. Non-sedating antihistamines.
23. Brand-Name Proton Pump Inhibitors (PPIs).
24. Prescription Drug Products determined by The Plan to have inferior efficacy or significant safety issues.

**Controlled Substances Limitation**

If The Plan determines that a Member may be receiving quantities of controlled substance medications not supported by FDA approved dosages or recognized treatment guidelines, any Benefits for additional drugs may be subject to a review for Medical Necessity, appropriateness and other restrictions.

**Purchase and Payment of Prescription Drug Products**

Prescription Drug Products may be obtained using an outpatient retail pharmacy or a mail-order pharmacy approved by The Plan. To use a mail-order pharmacy, the Member must send an order form with the prescription to the address listed on the mail-order service form and pay any required Deductible, Copayment and/or Coinsurance. In addition to any Deductible, Copayment and/or Coinsurance, if the Member chooses a Brand-Name drug for which a Generic substitute is available, the Member is required to pay the difference between the cost of the Brand-Name drug and the Generic equivalent. The address of each mail order pharmacy approved by The Plan is listed on the inside cover of this Contract.

If drugs or Prescription Drug Products are purchased at a Value Participating Pharmacy, a Participating Pharmacy or a mail order pharmacy approved by The Plan, and the Member presents the Member's ID card at the time of purchase, the Member must pay any required Deductible, Copayment and/or Coinsurance. In addition to any Deductible, Copayment and/or Coinsurance, if the Member chooses a Brand-Name drug for which a Generic substitute is available, the Member is required to pay the difference between the cost of the Brand-Name drug and the Generic equivalent. The Member will only be required to pay the appropriate Deductible, Copayment and/or Coinsurance and the difference between the cost of the Brand-Name drug and the Generic equivalent if the amount can be determined by the pharmacy at the time of purchase.

Exceptions to this provision may be allowed for certain preventive medications (including prescription contraceptive medications) if the Member's health care Provider submits a request to The Plan indicating that the Generic drug

would be medically inappropriate, along with supporting documentation. If The Plan grants the exception request, any difference between the cost of the Brand-Name drug and the Generic equivalent will be waived.

If the Member uses a Participating Pharmacy to fill a prescription, but elects to submit the claim directly to the Plan's Pharmacy Benefit Manager, instead of having the Participating Pharmacy submit the claim, the Member will be reimbursed for the prescription drug based on the amount that would have been paid to the Participating Pharmacy, less any Deductible, Copayment and/or Coinsurance.

If drugs or Prescription Drug Products are purchased at a nonparticipating outpatient pharmacy, the Member must pay for the prescription at the time of dispensing and then file a prescription drug claim form with The Plan's Pharmacy Benefit Manager for reimbursement. The Member will be reimbursed for the prescription drug at 50% of the amount that would have been paid to a Participating Pharmacy, less any Deductible, Copayment and/or Coinsurance and any additional charge for the difference between the cost of the Brand-Name drug and the Generic equivalent.

**Prescription Drug Products Subject to Preauthorization, Step Therapy or Quantity Limits**

1. Prescription Drug Products subject to Preauthorization require prior approval from The Plan's Pharmacy Benefit Manager before they can qualify for coverage under The Plan. If the Member does not obtain Preauthorization before a Prescription Drug Product is dispensed, the Member may pay for the prescription and then pursue authorization of the drug from The Plan's Pharmacy Benefit Manager. If the authorization is approved by The Plan's Pharmacy Benefit Manager, the Member should then submit a claim for the prescription drug on a prescription claim form to The Plan's Pharmacy Benefit Manager for reimbursement.
2. Preauthorization does not guarantee payment of the Prescription Drug Product by The Plan. Even if the prescription drug has been preauthorized, coverage or payment can be affected for a variety of reasons. For example, the Member may have become ineligible as of the date the drug is dispensed or the Member's Benefits may have changed as of the date the drug is dispensed.
3. A step therapy program is designed to help the Member use the lowest cost product(s) within a drug class. Drugs subject to step therapy are widely considered equivalent to other products within the class by both physicians and pharmacists. In order to obtain a medication within a step therapy program, the member must fail a first line drug. In general, first line products are usually generic medications. In some cases, a pharmacy policy will allow the step therapy to be waived. The pharmacy policies are located on The Plan website at www.bcbsmt.com.
4. A quantity limit is a limitation on the number or amount of a Prescription Drug Product covered within a certain time period. Quantity limits are established to ensure that prescribed quantities are consistent with clinical dosing guidelines, to control for billing errors by pharmacies, to encourage dose consolidation, appropriate utilization, and to avoid misuse/abuse of the medication. A prescription written for a quantity in excess of the established limit will require a Preauthorization before Benefits are available.

**Certain Prescription Drug Products, such as those used to treat rheumatoid arthritis, growth hormone deficiency, hepatitis C, or more serious forms of anemia, hypertension, and epilepsy, are subject to Preauthorization, step therapy, or quantity limits. The Prescription Drug Products included in the prescription drug program are subject to change, and medications for other conditions may be added to the program.**

**If the Member's provider is prescribing a Prescription Drug Product subject to Preauthorization, step therapy, or quantity limits, the provider should fax the request for Preauthorization to The Plan's Pharmacy Benefit Administrator at the fax number listed on the inside cover of this Contract. The Member and provider will be notified of The Plan's Pharmacy Benefit Administrator's determination.**

**In making determinations of coverage, The Plan's Pharmacy Benefit Administrator may rely upon pharmacy policies developed through consideration of peer reviewed medical literature, FDA approvals, accepted standards of medical practice in Montana, Pharmacy Benefit Manager evaluations, medical necessity, and Medical Policies. The pharmacy policies and Medical Policies are located on The Plan website at www.bcbsmt.com.**

**To find out more about Preauthorization/step therapy/quantity limits or to determine which Prescription Drug Products are subject to Preauthorization, step therapy or quantity limits, the Member or provider should refer to the Drug List which applies to the Member's Plan at www.bcbsmt.com or www.myprime.com or call the Customer Service toll-free number identified on the Member's identification card.**

**Specialty Medications**

1. Specialty Medications are generally prescribed for individuals with complex or ongoing medical conditions such as multiple sclerosis, hemophilia, hepatitis C and rheumatoid arthritis. These high cost medications also have one or more of the following characteristics:
   a. Injected or infused, but some may be taken by mouth
   b. Unique storage or shipment requirements
   c. Additional education and support required from a health care professional
   d. Usually not stocked at retail pharmacies
2. For the highest level of Benefits, Specialty Medications must be acquired through The Plan's contracted Specialty Pharmacy listed on the inside cover of this Contract. A list of covered Specialty Medications may be found on The Plan website at www.bcbsmt.com. Registration and other applicable forms are also located on the website.

## Preventive Health Care

Covered preventive services include, but are not limited to:

1. Services that have an "A" or "B" rating in the United States Preventive Services Task Force's current recommendations (additional information is provided by accessing http://www.uspreventiveservicestaskforce.org/uspstf/uspsabrecs.htm); and
2. Immunizations recommended by the Advisory Committee of Immunizations Practices of the Centers for Disease Control and Prevention; and
3. Health Resources and Services Administration (HRSA) Guidelines for Preventive Care & Screenings for Infants, Children, Adolescents and Women;

   In addition to the screening services recommended under the HRSA Guidelines, the following services are included:

   a. Lactation Services

      Comprehensive lactation support and counseling, by a trained provider during pregnancy and/or in the postpartum period. In addition, Benefits are provided for the purchase of manual or electric breast pumps or the rental of Hospital-grade pumps. The purchase of electric breast pumps is limited to two electric breast pumps per Benefit Period. Payment will be made according to the Preventive Health Care Benefit on the Schedule of Benefits.

   b. Contraceptives

      Food and Drug Administration approved contraceptive methods, including certain contraceptive products, sterilization procedures for women, and patient education and counseling for all women with reproductive capacity. For additional information, access www.bcbsmt.com and click on the Members tab and select Pharmacy; and
4. Current recommendations of the United States Preventive Service Task Force regarding breast cancer screening, mammography, and prevention issued prior to or after November 2009.

Examples of Preventive Health Care services include, but are not limited to, physical examinations, colonoscopies, immunizations and vaccinations.

For more detailed information on all covered services, contact Customer Service or access www.bcbsmt.com.

## Prostheses

The appropriate devices used to replace a body part missing because of an Accident, Injury, or Illness.

When placement of a prosthesis is part of a surgical procedure, it will be paid under Surgical Services.

Payment for deluxe prosthetics will be based on the Allowable Fee for a standard prosthesis.

The Plan will not pay for the following items:

1. computer-assisted communication devices;
2. replacement of lost or stolen prosthesis.

Note: The prosthesis will not be considered a replacement if the prosthesis no longer meets the medical needs of the Member due to physical changes or a deteriorating medical condition.

## Radiation Therapy

The use of x-ray, radium, or radioactive isotopes ordered by the attending Physician and performed by a Covered Provider for the treatment of disease.

## Rehabilitation – Facility and Professional

Rehabilitation Therapy and other covered services, as outlined in this Rehabilitation section, billed by a Rehabilitation Facility provider or a Professional Provider for services provided to a Member.

The Plan will not pay when the primary reason for Rehabilitation is any one of the following:

1. Custodial Care;
2. Diagnostic admissions;
3. Maintenance, nonmedical self-help, or vocational educational therapy;
4. Social or cultural rehabilitation;
5. Learning and developmental disabilities; and
6. Visual, speech, or auditory disorders because of learning and developmental disabilities or psychoneurotic and psychotic conditions.

Benefits will not be provided under this Rehabilitation section for treatment of Chemical Dependency or Mental Illness as defined in the Chemical Dependency and Mental Illness sections.

Benefits will be provided for services, supplies and other items that are within the scope of the Rehabilitation benefit described in this Rehabilitation section only as provided in and subject to the terms, conditions and limitations applicable to this Rehabilitation benefit section and other applicable terms, conditions and limitations of this Contract. Other Benefit sections of this Contract, such as but not limited to Hospital Services, do not include Benefits for any services, supplies or items that are within the scope of the Rehabilitation benefit as outlined in this section.

**Rehabilitation Facility Inpatient Care Services Billed by a Facility Provider**

1. Room and Board Accommodations
   a. Room and Board, which includes but is not limited to dietary and general, medical and rehabilitation nursing services.
2. Miscellaneous Rehabilitation Facility Services (whether or not such services are Rehabilitation Therapy or are general, medical or other services provided by the Rehabilitation Facility during the Member's admission), including but not limited to:
   a. Rehabilitation Therapy services and supplies, including but not limited to Physical Therapy, Occupational Therapy and Speech Therapy.
   b. Laboratory procedures.
   c. Diagnostic testing.
   d. Pulmonary services and supplies, including but not limited to oxygen and use of equipment for its administration.
   e. X-rays and other radiology.
   f. Intravenous injections and setups for intravenous solutions.
   g. Special diets when Medically Necessary.
   h. Operating room, recovery room.
   i. Anesthetic and surgical supplies.

PET EXHIBIT 2-179

    j. Drugs and medicines which:

1. Are approved for use in humans by the U.S. Food and Drug Administration; and
2. Are listed in the American Medical Association Drug Evaluation, Physicians' Desk Reference, or Drug Facts and Comparisons; and
3. Require a Physician's written prescription.

Drugs and medicines which are used in off-label situations may be reviewed for Medical Necessity.

3. Rehabilitation Facility Inpatient Care Services do not include services, supplies or items for any period during which the Member is absent from the Rehabilitation Facility for purposes not related to rehabilitation, including but not limited to intervening inpatient admissions to an acute care Hospital.

Preauthorization is required for Rehabilitation Facility Inpatient Care. Please refer to the section entitled Preauthorization.

Rehabilitation Facility Inpatient Care is subject to the following conditions:

1. The Member will be responsible to the Rehabilitation Facility for payment of the Facility's charges if the Member remains as an Inpatient Member when Rehabilitation Facility Inpatient Care is not Medically Necessary. No Benefits will be provided for a bed "reserved" for a Member.

2. The term "Rehabilitation Facility" does not include:

a. A Hospital when a Member is admitted to a general medical, surgical or specialty floor or unit (other than a rehabilitation unit) for acute Hospital care, even though rehabilitation services are or may be provided as a part of acute care.
b. A nursing home;
c. A rest home;
d. Hospice;
e. A skilled nursing facility;
f. A Convalescent Home;
g. A place for care and treatment of Chemical Dependency;
h. A place for treatment of Mental Illness;
i. A long-term, chronic-care institution or facility providing the type of care listed above.

**Rehabilitation Facility Inpatient Care Services Billed by a Professional Provider**

All Professional services provided by a Covered Provider who is a physiatrist or other Physician directing the Member's Rehabilitation Therapy. Such professional services include care planning and review, patient visits and examinations, consultation with other physicians, nurses or staff, and all other professional services provided with respect to the Member. Professional services provided by other Covered Providers (i.e., who are not the Physician directing the Member's Rehabilitation Therapy) are not included in the rehabilitation Benefit, but are included to the extent provided in and subject to the terms, conditions and limitations of other contract benefits (e.g., Physician Medical Services).

**Outpatient Rehabilitation**

Rehabilitation Therapy provided on an outpatient basis by a facility or professional provider.

## Surgical Services

### Surgical Services Billed by a Professional Provider

Services by a professional provider for surgical procedures and the care of fractures and dislocations performed in an Outpatient or inpatient setting, including the usual care before and after surgery. The charge for a surgical suite outside of the Hospital is included in the Allowable Fee for the surgery.

### Surgical Services Billed by an Outpatient Surgical Facility or Freestanding Surgery Centers

Services of a surgical facility or a freestanding surgery center licensed, or certified for Medicare, by the state in which it is located and have an effective peer review program to assure quality and appropriate patient care. The surgical

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 200 of 281

procedure performed in a surgical facility or a freestanding surgery center is recognized as a procedure which can be safely and effectively performed in an Outpatient setting.

The Plan will pay for a Recovery Care Bed when Medically Necessary and provided for less than 24 hours. Payment will not exceed the semiprivate room rate that would be billed for an inpatient stay.

**Surgical Services Billed by a Hospital (Inpatient and Outpatient)**

Services of a Hospital for surgical procedures and the care of fractures and dislocations performed in an Outpatient or inpatient setting, including the usual care before and after surgery.

## Telemedicine

Benefits for services provided by Telemedicine when such services are Medically Necessary Covered Medical Expenses provided by a Covered Provider.

## Therapies for Down Syndrome

Benefits will be provided for the diagnosis and treatment of Down syndrome for a covered child under 19 years of age. Covered services include:

- Medically Necessary Habilitative Care or Rehabilitative Care that is prescribed, provided, or ordered by a licensed Physician, including but not limited to professional, counseling, and guidance services and treatment programs. Habilitative Care and Rehabilitative Care includes Medically Necessary interactive therapies derived from evidence-based research, including intensive intervention programs and early intensive behavioral intervention.
- Medically Necessary therapeutic care that is provided by a licensed speech-language pathologist a physical therapist or an occupational therapist;

When treatment is expected to require extended services, Blue Cross and Blue Shield of Montana may request that the treating Physician provide a treatment plan based on evidence-based screening criteria. The treatment plan will consist of the diagnosis, proposed treatment by type and frequency, the anticipated duration of treatment, the anticipated outcomes stated as goals, and the reasons the treatment is Medically Necessary. Blue Cross and Blue Shield of Montana may request that the treatment plan be updated every 6 months.

## Therapies - Outpatient

Services provided for Physical Therapy, Speech Therapy, cardiac therapy and Occupational Therapy, not including Rehabilitation Therapy.

## Transplants

For certain transplants, Blue Cross and Blue Shield of Montana contracts with a number of Centers of Excellence that provide transplant services. Blue Cross and Blue Shield of Montana highly recommends use of the Centers of Excellence because of the quality of the outcomes at these facilities. Members being considered for a transplant procedure are encouraged to contact Blue Cross and Blue Shield of Montana Customer Service to discuss the possible benefits of utilizing the Centers of Excellence.

Transplant services include:

1. Organ procurement including transportation of the surgical/harvesting team, surgical removal of the donor organ, evaluation of the donor organ and transportation of the donor or donor organ to the location of the transplant operation.
2. Donor services including the pre-operative services, transplant related diagnostic lab and x-ray services, and the transplant surgery hospitalization. Transplant related services are covered for up to six months after the transplant.
3. Hospital Inpatient Care services.
4. Surgical services.
5. Anesthesia.
6. Professional provider and diagnostic Outpatient services.

PET EXHIBIT 2-181

7. Licensed ambulance travel or commercial air travel for the Member receiving the treatment to the nearest Hospital with appropriate facilities.

Payment by The Plan is subject to the following conditions:

1. When both the transplant recipient and donor are members, both will receive Benefits.
2. When the transplant recipient is a Member and the donor is not, both will receive Benefits to the extent that benefits for the donor are not provided under other hospitalization coverage.
3. When the transplant recipient is not a Member and the donor is, the donor will receive Benefits to the extent tha benefits are not provided to the donor by hospitalization coverage of the recipient.

The Plan will not pay for:

1. Experimental/Investigational/Unproven procedures.
2. Transplants of a nonhuman organ or artificial organ implant.
3. Donor searches.

Preauthorization is required for Transplants. Please refer to the section entitled Preauthorization.

### Well-Child Care

Well-child care provided by a Physician or a health care professional supervised by a Physician.

Benefits shall include coverage for:

1. Histories;
2. Physical examinations;
3. Developmental assessments;
4. Anticipatory guidance;
5. Laboratory tests;
6. Routine immunizations.

## EXCLUSIONS AND LIMITATIONS

All Benefits provided under this Contract are subject to the Exclusions and limitations in this section and as stated under the Benefit section. **The Plan will not pay for:**

1. All services, supplies, drugs and devices which are provided to treat any Illness or Injury arising out of employment when the Member's employer has elected or is required by law to obtain coverage for Illness or Injury under state or federal Workers' Compensation laws, occupational disease laws, or similar legislation, including employees' compensation or liability laws of the United States. This Exclusion applies to all services and supplies provided to treat such Illness or Injury even though:
    a. Coverage under the government legislation provides benefits for only a portion of the services incurred.
    b. The employer has failed to obtain such coverage required by law.
    c. The Member waives his or her rights to such coverage or benefits.
    d. The Member fails to file a claim within the filing period allowed by law for such benefits.
    e. The Member fails to comply with any other provision of the law to obtain such coverage or benefits.
    f. The Member was permitted to elect not to be covered by the Workers' Compensation Act but failed to properly make such election effective.

    This Exclusion will not apply if the Member is permitted by statute not to be covered and the Member elects not to be covered by the Workers' Compensation Act, occupational disease laws, or liability laws.

    This Exclusion will not apply if the Member's employer was not required and did not elect to be covered under any Workers' Compensation, occupational disease laws or employer's liability acts of any state, country, or the United States.

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 202 of 281

2. Services, supplies, drugs and devices which the Member is entitled to receive or does receive from TRICARE, the Veteran's Administration (VA), and Indian Health Services but not Medicaid. This Exclusion is not intended to exclude Covered Medical Expenses from coverage if a Member is a resident of a Montana State institution when Benefits are provided.

   **Note:** Under some circumstances, the law allows certain governmental agencies to recover for services rendered to the Member. When such a circumstance occurs, the Member will receive an explanation of benefits.

3. Services, supplies, drugs and devices to treat any Injury or Illness resulting from war, declared or undeclared, insurrection, rebellion, or armed invasion.

4. Any loss for which a contributing cause was commission by the Member of a felony, or attempt to commit a felony. This exclusion does not apply if the loss is related to being a victim of domestic violence or if the commission of the felony is related to a preexisting medical condition.

5. Services for which a Member is not legally required to pay or charges that are made only because Benefits are available under this Contract.

6. Services, supplies, drugs and devices provided to the Member before the Member's Effective Date or after the Member's coverage terminates.

7. Nonsurgical treatment for malocclusion of the jaw, including services for temporomandibular joint dysfunction, anterior or internal dislocations, derangements and myofascial pain syndrome, orthodontics (dentofacial orthopedics), or related appliances.

8. Orthodontics.

9. All dental services, including but not limited to ridge augmentation and vestibuloplasty, whether performed by Physicians, dentists, oral surgeons and/or any other provider, except for services provided as the result of a Dental Accident.

10. Vision services, including but not limited to prescription, fitting or provision of eyeglasses or contact lenses and Lasik Surgery, except for services covered under the Pediatric Vision Care Benefit. In addition, vision services may be covered for specific conditions in Medical Policy.

11. Hearing aids, except that Medically Necessary cochlear implants may be covered per Medical Policy.

12. Cosmetic services except when provided to correct a condition resulting from an Accident, a condition resulting from an Injury or to treat a congenital anomaly, as applicable in Medical Policy.

13. For travel by a Member or provider.

14. Any service or procedure which is determined by The Plan to be an Inclusive Service/Procedure.

15. Any services, supplies, drugs and devices which are:

    a. Experimental/Investigational/Unproven services, except for any services, supplies, drugs and devices which are Routine Patient Costs incurred in connection with an Approved Clinical Trial.
    b. Not accepted standard medical practice. The Plan may consult with physicians or national medical specialty organizations for advice in determining whether the service or supply is accepted medical practice.
    c. Not a Covered Medical Expense.
    d. Not Medically Necessary.
    e. Not covered under applicable Medical Policy.

16. Any services, supplies, drugs and devices considered to be Experimental/Investigational/Unproven and which are provided during a Phase I or II clinical trial, or the experimental or research arm of a Phase III clinical trial, except for any services, supplies, drugs and devices which are Routine Patient Costs incurred in connection with an Approved Clinical Trial. This includes services, supplies, drugs and devices under study to determine the maximum tolerated dosage(s), toxicity, safety, efficacy or efficacy as compared with standard treatment, or for the diagnosis of the condition in question.

17. Transplants of a nonhuman organ or artificial organ implant.

PET EXHIBIT 2-183

18. Private duty nursing.

19. Procedures, equipment, services, supplies, or charges for abortions for which Federal funding is prohibited. Federal funding is allowed for abortions in the case of rape or incest, or for a pregnancy which, as certified by a physician, places the woman in danger of death unless an abortion is performed.

20. Reversal of an elective sterilization.

21. Services, supplies, drugs and devices related to in vitro fertilization.

22. Routine foot care for Members without co-morbidities, except Routine foot care is covered if a Member has co-morbidities such as diabetes.

23. Treatment of flat foot conditions and the prescription of supportive devices for such conditions and the treatment of subluxations of the foot.

24. Foot orthotics.

25. Services, supplies, drugs and devices related to treatment for psychological or psychogenic sexual dysfunctions.

26. Services, supplies, drugs and devices relating to any of the following treatments or related procedures:

    a. Homeopathy.
    b. Hypnotherapy.
    c. Rolfing.
    d. Holistic medicine.
    e. Religious counseling.
    f. Self-help programs.

27. Services provided by a massage therapist.

28. Sanitarium care, custodial care, rest cures, or convalescent care to help the Member with daily living tasks. Examples include but are not limited to, help in:

    a. Walking.
    b. Getting in and out of bed.
    c. Bathing.
    d. Dressing.
    e. Feeding.
    f. Using the toilet.
    g. Preparing special diets.
    h. Supervision of medication which is usually self-administered and does not require the continuous attention of medical personnel.

    No payment will be made for admissions or parts of admissions to a Hospital, skilled nursing facility, or extended care facility for the types of care outlined in this exclusion.

29. Over-the-counter food supplements, formulas, and/or Medical Foods, regardless of how administered except when used for Inborn Errors of Metabolism.

30. Services, supplies, drugs and devices for the surgical treatment of any degree of obesity, whether provided for weight control or any medical condition.

31. Services, supplies, drugs and devices for weight reduction or weight control. This Exclusion does not include intensive behavioral dietary counseling when services are provided by a Physician, Physician Assistant or Nurse Practitioner.

32. Charges associated with health clubs, weight loss clubs or clinics.

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 204 of 281

33. Services, supplies, drugs and devices for the treatment of Illness, Injury and/or complications resulting from services that are not Covered Medical Expenses, except for any services, supplies, drugs and devices which are Routine Patient Costs incurred in connection with an Approved Clinical Trial.

34. Tutoring services.

35. Any services, supplies, drugs and devices not provided in or by a Covered Provider.

36. Services, supplies, drugs and devices primarily for personal comfort, hygiene, or convenience which are not primarily medical in nature.

37. Deluxe medical equipment including, but not limited to, durable medical equipment, prosthetics and communication devices except as included in the Durable Medical Equipment Benefit and the Prosthetic Benefit in the section entitled "Benefits."

38. All services, supplies, drugs and devices provided to treat any Illness or Injury arising out of employment as an athlete by or on a team or sports club engaged in any contact sport that includes significant physical contact between the athletes involved, including but not limited to football, hockey, roller derby, rugby, lacrosse, wrestling and boxing, where the Member's employer is not required by law to obtain coverage for Illness or Injury under state or federal workers' compensation, occupational disease or similar laws.

39. Applied Behavior Analysis (ABA) services, except as specifically included in this Contract under Autism Spectrum Disorders.

40. Services, supplies, drugs and devices provided outside of the United States, except if such services are provided as the result of an Emergency Medical Condition.

41. Services, supplies, drugs and devices which are not listed as a Benefit as described in this Contract.

## CLAIMS

### How to Obtain Payment for Covered Expenses for Benefits

1. If a Member obtains benefits from a Participating Provider, the Participating Provider will submit claims to The Plan for the Member. If a Member obtains benefits from a nonparticipating provider, the Member may be required to submit all claims to The Plan. All claims for services must be submitted on or before December 31 of the calendar year following the year in which services were received. All claims must provide enough information about the services for The Plan to determine whether or not they are a Covered Medical Expense. Submission of such information is required before payment will be made. In certain instances, Blue Cross and Blue Shield of Montana may require that additional documents or information including, but not limited to, accident reports, medical records, and information about other insurance coverage, claims, payments and settlements, be submitted within the timeframe requested for the additional documentation before payment will be made.

   However, claims for prescription drugs purchased from a nonparticipating pharmacy must be submitted within one year from the date of purchase.

2. If a Member purchases drugs or Prescription Drug Products at a Value Participating Pharmacy, a Participating Pharmacy or a mail order pharmacy approved by The Plan, and the ID card is presented at the time of purchase, the Member must pay for the Prescription Drug Product and the Participating Pharmacy will submit a claim for the cost of the covered prescription drug or Prescription Drug Product to The Plan's Pharmacy Benefit Manager. The cost of the covered drug or Prescription Drug Product will then accumulate to the Member's Deductible and Out-of-Pocket Amount. Once the Deductible, if applicable, is met, the Member will only be required to pay the appropriate Copayment and/or Coinsurance if the amount can be determined by the pharmacy at the time of purchase.

   If a Member purchases drugs or Prescription Drug Products at a nonparticipating pharmacy, the Member must pay for the prescription at the time of dispensing and then within one year of the date of purchase submit a claim for the prescription drug on a form to The Plan's Pharmacy Benefit Manager for reimbursement. The Member

will be reimbursed for the prescription drug at 50% of the amount that would have been paid to a Participating Pharmacy, less any Deductible, Copayment and/or Coinsurance.

3. Claims must be submitted to the address listed on the inside cover of this Contract.

## Prescription Drug Claims - Filling Prescriptions at a Retail Pharmacy

Outpatient prescription drugs are available through the Prime Therapeutics Prescription Drugs Benefit. Prime Therapeutics is the Pharmacy Benefit Manager.

1. Go to a Prime Therapeutics Value Participating Pharmacy or a Participating Pharmacy that accepts Member ID cards. To find out if a pharmacy takes part in the program, ask the pharmacist. To find a Prime Therapeutics Value Participating Pharmacy or a Participating Pharmacy nearest the Member, check the list on the website www.bcbsmt.com or call the pharmacy locator at the telephone number on the inside cover of this document.
2. Present the prescription and the Member's ID card to the pharmacist.
3. Make sure that the pharmacist has complete and correct information about the Member for whom the prescription is written, including sex and date of birth.
4. When the Member receives a prescription, he or she should sign the pharmacy log and pay his or her share of the cost.
5. If a Member purchases prescription drugs from a participating outpatient pharmacy or mail-service pharmacy approved by The Plan, the Member must pay for the Prescription Drug Product and the pharmacy will submit the prescription drug claims to Prime Therapeutics.
6. The Member must pay the difference between a Brand-Name drug and the Generic equivalent if the Member purchases a Brand-Name prescription drug when a Generic drug substitute is available.
7. The Plan makes use of a Drug List, which is a list of covered prescription drugs for dispensing to Members as appropriate.
8. For prescriptions filled at a pharmacy that is not part of the network, the Member will need to pay the pharmacist the entire cost of the prescription at the time the prescription is filled and dispensed and submit a paper claim to Prime Therapeutics for reimbursement. If a Member does not present his or her ID card at a Participating Pharmacy, a paper claim must be submitted by the Member to Prime Therapeutics for reimbursement. The Member will be reimbursed at 50% of the contracted rate minus Deductible, Copayment and/or Coinsurance, if applicable, in both situations. The Member will not receive the preferred pricing.
9. Prescriptions filled at Hospital pharmacies are not eligible for reimbursement unless they are listed as a network pharmacy.

Prime Therapeutics claim forms are available by calling The Plan at the telephone number on the inside cover of this document.

## Mail-Service Pharmacy

A convenient way to get maintenance prescriptions is through the mail. Maintenance prescriptions are those that the Member expects to continue using for an extended period of time and for which a prescription can be written for up to a 90-day supply. Coverage for costly prescriptions should be verified prior to ordering. Specific Benefits are outlined in the Prescription Drugs section in this document.

Ordering prescriptions through the mail service pharmacy is very easy. To obtain a mail service claim form, call The Plan at the telephone number on the inside cover of this document.

To order a prescription:

1. Complete all sections and sign the Mail-Service order form.
2. Enclose the following:
   a. the original prescription written for a 90-day supply;
   b. the Member's current pharmacy telephone number, prescription numbers to be transferred; and
   c. the Member's telephone number.
3. Mail the form to the mail service pharmacy at the address listed on the form.

## COORDINATION OF BENEFITS WITH OTHER INSURANCE

The Coordination of Benefits (COB) provision applies when a Member has health care coverage under more than one plan. "Plan" is defined below.

The order in which each plan will make payment for Covered Medical Expenses is governed by the order of benefit determination rules. The plan that pays first is called the primary plan. The primary plan must pay Covered Medical Expenses in accordance with its Contract terms without regard to the possibility that another plan may cover some expenses. The plan that pays after the primary plan is the secondary plan. The secondary plan may reduce payment for Covered Medical Expenses so that payment by all plans does not exceed 100% of the total allowable expense.

### Definitions

For the purpose of this section only, the following definitions apply:

**Plan**

Any of the following that provide benefits, or services, for medical or dental care or treatment include:

1. group and nongroup health insurance contracts;
2. health maintenance organization (HMO) contracts;
3. Closed Panel Plans or other forms of group or group type coverage (whether insured or uninsured);
4. medical care components of long-term care contracts, such as skilled nursing care; and
5. Medicare or any other federal governmental plan, as permitted by law.

The term plan does not include:

1. excepted benefits pursuant to 33-22-140(8)(a), (b), (c), (d), (e), (f), (g), (h), (j), and (k), MCA;
2. school accident type coverage;
3. benefits for non-medical components of long-term care policies; or
4. a governmental plan, which, by law, provides benefits that are in excess of those of any private insurance plan or other nongovernmental plan.

Each contract for coverage is a separate plan. If a plan has two parts and COB rules apply only to one of the two, each of the parts is treated as a separate plan.

**This Plan**

In a COB provision, "this plan" means that part of the Contract providing the health care benefits to which the COB provision applies and which may be reduced because of the benefits of other plans. Any other part of the Contract providing health care benefits is separate from this plan. A contract may apply one COB provision to certain benefits, such as dental benefits, coordinating only with similar benefits, and may apply another COB provision to coordinate other benefits.

**Order of Benefit Determination Rules**

The rules that determine whether this plan is a primary plan, or secondary plan, when the person has health care coverage under more than one plan.

1. When this plan is primary, it determines payment for Covered Medical Expenses first before those of any other plan without considering any other plan's benefits.
2. When this plan is secondary, it determines its benefits after those of another plan and may reduce payment for Covered Medical Expenses so that payment by all plans does not exceed 100% of the total allowable expense.

**Allowable Expense**

A Covered Medical Expense, including deductibles, coinsurance and copayments, that is covered at least in part by any plan covering the Member. When a plan provides benefits in the form of services, the reasonable cash value of each service will be considered an allowable expense and a benefit paid. An expense that is not covered by any plan covering the Member is not an allowable expense. In addition, any expense that a provider by law or in accordance with a contractual agreement is prohibited from charging a Member is not an allowable expense.

The following are examples of expenses that are not allowable expenses:

1. The difference between the cost of a semi-private hospital room and a private hospital room is not an allowable expense, unless one of the plans provides coverage for private hospital room expenses.
2. If a Member is covered by two or more plans that compute their benefit payments on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology, any amount in excess of the highest reimbursement amount for a specific benefit is not an allowable expense.
3. If a Member is covered by two or more plans that provide benefits or services on the basis of negotiated fees, an amount in excess of the highest of the negotiated fees is not an allowable expense.
4. If a Member is covered by one plan that calculates its benefits or services on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology and another plan that provides its benefits or services on the basis of negotiated fees, the primary plan's payment arrangement shall be the allowable expense for all plans. However, if the provider has contracted with the secondary plan to provide the benefit or service for a specific negotiated fee or payment amount that is different than the primary plan's payment arrangement and if the provider's contract permits, the negotiated fee or payment shall be the allowable expense used by the Secondary plan to determine its benefits.
5. The amount of any benefit reduction by the primary plan because a Member has failed to comply with the plan provisions is not an allowable expense. Examples of these types of plan provisions include second surgical opinions, precertification of admissions, and preferred provider arrangements.

**Closed Panel Plan**

A plan that provides health care benefits to covered persons primarily in the form of services through a panel of providers that have contracted with or are employed by the plan, and that excludes coverage for services provided by other providers, except in cases of emergency or referral by a panel member.

**Custodial Parent**

The parent awarded custody by a court decree or, in the absence of a court decree, is the parent with whom the child resides more than one half of the calendar year excluding any temporary visitation.

## Order of Benefit Determination Rules

When a Member is covered by two or more plans, the rules for determining the order of benefit payments are as follows:

1. The primary plan pays or provides its benefits according to its terms of coverage and without regard to the benefits of under any other Plan; and
2. Except as provided below, a plan that does not contain a COB provision that is consistent with this regulation is always primary unless the provisions of both plans state that the complying plan is primary.

   Coverage that is obtained by virtue of membership in a group that is designed to supplement a part of a basic package of benefits, and provides that this supplementary coverage, shall be excess to any other parts of the plan provided by the Group. Examples of these types of situations are major medical coverages that are superimposed over base plan hospital and surgical benefits, and insurance type coverages that are written in connection with a closed panel plan to provide out-of-network benefits.

3. A plan may consider the benefits paid or provided by another plan in calculating payment of its benefits only when it is secondary to that other plan.

4. Each plan determines its order of benefits using the first of the following rules that apply:

   **Non-Dependent or Dependent.**

   The plan that covers the person as an employee or retiree is the primary plan and the plan that covers the employee or retiree as a dependent is the secondary plan. However, if the person is a Medicare beneficiary and, as a result of federal law, Medicare is secondary to the plan covering the person as a dependent; and primary to the plan covering the person as other than a dependent (e.g., a retired employee); then the order of benefits between the two plans is reversed so that the plan covering the person as an employee or retiree is the secondary plan and the other plan is the primary plan.

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 208 of 281

**Dependent Child Covered Under More Than One Plan.**

Unless there is a court decree stating otherwise, when a dependent child is covered by more than one plan, the order of benefits is determined as follows:

1. **Dependent Child - Parents are married or are living together**
   - a. The plan of the parent whose birthday falls earlier in the calendar year is the primary plan; or
   - b. If both parents have the same birthday, the plan that has covered the parent the longest is the primary plan.
2. **Dependent Child - Parents are divorced or separated or not living together**
   - a. If a court decree states that one of the parents is responsible for the dependent child's health care expenses or health care coverage and the plan of that parent has actual knowledge of those terms, that plan is primary. This rule applies to plan years commencing after the plan is given notice of the court decree;
   - b. If a court decree states that both parents are responsible for the dependent child's health care expenses or health care coverage, the provisions of (a) above shall determine the order of benefits;
   - c. If a court decree states that the parents have joint custody without specifying that one parent has responsibility for the health care expenses or health care coverage of the dependent child, the provisions of (a) above shall determine the order of benefits; or
   - d. If there is no court decree allocating responsibility for the dependent child's health care expenses or health care coverage, the order of benefits for the child are as follows:
     - The plan covering the custodial parent;
     - The plan covering the Spouse of the custodial parent;
     - The plan covering the non-custodial parent; and then;
     - The plan covering the Spouse of the non-custodial parent.
3. **Dependent Child Covered Under More than One Plan of Individuals Who Are Not the Parents of the Child**

   The provisions of (1) or (2) above shall determine the order of benefits as if those individuals were the parents of the child.
4. **Active Employee or Retired or Laid-off Employee**

   The plan that covers a person as an active employee, that is, an employee who is neither laid off nor retired, (or is a dependent of such employee) is the primary plan. The plan covering that same person as a retired or laid-off employee (and the dependent of such employee) is the secondary plan. If the other plan does not have this rule, and as a result, the plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the section Non-Dependent or Dependent can determine the order of benefits.
5. **COBRA or State Continuation Coverage**

   If a person whose coverage is provided pursuant to COBRA or under a right of continuation provided by state or other federal law is covered under another plan, the plan covering the person as an employee or retiree or covering the person as a dependent of an employee or retiree is the primary plan and the COBRA or state or other federal continuation coverage is the secondary plan. If the other plan does not have this rule, and as a result, the plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the section Non-Dependent or Dependent can determine the order of benefits.
6. **Longer or Shorter Length of Coverage**

   The plan that covered the person as an employee or retiree longer is the primary plan and the plan that covered the person the shorter period of time is the secondary plan.

If the preceding rules do not determine the order of benefits, the allowable expenses shall be shared equally between the plans meeting the definition of plan. In addition, this plan will not pay more than it would have paid had it been the primary plan.

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 209 of 281

### Effect on the Benefits of This Plan

When this plan is secondary, it may reduce its benefits so that the total benefits paid or provided by all plans during a plan year are not more than the total allowable expenses. In determining the amount to be paid for any claim, the secondary plan will calculate the benefits it would have paid in the absence of other health care coverage and apply that calculated amount to any allowable expense under its plan that is unpaid by the primary plan. The secondary plan may then reduce its payment by the amount so that, when combined with the amount paid by the primary plan, the total benefits paid or provided by all plans for the claim do not exceed the total allowable expense for that claim. In addition, the secondary plan shall credit to its plan deductible any amounts it would have credited to its deductible in the absence of other health care coverage.

If a covered person is enrolled in two or more closed panel plans and if, for any reason, including the provision of service by a non-panel provider, benefits are not payable by one closed panel plan, COB shall not apply between that plan and other closed panel plans.

### Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this plan and other plans. Blue Cross and Blue Shield of Montana may get the facts it needs from or give them to other organizations or persons for the purpose of applying these rules and determining benefits payable under this plan and other plans covering the Member claiming benefits. Blue Cross and Blue Shield of Montana need not inform, or get the consent of, any person to do this. Each Member claiming benefits under this plan must give Blue Cross and Blue Shield of Montana any facts it needs to apply those rules and determine benefits payable.

### Facility of Payment

A payment made under another plan may include an amount that should have been paid under this plan. If it does, Blue Cross and Blue Shield of Montana may pay that amount to the organization that made that payment. That amount will then be treated as though it were a benefit paid under this plan. Blue Cross and Blue Shield of Montana will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case "payment made" means the reasonable cash value of the benefits provided in the form of services.

### Right of Recovery

If the amount of the payments made by Blue Cross and Blue Shield of Montana is more than it should have paid under this COB provision, it may recover the excess from one or more of the Members it has paid or for whom it has paid; or any other person or organization that may be responsible for the benefits or services provided for the Member. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

### Coordination With Medicare

To the extent Medicare pays for benefits, then benefits paid under Medicare will be determined BEFORE Benefits are paid under this Contract. Benefits under this Contract are, therefore, SECONDARY to Medicare. If Medicare does not pay benefits, then this Contract will pay PRIMARY.

The combined payments by Medicare and The Plan will not exceed the charges for the covered services the Member receives.

### Other Insurance

If a property or casualty insurer pays for services provided to the Member and coordination of benefits is not applicable, The Plan will credit the Member's Deductible, Copayment or Coinsurance, as applicable, if the Member notifies The Plan of the payment, within 12 months of the date of service.

## Term

The term of this Contract is shown on the Schedule of Benefits. This Contract may be renewed as The Plan consents at dues set by The Plan.

## Entire Contract; Changes

This Contract, including written riders, endorsements and attached papers, if any, constitutes the entire Contract between Blue Cross and Blue Shield of Montana and the Beneficiary Member. No change to this Contract is valid until made pursuant to the section entitled Modification of Contract.

## Modification of Contract

The Plan may make administrative changes or changes in dues, terms or Benefits in this Contract by giving written notice to the Beneficiary Member at least 45 days before the Effective Date of the changes. Dues may not be increased more than once during a 12-month period, except as allowed by Montana law.

**No other agent or representative or employee of The Plan may change any part of this Contract. No change in the Contract will be valid unless in writing and signed by the President of Blue Cross and Blue Shield of Montana.**

## Clerical Errors

No clerical error on the part of The Plan shall operate to defeat any of the rights, privileges, or Benefits of any Member covered under this Contract. Upon discovery of errors or delays, an equitable adjustment of charges and Benefits will be made. Clerical errors shall not prevent administration of the Contact in strict accordance with its terms.

## Conformity With State Statutes

The provisions of this Contract conform to the minimum requirements of Montana law and have control over any conflicting statutes of any state in which the Beneficiary Member or any Dependent may have health services on or after the Effective Date of this Contract.

## Forms for Proof of Loss

The Plan shall furnish, upon written request of a Member claiming to have a loss under this Contract, forms of proof of loss for completion by the Member. The Plan shall not, by reason of the requirement to furnish such forms, have any responsibility for or with reference to the completion of such form or the manner of any such completion or attempted completion.

## Proofs of Loss

Written proof of loss must be furnished to The Plan at its said office in case of claim for loss for which this policy provides any periodic payment contingent upon continuing loss within 90 days after the termination of the period for which The Plan is liable and in case of claim for any other loss within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate or reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than 1 year from the time proof is otherwise required.

## Time of Payment of Claims

Indemnities payable under this Contract for any loss other than loss for which this Contract provides any periodic payment will be paid immediately upon receipt of due written proof of such loss. Subject to due written proof of loss, all accrued indemnities for loss for which this Contract provides periodic payment will be paid monthly, and any balance remaining unpaid upon the termination of liability will be paid immediately upon receipt of due written proof.

### Notices Under Contract

Any notice required by this Contract may be given by United States mail, postage paid. Notice to the Beneficiary Member will be mailed to the address appearing on the records of The Plan. Notice to The Plan must be sent to Blue Cross and Blue Shield of Montana at the address listed on the inside cover of this Contract. Any time periods included in a notice shall be measured from the date the notice was mailed.

A Beneficiary Member or Family Member may reasonably request, in writing, that any communication of the Member's health information be sent to an alternate address or by alternative means should disclosure of any of the Member's health information endanger the Member.

### Notice of Annual Meeting

The Policyholder is hereby notified that the Policyholder is a Member of Health Care Service Corporation, a Mutual Legal Reserve Company, and is entitled to vote either in person, by proxy, at all meetings of Members of Blue Cross and Blue Shield. The annual meeting is held at our principal office at 300 East Randolph Street, Chicago, Illinois each year on the last Tuesday in October at 12:30 p.m.

The term "Member" as used above refers only to the person to whom this Contract has been issued. Under Family Coverage, the term "Member" does not include any person other than the Policyholder unless such person is acting upon the Policyholder's behalf.

### Rescission of Contract

This Contract is subject to rescission if the Member commits an act, practice, or omission that constitutes fraud, or makes an intentional misrepresentation of a material fact, concerning a Member's health, claims history, or current receipt of health care services.

### Contract Not Transferable by the Member

No person, other than the Beneficiary Member or a Family Member listed on the subscriber application for membership and accepted by The Plan, is entitled to Benefits under this Contract. This Contract is not transferable to any other person.

### Validity of Contract

If any part, term, or provision of this Contract is held by the courts to be illegal or in conflict with or not in compliance with any applicable law of the state of Montana or the United States, this Contract shall not be rendered invalid but shall be construed and applied in accordance with such provisions as would have applied had this Contract been in conformance with applicable law and the validity of the remaining portions or provisions shall not be affected. The rights and obligations of the parties shall be construed and enforced as if this Contract did not contain the particular part, term, or provision held to be invalid.

### Execution of Papers

The Member agrees to execute and deliver any documents requested by The Plan which are necessary to administer the terms of this Contract.

### Members Rights

Members have only those rights as specifically provided in this Contract. In addition, when requested by the insured or the insured's agent, Montana law requires Blue Cross and Blue Shield of Montana to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

### Alternate Care

The Plan may, at its sole discretion, make payment for services which are not listed as a Benefit of this Contract in order to provide quality care at a lesser cost. Such payments will be made only upon mutual agreement by the Member and The Plan.

### Benefit Maximums

Once The Plan pays the maximum amount for a specific Benefit, no further payment will be made for that specific condition under any other provisions of this Contract.

### Legal Actions

No action at law or inequity shall be brought to recover on this Contract prior to the expiration of 60 days after written Proof of Loss has been furnished in accordance with the requirements of this Contract. No such action shall be brought after the expiration of three years after the written Proof of Loss is required to be furnished.

### Physical Examinations

Blue Cross and Blue Shield of Montana, at its own expense, shall have the right and opportunity to examine the person of a Member when and as often as it may reasonably require during the pending of a claim.

### Pilot Programs

The Plan reserves the right to develop and enter into pilot programs under which health care services not normally covered under this Contract will be paid. The existence of a pilot program does not guarantee any Member the right to participate in the pilot program or that the pilot program will be permanent.

### Fees

The Plan reserves the right to charge the Member a reasonable fee for providing information or documents to the Member which were previously provided in writing to the Member. Fees may be charged for the costs of copying labor, supplies and postage. Fees will not be charged for searching for and retrieving the requested information.

### Time Limit on Certain Defenses

After two years from the date of issue of this Contract, no misstatements, except fraudulent misstatements, made by the applicant in the application for such Contract shall be used to void the Contract or to deny a claim for loss incurred commencing after the expiration of such two-year period.

### Acceptance of this Contract

When The Plan approves the Member's application and the Member pays the first Month's dues, this Contract is accepted by both parties.

### Previous Contract Superceded

This Contract voids any previous Contract between The Plan and the Member.

### Subrogation

1. To the extent that Benefits have been provided or paid under this Contract, The Plan may be entitled to subrogation against a judgment or recovery received by a Member from a third party found liable for a wrongful act or omission that caused the Injury requiring payment for Benefits.
2. The Member will take no action through settlement or otherwise which prejudices the rights and interest of The Plan under this Contract.
3. If the Member intends to institute an action for damages against a third party, the Member will give The Plan reasonable notice of intention to institute the action. Reasonable notice will include information reasonably calculated to inform The Plan of facts giving rise to the third party action and of the prospects for recovery.
4. The Member may request that The Plan pay a proportional share of the reasonable costs of the third-party action, including attorney fees. If The Plan elects not to participate in the cost of the action, The Plan waives 50 percent of its subrogation interest.
5. The right of subrogation may not be enforced until the Member has been completely compensated for the injuries.

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 213 of 281

### When the Member Moves Out of State

If the Member moves to an area served by another Blue Cross or Blue Shield plan, the Member's coverage will be transferred to the plan serving the new address. The new plan must offer coverage that is in compliance with the conversion laws of that state. This coverage is that which is normally provided to Members who leave a group and apply for new coverage as individuals. Although subject to the conversion laws of that state, such coverage is usually provided without a medical examination or health statement. If the Member accepts the conversion coverage, the new plan will credit the Member for the length of time of enrollment with Blue Cross and Blue Shield of Montana toward any of its own waiting periods. Any physical or mental conditions covered by The Plan will be covered by the new plan without a new waiting period if the new plan offers this feature to others carrying the same type of coverage. The premium rate and benefits available from the new plan may vary significantly from those offered by The Plan.

The new plan may also offer other types of coverage that are outside of the transfer program. This coverage may require a medical examination or health statement to exclude coverage for preexisting conditions and may not apply time enrolled in Blue Cross and Blue Shield of Montana to waiting periods.

### Independent Relationship

Participating Providers furnishing care to a Member do so as independent contractors with The Plan; however, the choice of a provider is solely the Member's. Under the laws of Montana, The Plan cannot be licensed to practice medicine or surgery and The Plan does not assume to do so. The relationship between a provider and a patient is personal, private, and confidential. The Plan is not responsible for the negligence, wrongful acts, or omissions of any providers, or provider's employees providing services, or Member receiving services. The Plan is not liable for services or facilities which are not available to a Member for any reason.

### Blue Cross and Blue Shield of Montana as an Independent Plan

The Member, hereby expressly acknowledges its understanding that this Contract constitutes a contract solely between the Member and The Plan, that The Plan is an independent corporation operating under a license with the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans (the "Association") permitting The Plan to use the Blue Cross and Blue Shield Service Mark in the state of Montana, and that The Plan is not contracting as the agent of the Association. The Member further acknowledges and agrees that it has not entered into this Contract based upon representations by any person other than The Plan and that no person, entity, or organization other than The Plan shall be held accountable or liable to the Member for any of The Plan's obligations to the Member created under this contract. This paragraph shall not create any additional obligations whatsoever on the part of The Plan other than those obligations created under other provisions of this Contract.

## DEFINITIONS

This section defines certain words used throughout this Contract. These words are capitalized whenever they are used as defined.

**ACCIDENT**

An unexpected traumatic incident or unusual strain which is:

1. Identified by time and place of occurrence;
2. Identifiable by part of the body affected; and
3. Caused by a specific event on a single day.

Some examples include:

1. Fracture or dislocation.
2. Sprain or strain.
3. Abrasion, laceration.
4. Contusion.
5. Embedded foreign body.

6. Burns.
7. Concussion.

**ADVANCED PRACTICE REGISTERED NURSE**

Nurses who have additional professional education beyond the basic nursing degree required of a registered nurse and are considered Advanced Practice Registered Nurses by applicable state law. Advanced Practice Registered Nurses include nurse practitioners, nurse-midwives, nurse-anesthetists and clinical nurse specialists.

**ALLOWABLE FEE**

The Allowable Fee is based on, but not limited to, the following:

1. Medicare RBRVS based is a system established by Medicare to pay physicians for a "work unit." The RBRVS value is determined by multiplying a "relative value" of the service by a "converter" to determine the value for a certain procedure. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to nonparticipating providers under the Medicare RBRVS system can be considerably less than the nonparticipating providers' billed charge; or
2. Diagnosis-related group (DRG) methodology is a system used to classify hospital cases into one of approximately 500 to 900 groups that are expected to have similar hospital resource use. Payment for each DRG is based on diagnoses, procedures, age, sex, expected discharge date, discharge status, and the presence of complications. The amount of payment for each DRG is generally within a fixed range because each patient is expected to use the same level of hospital resources for the given DRG regardless of the actual hospital resources used. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to a nonparticipating providers under the DRG system can be considerably less than the nonparticipating providers' billed charge; or
3. Billed charge is the amount billed by the provider; or
4. Case rate methodology is an all inclusive rate for an episode of care for a specific clinical condition paid to a facility. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to nonparticipating providers under the case rate system can be considerably less than the nonparticipating providers' billed charge; or
5. Per diem methodology is an all inclusive daily rate paid to a facility. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to nonparticipating providers under the per diem system can be considerably less than the nonparticipating providers' billed charge; or
6. Flat fee per category of service is a fixed payment amount for a category of service. For instance, a category of service could be a delivery, an imaging service, a lab service or an office visit. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to a nonparticipating providers under the flat fee per category of service system can be considerably less than the nonparticipating providers' billed charge; or
7. Flat fee per unit of service fixed payment amount for a unit of service, For instance, a unit of service could be the amount of "work units" customarily required for a delivery, or an office visit, or a surgery. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to nonparticipating providers under the flat fee per unit system can be considerably less than the nonparticipating providers' billed charge; or
8. Percent off of billed charge is a payment amount where a percentage is deducted from the billed charges; or
9. A percentage of Medicare allowance is a payment amount where a percentage is deducted to the amount that Medicare would allow as payment for the service; or
10. The amount negotiated with the pharmacy benefit manager or manufacturer or the actual price for prescription or drugs; or
11. The American Society of Anesthesiologists' Relative Value Guide is a system established by the American Society of Anesthesiologists to pay anesthesiologists for a "work unit." The payment value is determined by multiplying a "relative value" of the service by a "converter" to determine the value for a certain procedure. The amount of the payment is a fixed rate. Therefore, the amount paid by Blue Cross and Blue Shield of Montana to nonparticipating providers under the system can be considerably less than the nonparticipating providers' billed charge.
12. For nonparticipating providers in Montana, the Allowable Fee is developed from base Medicare reimbursements, excluding any Medicare adjustments using information on the claim, and adjusted by a predetermined factor established by the Plan. Such factor will not be less than 100% of the base Medicare reimbursement rate. For services for which a Medicare reimbursement rate is not available, the Allowable

Fee for nonparticipating providers will represent an average contract rate for Participating Providers adjusted by a predetermined factor established by the Plan and updated on a periodic basis. Such factor shall not be less than 80% of the average contract rates and will be updated not less than every 2 years. Blue Cross and Blue Shield of Montana will utilize the same claim processing rules and/or edits that it utilizes in processing Participating Provider claims for processing claims submitted by nonparticipating providers which may also alter the Allowable Fee for a particular service. In the event the Plan does not have any claim edits or rules, the Plan may utilize the Medicare claim rules or edits that are used by Medicare in processing the claims. The Allowable Fee will not include any additional payments that may be permitted under the Medicare laws or regulations which are not directly attributable to a specific claim, including but not limited to, disproportionate share and graduate medical education payments.

Any change to the Medicare reimbursement amount will be implemented by the Plan within 90 days after the effective date that such change is implemented by the Centers for Medicaid and Medicare Services, or its successor.

In the event the nonparticipating Allowable Fee does not equate to the nonparticipating provider's billed charges, the Member will be responsible for the difference, along with any applicable Copayment, Coinsurance and Deductible amount. This difference may be considerable. To find out an estimate of the Plan's nonparticipating Allowable Fee for a particular service, Members may call the customer service number shown on the back of their Identification Card.

Montana law requires Blue Cross and Blue Shield of Montana to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

**APPLIED BEHAVIOR ANALYSIS (ABA) - (ALSO KNOWN AS LOVAAS THERAPY)**

Medically Necessary interactive therapies or treatment derived from evidence-based research. The goal of ABA is to improve socially significant behaviors to a meaningful degree, including:

1. increase desired behaviors or social interaction skills;
2. teach new functional life, communication, or social, skills;
3. maintain desired behaviors, such as teaching self control and self-monitoring procedures;
4. appropriate transfer of behavior from one situation or response to another;
5. restrict or narrow conditions under which interfering behaviors occur;
6. reduce interfering behaviors such as self injury.

ABA therapy and treatment includes Pivotal Response Training, Intensive Intervention Programs, and Early Intensive Behavioral Intervention, and the terms are often used interchangeably. The ABA benefit also includes Discrete Trial Training, a single cycle of behaviorally based instruction routine that is a companion treatment with ABA.

Services must be provided by an appropriately certified provider.

**APPROVED CLINICAL TRIAL**

Approved clinical trial means a phase I, phase II, phase III, or phase IV, clinical trial that is conducted in relation to the prevention, detection, or treatment of cancer or other Life-Threatening Condition. The trial must be:

1. Conducted under an investigational new drug application reviewed by the United States Food and Drug Administration;
2. Exempt from an investigational new drug application; or
3. Approved or funded by:
   - The National Institutes of Health, the Centers for Disease Control and Prevention, the Agency for Healthcare Research and Quality, the Centers for Medicare and Medicaid Services, or a cooperative group or center of any of the foregoing entities;
   - A cooperative group or center of the United States Department of Defense or the United States Department of Veterans Affairs;
   - A qualified nongovernmental research entity identified in the guidelines issued by the National Institutes for Health for center support groups; or
   - The United States Departments of Veterans Affairs, Defense, or Energy if the study or investigation has been reviewed and approved through a system of peer review determined by the United States

Secretary of Health and Human Services to be comparable to the system of peer review of studies and investigations used by the National Institutes of Health; and provide unbiased scientific review by individuals who have no interest in the outcome of the review.

**BENEFICIARY MEMBER**
A person who has applied for, been accepted as a Member, and maintains membership in The Plan under the terms of this Contract.

**BENEFIT**
Services, supplies and medications that are provided to a Member and covered under this Contract as a Covered Medical Expense.

**BENEFIT PERIOD**
For the Contract - Is the period of time shown in the Schedule of Benefits.

For the Member - Is the same as for the Contract except if the Member's Effective Date is after the Effective Date of the Contract, the Benefit Period begins on the Member's Effective Date and ends on the same date the Contract Benefit Period ends. Thus, the Member's Benefit Period may be less than 12 months.

**BEST EVIDENCE**
Means evidence based on

1. Randomized Clinical Trials;
2. A Cohort Study or Case-Control Study, if randomized clinical trials are not available;
3. A Case Series, if Randomized Clinical Trials, Cohort Studies or Case-Control Studies are unavailable;
4. An Expert Opinion, if Randomized Clinical Trials, Cohort Studies, Case-Control Studies or Case Series are unavailable.

**BLUE CROSS AND BLUE SHIELD OF MONTANA PRIME SPECIALTY NETWORK**
Specialty Pharmacy providers who have entered into an agreement with The Plan to provide Specialty Medications to Members and which has agreed to accept specified reimbursement rates.

**BRAND-NAME**
A drug or product manufactured by a single manufacturer as defined by a nationally recognized provider of drug product database information. There may be some cases where two manufacturers will produce the same product under one license, known as a co-licensed product, which would also be considered as a Brand-Name drug. There may also be situations where a drug's classification changes from Generic to Preferred or Non-preferred Brand-Name due to a change in the market resulting in the Generic drug being a single source, or the drug product database information changing, which would also result in a corresponding change to your payment obligations from Generic to Preferred or Non-preferred Brand-Name.

**CARE MANAGEMENT**
A process that assesses and evaluates options and services required to meet the Member's health care needs. Care Management may involve a team of health care professionals, including Covered Providers, The Plan and other resources to work with the Member to promote quality, cost-effective care.

**CASE-CONTROL STUDY**
A retrospective evaluation of two groups of patients with different outcomes to determine which specific interventions the patients received.

**CASE SERIES**
An evaluation of a series of patients with a particular outcome, without the use of a control group.

**CHEMICAL DEPENDENCY**
The uncontrollable or excessive use of addictive substances including but not limited to alcohol, morphine, cocaine, heroin, opium, cannabis, barbiturates, amphetamines, tranquilizers and/or hallucinogens, and the resultant physiological and/or psychological dependency which develops with continued use of such addictive substances requiring medical care as determined by a licensed addiction counselor or other appropriate medical practitioner.

**CHEMICAL DEPENDENCY TREATMENT CENTER**
A treatment facility that provides a program for the treatment of Chemical Dependency pursuant to a written treatment plan approved and monitored by a Physician or addiction counselor licensed by the state. The facility

must also be licensed or approved as a Chemical Dependency Treatment Center by the department of health and human services or must be licensed or approved by the state where the facility is located.

**CLINICAL PEER**

A physician or other health care provider who:

1. holds a nonrestricted license in a state of the United States, and
2. is trained or works in the same or a similar specialty to the specialty that typically manages the medical condition, procedure, or treatment under review.

**COHORT STUDY**

A prospective evaluation of two groups of patients with only one group of patients receiving a specific intervention.

**COINSURANCE**

The percentage of the Allowable Fee payable by the Member for Covered Medical Expenses. The applicable Coinsurance for In-Network Covered Medical Expenses and Out-of-Network Covered Medical Expenses is stated in the Schedule of Benefits.

**CONCURRENT CARE**

Medical care rendered concurrently with surgery during one Hospital admission by a Physician other than the operating surgeon for treatment of a medical condition different from the condition for which surgery was performed; or

Medical care by two or more Physicians rendered concurrently during one Hospital admission when the nature or severity of the Member's condition requires the skills of separate Physicians.

**CONSULTATION SERVICES**

Services of a consulting Physician requested by the attending Physician. These services include discussion with the attending Physician and a written report by the consultant based on an examination of the Member.

**CONTRACT**

This Contract, the Member's application and any amendments, endorsements, riders, or modifications made to it by The Plan.

**CONVALESCENT HOME**

An institution, or distinct part thereof, other than a Hospital, which is licensed pursuant to state or local law. A Convalescent Home is:

1. a skilled nursing facility;
2. an extended care facility;
3. an extended care unit; or
4. a transitional care unit.

A Convalescent Home is primarily engaged in providing continuous nursing care by or under the direction and supervision of a registered nurse for sick or injured persons during the convalescent stage of their Illness or injuries and is not, other than incidentally, a rest home or home for Custodial Care, or for the aged.

**NOTE:** A Convalescent Home shall not include an institution or any part of an institution otherwise meeting this definition, which is primarily engaged in the care and treatment of Mental Illness or Chemical Dependency.

**COPAYMENT**

The specific dollar amount payable by the Member for Covered Medical Expenses. The applicable Copayments are stated in the Schedule of Benefits.

**COVERED MEDICAL EXPENSE**

Expenses incurred for Medically Necessary services, supplies and medications that are based on the Allowable Fee and:

1. Covered under the Member Contract;
2. In accordance with Medical Policy; and
3. Provided to the Member by and/or ordered by a covered provider for the diagnosis or treatment of an active Illness or Injury or in providing maternity care.

In order to be considered a Covered Medical Expense, the Member must be charged for such services, supplies and medications.

**COVERED PROVIDER**

A participating or nonparticipating provider which has been recognized by Blue Cross and Blue Shield of Montana as a provider of services for Benefits described in this Contract. A provider may, because of the limited scope of practice, be covered only for certain services provided. To determine if a provider is covered, The Plan looks to the nature of the services rendered, the extent of licensure and The Plan's recognition of the provider.

Covered Providers include professional providers and facility providers including Physicians, doctors of osteopathy, dentists, optometrists, podiatrists, nurse specialists, naturopathic physicians, Advanced Practice Registered Nurses, physician assistants, Hospitals and Freestanding Surgical Facilities.

**CREDITABLE COVERAGE**

Coverage that the Member had for medical benefits under any of the following plans, programs and coverages:

1. a group health plan
2. health insurance coverage
3. Title XVIII, part A or B, of the Social Security Act, 42 U.S.C. 1935c through 1395i-4 or 42 U.S.C. 1395j through 1395w-4 (Medicare)
4. Title XIX of the Social Security Act, 42 U.S.C. 1396a through 1396u, other than coverage consisting solely of a benefit under section 1928, 42 U.S.C. 1396s (Medicaid)
5. Title 10, chapter 55, United States Code (TRICARE)
6. a medical care program of the Indian Health Service or of a tribal organization
7. the Montana Comprehensive Health Association provided for in 33-22-1503 (MCHA)
8. a health plan offered under Title 5, chapter 89, of the United States Code (Federal Employee Health Benefits Program)
9. a public health plan
10. a health benefit plan under Section 5(e) of the Peace Corps Act, 22 U.S.C. 2504(e)
11. a high risk pool in any state

Creditable Coverage does not include coverage consisting solely of coverage of excepted Benefits.

**DEDUCTIBLE**

The dollar amount each Member must pay for In-Network Covered Medical Expenses and Out-of-Network Covered Medical Expenses incurred during the Benefit Period before The Plan will make payment for any Covered Medical Expense to which the Deductible applies. The In-Network and Out-of-Network Deductibles are separate and one does not accumulate to the other.

Only the Allowable Fee for Covered Medical Expenses is applied to the Deductible. Thus, Coinsurance, Copayment, noncovered services, and amounts billed by nonparticipating providers do not apply to the Deductible and are the Member's responsibility.

If two or more Members covered under the same Family Membership satisfy the family Deductible as shown on the Schedule of Benefits in a single Benefit Period, the Deductible does not apply for the remainder of that Benefit Period for any Member of the Family Membership.

If a Member is in the Hospital on the last day of the Member's Benefit Period and continuously confined through the first day of the next Benefit Period, only one In-Network or Out-of-Network Deductible will be applied to that Hospital stay (facility charges only). If the Member satisfied the Member's Deductible prior to that Hospital stay, no Deductible will be applied to that stay.

**DEPENDENT**

1. the Beneficiary Member's Spouse;
2. the Beneficiary Member's unmarried or married child up to age 26, including an eligible foster child;
3. children for whom the Beneficiary Member becomes legally responsible by reason of placement for adoption, as defined in Montana law; or
4. an unmarried child of the Beneficiary Member who is 26 years of age or older and disabled.

For purposes of this Contract the unmarried child will be considered disabled if the child:

1. was covered under this Contract before age 26;
2. cannot support himself/herself because of intellectual disability or physical disability; and
3. is legally dependent on the Beneficiary Member for support.

Proof of those qualifications must be supplied to The Plan within 31 days following the child's 26th birthday. Although there is no limiting age for disabled children, The Plan reserves the right to require periodic certification from the Beneficiary Member of such incapacity and dependency. Certification will not be requested more frequently than annually after the two-year period following the child's 26th birthday.

**DRUG LIST**

A list that identifies those Prescription Drug Products that are covered by The Plan for dispensing to Members when appropriate. This list is reviewed quarterly and subject to modification. Details can be found on the pharmacy page at www.bcbsmt.com or by visiting www.myprime.com.

**EFFECTIVE DATE**

For a Member - the Effective Date of a Member's coverage means the date the Member:

1. has met the requirements of The Plan stated in this Contract; and
2. is shown on the records of The Plan to be eligible to receive Benefits.

For any endorsement, rider, or amendment - the Effective Date is the date shown on the Contract unless otherwise shown on the endorsement, rider and amendment.

**EMERGENCY MEDICAL CONDITION**

A medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) so that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in a condition that places the health of the individual in serious jeopardy, would result in serious impairment to bodily functions, or serious dysfunction of any bodily organ or part; or with respect to a pregnant woman having contractions, that there is inadequate time to safely transfer the woman to another hospital for delivery or that a transfer may pose a threat to the health or safety of the woman or the unborn fetus.

**EMERGENCY SERVICES**

Services, medicines or supplies furnished or required to evaluate and treat an Emergency Medical Condition.

**EVIDENCE-BASED STANDARD**

The conscientious, explicit, and judicious use of the current Best Evidence based on the overall systematic review of the research in making decisions about the care of individual patients.

**EXCHANGE (Health Insurance Marketplace)**

A governmental agency or non-profit entity that meets the applicable Exchange standards, and other related standards established under the applicable law, and makes Qualified Health Plans (QHP) available to Qualified Individuals and qualified employers (as these terms are defined by the Marketplace). Unless otherwise identified, this term refers to the State Exchanges, regional Exchanges, subsidiary Exchanges, and a Federally-facilitated Exchange.

**EXCLUSION**

A provision which states that The Plan has no obligation under this Contract to make payment.

**EXPERT OPINION**

A belief or an interpretation by specialists with experience in a specific area about the scientific evidence pertaining to a particular service, intervention, or therapy.

**EXPERIMENTAL/INVESTIGATIONAL/UNPROVEN**

A drug, device, biological product or medical treatment or procedure is Experimental, Investigational and/or Unproven if **The Plan determines** that:

- The drug, device, biological product or medical treatment or procedure cannot be lawfully marketed without approval of the appropriate governmental or regulatory agency and approval for marketing has not been given at the time the drug, device, biological product or medical treatment or procedure is furnished; or

- The drug, device, biological product or medical treatment or procedure is the subject of ongoing phase I, II or III clinical trials, or under study to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis; or
- The prevailing opinion among peer reviewed medical and scientific literature regarding the drug, device, biological product or medical treatment or procedure is that further studies or clinical trials are necessary to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

**FAMILY MEMBER**

A Dependent who has been accepted as a Member of the plan and enrolled by a Beneficiary Member.

**FAMILY MEMBERSHIP**

The family unit including the Beneficiary Member and all Family Members who have been accepted as Members of The Plan.

**FREESTANDING INPATIENT FACILITY**

For treatment of Chemical Dependency, it means a facility which provides treatment for Chemical Dependency in a community-based residential setting for persons requiring 24-hour supervision and which is a Chemical Dependency Treatment Center. Services include medical evaluation and health supervision; Chemical Dependency education; organized individual, group and family counseling; discharge referral to Medically Necessary supportive services; and a client follow-up program after discharge.

For treatment of Mental Illness, it means a facility licensed by the state and specializing in the treatment of Mental Illness.

**GENERIC**

A drug that has the same active ingredient as a Brand-Name drug and is allowed to be produced after the Brand-Name drug's patent has expired. In determining the brand or generic classification for covered drugs, Blue Cross and Blue Shield of Montana uses the generic/brand status assigned by a nationally recognized provider of drug product database information. A list of Preferred Generic drugs is available on the Blue Cross and Blue Shield of Montana website at www.bcbsmt.com. The Member may also contact Customer Service for more information.

**HABILITATIVE CARE**

Coverage will be provided for Habilitative Care services when the Member requires help to keep, learn or improve skills and functioning for daily living. These services include, but are not limited to:

1. physical and occupational therapy;
2. speech-language pathology; and
3. other services for people with disabilities. These services may be provided in a variety of Inpatient and/or Outpatient settings as prescribed by a Physician.

**HOME INFUSION THERAPY AGENCY**

A health care provider that provides home infusion therapy services.

**HOSPITAL**

A facility providing, by or under the supervision of licensed Physicians, services for medical diagnosis, treatment, rehabilitation and care of injured, disabled, or sick individuals. A Hospital has an organized medical staff that is on call and available within 20 minutes, 24 hours a day, 7 days a week and provides 24-hour nursing care by licensed registered nurses.

**ILLNESS**

An alteration in the body or any of its organs or parts which interrupts or disturbs the performance of a vital function, thereby causing or threatening pain or weakness.

**IN-NETWORK**

Providers who are:

1. Participating Blue Cross and Blue Shield of Montana Professional Providers;
2. Participating Blue Cross and Blue Shield of Montana Facility Providers, except for Hospitals and surgery centers;
3. PPO Hospitals and surgery centers; or

Case 2:17-cv-00080-SEH Document 1-2 Filed 10/25/17 Page 221 of 281

4. Blue Cross and/or Blue Shield PPO providers outside of Montana.

**INCLUSIVE SERVICES/PROCEDURES**

A portion of a service or procedure which is necessary for completion of the service or procedure or a service or procedure which is already described or considered to be part of another service or procedure.

**INJURY**

Physical damage to an individual's body, caused directly and independent of all other causes. An Injury is not caused by an Illness, disease or bodily infirmity.

**INPATIENT CARE**

Care provided to a Member who has been admitted to a facility as a registered bed patient and who is receiving services, supplies and medications under the direction of a Covered Provider with staff privileges at that facility. Examples of facilities to which a Member might be admitted include:

1. Hospitals;
2. Transitional care units;
3. Skilled nursing facilities;
4. Convalescent homes;
5. Freestanding inpatient facilities.

**INPATIENT MEMBER**

A Member who has been admitted to a facility as a registered bed patient for Inpatient Care.

**LIFE-THREATENING CONDITION**

Any disease or condition from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

**MEDICAL FOODS**

Nutritional substances in any form that are:

1. formulated to be consumed or administered enterally under supervision of a Physician;
2. specifically processed or formulated to be distinct in one or more nutrients present in natural food;
3. intended for the medical and nutritional management of patients with limited capacity to metabolize ordinary foodstuffs or certain nutrients contained in ordinary foodstuffs or who have other specific nutrient requirements as established by medical evaluation; and
4. essential to optimize growth, health, and metabolic homeostasis.

**MEDICAL OR SCIENTIFIC EVIDENCE**

Evidence found in the following sources:

1. peer-reviewed scientific studies published in or accepted for publication by medical journals that meet nationally recognized requirements for scientific manuscripts and that submit most of their published articles for review by experts who are not part of the editorial staff;
2. peer-reviewed medical literature, including literature relating to therapies reviewed and approved by a qualified institutional review board, biomedical compendia, and other medical literature that meet the criteria of the national institutes of health's library of medicine for indexing in Index Medicus and Excerpta Medica, published by the Reed Elsevier group;
3. medical journals recognized by the secretary of health and human services under 42 U.S.C. 1395x(t)(2)(B) of the federal Social Security Act;
4. the following standard reference compendia:
   a. the American Hospital Formulary Service Drug Information;
   b. Drug Facts and Comparisons;
   c. the American Dental Association Guide to Dental Therapeutics; and
   d. the United States Pharmacopeia;
5. findings, studies, or research conducted by or under the auspices of federal government agencies and nationally recognized federal research institutes, including:
   a. the federal agency for healthcare research and quality;
   b. the national institutes of health;
   c. the national cancer institute;

PET EXHIBIT 2-202

d. the national academy of sciences;
e. the centers for medicare and medicaid services;
f. the food and drug administration; and
g. any national board recognized by the national institutes of health for the purpose of evaluating the medical value of health care services; or

6. any other medical or scientific evidence that is comparable to the sources listed in subsection 4 or 5.

**MEDICAL POLICY**

The policy of The Plan which is used to determine if health care services including medical and surgical procedures, medication, medical equipment and supplies, processes and technology meet the following nationally accepted criteria:

1. final approval from the appropriate governmental regulatory agencies;
2. scientific studies showing conclusive evidence of improved net health outcome; and
3. in accordance with any established standards of good medical practice.

**MEDICALLY NECESSARY (FOR AUTISM, ASPERGER'S DISORDER AND PERVASIVE DEVELOPMENTAL DISORDER)**

Any care, treatment, intervention, service, or item that is prescribed, provided or ordered by a Physician or psychologist and that will or is reasonably expected to:

1. Prevent the onset of an Illness, condition, Injury, or disability;
2. Reduce or improve the physical, mental, or developmental effects of an Illness, condition, or Injury, or disability; or
3. Assist in achieving maximum functional capacity in performing daily activities, taking into account both the functional capacity of the recipient and the functional capacities that are appropriate for a child of the same age.

**MEDICALLY NECESSARY (FOR DOWN SYNDROME)**

Any care, treatment, intervention, service, or item that is prescribed, provided, or ordered by a Physician licensed in this state and that will or is reasonably expected to:

1. Reduce or improve the physical, mental, or developmental effects of Down syndrome; or
2. Assist in achieving maximum functional capacity in performing daily activities, taking into account both the functional capacity of the recipient and the functional capacities that are appropriate for a child of the same age.

**MEDICALLY NECESSARY (MEDICAL NECESSITY)**

Health care services that a Physician, exercising prudent clinical judgment, would provide to a patient for the purpose of preventing, evaluating, diagnosing or treating an Illness, Injury, disease or its symptoms, and that are:

1. in accordance with generally accepted standards of medical practice;
2. clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's Illness, Injury or disease; and
3. not primarily for the convenience of the patient, Physician, or other health care provider, and not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's Illness, Injury or disease.

For these purposes, "generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, Physician Specialty Society recommendations and the view of Physicians practicing in relevant clinical areas and any other relevant factors.

The fact that services were recommended or performed by a Covered Provider does not automatically make the services Medically Necessary. The decision as to whether the services were Medically Necessary can be made only after the Member receives the services, supplies, or medications and a claim is submitted to The Plan. The Plan may consult with Physicians or national medical specialty organizations for advice in determining whether services were Medically Necessary.

**MEMBER**

Both the Beneficiary Member and Family Members.

**MEMBER'S IMMEDIATE FAMILY**

The Member's Spouse and children or parents and siblings who are caring for the hospice patient in that family.

**MENTAL HEALTH TREATMENT CENTER**

A treatment facility organized to provide care and treatment for Mental Illness through multiple modalities or techniques pursuant to a written treatment plan approved and monitored by an interdisciplinary team, including a licensed Physician, psychiatric social worker and psychologist. The facility must be:

1. licensed as a mental health treatment center by the state;
2. funded or eligible for funding under federal or state law; or
3. affiliated with a Hospital under a contractual agreement with an established system for patient referral.

**MENTAL ILLNESS**

A clinically significant behavioral or psychological syndrome or pattern that occurs in a person and that is associated with:

1. present distress or a painful symptom;
2. a disability or impairment in one or more areas of functioning; or
3. a significantly increased risk of suffering death, pain, disability, or an important loss of freedom.

Mental Illness must be considered as a manifestation of a behavioral, psychological, or biological dysfunction in a person.

Mental Illness does not include:

1. developmental disorders;
2. speech disorders;
3. psychoactive substance use disorders;
4. eating disorders (except for bulimia and anorexia nervosa);
5. impulse control disorders (except for intermittent explosive disorder and trichotillomania); or
6. Severe Mental Illness.

**MONTH**

For the purposes of this Contract, a Month has 30 days even if the actual calendar Month is longer or shorter.

**MONTHLY DUES**

The amount of money which must be paid monthly by the Beneficiary Member to keep this Contract in force.

**MULTIDISCIPLINARY TEAM**

A group of health service providers who are either licensed, certified, or otherwise approved to practice their respective professions in the state where the services are provided. Members of the Multidisciplinary Team may include, but are not limited to, a licensed psychologist, licensed speech therapist, registered physical therapist, or licensed occupational therapist.

**OCCUPATIONAL THERAPY**

Therapy involving the treatment of neuromusculoskeletal and psychological dysfunction through the use of speech tasks or goal-directed activities designed to improve the functional performance of an individual.

**ORTHOPEDIC DEVICES**

Rigid or semirigid supportive devices which restrict or eliminate motion of a weak or diseased body part. Orthopedic Devices are limited to braces, corsets and trusses.

**OUT-OF-NETWORK**

Providers who are:

1. Non-participating professional providers;
2. Non-participating facility providers;
3. Non-PPO Network Hospitals and surgery centers; or
4. Blue Cross and Blue Shield of Montana Participating Hospitals and surgery centers that are not in the PPO Network.

**OUT OF POCKET AMOUNT**

**For the Member:**

The total amount of In-Network Deductible, Coinsurance and Copayment and the Out-of-Network Deductible and Coinsurance each Member must pay for Covered Medical Expenses incurred during the Benefit Period. Once the Member has satisfied the applicable Out of Pocket Amount, the Member will not be required to pay the Member's Deductible, Coinsurance and Copayment for Covered Medical Expenses for the remainder of that Benefit Period. The Out of Pocket Amount for the Member is listed in the Schedule of Benefits. The In-Network and Out-of-Network Out of Pocket Amounts are separate and one does not accumulate to the other.

If a Member is in the Hospital on the last day of the Member's Benefit Period and continuously confined through the first day of the next Benefit Period, the Deductible and Coinsurance for the entire Hospital stay (facility charges only) will only apply to the Out of Pocket Amount of the Benefit Period in which the inpatient stay began. If the Member satisfied the Out of Pocket Amount prior to that Hospital stay, no Deductible or Coinsurance will be applied to that stay.

Non-covered services, the non-participating pharmacy 50% benefit reduction, the 50% Coinsurance for Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy and amounts over the allowed amount billed by a non-participating provider do not accumulate to the Out of Pocket Amount and are the Member's responsibility.

**For the Family:**

The total amount of In-Network Deductible, Coinsurance and Copayment and the Out-of-Network Deductible and Coinsurance for Covered Medical Expenses a Family Membership must pay for services incurred during that Benefit Period. Once the Deductible, Coinsurance and Copayment paid by the Member during the Benefit Period for two or more Family Members covered under the same Family Membership total the applicable Out of Pocket Amount for the family, the Members covered under the same Family Membership will not be required to pay the Deductible, Coinsurance and Copayment for Covered Medical Expenses the remainder of that Benefit Period. The Out of Pocket Amount for the family is listed on the Schedule of Benefits. The In-Network and Out-of-Network Out of Pocket Amounts are separate and one does not accumulate to the other. For family coverage when only two Members are enrolled, the two Members each must meet their Individual Out of Pocket Amounts only.

Non-covered services, the non-participating pharmacy 50% benefit reduction, the 50% Coinsurance for Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy and amounts over the allowed amount billed by a non-participating provider do not accumulate to the Out of Pocket Amount and are the Member's responsibility.

**OUTPATIENT**

Services or supplies provided to the Member by a Covered Provider while the Member is not an Inpatient Member.

**PARTIAL HOSPITALIZATION**

A time-limited ambulatory (Outpatient) program offering active treatment which is therapeutically intensive, encompassing structured clinical services within a stable, therapeutic program. The program can involve day, evening and weekend treatment. The underlying aim of this treatment is stabilization of clinical instability resulting from severe impairment and/or dysfunction in major life areas.

A Partial Hospitalization program should offer four to eight hours of therapy five days a week. The hours of therapy per day and the frequency of visits per week will vary depending on the clinical symptoms and progress being made with each individual.

**PARTICIPATING PHARMACY**

A pharmacy which has entered into an agreement with the pharmacy benefit manager to provide Prescription Drug Products to Members and has agreed to accept specified reimbursement rates. Participating Pharmacies may be Value Participating Pharmacies or Participating Pharmacies.

**PARTICIPATING PROVIDER**

A Participating Blue Cross and Blue Shield of Montana Professional Provider or a Participating Blue Cross and Blue Shield of Montana Facility Provider.

**PHYSICAL THERAPY**

Treatment of disease or injury by the use of therapeutic exercise and other interventions that focus on improving posture, locomotion, strength, endurance, balance, coordination, joint mobility, flexibility, functional activities of daily living and pain relief.

**PHYSICIAN**

A person licensed to practice medicine in the state where the service is provided.

**PLAN - THE PLAN**

Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company.

**POLICYHOLDER**

The individual who has applied for and been accepted for coverage and to whom the Contract has been issued.

**PPO-A PREFERRED PROVIDER ORGANIZATION**

A provider or group of providers which have contracted with The Plan to provide services to Members covered under PPO Benefit Contracts.

**PPO NETWORK**

A provider or group of providers which have a PPO contract with Blue Cross Blue Shield of Montana. The Member may obtain a list of PPO providers from Blue Cross Blue Shield of Montana upon request. Payment to a non-PPO Network provider is subject to the non-PPO Network provider reduction shown in the Schedule of Benefits and the Special Provisions section of this document.

**PREFERRED BRAND-NAME**

A covered non-specialty Brand-Name drug product or other item that is identified on the Drug List as preferred and is subject to the Preferred Brand Name drug tier payment level.

**PREFERRED GENERIC**

A covered Generic drug product or other item that is identified on the Drug List as preferred and is subject to the Preferred Generic drug tier payment level.

**PRESCRIPTION DRUG PRODUCT**

A medication, product or device approved by the Food and Drug Administration.

**PROFESSIONAL CALL**

An interview between the Member and the professional provider in attendance. The professional provider must examine the Member and provide or prescribe medical treatment. "Professional Call" does not include telephone calls or any other communication where the Member is not examined by the professional provider, except as included in the Benefit section entitled Telemedicine.

**PROOF OF LOSS**

The documentation accepted by Blue Cross and Blue Shield of Montana upon which payment of Benefits is made.

**QUALIFIED HEALTH PLAN (QHP)**

A health care benefit program that has in effect a certification that it meets the applicable government standards, issued or recognized by each Exchange through which such program is offered.

**QUALIFIED INDIVIDUAL (For an Approved Clinical Trial)**

An individual with group health coverage or group or individual health insurance coverage who is eligible to participate in an Approved Clinical Trial according to the trial protocol for the treatment of cancer or other Life-Threatening Condition because:

1. The referring health care professional is participating in the clinical trial and has concluded that the individual's participation in the trial would be appropriate; or
2. The individual provides medical and scientific information establishing that the individual's participation in the clinical trial is appropriate because the individual meets the conditions described in the trial protocol.

**RANDOMIZED CLINICAL TRIAL**

A controlled, prospective study of patients who have been assigned at random to an experimental group or a

control group at the beginning of the study with only the experimental group of patients receiving a specific intervention. The term includes a study of the groups for variables and anticipated outcomes over time.

**RECONSTRUCTIVE BREAST SURGERY**

Surgery performed as a result of a mastectomy to reestablish symmetry between the breasts. The term includes augmentation mammoplasty, reduction mammoplasty, and mastopexy.

**RECOVERY CARE BED**

A bed occupied in an Outpatient surgical center for less than 24 hours by a patient recovering from surgery or other treatment.

**REHABILITATION FACILITY**

A facility, or a designated unit of a facility, licensed, certified or accredited to provide Rehabilitation Therapy including:

1. A facility that primarily provides Rehabilitation Therapy, regardless of whether the facility is also licensed as a Hospital or other facility type;
2. A freestanding facility or a facility associated or co-located with a Hospital or other facility;
3. A designated rehabilitation unit of a Hospital;
4. For purposes of the Rehabilitation Therapy Benefit, any facility providing Rehabilitation Therapy to a Member, regardless of the category of facility licensure.

**REHABILITATION THERAPY**

A specialized, intense and comprehensive program of therapies and treatment services (including but not limited to Physical Therapy, Occupational Therapy and Speech Therapy) provided by a Multidisciplinary Team for treatment of an Injury or physical deficit. A Rehabilitation Therapy program is:

1. provided by a Rehabilitation Facility in an Inpatient Care or outpatient setting;
2. provided under the direction of a qualified Physician and according to a formal written treatment plan with specific goals;
3. designed to restore the patient's maximum function and independence; and
4. Medically Necessary to improve or restore bodily function and the Member must continue to show measurable progress.

**REHABILITATIVE CARE**

Coverage will be provided for Rehabilitative Care services when the Member requires help to keep, get back or improve skills and functioning for daily living that have been lost or impaired because the Member was sick, hurt or disabled. These services include, but are not limited to:

1. physical and occupational therapy;
2. speech-language pathology; and
3. psychiatric rehabilitation.

These services may be provided in a variety of Inpatient and/or Outpatient settings as prescribed by a Physician.

**RESIDENTIAL TREATMENT CENTER**

A facility setting offering a defined course of therapeutic intervention and special programming in a controlled environment which also offers a degree of security, supervision, structure and is licensed by the appropriate state and local authority to provide such service. It does not include half-way houses, wilderness programs, supervised living, group homes, boarding houses or other facilities that provide primarily a supportive environment and address long-term social needs, even if counseling is provided in such facilities. Patients are medically monitored with 24 hour medical availability and 24 hour onsite nursing service for patients with Mental Illness and/or Chemical Dependency. Requirements: Blue Cross and Blue Shield of Montana requires that any Mental Illness and/or Chemical Dependency Residential Treatment Center must be licensed in the state where it is located, or accredited by a national organization that is recognized by Blue Cross and Blue Shield of Montana as set forth in its current credentialing policy, and otherwise meets all other credentialing requirements set forth in such policy.

**ROUTINE**

Examinations or services provided when there is no objective indication of impairment of normal bodily function. Routine does not include the diagnosis or treatment of any Injury or Illness.

**ROUTINE PATIENT COSTS**

All items and services covered by a group health plan or a plan of individual or group health insurance coverage when the items or services are typically covered for a Qualified Individual who is not enrolled in an Approved Clinical Trial. The term does not include:

1. An investigational item, device, or service that is part of the trial;
2. An item or service provided solely to satisfy data collection and analysis needs for the trial if the item or service is not used in the direct clinical management of the patient; or
3. A service that is clearly inconsistent with widely accepted and established standards of care for the individual's diagnosis.

**SEVERE MENTAL ILLNESS**

The following disorders as defined by the American psychiatric association:

1. schizophrenia;
2. schizoaffective disorder;
3. bipolar disorder;
4. major depression;
5. panic disorder;
6. obsessive-compulsive disorder; and
7. autism.

Coverage for a child with autism who is 18 years of age or younger is provided under the Autism Spectrum Disorders Benefit if the child is diagnosed with:

1. Autistic Disorder;
2. Asperger's Disorder; or
3. Pervasive Developmental Disorder not otherwise specified.

**SPECIALTY MEDICATIONS**

High cost, hard to manage injectables, select orals, and/or infused therapies that are administered by the patient or Physician for the treatment of chronic Illness.

**SPECIALTY PHARMACY**

A pharmacy which has entered into an agreement with The Plan to provide Specialty Medications to Members and which has agreed to accept specified reimbursement rates.

**SPEECH THERAPY**

The treatment of communication impairment and swallowing disorders.

**SPOUSE**

The opposite sex or the same sex person to whom the Beneficiary Member is legally married, based upon the law in effect at the time of and in the state or other appropriate jurisdiction in which the marriage was performed, recognized, or declared.

**TELEMEDICINE**

Telemedicine means the use of interactive audio, video, or other telecommunications technology that is:

1. Used by a health care provider or health care facility to deliver health care services at a site other than the site where the patient is located; and
2. Delivered over a secure connection that complies with the requirements of the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. 1320d, et seq.

The term includes the use of electronic media for consultation relating to the health care diagnosis or treatment of a patient in real time or through the use of store-and-forward technology. The term does not include the use of audio-only telephone, e-mail, or facsimile transmissions.

BLUE CROSS BLUE SHIELD OF MONTANA
A DIVISION OF HEALTH CARE SERVICE CORPORATION
A MUTUAL LEGAL RESERVE COMPANY

By: Michael E. Frank
Plan President

## Notice That Lifetime Limit No Longer Applies and Enrollment Opportunity

The lifetime limit on the dollar value of benefits under this health plan coverage no longer applies. Individuals whose coverage ended by reason of reaching a lifetime limit under the plan are eligible to reenroll in the plan. Individuals have 30 days beginning with the start of the plan year to request enrollment.

## Notice of Opportunity to Enroll in connection with Extension of Dependent Coverage to Age 26

Children whose coverage ended, or who were denied coverage (or were not eligible for coverage), because the availability of dependent coverage for children ended before attainment of age 26 are eligible to enroll in this health coverage, regardless of student status, financial dependency or marital status. Individuals may request enrollment for such children for 30 days beginning with the start of the plan year.

## American Indian/Alaskan Native Cost-Sharing Notice

This Notice is hereby adopted and incorporated into your Contract.

This Notice only applies if you have enrolled in a Contract that includes Cost-sharing Reductions.

Please read it carefully.

If you are an American Indian/Alaskan Native enrolled under this Contract, the following variations in cost-sharing amounts will apply to your coverage under this Qualified Health Plan (QHP) offered on the Exchange:

If you have a household income of less than 300% of the Federal Poverty Level, you may be eligible for a Zero Cost Sharing (ZCS) Plan.

- If you are enrolled in a ZCS QHP with a non-participating benefit, you will have your cost-sharing for medical and drug Essential Health Benefits, as defined in this Contract, reduced to zero when the benefit is provided at both Participating and Non-Participating provider levels. Any Preauthorization requirements, balance billing/overage from Non-Participating providers, and any maximum benefit limitation or exclusions, will still apply.
- If you are enrolled in a ZCS QHP without a non-participating benefit (e.g. HMO), you will have your cost-sharing for medical and drug Essential Health Benefits, as defined in your benefit booklet, reduced to zero for participating services only. Your ZCS QHP does not provide benefits for services received from a Non-Participating provider, so you may be responsible for all costs associated for services obtained from such a provider. Any Preauthorization requirements, balance billing/overage from Non-Participating Providers, and any maximum benefit limitations or Exclusions, will still apply.

If you are not eligible for a ZCS Plan, you may be eligible for a Limited Cost Sharing (LCS) Plan.

- Under the LCS plans, you will have cost-sharing for medical and drug Essential Health Benefits, as defined in this Contract, reduced to zero when you receive services from an Indian Health Service provider, other tribal or urban Indian organization provider ("I/T/U providers"), or through a referral issued by an I/T/U provider under the Contract Health Service ("CHS") program. If you do not receive services from an I/T/U provider or through a CHS referral, you may be responsible for cost-sharing described in your benefit materials. Any applicable Preauthorization requirements, balance billing/overage from Non-participating providers, any maximum benefit limitations or exclusions, will still apply.

For information on whether a specific Provider is a Participating Provider or non-participating provider or whether a specific Provider is an IHS or other tribal or urban Indian organization provider, call a customer service representative at the number located on the back of your identification card.

**For additional information regarding these notices, contact:**

Blue Cross and Blue Shield of Montana
3645 Alice Street
Helena, MT 59601
1-800-447-7828



BlueCross BlueShield of Montana

If you, or someone you are helping, have questions, you have the right to get help and information in your language at no cost. To talk to an interpreter, call 855-258-8471.

| | |
|---|---|
| العربية Arabic | إن كان لديك او لدى شخص تساعده اسئلة، فلديك الحق في الحصول على المساعدة والمعلومات الضرورية بلغتك من دون اية تكلفة. للتحدث مع مترجم فوري، اتصل على الرقم 855-258-8471. |
| 繁體中文 Chinese | 如果您, 或您正在協助的對象, 對此有疑問, 您有權利免費以您的母語獲得幫助和訊息 洽詢一位翻譯員, 請撥電話 號碼 855-258-8471。 |
| Français French | Si vous, ou quelqu'un que vous êtes en train d'aider, avez des questions, vous avez le droit d'obtenir de l'aide et l'information dans votre langue à aucun coût. Pour parler à un interprète, appelez 855-258-8471. |
| Deutsch German | Falls Sie oder jemand, dem Sie helfen, Fragen haben, haben Sie das Recht, kostenlose Hilfe und Informationen in Ihrer Sprache zu erhalten. Um mit einem Dolmetscher zu sprechen, rufen Sie bitte die Nummer 855-258-8471 an. |
| Italiano Italian | Se tu o qualcuno che stai aiutando avete domande, hai il diritto di ottenere aiuto e informazioni nella tua lingua gratuitamente. Per parlare con un interprete, puoi chiamare il numero 855-258-8471. |
| 日本語 Japanese | ご本人様、またはお客様の身の回りの方でも、ご質問がございましたら、ご希望の言語でサポートを受けたり、情報を入手したりすることができます。料金はかかりません。通訳とお話される場合、855-258-8471までお電話ください。 |
| 한국어 Korean | 만약 귀하 또는 귀하가 돕는 사람이 질문이 있다면 귀하는 무료로 그러한 도움과 정보를 귀하의 언어로 받을 수 있는 권리가 있습니다. 통역사가 필요하시면 855-258-8471로 전화하십시오. |
| Diné Navajo | T'áá ni, éí doodago ła'da bíká anánílwo'ígíí, na'ídíłkidgo, ts'ídá bee ná ahóóti'i' t'áá níík'e níká a'doolwoł dóó bína'ídíłkidígíí bee nił hodoonih. Ata'dahalne'ígíí bich'į' hodíílnih kwe'é 855-258-8471. |
| Norsk Norwegian | Hvis du, eller noen du hjelper, har spørsmål, har du rett til å få hjelp og informasjon på ditt språk uten kostnad. For å snakke med en tolk, ring 855-258-8471. |
| Pennsilfaanisch Deitsch Pennsylvanian-Dutch | Wann du, odder ebber as du an helfe bischt, Questions hoscht, hoscht du's Recht fer Hilf un Information griege in dei eegni Schprooch as nix koschte zellt. Wann du mit en Interpreter schwetze wettscht, kannscht du 855-258-8471 uffrufe. |
| Русский Russian | Если у вас или человека, которому вы помогаете, возникли вопросы, у вас есть право на бесплатную помощь и информацию, предоставленную на вашем языке. Чтобы связаться с переводчиком, позвоните по телефону 855-258-8471. |
| Español Spanish | Si usted o alguien a quien usted está ayudando tiene preguntas, tiene derecho a obtener ayuda e información en su idioma sin costo alguno. Para hablar con un intérprete, llame al 855-258-8471. |
| Tagalog Tagalog | Kung ikaw, o ang isang taong iyong tinutulungan ay may mga tanong, may karapatan kang makakuha ng tulong at impormasyon sa iyong wika nang walang bayad. Upang makipag-usap sa isang tagasalin-wika, tumawag sa 855-258-8471. |
| ไทย Thai | หากคุณ หรือคนที่คุณกำลังช่วยเหลือมีข้อสงสัยใด ๆ คุณมีสิทธิที่จะได้รับความช่วยเหลือและข้อมูลในภาษาของคุณได้โดยไม่มีค่าใช้จ่าย พูดคุยกับล่ามโดยติดต่อที่หมายเลข 855-258-8471. |
| Українська Ukrainian | Якщо у Вас чи у когось, хто отримує Вашу допомогу, виникають питання, у Вас є право отримати безкоштовну допомогу та інформацію Вашою рідною мовою. Щоб зв'язатись з перекладачем, зателефонуйте за номером 855-258-8471. |
| Tiếng Việt Vietnamese | Nếu quý vị, hoặc người mà quý vị đang giúp đỡ, có câu hỏi, thì quý vị có quyền được giúp và nhận thông tin bằng ngôn ngữ của mình miễn phí. Để nói chuyện với một thông dịch viên, xin gọi 855-258-8471. |

bcbsmt.com

**IMPORTANT NOTICE TO PERSON ON MEDICARE**
**THIS INSURANCE DUPLICATES SOME MEDICARE BENEFITS**

This is not Medicare Supplement Insurance.

This insurance provides limited benefits if you meet the conditions listed in the policy. It does not pay your Medicare deductibles or coinsurance and is not a substitute for Medicare Supplement insurance.

This insurance duplicates Medicare benefits when it pays:

- the benefits stated in the policy and coverage for the same event is provided by Medicare

Medicare generally pays for most or all of these expenses.

Medicare pays extensive benefits for medically necessary services regardless of the reason you need them. These include:

- hospitalization
- physician services
- hospice
- (outpatient prescription drugs if you are enrolled in Medicare Part D)
- other approved items and services

**BEFORE YOU BUY THIS INSURANCE**

1. Check the coverage in all health insurance policies you already have.
2. For more information about Medicare and Medicare Supplement insurance, review the "Guide to Health Insurance for People with Medicare," available from Blue Cross and Blue Shield of Montana.
3. For help in understanding your health insurance, contact your state insurance department or state health insurance assistance program (SHIP).



BlueCross BlueShield
of Montana

Blue Cross and Blue Shield of Montana
3645 Alice Street
P.O. Box 4309
Helena, MT 59604-4309

# BLUE PREFERRED GOLD PPO 104

BlueCross BlueShield of Montana

To learn more, call Blue Cross and Blue Shield of Montana at 800-447-7828 or your local agent

## Outline of Coverage 2017

This plan does not have an Annual or Lifetime Plan Maximum

| | | | |
|---|---|---|---|
| **Benefit Period** | January 1 – December 31 | | |
| **Deductible** *Copayments and coinsurance do not accumulate to the plan deductible.* | In-Network: | Individual: $1,400 | Family: $2,800 |
| | Out-of-Network: | Individual: $5,600 | Family: $11,200 |
| **Out-of-Pocket Amount** | In-Network: | Individual: $3,350 | Family: $6,700 |
| | Out-of-Network: | Individual: $13,400 | Family: $26,800 |
| **Deductible Per Visit or Occurrence** *These deductibles are in addition to the plan deductible and any coinsurance. Once the out-of-pocket amount is satisfied, plan deductible, per visit or occurrence deductibles and coinsurance and copayments do not apply.* | Emergency Room: | In-Network: $750 | Out-of-Network: $750 |
| | Inpatient Admission: | In-Network: $300 | Out-of-Network: $1,500 |
| | Outpatient Surgery: | In-Network: $200 | Out-of-Network: $1,500 |
| **Coinsurance** | | In-Network: 20% | Out-of-Network: 50% |
| **Copayment** *Deductible and coinsurance do not apply to In-Network Services.* | Urgent Care: | In-Network: $20 | Out-of Network: No copayment; deductible and coinsurance apply (Emergency services pay as In-Network services.) |

**Deductible and Coinsurance Waived For:**

**In and Out-of-Network:** Diabetic Education Benefit (the first $250)
**In-Network:** Chemical Dependency and Mental Health Office Visits; Preventive Health Care; Routine and Diagnostic Mammograms; Hospice; Urgent Care; Well-Child Care; the first 3 Primary Care Provider (PCP) Office Visits
**Out-of-Network:** The first $70 for Routine Mammograms; Well-Child Care. However, coinsurance applies to Well Child Care

## Blue Cross and Blue Shield of Montana (BCBSMT) Provider Networks

**In-Network Providers -** In-Network providers accept the BCBSMT allowable fee, in additional to the deductible, coinsurance and copayment, as payment in full for covered services. In-Network providers submit claims for you and BCBSMT pays In-Network providers directly. You will not be billed amounts over your deductible, coinsurance and copayment.

- **Preferred Provider Organization (PPO) -** A network of hospitals and surgery centers across the state that accept lower payments for each service provided by a PPO Hospital or surgery center. Currently, all hospitals in Montana participate in this network.
- **Traditional Network Participating Providers -** This is the most extensive provider network available in Montana, composed of professional providers and facility providers, other than hospitals and surgery centers which have contracted with BCBSMT to provide services at discounted rates. Approximately 95% off all physicians and 100% of hospitals in Montana participate in this network.

**Out-of-Network Providers -** Nonparticipating Providers have not contracted with BCBSMT to provide services at negotiated rates, and your out of pocket expenses can be significantly higher. These providers are under no obligation to submit claims for you and may bill you the difference between the allowable fee and their charge (balance billing), in addition to any deductible, coinsurance and copayment.

**Emergency Services -** Services provided for emergency medical condition which is a condition with symptoms of sufficient severity, including severe pain, that in the absence of immediate medical attention would reasonably be expected to result in: the Member's health being in serious jeopardy; the Member's bodily functions being seriously impaired; or a bodily organ or part being seriously damaged. These services pay as In-Network, even if provided Out-of-Network. An Out-of-Network provider may balance bill.

**Finding Participating Providers–**To locate In-Network providers in Montana check our on-line provider directory at www.bcbsmt.com or contact Customer Service at 1-800-447-7828.

**Out of State Networks at Your Fingertips –** The BlueCard program provides access to Participating Providers across the country. To find BlueCard Providers, visit the BlueCross and BlueShield Association website at http://provider.bcbs.com or call 1-800-810-BLUE (2593).

**Deductible:** The dollar amount each Member must pay for covered medical expenses incurred during the benefit period before BCBSMT will make payment for any covered medical expense to which the deductible applies. This plan has an In-Network deductible and separate Out-of-Network deductible.

**Out-of-Pocket Amount:** The total amount of deductible, coinsurance and copayment that each Member would pay in a single benefit period. Once the out-of-pocket amount is met, the Plan pays 100% of the allowable fee on covered services. However, any amount each Member pays for balances owed to nonparticipating providers and the Out-of-Network pharmacy 50% benefit reduction do not apply to the out-of-pocket amount. This plan has an In-Network out-of-pocket amount and a separate Out-of-Network out-of-pocket amount.

**Coinsurance:** The percentage of the allowable fee payable by the Member for covered medical expenses. This plan has an In-Network coinsurance and a separate Out-of-Network coinsurance.

**Copayment:** The specific dollar amount payable by the Member for covered medical expenses.

**Rating Factors and Trend:** The following rating factors are used: income and claims experience for the prior 12 months for the product being rated, the benefit difference for deductible, coinsurance and copayment for specific products in a category, projected claims, income and enrollment for the next 12-month rating period, projected expenses for the next rating period, and/or age of the applicant or subscriber, industry, and risk characteristics. The trend of premium increases during the preceding five years is:
2012 – 11%, 2013 – 13%, 2014 – 6.5%, 2015 -7.2%, 2016 – 21.8%
Your estimated premium will be ______________.

The Appeals section in the Contract contains information regarding utilization review procedures, including procedures for obtaining review of adverse determinations, and the Member's rights with respect to those procedures.

Deductible, copayment and coinsurance apply to all services listed below, unless otherwise noted. This is only a summary of benefits. Benefits and general provisions are subject to the terms of the Contract. Preauthorization is not a guarantee of payment but is required for some services, supplies, treatments and prescription drugs to determine if services are Medically Necessary and a benefit of the Contract.

| | |
|---|---|
| Professional Provider Services | Covered services include home and office calls, x-ray, lab and other services provided by a professional provider. . **Deductible and coinsurance do not apply to the first thre In-Network PCP office visits.** The visit covers services provided during the visit. However, even if provided during that visit, the following services process under regular medical benefits: surgery, physical therapy, speech therapy, occupational therapy, chiropractic manipulation, diagnostic imaging, laboratory services and x-rays. |
| Preventive Health Care, including Routine Mammograms and Well-Child Care | Services include: 1. Services that have an "A" or "B" rating in the United States Preventive Services Task Force's (USPSTF) current recommendations; and 2. Immunizations recommended by the Advisory Committee of Immunizations Practices of the Centers for Disease Control and Prevention; and 3. Health Resources and Services Administration (HRSA) Guidelines for Preventive Care & Screenings for Infants, Children, Adolescents and Women; and 4. Current recommendations of the USPSTF regarding breast cancer screening, mammography, and prevention issued prior to November 2009. Examples of services include, but are not limited to, physical examinations, vaccinations, immunizations, lactation services, a breast pump (maximum of two electric), certain contraceptives and certain tobacco cessation products. Deductible, copayments and coinsurance do not apply to In-Network services which are paid at 100% of the allowable fee. Deductible and coinsurance apply to Out-of-Network services, except for the first $70 for Out-of-Network routine mammograms. Deductible does not apply to Out-of-Network Well-Child Care. |
| Inpatient Hospital | Room and board, special care units, ancillary charges, and transplant coverage. |
| Outpatient Hospital | Accidental injury, x-ray/lab, surgery, chemotherapy, respiratory therapy, medical emergencies and other services. |
| Maternity Services | Professional and facility services are processed under regular medical benefits. |
| Emergency Room Care | Services provided for accidental injury and emergency services. |
| Transplants | Processed under regular medical benefits. |
| Convalescent Home | Skilled nursing facility, transitional care units and extended care facilities. 60 days per benefit period. |
| Chiropractic and Acupuncture Services | Chiropractic: 10 visit maximum per benefit period. Acupuncture: 12 visit maximum per benefit period. |
| Home Health Care | 180 visit maximum per benefit period. |
| Hospice | Deductible and coinsurance do not apply to In-Network services which are paid at 100% of the allowable fee. Deductible and coinsurance apply to Out-of-Network service |
| Individual Therapies | Outpatient physical, occupational, speech and cardiac rehabilitation therapies for professional and facility charges. |
| Rehabilitation Therapy | Inpatient and outpatient rehabilitation therapy services. |
| Durable Medical Equipment and Prostheses | Initial purchase, replacement, and repair. |
| Pediatric Vision (under 19 years of age) | Routine eye exam, deductible and coinsurance do not apply. Paid at 100% of the allowable fee. Lenses and frames processed under regular medical benefits. |
| Mental Illness | Mental Illness, including Severe Mental Illness, deductible and coinsurance do not apply to In-Network office visits which are paid at 100% of the allowable fee. Deductible and coinsurance apply to any other covered services provided In-Network and Out-of-Network. |
| Chemical Dependency | Deductible and coinsurance do not apply to In-Network office visits which are paid at 100% of the allowable fee. Deductible and coinsurance apply to any other covered services provided In-Network and Out-of-Network. |
| Autism Spectrum Disorder | Diagnosis and treatment of Autistic disorder, Asperger's disorder or pervasive developmental disorder. Applied Behavioral Analysis (ABA) therapy is only available to Members 0-18 years of age. |
| Mammograms (Medical/Diagnostic) | Deductible and coinsurance do not apply to In-Network services which are paid at 100% of the allowable fee. Deductible and coinsurance apply to Out-of-Network service |
| Diagnostic Services | Processed under regular medical benefits. |
| Diabetic Education Benefit | Deductible and coinsurance do not apply to the first $250 per benefit period for outpatient services. After the first $250 in payment, deductible, copayment and coinsurance apply. |

| Prescription Drugs | Value Participating Pharmacy Copayment/Coinsurance | Participating Pharmacy Copayment/Coinsurance |
|---|---|---|
| Retail: 30-day supply | $0 preferred generic, $10 non-preferred generic, $50 preferred brand name, $100 non-preferred brand name | $5 preferred generic, $15 non-preferred generic, $60 preferred brand name, $110 non-preferred brand name |
| Retail: 90-day supply Only available at Value Participating Pharmacies | $0 preferred generic, $30 non-preferred generic, $150 preferred brand name, $300 non-preferred brand name | |
| Mail Order: 90-day supply | $0 preferred generic, $30 non-preferred generic, $150 preferred brand name, $300 non-preferred brand name | |
| Specialty Medications – 30-day supply | $250 when purchased at a participating Specialty Pharmacy. 50% coinsurance when purchased at any pharmacy other than a participating Specialty Pharmacy. | |

*Deductible: Does not apply*
*(The member must pay the difference between a brand name drug and the generic equivalent, in addition to the copayment, if the member chooses a brand name drug when a generic drug is available.)*

Payment for Prescription Drugs purchased at a nonparticipating pharmacy will be reduced by 50% in addition to the Participating Network coinsurance. This 50% benefi reduction does not apply to the Out of Pocket Amount.

Specialty Medications, when purchased at any pharmacy other than a participating Specialty Pharmacy, are covered at 50% coinsurance. This 50% coinsurance does not apply to any Out of Pocket Amount.

Mail Order is only available through the Preferred Mail Order Pharmacy Network.

Member Rights – When requested by the Member or the Member's agent, BCBSMT is required to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center or clinic or hospital exceeds $500.

®Registered Service Marks of the Blue Cross and Blue Shield Association, an Association of Independent Blue Cross and Blue Shield Plans. Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

# AMENDMENT

This Amendment, effective 01/01/2017, is part of the Contract with Blue Cross and Blue Shield of Montana.

Include the following provision:

The Contract is an agreement between:

Blue Cross and Blue Shield of Montana
P.O. Box 4309
Helena, Montana 59604
and

Subscriber Name: BARRY J BRIGGS

This Amendment is subject to the terms of the base Contract and all provisions of the base Contract which do not conflict with this Amendment continue in full force. This Amendment will **automatically terminate** without notice when the base Contract terminates for any reason stated in the termination provisions.

BLUE CROSS BLUE SHIELD OF MONTANA
A DIVISION OF HEALTH CARE SERVICE CORPORATION
A MUTUAL LEGAL RESERVE COMPANY

Michael E. Frank

By: Michael E. Frank
Plan President

SUBSCRIBERNAME2012.A

# WRITTEN NOTICE OF THE COVERAGE FOR MINIMUM HOSPITAL STAYS FOLLOWING CHILDBIRTH AS REQUIRED BY THE MONTANA INSURANCE CODE AND FEDERAL LAW.

Health insurance for maternity services, including benefits for childbirth, must provide coverage for at least 48 hours of inpatient hospital care following a vaginal delivery and at least 96 hours of inpatient care, following delivery by cesarean section for a mother and newborn infant in a health care facility.

Any decision to shorten the length of inpatient stay to less than that stated above must be made by the attending health care provider and the mother. A health benefit plan may not terminate the service of an attending health care provider or penalize or otherwise provide financial disincentives to an attending health care provider in response to orders by the attending health care provider for care consistent with these provisions. Under this same requirement a health plan may not require that the provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

A health benefit plan that provides coverage for post-delivery care that is provided to a mother and newborn infant in the home may not be required to provide coverage of inpatient care unless the inpatient care is determined to be medically necessary by the attending health care provider.

For further information about this notice, please contact Customer Service at 1-800-447-7828 or visit our Website http://www.bcbsmt.com.

CHILDBIRTH2012

# WRITTEN NOTICE OF THE WOMEN'S HEALTH AND CANCER RIGHTS ACT OF 1998 (WHCRA) AS REQUIRED BY FEDERAL LAW.

If you have had or are going to have a mastectomy, you may be entitled to certain benefits under WHCRA. For individuals receiving mastectomy-related benefits, coverage will be provided in a manner determined by the Plan in consultation with the attending physician and the patient, for:

1) All stages of reconstruction of the breast on which a mastectomy has been performed.
2) Surgery and reconstruction of the other breast to establish a symmetrical appearance.
3) Chemotherapy.
4) Prostheses and physical complications of all stages of a mastectomy and breast reconstruction, including lymphedemas.

These benefits will be provided subject to any deductible, coinsurance and/or copayment provisions of your health plan. For specific deductible, coinsurance and/or copayment information on your plan, please refer to your schedule of benefits.

For further information about this notice or the benefits provided under WHCRA, please contact Customer Service at 1-800-447-7828 or visit our Website http://www.bcbsmt.com.

# NOTICE
## OF PROTECTION PROVIDED BY
## MONTANA LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION

This notice provides a **brief summary** of the Montana Life and Health Insurance Guaranty Association (the Association) and the protection it provides for policyholders. This safety net was created under Montana law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your life, annuity or health insurance company becomes financially unable to meet its obligations and is taken over by its Insurance Department. If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Montana law, with funding from assessments paid by other insurance companies.

The basic protections provided by the Association are:

- Life Insurance
  - $300,000 in death benefits
  - $100,000 in cash surrender or withdrawal values
- Health Insurance
  - $500,000 in hospital, medical and surgical insurance benefits
  - $300,000 in disability income insurance benefits
  - $300,000 in long-term care insurance benefits
  - $100,000 in other types of health insurance benefits
- Annuities
  - $250,000 in withdrawal and cash values

The maximum amount of protection is $300,000 in benefits with respect to any one life regardless of the number of policies or contracts, except with respect to hospital, medical, and surgical insurance benefits.

**Note: Certain policies and contracts may not be covered or fully covered.** For example, coverage does not extend to any portion(s) of a policy or contract that the insurer does not guarantee, such as certain investment additions to the account value of a variable life insurance policy or a variable annuity contract. There are also various residency requirements and other limitations under Montana law.

To learn more about the above protections, as well as protections relating to group contracts or retirement plans, please visit the Association's web site at www.mtlifega.org or contact:

| Montana Life and Health Insurance Guaranty Association<br>PO Box 951<br>Oconomowoc, WI 53066-0951<br>877-678-1048 or administrator@mtlifega.org | Montana Department of Insurance<br>State Auditor's Office<br>840 Helena Ave.<br>Helena, MT 59601<br>406-444-2040 |
|---|---|

**Insurance companies and agents are not allowed by Montana law to use the existence of the Association or its coverage to encourage you to purchase any form of insurance. When selecting an insurance company, you should not rely on Association coverage.**

**If there is any inconsistency between this notice and Montana law, then Montana law will control.**

*Notice of Amendment and Adoption amending ARM 6.6.4601 and 6.6.4602, published in Montana Administrative Register 7/28/2011*

*350902.0714*

BlueCross BlueShield of Montana

Blue Cross and Blue Shield of Montana (BCBSMT) is required to provide you a Notice of Privacy Practices to inform you of your rights under the law. This notice describes how BCBSMT can use or disclose your protected health information. Please take a few minutes and review this notice. You are encouraged to go to the Blue Access for Members (BAM) portal at BCBSMT.com to sign up to receive this notice electronically. Our contact information can be found at the end of the notice.

## HIPAA NOTICE OF PRIVACY PRACTICES – Effective 9/23/13

**YOUR RIGHTS. When it comes to your health information, you have certain rights.**

This section explains your rights and some of our responsibilities to help you.

| | |
|---|---|
| **Get a copy of your health and claims records** | • You can ask to see or get a copy of your health and claims records and other health information we have about you. Ask us how to do this by using the contact information at the end of this notice.<br>• We will provide a copy or a summary of your health and claims records usually within 30 days of the request. We may charge a reasonable, cost-based fee. |
| **Ask us to correct health and claims records** | • You can ask us to correct your health and claims records if you think they are incorrect or incomplete. Ask us how to do this by using the contact information at the end of this notice.<br>• We may say "no" to your request. We'll tell you why in writing within 60 days. |
| **Request confidential communications** | • You can ask us to contact you in a specific way or to send mail to a different address. Ask us how to do this by using the contact information at the end of this notice.<br>• We will consider all reasonable requests, and must say "yes" if you tell us you would be in danger if we do not. |
| **Ask us to limit what we use or share** | • You can ask us **not** to share or use certain health information for treatment, payment or our operations. Ask how to do this by using the contact information at the end of this notice.<br>• We are not required to agree to your request, and we may say "no" if it would affect your care. |
| **Get a list of those with whom we've shared information** | • You can ask for a list (accounting) for six years prior to your request date of when we shared your information, who we shared it with and why. Ask us how to do this by using the contact information at the end of this notice.<br>• We will include all the disclosures except for those about treatment, payment, and our operations, and certain other disclosures (such as any you asked us to make). We will provide one accounting a year for free but we may charge a reasonable, cost-based fee if you ask for another one within 12 months. |
| **Get a copy of this Notice** | • You can ask for a paper copy of this notice at any time, even if you have agreed to receive the notice electronically. To request a copy of this notice, use the contact information at the end of this notice and we will send you one promptly. |
| **Choose someone to act for you** | • If you have given someone medical power of attorney or if someone is your legal guardian, that person can exercise your rights and make choices for you.<br>• We confirm this information before we release them any of your information. |

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Page 1

PET EXHIBIT 2-220

| | |
|---|---|
| **File a complaint if you feel your rights are violated** | • You can complain if you feel we have violated your privacy rights by using the contact information at the end of this notice.<br>• You can also file a complaint with the U.S. Department of Health and Human Services Office for Civil Rights by calling 1-877-696-6775; or by visiting www.hhs.gov/ocr/privacy/hipaa/complaints/ or by sending a letter to them at: 200 Independence Ave., SW, Washington, D.C. 20201.<br>• We will not retaliate against you for filing a complaint. |

**YOUR CHOICES. For certain health information, you can tell us your choices about what we share.**

If you have a clear preference on how you want us to share your information in the situations described below, tell us and we will follow your instructions. Use the contact information at the end of this notice.

| | |
|---|---|
| **In these cases, you have both the right and choice to tell us to:** | • Share information with your family, close friends, or others involved in payment for your care<br>• Share information in a disaster or relief situation<br>• Contact you for fundraising efforts |

*If there is a reason you can't tell us who we can share information with, we may share it if we believe it is in your best interest to do so. We may also share information to lessen a serious or imminent threat to health or safety.*

| | |
|---|---|
| **We never share your information in these situations unless you give us written permission** | • Marketing purposes<br>• Sale of your information |

**OUR USES AND DISCLOSURES. How do we use or share your health information?**

We typically use or share your health information in the following ways.

| | |
|---|---|
| **Help manage the health care treatment you receive** | • We can use your health information and share it with professionals who are treating you.<br>*Example: A doctor sends us information about your diagnosis and treatment plan so we can arrange additional services.* |
| **Run our organization** | • We can use and disclose your information to run our organization and contact you when necessary.<br>*Example: We use health information to develop better services for you.* |

*We can't use any genetic information to decide whether we will give you coverage except for long-term care plans.*

| | |
|---|---|
| **Pay for your health Services** | • We can use and disclose your health information since we pay for your health services.<br>*Example: We share information about you with your dental plan to coordinate payment for your dental work.* |
| **Administer your plan** | • We may disclose your health information to your health plan sponsor for plan administration purposes.<br>*Example: If your company contracts with us to provide a health plan, we may provide them certain statistics to explain the premiums we charge.* |

 BlueCross BlueShield of Montana

**How else can we use or share your health information?**

We are allowed or required to share your information in other ways, usually in ways that contribute to the public good, such as public health and research. We have to meet many conditions in the law before we can share your information for these purposes. For more information go to: www.hhs.gov/ocr/privacy/hipaa/understanding/consumers/index.html

| | |
|---|---|
| **Help with public health and safety issues** | • We can share your health information for certain situations such as:<br>– Preventing disease<br>– Helping with product recalls<br>– Reporting adverse reactions to medications<br>– Reporting suspected abuse, neglect or domestic violence<br>– Preventing or reducing a serious threat to anyone's health or safety |
| **Do research** | • We can use or share your information for health research. |
| **Comply with the law** | • We will share information about you when state or federal law requires it, including the Department of Health and Human Services if they want to determine that we are complying with federal privacy laws. |
| **Respond to organ/tissue donation requests and work with certain professionals** | • We can share health information about you with an organ procurement organization.<br>• We can share information with a medical examiner, coroner or funeral director. |
| **Address workers compensation, law enforcement, and Other government requests** | • We can use or share health information about you:<br>– For workers compensation claims<br>– For law enforcement purposes or with a law enforcement official<br>– With health oversight agencies for activities authorized by law<br>– For special government functions such as military, national security, and presidential protective services or with prisons regarding inmates. |
| **Respond to lawsuits And legal actions** | • We can share health information about you in response to an administrative or court order, or in response to a subpoena. |
| **Certain health information** | • State law may provide additional protection on some specific medical conditions or health information. For example, these laws may prohibit us from disclosing or using information related to HIV/AIDS, mental health, alcohol or substance abuse and genetic information without your authorization. In these situations, we will follow the requirements of the state law. |

**OUR RESPONSIBILITIES. When it comes to your information, we have certain responsibilities.**

- We are required by law to maintain the privacy and security of your protected health information.
- We will let you know promptly if a breach occurs that compromises the privacy or security of your information.
- We must follow the duties and privacy practices described in this notice and give you a copy of it.
- We will not use or share your information other than as described here unless you tell us we can in writing.

You may change your mind at any time. Let us know in writing if you change your mind.

For more information: **www.hhs.gov/ocr/privacy/hipaa/understanding/consumers/noticepp. html.**

## CHANGES TO THE NOTICE

We have the right to change the terms of this notice, and the changes we make will apply to all information we have about you. The new notice will be available upon request or from our website. We will also mail a copy of the new notices to you as required by law.

## CONTACT INFORMATION

If you would like general information about your privacy rights or would like a copy of this notices, go to: http://www.bcbsmt.com/important_info/index.html

If you have specific questions about your rights or these notices, contact us in one of the following ways:

- Call us by using the toll-free number located on the back of your member identification card.
- Call us at 1-877-361-7594.
- Write us at Privacy Office Divisional Vice President
  Blue Cross and Blue Shield of Montana
  P.O. Box 804836
  Chicago, IL 60680-4110

REVISION DATE: 8/2014



BlueCross BlueShield
of Montana

P.O. Box 3236
Naperville, Illinois 60566-7236

Return Service Requested

BARRY BRIGGS
PO BOX 82
DILLON, MT 59725

5680114800-03-20838953

80345409

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association
04HSV105195 31563.0416





# Your Benefit Book

## Learn more about your plan

EXHIBIT 3



BlueCross BlueShield
of Montana

P.O. Box 3238
Naperville, IL 60566-7238
*Address Service Requested*

May 10, 2017

JOAN GROGAN
130 S MONTANA ST
DILLON, MT 59725

Patient Name:
Harold L. Grogan

**Subject:**
Your kit is enclosed

**Member ID:**
928019978

To contact us: 1-855-258-8471

Dear JOAN GROGAN,

Enclosed is the copy of the policy fulfillment kit you requested. The kit includes all the latest updated material.

Our goal is to serve your health insurance needs through all of life's changes. If you have any questions, feel free to call us at the number above.

Sincerely,

Your Customer Advocates
Blue Cross and Blue Shield of Montana

Enclosure

We're happy to provide our letters, at no cost, in Spanish, Tagalog, Chinese, Navajo, or Braille.

- **Español:** Para asistencia en Español, por favor llame al numero ubicado en la parte posterior de su tarjeta de identificación.
- **Tagalog:** Upang humingi ng tulong sa Tagalog, paki tawagan ang numero na nakasulat sa inyong kard.
- 中文: 如果需要中文幫助，請撥打您卡上的電話號碼。
- **Dine:** Dinék'ehjí áka'a'doowoł biniiyé, t'áá shọ́ọdi koji' hodíílnih béésh bee hane'i bi numbo bee néé ho'dólzinígíí biniiyé nanitinígíí bine'dę́ę́' bikáá'

bcbsmt.com
A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

PET EXHIBIT 3-226



BlueCross BlueShield
of Montana

# Frequently Asked Questions

**How do I make changes to my policy, plan or personal information?**

If you bought your plan directly from us, you can call us at the Customer Service number listed on your member ID card. We can help you make the changes you need.

If you have a Marketplace plan, any changes will have to be made through the Marketplace. You can log into your account online at healthcare.gov or call the Marketplace toll free at 800-318-2596.

Some changes, such as adding or dropping a dependent, could change your monthly premium.

**How do I sign up for Blue Access for Members$^{SM}$?**

Blue Access for Members gives you easy access to your account information.

1. Click on "Log In" at the top of our website at www.bcbsmt.com.
2. Click on "Register Now."
3. You'll need your member ID card, your ZIP code and your email address to sign up.

**How do I make my monthly premium payment?**

You can pay your premium by bank draft, with check or money order, using a debit card, or with cash. You can also set up automatic monthly payments using electronic funds transfer by calling Customer Service at the number listed on your member ID card. Find out how at www.bcbsmt.com/member/payment-options.

**What is the "Standard Authorization Form to Use or Disclose Protected Health Information (PHI)"?**

This form allows BCBSMT to disclose certain health information to the organization(s) or person(s) you name. For example, you may want to allow BCBSMT to provide your claims information to another person, such as a family member. You can sign the form for yourself or on behalf of a minor dependent child.

The form is included with your package for your convenience only. If you decide to use the form, please review it with care.

**Am I covered when I travel?**

Some BCBSMT plans offer coverage while traveling through BlueCard®, our unique program that gives members access to contracting doctors and hospitals outside a plan's service area, across the nation and around the world.

BlueCard coverage will differ based on your plan and on whether you choose a doctor or hospital in a BCBS network. Be sure to call Customer Service at the number on the back of your member ID card before your trip to find out what you can do if you need care while away from home. Log in to Blue Access for Members for details.

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company,
an Independent Licensee of the Blue Cross and Blue Shield Association


BlueCross BlueShield
of Montana

# At a Glance

**Summary of your Blue Cross and Blue Shield of Montana health insurance coverage**

**Medical Plan Name:** Blue Preferred Gold PPO
**Network:** Blue Preferred
**Identification Number:** 928019978
**Coverage Date:** 01/01/2017
**Termination Date:** 12/31/2017
**Method of Payment:** Monthly

**Covered Members:**
JOAN MAUREEN GROGAN
HAROLD LEE GROGAN

**Translation and TTY services available for our members**

To assist our members with special communication needs, and if your first language is not English, you can obtain assistance for the following:

- Members may ask to speak to a bilingual staff member (English or Spanish) by calling the Customer Service number on the back of your member ID card.
- Members may ask for access to a telephone-based translation service to assist with other languages.
- Some written forms and member materials are available in Spanish through our Customer Service
- BCBS provides TDD/TTY services and language assistance for incoming callers for deaf, hard-of-hearing and speech-disabled members:
  - Members can call 1-406-444-4212
  - Members can utilize their Teletypewriter (TTY) or Telecommunication Device (TDD) to access a teletype operator.

**Deaf, hard-of-hearing and speech-disabled members:**

- Members can utilize their Telecommunication Device (TDD) to access a teletype operator.

**Thank you for choosing Blue Cross and Blue Shield of Montana.**

BlueCross BlueShield of Montana

If you, or someone you are helping, have questions, you have the right to get help and information in your language at no cost. To talk to an interpreter, call 855-258-8471.

| | |
|---|---|
| العربية<br>Arabic | إن كان لديك أو لدى شخص تساعده أسئلة، فلديك الحق في الحصول على المساعدة والمعلومات الضرورية بلغتك من دون اية تكلفة. للتحدث مع مترجم فوري، اتصل على الرقم 855-258-8471. |
| 繁體中文<br>Chinese | 如果您, 或您正在協助的對象, 對此有疑問, 您有權利免費以您的母語獲得幫助和訊息 洽詢一位翻譯員, 請撥電話 號碼 855-258-8471。 |
| Français<br>French | Si vous, ou quelqu'un que vous êtes en train d'aider, avez des questions, vous avez le droit d'obtenir de l'aide et l'information dans votre langue à aucun coût. Pour parler à un interprète, appelez 855-258-8471. |
| Deutsch<br>German | Falls Sie oder jemand, dem Sie helfen, Fragen haben, haben Sie das Recht, kostenlose Hilfe und Informationen in Ihrer Sprache zu erhalten. Um mit einem Dolmetscher zu sprechen, rufen Sie bitte die Nummer 855-258-8471 an. |
| Italiano<br>Italian | Se tu o qualcuno che stai aiutando avete domande, hai il diritto di ottenere aiuto e informazioni nella tua lingua gratuitamente. Per parlare con un interprete, puoi chiamare il numero 855-258-8471. |
| 日本語<br>Japanese | ご本人様、またはお客様の身の回りの方でも、ご質問がございましたら、ご希望の言語でサポートを受けたり、情報を入手したりすることができます。料金はかかりません。通訳とお話される場合、855-258-8471までお電話ください。 |
| 한국어<br>Korean | 만약 귀하 또는 귀하가 돕는 사람이 질문이 있다면 귀하는 무료로 그러한 도움과 정보를 귀하의 언어로 받을 수 있는 권리가 있습니다. 통역사가 필요하시면 855-258-8471로 전화하십시오. |
| Diné<br>Navajo | T'áá ni, éí doodago ła'da bíká anánílwo'ígíí, na'ídíłkidgo, ts'ídá bee ná ahóóti'i' t'áá níík'e níká a'doolwoł dóó bína'ídíłkidígíí bee níł hodoonih. Ata'dahalne'ígíí bich'į' hodíílnih kwe'é 855-258-8471. |
| Norsk<br>Norwegian | Hvis du, eller noen du hjelper, har spørsmål, har du rett til å få hjelp og informasjon på ditt språk uten kostnad. For å snakke med en tolk, ring 855-258-8471. |
| Pennsilfaanisch Deitsch<br>Pennsylvanian-Dutch | Wann du, odder ebber as du an helfe bischt, Questions hoscht, hoscht du's Recht fer Hilf un Information griege in dei eegni Schprooch as nix koschte zellt. Wann du mit en Interpreter schwetze wettscht, kannscht du 855-258-8471 uffrufe. |
| Русский<br>Russian | Если у вас или человека, которому вы помогаете, возникли вопросы, у вас есть право на бесплатную помощь и информацию, предоставленную на вашем языке. Чтобы связаться с переводчиком, позвоните по телефону 855-258-8471. |
| Español<br>Spanish | Si usted o alguien a quien usted está ayudando tiene preguntas, tiene derecho a obtener ayuda e información en su idioma sin costo alguno. Para hablar con un intérprete, llame al 855-258-8471. |
| Tagalog<br>Tagalog | Kung ikaw, o ang isang taong iyong tinutulungan ay may mga tanong, may karapatan kang makakuha ng tulong at impormasyon sa iyong wika nang walang bayad. Upang makipag-usap sa isang tagasalin-wika, tumawag sa 855-258-8471. |
| ไทย<br>Thai | หากคุณ หรือคนที่คุณกำลังช่วยเหลือมีข้อสงสัยใด ๆ คุณมีสิทธิที่จะได้รับความช่วยเหลือและข้อมูลในภาษาของคุณได้โดยไม่มีค่าใช้จ่าย พูดคุยกับล่ามโดยติดต่อที่หมายเลข 855-258-8471. |
| Українська<br>Ukrainian | Якщо у Вас чи у когось, хто отримує Вашу допомогу, виникають питання, у Вас є право отримати безкоштовну допомогу та інформацію Вашою рідною мовою. Щоб зв'язатись з перекладачем, зателефонуйте за номером 855-258-8471. |
| Tiếng Việt<br>Vietnamese | Nếu quý vị, hoặc người mà quý vị đang giúp đỡ, có câu hỏi, thì quý vị có quyền được giúp và nhận thông tin bằng ngôn ngữ của mình miễn phí. Để nói chuyện với một thông dịch viên, xin gọi 855-258-8471. |

BlueCross BlueShield of Montana

**Health care coverage is important for everyone.**

We provide free communication aids and services for anyone with a disability or who needs language assistance. We do not discriminate on the basis of race, color, national origin, sex, gender identity, age or disability.

To receive language or communication assistance free of charge, please call us at 855-710-6984.

If you believe we have failed to provide a service, or think we have discriminated in another way, contact us to file a grievance.

Office of Civil Rights Coordinator
300 E. Randolph St.
35th Floor
Chicago, Illinois 60601

Phone: 855-664-7270 (voicemail)
TTY/TDD: 855-661-6965
Fax: 855-661-6960
Email: CivilRightsCoordinator@hcsc.net

You may file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, at:

U.S. Dept. of Health & Human Services
200 Independence Avenue SW
Room 509F, HHH Building 1019
Washington, DC 20201

Phone: 800-368-1019
TTY/TDD: 800-537-7697
Complaint Portal: https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint Forms: http://www.hhs.gov/ocr/office/file/index.html

353049.1016

BlueCross BlueShield of Montana

EZ Blue Payment Option℠
**Automatic Premium Payment Authorization Agreement**

## Take these simple steps for hassle-free monthly premium payments:

- Verify with your financial institution that it can accept automated electronic withdrawals.
- Complete this request online by going to bcbsmt.com and logging in to Blue Access for Members℠.
- If submitting by fax, please fax this form to **888-697-0686.**
- If submitting this form by mail, please use this address:

**Blue Cross and Blue Shield of Montana**
**P.O. Box 3236**
**Naperville, IL 60566-9708**

If you have any questions about this program, please call our Member Service Department toll-free at **855-258-8471.**

## AGREEMENT

I request and authorize Blue Cross and Blue Shield of Montana (BCBSMT) and/or its designee to obtain payment of amounts becoming due by initiating charges to my account in the form of checks, share drafts, or electronic debit entries, and I request and authorize the Financial Institution named below to accept and honor the same to my account. As the account holder, by signing below, I also certify, in the event that this draft is being drawn from a company checking account, that I am authorized to approve this transaction, that the company is not paying any portion of the premium for this subscriber, either directly, or through reimbursement, and that the employer/company is not deducting any part of the premium from gross income under section 106 or section 162 of the Internal Revenue Code. I understand that both the financial institution and BCBSMT reserve the right to terminate this payment program and/or my participation therein. I also understand that I may discontinue this payment program at any time with at least 10 days advance notice to Blue Cross and Blue Shield of Montana by telephone prior to a scheduled withdrawal date.

**Please complete the following:**

☐ **Yes** ☐ **No** Deduct ongoing monthly premium payments only from my checking or savings account. Drafts will be drawn on the last day of each month, for the following month of coverage. If the draft date falls on a non-business day or a holiday, the premium payment will be deducted from my account on the next business day. Please ensure adequate funds are available at the time of application. Blue Cross and Blue Shield of Montana is not responsible for fees incurred due to insufficient funds. Select one of the following draft options.

☐ 1 MONTH BANK DRAFT PREMIUM AMOUNT EACH TIME (12 PAYMENTS PER YEAR)

BCBSMT member ID/applicant's Social Security number: ______________________

Name of member/applicant: ______________________

Name of depositor(s) if other than the member/applicant: ______________________

Phone number of member/applicant/depositor: ______________________

Name of bank, city and state where account is authorized: ______________________

______________________

Please check one: ❑ Checking Account ❑ Savings Account

Bank Transit Number: ______________________

Depositor's Account Number: ______________________

Bank check – bottom left corner

Your Name, Your Address, Your City State & Zip — 1000 — DATE — PAY TO THE ORDER OF — $ — DOLLARS — MEMO — SAMPLE
999999999 999999999 1000

Bank Transit Number — Depositor's Account

**I have read and accept the above agreement.**

**Please continue to pay your premiums by check or money order until you receive a confirmation letter from us stating the date automatic payments will begin.**

Depositor's Signature: ______________________ Date: ______________

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

350040.0916

 BlueCross BlueShield
of Montana

# Standard Authorization Form To Use or Disclose Protected Health Information (PHI)

**I. Individual** (Name and information of person whose protected health information is being disclosed):

**Name** **Date of Birth**

**Group #** **Identification/Subscriber #** **Social Security Number**

**Address** **City** **State** **ZIP**

**Area Code & Telephone Number**

**II. Authorization and Purpose:**

I request and authorize Blue Cross and Blue Shield of Montana to disclose my protected health information as described below. **I understand that if the person/organization authorized to receive and use the information is not a health plan or health care provider, the disclosed information may no longer be protected by federal privacy regulations.**

**Persons/Organizations authorized to receive your information** **Relationship** **Purpose**

**Address** **City** **State** **ZIP**

**III. Specific Description of Information to be Used or Disclosed** *(Please Complete **Parts A and B** in this Section)*

**This Authorization CANNOT be used to disclose Psychotherapy Notes.**

**A. Release of Sensitive Protected Health Information Under State Law**

You must check "yes" or "no" if you authorize the release of medical information, test results, records or communications specific to ***(note: "yes" means this information is included in the categories you designate in Part B below)*** :

- Human Immunodeficiency Virus (HIV) or HIV/Acquired Immune Deficiency Syndrome
- Sexually transmitted or "communicable" diseases (includes hepatitis, as well as venereal diseases);
- Drug, alcohol or substance abuse;
- Mental health or developmental disabilities (including mental retardation or similar disabilities, for example, those attributable to cerebral palsy, autism or neurological dysfunctions); and
- Genetic testing.

**Yes** ☐

**No** ☐

**B. Release of Protected Health Information** *(check one or more)*

| | | | Dates of Services From: | To: |
|---|---|---|---|---|
| ☐ | Health Plan Benefit Information: | Includes information contained in your benefit booklet (i.e., copayments, coinsurance, eligibility and other benefit information). | | |
| ☐ | Claims | Includes information related to payment of your claims for service you received, including pertinent information located on a claim form (i.e., billed amount, general procedure descriptions claim payment or denial reasons, etc.). | | |
| ☐ | Service Determination Information: | Includes any information related to pre-service, concurrent and post-service decisions. | | |

*A Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association*

PET EXHIBIT 3-232

| | | | |
|---|---|---|---|
| ☐ | Premium Information: | Includes information related to billing cycles, bank draft changes, etc. | ______ ______ |
| ☐ | Services from (provider or supplier): | Provider name: ______ (Includes information related to services rendered by a specific provider or supplier.) | ______ ______ |
| ☐ | Other: | ______ (Specify other information that is not listed in one of the categories | |

## IV. Expiration and Revocation:

**Expiration:** This authorization will expire on (must choose one):

☐ 24 months from the date it is signed

☐ Other (insert date or event, not to exceed 24 months from the date it is signed): ______

**Right to Revoke:** I understand that I may revoke this authorization at any time by giving written notice to the address listed at the bottom of this form. **I understand that revocation of this authorization will not affect any action the above named entity took in reliance on this authorization before the above named entity received my written notice of revocation.**

**V. Signature** (this document must be signed by the individual, parent of minor child or the individual's personal representative)**:**

I understand that this authorization is voluntary and that the health plan cannot condition my eligibility for benefits, treatment, enrollment or payment of claims on the signing of this authorization. I understand that if I am signing on behalf of a minor child, this authorization will expire upon the child reaching the age of 18, unless there is proof of legal guardianship.

______ ______

**Signature** **Date: month/day/year**

**If you are signing as a Power of Attorney, Legal Guardian, Executor or Administrator complete the following and attach a copy of the Legal documents. You do NOT have to attach copies of these documents if they are already on file with Blue Cross and Blue Shield of Montana:**

______ ______

**Personal Representative's Name** **Relationship to Individual**

______ ______ ______ ______

**Personal Representative's Address** **City** **State** **ZIP**

______

**Personal Representative's Area Code & Telephone Number**

**BEFORE RETURNING THIS FORM YOU SHOULD KEEP A COPY FOR YOUR RECORDS BY EITHER:**

**(1) MAKING A PHOTOCOPY OF THIS SIGNED AUTHORIZATION; OR**
**(2) COMPLETING THE DUPLICATE AUTHORIZATION FORM YOU RECEIVED OR PRINTED**

**Mail your completed signed authorization to:**
**Blue Cross and Blue Shield of Montana**
**P.O. Box 805107**
**Chicago, IL 60680-4112**

**If you need assistance completing the form, please refer to the instructions above or contact the Customer Service number listed on the back of your Member Identification Card.**

**Any changes to the format, content or branding of this form are strictly prohibited without review and approval ofthe HCSC Privacy Office. Please forward requests for changes to the Privacy_Office@bcbsil.com.**

Rev. 08/04/14 - HCSC Privacy Office Page 2 of 2 SAF-MT

*A Division of Health Care Service Corporation, a Mutual Legal Reserve Company*
*an Independent Licensee of the Blue Cross and Blue Shield Association* PET EXHIBIT 3-233

 BlueCross BlueShield of Montana

# Make the Most of Your Blue Cross and Blue Shield of Montana (BCBSMT) Plan.

Now that you have your 2017 BCBSMT plan, here are some tips to help you make the most of your benefits this year.

## Knowledge is key.

- **Know What's Covered**
  - Keep this book handy
  - Check your plan when you schedule visits, tests or procedures
- **Know Where to Go**
  - Remember, you may save time and money by visiting retail clinics and urgent care centers for nonemergencies
  - Go to the nearest ER for life-or-death illness or injury
- **Know the Costs**
  - Deductibles
  - Copays and/or coinsurance
  - Out-of-pocket maximum

Visit **www.bcbsmt.com/insurance-basics** for more details.

## Blue Access for Members℠ (BAM)

The gateway to help manage your personal health information.

### Log in and look.

- Access your health history
- Check your claims
- Find doctors and hospitals
- View your benefits
- Use our online tools

Registering for your BAM account is easy:*

1. Visit **www.bcbsmt.com/member**
2. Click on "Log In" in the upper right-hand side of the page
3. Click on "Register Now"
4. Use the information on your member ID card, your ZIP Code and your email address to complete the registration process

* Note: BCBSMT makes no representation or warranty with respect to the accuracy or completeness of information on BAM. The information on BAM is based upon information provided by you and claims received by BCBSMT, which information has not been independently verified.

## Download the BCBSMT App

Carry your health plan with you wherever you go:

- Look up your ID
- Find providers in your network
- Check your benefits
- Track your claims

To download the app, go to Google Play or the App Store or text** BCBSMT to 33633.

** Message and data rates may apply. Terms and conditions and privacy policy at www.bcbsmt.com/mobile/text-messaging.

# Where You Go for Care Matters

## It's important to think where to go when you need medical care.

Thinking where to go when you have a health issue may make a difference in costs and time.

**You have options.**

| | Average Costs | Average Wait Times | Examples of Health Issues | |
|---|---|---|---|---|
| **24/7 Nurseline** Around the clock help 24 hours a day, 7 days a week | ¢ | 17 seconds* | Registered nurses are on call to answer your health questions 24 hours a day, 7 days a week | |
| **Your Doctor** Your first choice for nonemergency care | $ | 24 minutes* | • Cuts and scrapes<br>• Fever, colds and flu<br>• Minor burns<br>• Ear or sinus pain<br>• Shots | • Eye swelling, pain<br>• Sore throat<br>• Stomach ache<br>• Physicals<br>• Minor allergic reactions |
| **Retail Clinics** For care when you can't see your doctor | $ | 15 minutes | • Infections<br>• Minor injuries or pain<br>• Flu shots<br>• Skin problems | • Bronchitis<br>• Cold and flu<br>• Sore and strep throat<br>• Allergies |
| **Urgent Care** When it's not a true emergency, but you need help now | $ $ $ $ | 11-20 minutes** | • Migraines or headaches<br>• Urinary tract infection<br>• Back pain | • Cuts that need stitches<br>• Sprains or strains<br>• Animal bites |
| **Emergency Room** When life is in danger from illness or injury | $ $ $ $ $ $ | 4 hours, 7 minutes† | • Chest pain, stroke<br>• Head or neck injuries<br>• Heart attack<br>• Fainting, dizziness, weakness<br>• Problems breathing | • Seizures<br>• Sudden or severe pain<br>• Severe vomiting, diarrh<br>• Uncontrolled bleeding<br>• Broken bones |

## Key points to remember:

- **24/7 Nurseline.** You may call our 24/7 Nurseline at **877-213-2565**. Registered nurses can answer your general health questions and help you decide if you need care and where you could go. Have your member ID card ready before you call.
- **Use the ER for emergencies only.** When your injury or illness is serious, call 911 or go to the nearest emergency room. You don't need a referral. If it's not an emergency, you may be able to save money by seeing your regular doctor for colds, minor sprains and other less serious conditions.

* Medical Practice Pulse Report 2009, Press Ganey Associates. *http://helpandtraining.pressganey.com/Documents_secure/Pulse%20Reports/2009_ED_Pulse_Report.pc*

** Urgent Care Benchmarking Study Results. Journal of Urgent Care Medicine. January 2012.

† Emergency Department Pulse Report 2010 Patient Perspectives on American Health Care. Press Ganey Associates. *http://helpandtraining.pressganey.com/researchResources/hospitals/emergencyDepartment/emergencyPulsereport.aspx*

# Provider Finder®

Easily search for physicians, specialists and hospitals in your plan's network.

Seeing providers in network helps you get the most from your benefits. Your out-of-pocket costs may be lower when you see in-network providers. Going to in-network hospitals may make a big difference in your costs also.

## Check before any visit.

- Compare doctors and hospitals
- Get information on providers
- Get directions to provider locations
- Find out some wait times
- See awards and recognitions
- Read and write reviews
- See what languages the doctor speaks

1. Visit **www.bcbsmt.com**
2. Log in to BAM, go to the "Doctors and Hospitals" tab and click "Find a Doctor"
3. Search by network, doctor, hospital or area to find the most up-to-date listing of health care providers for your plan's network

# Get ready before you see your doctor.

Notes can help you make the best use of your time with your doctor. Bring a pen and write as you talk.

## Here is what your visit notes could include:

**A list of symptoms:**

- When did your health concern start?
- Where does it hurt?
- How badly does it hurt?
- Does it get better or worse with activity?
- Does rest help?
- Does what you eat matter?

**Your health history:**

- Past illnesses, injuries, diseases, allergies
- Your family's health history

**Your list of questions:**

- Some questions you know ahead of time.
- Some questions pop up as you talk with your doctor.

**Current medication:**

- A list of drugs OR
- Prescription and over-the-counter containers

**Records:**

- Records from previous tests or procedures, including X-rays
- Written test results and surgery reports

## Learn more about taking care of your health

facebook.com/BCBSMT

youtube.com/bcbsmt

twitter.com/bcbsmt

connect.bcbsmt.com

# Your Prescription Drug Coverage

Your prescription drug coverage has a network of pharmacies, online tools, and more.

## The Drug List

The drug list is a list of covered medications available to BCBSMT members. If your drug is not on the list, check with your doctor for a covered alternative to consider.

### Always check the list.

Once you have your prescription, you may save money by:

- Checking to see if your prescription is on the drug list at **www.bcbsmt.com/member/prescription-drug-plan-information/drug-lists**.
- Checking for a generic or lower-cost preferred brand drug. (Ask your doctor if these alternatives may be right for you.)
- Filling your prescriptions at a Value Pharmacy Network pharmacy. If you fill your prescription for a covered prescription drug at a non-Value Pharmacy Network pharmacy, you may pay more out of pocket.

Log in to your Blue Access for Members (BAM) account at **www.bcbsmt.com/member** to learn more about specific drug coverage on your prescription drug benefit.

### Examples of Generic Drug Options for Common Drugs

| Drug Class | Generic Options |
|---|---|
| Heartburn/Acid Reduction | lansoprazole, omeprazole, pantoprazole, rabeprazole, esomeprazole |
| Attention Deficit Hyperactivity Disorder | amphetamine/dextroamphetamine (ER), dexmethylphenidate, methylphenidate (ER) |
| Bipolar/Psychosis | olanzapine, quetiapine, risperidone, ziprasidone |
| Cholesterol Lowering | atorvastatin, fenofibric acid, fluvastatin, lovastatin, niacin, omega-3 fatty acids, pravastatin, simvastatin |
| Depression | bupropion (SR), citalopram, duloxetine, escitalopram, fluoxetine, fluvoxamine, paroxetine (ER), sertarline, venlafaxine (ER) |
| High Blood Pressure | atenolol, benazepril, benazepril (HCTZ), betaxolol, bisoprolol, candesartan, candesartan (HCTZ), enalapril, enalapril (HCTZ), irbesartan, irbesartan (HCTZ), lisinopril, lisinopril (HCTZ), losartan, losartan (HCTZ), metoprolol, metoprolol (ER), propranolol, ramipril, valsartan (HCTZ) |
| Osteoporosis | alendronate, ibandronate, raloxifen, zoledronic acid, risedronate |
| Sleep Aids | eszopiclone, zaleplon, zolpidem (ER) |
| Thyroid Replacement | levothyroxine, Levothroid, Levoxyl, Unithroid |

This list is for example only and is not all-inclusive.

## Value Pharmacy Network

Your prescription drug benefit may include a Value Pharmacy Network.

### Check if your plan has a Value Pharmacy Network.

- **30-Day Supply:** If you fill a prescription for up to a 30-day supply of a covered prescription drug from a Value Pharmacy Network pharmacy, you may pay the lowest copay/coinsurance amount.
- **90-Day Supply:** You can also fill a prescription for up to a 90-day supply of a covered prescription drug at a participating Value Pharmacy Network pharmacy. You may pay the lowest copay/coinsurance amount for that quantity.
- Filling a prescription at a non-Value Pharmacy Network pharmacy may cost you more.

Visit Prime Therapeutics* at **myprime.com** to search for a Value Pharmacy Network pharmacy near you.

## 90-Day Supply Options

If you are taking medication on a routine basis, you may be able to get a 90-day supply.

### Where can you get a 90-day supply?

- Through the mail order program
- At a participating retail pharmacy in the Value Pharmacy Network

You can find more information by logging in to your Blue Access for Members (BAM) account at **www.bcbsmt.com/member.**

## Specialty Pharmacy Program

Your prescription drug benefit may include a specialty pharmacy program through Prime Therapeutics Specialty Pharmacy.

### What are specialty medications?

Specialty medications are those used to treat serious or chronic conditions. Examples include:

- Hepatitis C
- Hemophilia
- Multiple sclerosis
- Rheumatoid arthritis

These drugs are typically given by injection, but may be topical or taken by mouth. They often require careful adherence to treatment plans, have special handling or storage requirements, and may not be stocked by retail pharmacies.

For more information, call Prime Therapeutics at **877-627-6337**.

## Medical or Pharmacy Benefit?

- Specialty medications that require professional services for administration are usually covered under your medical benefit plan.
- Coverage for self-administered specialty medications is provided through your pharmacy benefit plan.

* Prime Therapeutics LLC is a separate pharmacy benefit management company, which also operates PrimeMail, a home delivery pharmacy service. Blue Cross and Blue Shield of Montana contracts with Prime Therapeutics to provide pharmacy benefit management and home delivery pharmacy services. Blue Cross and Blue Shield of Montana, as well as several other independent Blue Cross and Blue Shield Plans, has an ownership interest in Prime Therapeutics LLC.

# Doctor's Orders: Some medicines on the drug list have special requirements.

## What do I have to do to get my prescription?

### Prior Authorization

Sometimes prior approval is needed before a drug may be covered.

- Your doctor will need to submit a prior authorization request to Prime Therapeutics.

### Step Therapy

Some drugs may not be covered unless you try another preferred drug first.

- Ask your doctor if the preferred drug is right for you or have your doctor submit a prior authorization request for your other drug to Prime Therapeutics.

### Quantity Limits

There may be dispensing limits on certain medicines. For example, a medication taken twice daily may be limited to 60 tablets for 30 days.

- If your doctor thinks you need more than the dispensing limit, he or she will need to ask for an override authorization from Prime Therapeutics.

Your doctor can call **888-723-7443** with questions or to ask for any forms.

# Well onTarget®

## Motivation and guidance for your health and wellness journey.

Whether you want to make a game plan, track your progress or get started on your journey, Well onTarget* provides tools and resources to help guide you toward your health and wellness goals.

## Make a plan and track your progress.

**Take your health assessment today! It shows you where you stand with issues like:**

- Activity level
- Stress management
- Nutrition
- Tobacco use
- Weight, blood pressure, cholesterol metrics

Resources include:

- Online courses on topics related to any wellness goals identified by your health assessment
- Health trackers to track your progress toward any wellness goals identified by your health assessment
- A Blue Points℠ reward program**
  – The more you use the program, the more you earn
  – Redeem points for discounts on a wide range of products

Learn more at **wellontarget.com**.

* Well onTarget is an informational resource provided to members and is not a substitute for the independent medical judgment of a health care provider. Members are instructed to consult with their health care provider before beginning their journey toward wellness.

** Blue Points Program Rules are subject to change without prior notice. See the Program Rules on the Well onTarget Member Wellness Portal at wellontarget.com for further information.

# Blue365®

## Save with the member discount program.

Blue365 is just one more advantage of being a BCBSMT member. Save money on health and wellness products and services that are often not covered by your benefit plan. There are no claims to file and no referrals or pre-certifications.

## Shop and save.

### Jenny Craig® | Seattle Sutton's® | Nutrisystem®

Save on:

- Healthy meals
- Membership fees (if applicable)
- Nutritional products and services

### Reebok | SKECHERS®

- 20% off and free shipping
- Select Reebok athletic equipment for adults and kids
- Select SKECHERS Performance, Sport, Work and Corporate Casual styles

### Snap Fitness™

- 50% discount off the best current enrollment offer (no processing fees)
- 5% discount off monthly dues
- Up to five personal training sessions for 10% off
- Free online workout tools
- One month online nutrition and meal planning
- Free fitness tests twice a year
- 30-day trial for $8.95

### Dental Solutions℠ Discount Program

- $9.95 sign-up and $6 monthly fee
- Dental discount card
- Up to 50% discount at more than 61,000 dentists and 185,000 locations across the country

### Retrofit℠

- 15% off private Expert 10 and Expert 15 weight loss coaching programs
- Private coaching
- Food and activity logging
- Seamless integration with Fitbit® activity trackers and wireless scales

### TruHearing® | Beltone™

Save on:

- Hearing tests
- Hearing aids

Log in to BAM and click on "Member Discount Program" under "Quick Links," or visit **Blue365Deals.com/BCBSMT**. Once you sign up, weekly "Featured Deals" will be emailed to you. These deals offer special savings for a short period of time.

Value-added products and services may be discontinued or changed at any time and may be subject to geographical availability.

The relationship between these vendors and Blue Cross and Blue Shield of Montana (BCBSMT) is that of independent contractors.

Blue365 is a discount program only for BCBSMT members. This is NOT insurance. Some of the services offered through this program may be covered under your health plan. Please check your benefit booklet or call the Customer Service number on the back of your ID card for specific benefit facts. Use of Blue365 does not change your monthly payment, nor do costs of the services or products count toward any maximums and/or plan deductibles. Discounts are only given through vendors who take part in this program. BCBSMT does not guarantee or make any claims or recommendations about the program's services or products. You may want to talk to your doctor before using these services and products. BCBSMT reserves the right to stop or change this program at any time without notice.

Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

# BLUE PREFERRED GOLD PPO-104

## INDIVIDUAL PLAN

THIS CONTRACT IS NOT A MEDICARE POLICY. If you are eligible for Medicare, review the Medicare Supplement Buyers Guide from Blue Cross and Blue Shield of Montana.

BlueCross BlueShield
of Montana

**FOR BCBSMT CUSTOMER SERVICE AND PREAUTHORIZATION**

**FOR CUSTOMER SERVICE**
Call 1-855-258-8471

**FOR PREAUTHORIZATION**
Call 1-855-462-1782 or Fax 1-866-589-8253 for Non-Behavioral Health
Call 1-855-313-8909 or Fax 1-855-649-9681 for Behavioral Health

**FOR INPATIENT ADMISSIONS**
Call 1-855-462-1782 or Fax 1-866-589-8253 for Non-Behavioral Health
Call 1-855-313-8909 or Fax 1-855-649-9681 for Behavioral Health

**www.bcbsmt.com**

- BCBSMT Provider Directory
- Wellness
- Customer Service
- Other Online Services and Information

**BLUECARD® NATIONWIDE/WORLD WIDE COVERAGE PROGRAM**
1-800-810-BLUE (2583) – http://provider.bcbs.com

**FOR APPEALS**
Send via fax to 1-866-589-8256
or mail to Blue Cross Blue Shield at:
PO Box 4309
Helena, MT 59604-4309

**FOR URGENT CARE APPEALS**
Call 1-855-258-8471

**FOR PRESCRIPTION DRUG BENEFITS**

**Pharmacy Benefit Manager (PBM)**

- Prime Therapeutics — 1-800-423-1973
- For preauthorizations, fax: — 1-877-243-6930

**PBM Website** — www.myprime.com
**Claim Forms** — 1-866-325-5230
**Pharmacy Locator** — 1-866-325-5230
**Specialty Care Pharmacy (BCBSMT Prime Specialty Network)** — 1-877-627-MEDS (6337)

- www.bcbsmt.com or www.myprime.com
- Prescriber Fax — 1-877-828-3939

**Mail Order Services**

- **PrimeMail** — 1-866-325-5230
  PO Box 27836
  Albuquerque, NM 87125-7836
- **Ridgeway Mail-Order Pharmacy** — 1-800-630-3214
  2824 US Hwy 93 North
  Victor, MT 59875

**Blue Cross and Blue Shield of Montana**
**3645 Alice Street**
**PO Box 4309**
**Helena, MT 59604-4309**

**FOR CLAIMS**
Blue Cross and Blue Shield of Montana
PO Box 7982
Helena, MT 59604-7982

Certain terms in this Contract are defined in the Definitions section of this Contract. Defined terms are capitalized.

## THIS CONTRACT

1. If the Member is not satisfied with this Contract for any reason, the Contract may be returned within 10 days of its delivery. The Plan will refund the amount of dues paid, thus voiding the Contract from the beginning.
2. The Plan agrees to pay for the Covered Medical Expenses as outlined in this Contract subject to the following conditions:
   a. All statements made in any application for membership or any statement of health must be correct.
   b. The Plan must receive the Monthly Dues on or before the time listed on the Member's bill. **Payment of monthly dues is a condition precedent to coverage under this Contract.**
3. Payment by The Plan will be subject to the terms, conditions and limitations of this Contract and any endorsements, amendments and/or riders.
4. Payment will only be made for services which are provided to Members after the Effective Date of this Contract and before the date on which this Contract terminates.

## MEMBERS RIGHTS

When requested by the insured or the insured's agent, Montana law requires Blue Cross and Blue Shield of Montana to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

## CONTINUITY OF CARE

If the Member's Participating Provider (professional) stops participating in the PPO network, the Member may request continued treatment from that provider for a period of time after the provider stops participating, except for pregnancy, the continuity of care period is 90 days or until the next policy renewal date, whichever is longer.  For pregnancy, the continuity of care period is through the postpartum period. For the Member to qualify for continuity of care, the provider must: (1) agree that the Member is in an active course of treatment as defined by ARM 6.6.5908; (2) agree to accept the same allowed amount as the provider would have accepted if the provider had remained a Participating Provider; and (3) agree not to seek payment from the Member of any amount for which the Member would not have been responsible if the provider had remained a Participating Provider.  Continuity of care protections are only for an active course of treatment and are not required for routine primary and preventive care.

## PRIVACY OF INSURANCE AND HEALTH CARE INFORMATION

It is the policy of Blue Cross and Blue Shield of Montana to protect the privacy of Members through appropriate use and handling of private information. Further, appropriate handling and security of private information may be mandated by state and/or federal law.

The Beneficiary Member may receive a copy of Blue Cross and Blue Shield of Montana's "Notice of Privacy Practices," or other information about privacy practices, by calling the telephone number or writing to the address shown on the inside cover of this Contract.

## PAYMENT OF DUES

### Payment of Initial Dues

The first Month's dues must be paid to and accepted by The Plan before this Contract is in effect.

### Payment of Monthly Dues

Dues are payable by each Beneficiary Member in advance, in the amounts and at the times shown on the Member's bill.

### Payment Provisions

Blue Cross and Blue Shield of Montana only accepts premium (dues) and cost-sharing payments from:

1. The Member;
2. The Member's family;
3. Required Entities (the entities the law requires Blue Cross and Blue Shield of Montana to accept premium and cost-sharing payments from, which currently are Ryan White HIV/AIDS programs, under title XXVI of the Public Health Service Act, Indian tribes, tribal organizations and urban Indian organizations; and State and Federal government programs, as described in 45 C.F.R. § 156.1250); and
4. Private non-profit foundations that make premium or cost-sharing assistance available to the Member:
   a. for the entire coverage period of the Member's Contract;
   b. based solely on financial criteria;
   c. regardless of the Member's health status, and
   d. regardless of which issuer and/or benefit plan the Member chooses.

Blue Cross and Blue Shield of Montana does not accept premium and cost-sharing payments from any other third party. A violation of this policy may result in premium and cost-sharing payments paid by a third party not being credited to the Member's account or coverage or refunded to Member, which may result in the retroactive termination or cancellation of coverage.

### Grace Period

Unless, not less than 30 days prior to the dues' due date, Blue Cross and Blue Shield of Montana has delivered to the Beneficiary Member or has mailed to the Member's last address as shown on the records of Blue Cross and Blue Shield of Montana, written notice of its intention not to renew this Contract beyond the period for which the dues have been accepted, a grace period of ten days will be granted for the payment of each Monthly Dues amount falling due after the first dues payment, during which grace period the Contract will continue in force.

## IDENTITY THEFT SERVICES

Blue Cross and Blue Shield of Montana (BCBSMT) offers, at no additional cost to the Member, identity theft protection services, including credit monitoring, fraud detection, credit /identity repair and insurance to help protect the Member's information. These identity theft protection services are currently provided by BCBSMT's designated outside vendor and acceptance or declination of these services is optional to Member.

Members who wish to accept such identity theft protection services will need to individually enroll in the program online at www.bcbsmt.com or telephonically by calling the toll free telephone number on his/her identification card. Services may automatically end when the person is no longer an eligible Member. In addition, services may change or be discontinued at any time and BCBSMT does not guarantee that a particular vendor or service will be available at any given time. The services are provided as a convenience and are not considered covered benefits under this Contract.

## TABLE OF CONTENTS

**SCHEDULE OF BENEFITS** ..... 1
**PROVIDERS OF CARE FOR MEMBERS** ..... 7
In-Network and Out-of-Network Professional Providers and Facility Providers ..... 7
PPO Providers ..... 7
Out of PPO Network Referrals ..... 8
How Providers are Paid by The Plan and Member Responsibility ..... 8
How Providers are Paid by The Plan and Member Responsibility Outside of Montana ..... 8
**MEMBERS RIGHTS AND RESPONSIBILITIES** ..... 9
**OUT-OF-AREA SERVICES – THE BLUECARD PROGRAM** ..... 9
Out-of-Area Services ..... 9
**COMPLAINTS AND GRIEVANCES** ..... 11
Complaints and Grievances ..... 11
**APPEALS** ..... 12
Claims Procedures ..... 12
**PREAUTHORIZATION** ..... 25
Concurrent Review ..... 28
Care Management ..... 28
**ELIGIBILITY AND ENROLLMENT** ..... 28
Applying for Coverage ..... 29
Annual Open Enrollment Period/Effective Date of Coverage ..... 29
Special Enrollment Periods ..... 29
Birth ..... 29
Adopted Children or Children Placed for Adoption ..... 30
Marriage ..... 30
Loss of Minimum Essential Coverage ..... 30
Additional Special Enrollment Events ..... 30
Effective Date and Commencement of Benefits ..... 31
Transfer of Plan Membership ..... 31
Child-Only Coverage ..... 32
**TERMINATION OF COVERAGE** ..... 32
Termination When the Member is No Longer Eligible for Coverage ..... 32
Termination for Nonpayment of Dues or Other Reasons ..... 32
Termination of Coverage of Children and Spouse ..... 33
Termination of Benefits on Termination of Coverage ..... 33
Certificate of Creditable Coverage ..... 33
Reinstatement ..... 34
**QUALIFIED MEDICAL CHILD SUPPORT ORDER (QMSCO)** ..... 34
**RENEWAL OF CONTRACT** ..... 34
Renewal of Contract by the Plan ..... 34
Termination of Contract by the Member ..... 34
**BENEFITS** ..... 34
Accident ..... 35
Acupuncture ..... 35
Advanced Practice Registered Nurses and Physician Assistants - Certified ..... 35
Ambulance ..... 35
Anesthesia Services ..... 35
Approved Clinical Trials ..... 35
Autism Spectrum Disorders ..... 35

## TABLE OF CONTENTS

Birthing Centers........ 35
Blood Transfusions........ 36
Chemical Dependency........ 36
Chemotherapy........ 36
Chiropractic Services........ 37
Contraceptives........ 37
Convalescent Home Services........ 37
Dental Accident Services........ 37
Diabetic Education........ 37
Diabetes Treatment (Office Visit)........ 37
Diagnostic Services........ 37
Durable Medical Equipment........ 38
Education Services........ 38
Emergency Room Care........ 38
Home Health Care........ 38
Home Infusion Therapy Services........ 39
Hospice Care........ 39
Hospital Services - Facility and Professional........ 39
Inborn Errors of Metabolism........ 41
Infertility - Diagnosis and Treatment........ 41
Mammograms (Routine and Medical)........ 41
Maternity Services - Professional and Facility Covered Providers........ 41
Medical Supplies........ 41
Mental Health........ 42
Naturopathy........ 43
Newborn Initial Care........ 43
Office Visits........ 43
Oral Surgery........ 43
Orthopedic Devices/Orthotic Devices........ 43
Pediatric Vision Care........ 43
Physician Medical Services........ 44
Postmastectomy Care and Reconstructive Breast Surgery........ 44
Prescription Drugs........ 44
Preventive Health Care........ 48
Prostheses........ 48
Radiation Therapy........ 49
Rehabilitation – Facility and Professional........ 49
Surgical Services........ 50
Telemedicine........ 51
Therapies for Down Syndrome........ 51
Therapies - Outpatient........ 51
Transplants........ 51
Well-Child Care........ 52
**EXCLUSIONS AND LIMITATIONS........ 52**
**CLAIMS........ 55**
How to Obtain Payment for Covered Expenses for Benefits........ 55
Prescription Drug Claims - Filling Prescriptions at a Retail Pharmacy........ 56
Mail-Service Pharmacy........ 56
**COORDINATION OF BENEFITS WITH OTHER INSURANCE........ 57**

## TABLE OF CONTENTS

Definitions ..... 57
Order of Benefit Determination Rules ..... 58
Effect on the Benefits of This Plan ..... 60
Right to Receive and Release Needed Information ..... 60
Facility of Payment ..... 60
Right of Recovery ..... 60
Coordination With Medicare ..... 60
Other Insurance ..... 60

**GENERAL PROVISIONS ..... 61**

Term ..... 61
Entire Contract; Changes ..... 61
Modification of Contract ..... 61
Clerical Errors ..... 61
Conformity With State Statutes ..... 61
Forms for Proof of Loss ..... 61
Proofs of Loss ..... 61
Time of Payment of Claims ..... 61
Notices Under Contract ..... 62
Notice of Annual Meeting ..... 62
Rescission of Contract ..... 62
Contract Not Transferable by the Member ..... 62
Validity of Contract ..... 62
Execution of Papers ..... 62
Members Rights ..... 62
Alternate Care ..... 62
Benefit Maximums ..... 63
Legal Actions ..... 63
Physical Examinations ..... 63
Pilot Programs ..... 63
Fees ..... 63
Time Limit on Certain Defenses ..... 63
Acceptance of this Contract ..... 63
Previous Contract Superceded ..... 63
Subrogation ..... 63
When the Member Moves Out of State ..... 64
Independent Relationship ..... 64
Blue Cross and Blue Shield of Montana as an Independent Plan ..... 64

**DEFINITIONS ..... 64**

SCHEDULE OF BENEFITS

# Blue Preferred Gold PPO 104

**Annual and Lifetime Plan Maximum:** None

**Benefit Period:** Calendar Year

The Benefits are subject to the Benefit Period unless otherwise specified.

| | In-Network | Out-of-Network |
|---|---|---|
| **Deductible:** | | |
| Individual | $1,400 | $5,600 |
| Family | $2,800 | $11,200 |
| The In-Network and Out-of-Network Deductibles are separate amounts and one does not accumulate to the other.<br>Any Copayments and Coinsurance do not accumulate to the Deductible. | | |
| **Deductible per Visit or Occurrence:** | | |
| Emergency Room Care | $750* | $750* |
| Inpatient Admission | $300* | $1,500* |
| Outpatient Surgery | $200* | $1,500* |
| *These Per Occurrence Deductibles are in addition to Deductible and any Coinsurance. | | |
| **Coinsurance:** | 20% | 50% |
| **Copayments:** | | |
| Urgent Care | $20 | No Copayment; Deductible and Coinsurance Apply |
| **Out of Pocket Amount:** | | |
| Individual | $3,350 | $13,400 |
| Family | $6,700 | $26,800 |
| The In-Network and Out-of-Network Out of Pocket Amounts are separate amounts and one does not accumulate to the other. Charges in excess of the Allowable Fee do not accumulate to help meet the Out of Pocket Amount. | | |

Some Benefits may have payment limitations. Refer to the specific Benefit in this Schedule of Benefits for additional information. In addition:

- For Emergency Services provided by an Out-of-Network Provider, Benefits will be provided as if such services were provided by an In-Network provider.
- Out-of-Network providers may bill the Member the difference between the Allowable Fee and the provider's charge, in addition to any applicable Deductible, Copayment or Coinsurance even if Preauthorization is obtained for the service or treatment is provided for Emergency Services.

**Term of Contract:** Monthly

## SCHEDULE OF BENEFITS, continued

| **BENEFIT INFORMATION**<br>Deductible applies to all services unless noted otherwise. | IN-NETWORK COINSURANCE/ COPAYMENT | OUT-OF-NETWORK COINSURANCE/ COPAYMENT |
|---|---|---|
| **Accident** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Acupuncture** | 20% | 50% |
| Maximum Per Benefit Period – 12 Visits | | |
| **Ambulance** | 20% | 20% |
| **Autism Spectrum Disorders** | | |
| Services, except medications/prescription drugs and Applied Behavior Analysis (ABA) services that are described in the Benefit section entitled Autism Spectrum Disorders are covered under medical Benefits. | | |
| Medications/prescription drugs are covered under Prescription Drugs. | | |
| ABA services are only covered for Members under 19 years of age | 20% | 50% |
| **Birthing Centers** | 20% | 50% |
| **Chemical Dependency** | | |
| Professional Provider Services | | |
| Outpatient | 20%* | 50% |
| Inpatient | 20% | 50% |
| *Deductible and Coinsurance do not apply to Primary Care Provider (PCP) home and office visits for Chemical Dependency. | | |
| Facility Services | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Chiropractic Services** | 20% | 50% |
| Maximum Benefit Per Benefit Period for Chiropractic Manipulations – 10 Visits | | |
| **Convalescent Home Services** | 20% | 50% |
| Maximum Per Benefit Period – 60 Days | | |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Diabetic Education Benefit** | | |
| The Deductible and Coinsurance do not apply to the Payment of the first $250. After the payment of $250, Deductible and Coinsurance will apply. | | |
| First $250 | Deductible and Coinsurance Do Not Apply | |
| After the first $250 in payment | 20% | 50% |

PET EXHIBIT 3-249

## SCHEDULE OF BENEFITS, continued

| **BENEFIT INFORMATION**<br>Deductible applies to all services unless noted otherwise. | IN-NETWORK COINSURANCE/ COPAYMENT | OUT-OF-NETWORK COINSURANCE/ COPAYMENT |
|---|---|---|
| **Diagnostic Services** | | |
| **Diagnostic Imaging Services** | | |
| Computerized Tomography (CT Scan), Magnetic Resonance Imaging (MRI), Positron Emission Tomography (PET Scan) | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **All Other Covered Diagnostic Services** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Durable Medical Equipment** | | |
| Rental (up to Purchase Price), Purchase and Repair and Replacement of Durable Medical Equipment | 20% | 50% |
| **Education Services** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Emergency Room Care** | 20% | 20% |
| **Refer to Page 1 for the Emergency Room Deductible.** | | |
| **Home Health Care** | 20% | 50% |
| Maximum Per Benefit Period – 180 Visits | | |
| **Hospice Care** | | |
| Professional Provider Services | Deductible and Coinsurance Do Not Apply | 50% |
| Facility Services | Deductible and Coinsurance Do Not Apply | 50% |
| **Hospital** | | |
| **Professional Services (when the Professional Provider is employed by the Hospital)** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Facility Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Mammograms** | | |
| Routine | Deductible and Coinsurance Do Not Apply | 50%* |
| Medical | Deductible and Coinsurance Do Not Apply | 50% |
| *Deductible and Coinsurance do not apply to the payment of the first $70 for Routine mammograms provided by an Out-of-Network provider. | | |

## SCHEDULE OF BENEFITS, continued

| **BENEFIT INFORMATION** Deductible applies to all services unless noted otherwise. | IN-NETWORK COINSURANCE/ COPAYMENT | OUT-OF-NETWORK COINSURANCE/ COPAYMENT |
|---|---|---|
| **Maternity Services** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Medical Supplies** | 20% | 50% |
| **Mental Health** | | |
| Professional Provider Services | | |
| Outpatient | 20%* | 50% |
| Inpatient | 20% | 50% |
| *Deductible and Coinsurance do not apply to Primary Care Provider (PCP) home and office visits for Mental Illness. | | |
| Facility Services | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| Partial Hospitalization is covered under the Inpatient Treatment Benefit. | | |
| **Newborn Initial Care** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| The applicable Inpatient Admission Deductible and plan Deductible apply after the first 5 days of initial care. | | |
| **Office Visit** | | |
| **Primary Care Provider (PCP)** | 20%* | 50% |
| Deductible and Coinsurance do not apply to the first 3 In-Network PCP visits. | | |
| However, Deductible and Coinsurance apply to the following covered services provided during those first 3 office visits: surgery, Physical Therapy, Speech Therapy, Occupational Therapy, Chiropractic Manipulation, Diagnostic Imaging, Laboratory Services and X-rays. | | |
| **Specialist** | 20%* | 50% |
| *Deductible and Coinsurance do not apply to In-Network Preventive Health Care services. Refer to the section entitled Preventive Health Care. | | |
| **Orthopedic Devices/Orthotic Devices** | 20% | 50% |
| **Other Facility Services – Inpatient and Outpatient** | 20% | 50% |
| **Pediatric Vision Care (For Members under 19 years of age)** | | |
| Routine Exam | Deductible and Coinsurance Do Not Apply | |
| Maximum Per Benefit Period – 1 Exam | | |
| Frames and Lenses | 20% | 50% |
| Maximum Per Benefit Period – 1 Pair of Glasses or 2 boxes of Contact Lenses | | |
| **Physician Medical Services** (Other than the Office Visit) | 20% | 50% |

## SCHEDULE OF BENEFITS, continued

| BENEFIT INFORMATION<br>Deductible applies to all services unless noted otherwise. | IN-NETWORK COINSURANCE/ COPAYMENT | OUT-OF-NETWORK COINSURANCE/ COPAYMENT |
|---|---|---|
| **Prescription Drugs** | | |
| Refer to the last page of this Schedule of Benefits. | | |
| **Preventive Health Care** | | |
| Routine Services | Deductible and Coinsurance Do Not Apply | 50% |
| **Prostheses Benefit** | | |
| Rental (up to Purchase Price), Purchase and Repair and Replacement of Prosthetics | 20% | 50% |
| **Rehabilitation Therapy** | | |
| **Professional Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Facility Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Surgery Center Services - Outpatient** | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Refer to Page 1 for the Outpatient Surgery Deductible.** | | |
| **Therapies – Outpatient** | | |
| Physical Therapy, Occupational Therapy, Speech Therapy, Cardiac Therapy | | |
| Professional Provider Services | 20% | 50% |
| Facility Services | 20% | 50% |
| **Transplants** | | |
| **Professional Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Facility Services** | | |
| Outpatient | 20% | 50% |
| Inpatient | 20% | 50% |
| **Refer to Page 1 for the Inpatient Admissions Deductible.** | | |
| **Urgent Care** | $20*, No Deductible | 50% |
| *Copayment does not apply to In-Network Preventive Health Care services. Refer to the section entitled Preventive Health Care. | | |
| **Well-Child Care Services** | Deductible and Coinsurance Do Not Apply | 50%, No Deductible |

PET EXHIBIT 3-252

## SCHEDULE OF BENEFITS, continued

| PRESCRIPTION DRUG INFORMATION | | DEDUCTIBLE | COPAYMENT/ COINSURANCE |
|---|---|---|---|
| **Prescription Drugs**<br>(The Prescription Drugs Benefit utilizes a Drug List.) Any Deductible, Copayment and/or Coinsurance do not apply to certain contraceptive products. Refer to the Preventive Health Care Benefit. Any Deductible, Copayment and/or Coinsurance also do not apply to smoking cessation products and over-the-counter aids/medications, for two 90-day treatment regimens. | | | |
| Deductible | | Does Not Apply | |
| **Retail Value Participating Pharmacy Prescriptions**<br>Copayments for a **30-day supply** are: | Preferred Generic: | | No Copayment |
| | Non-Preferred Generic: | | $10 |
| | Preferred Brand-Name: | | $50 |
| | Non-Preferred Brand-Name: | | $100 |
| **Retail Participating Pharmacy Prescriptions**<br>Copayments for a **30-day supply** are: | Preferred Generic: | | $5 |
| | Non-Preferred Generic: | | $15 |
| | Preferred Brand-Name: | | $60 |
| | Non-Preferred Brand-Name: | | $110 |
| **Retail Non-Participating Pharmacy Prescriptions**<br>Copayments for a **30-day supply** are: | Preferred Generic: | | $5 |
| | Non-Preferred Generic: | | $15 |
| | Preferred Brand-Name: | | $60 |
| | Non-Preferred Brand-Name: | | $110 |
| **Payment for Prescription Drug Products purchased at a Non-Participating Pharmacy will be reduced by 50%, in addition to any Copayment.** | | | |
| **Mail Service Maintenance Prescriptions**<br>Copayments for a **90-day supply** are: | Preferred Generic: | | No Copayment |
| | Non-Preferred Generic: | | $30 |
| | Preferred Brand-Name: | | $150 |
| | Non-Preferred Brand-Name: | | $300 |
| **Retail Value Participating Pharmacy Prescriptions**<br>Copayments for a **90-day supply** are: | Preferred Generic: | | No Copayment |
| | Non-Preferred Generic: | | $30 |
| | Preferred Brand-Name: | | $150 |
| | Non-Preferred Brand-Name: | | $300 |
| **Specialty Medications purchased at participating Specialty Pharmacies in the Blue Cross and Blue Shield of Montana Prime Specialty Network**<br>(30-day supply only) | | | $250* |

***An Out-of-Network 50% Coinsurance applies to Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy.**

The Member must pay the difference between a Brand-Name drug and the Generic equivalent in addition to the Copayment and/or Coinsurance if the Member chooses a Brand-Name drug when a Generic drug is available.

Any Copayment and/or Coinsurance amounts paid for prescription drugs do not apply to the Deductible. The 50% benefit reduction for prescription drugs purchased at a Non-Participating Pharmacy does not apply to the Out-of-Pocket maximum. The 50% Coinsurance for Specialty Medications purchased at any pharmacy other than a participating Specialty Pharmacy does not apply to any Out of Pocket Amount.

## PROVIDERS OF CARE FOR MEMBERS

The participation or nonparticipation of providers from whom a Member receives services, supplies, and medication impacts the amount The Plan will pay and the Member's responsibility for payment. Professional providers and facility providers are either In-Network or Out-of-Network providers. In-Network providers include Participating Providers and Preferred Provider Organization (PPO) providers. Out-of-Network providers are nonparticipating and non-PPO providers.

### In-Network and Out-of-Network Professional Providers and Facility Providers

**Professional providers** include, but are not limited to, Physicians, doctors of osteopathy, dentists, optometrists, podiatrists, Advanced Practice Registered Nurses, physician assistants, naturopathic physicians, acupuncturists and physical therapists.

Primary Care Providers (PCPs) include general practitioners, family practitioners, internists, pediatricians, obstetricians and gynecologists, psychiatrists, psychologists, naturopaths, physicians' assistants, registered nurse practitioners, psychiatrists, psychologists, licensed addiction counselors, licensed clinical professional counselors and licensed clinical social workers.

A specialist is a Physician, not included in the list of PCPs, who provides medical services in any generally accepted medical specialty or sub-specialty.

**PCPs and specialists do not include chiropractors, acupuncturists, speech therapists, physical therapists, or occupational therapists.**

**Facility providers** include, but are not limited to, Hospitals, Rehabilitation Facilities, Home Health Agencies, Convalescent Homes, skilled nursing facilities, freestanding facilities for the treatment of Chemical Dependency or Mental Illness, and freestanding surgical facilities (surgery center).

The Member may obtain a list of Participating Providers from Blue Cross and Blue Shield of Montana free of charge by contacting The Plan at the number listed on the inside cover of this Contract.

### PPO Providers

Blue Cross and Blue Shield of Montana has a PPO Network of Hospitals and surgery centers in Montana that is utilized under this Benefit Plan. Outside of the state of Montana, there are also Blue Cross and/or Blue Shield PPO Hospitals and surgery centers nationwide. The Member receives the In-Network Benefit when utilizing the PPO network or the nationwide Blue Cross and/or Blue Shield PPO Hospitals and surgery centers. If the Member obtains services or supplies from a non-PPO Network provider, the Out-of-Network Deductible, Coinsurance and Out-of-Pocket will apply as indicated on the Schedule of Benefits.

The exceptions to the Benefit reduction are:

- Emergency Services;
- Services that are unavailable within the PPO Network.

If a Member receives services from an out of state provider, then services must be provided by:

- Blue Cross and/or Blue Shield PPO facility providers; and/or
- Blue Cross and/or Blue Shield participating professional providers* or PPO professional providers.

*Some Blue Cross and/or Blue Shield Plans require services to be provided by a PPO professional provider for the Member to receive the highest level of Benefit. Contact The Plan for additional information on out of state services.

Emergency Services and services that are unavailable within the PPO Network will be covered as In Network. **However, any nonparticipating provider or non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment even if Preauthorization was obtained for such services.** The Member will be responsible for the balance of the nonparticipating provider's or non-PPO provider's charges after payment by Blue Cross and Blue Shield and payment by the Member of any Deductible, Coinsurance and/or Copayment.

## Out of PPO Network Referrals

There may be circumstances under which the most appropriate treatment for the Member's condition is not available through the PPO Network. When this occurs, it is recommended the Member's attending Physician contact The Plan for an out of PPO Network referral. If the referral is not approved, and the Member chooses to obtain services from a non-PPO Network provider, the Member will be responsible for the Out-of-Network Deductible and Coinsurance, in addition to any difference between the Blue Cross and Blue Shield of Montana Allowable Fee and the provider's billed charges.

**If The Plan approves the referral, those services will process with the In-Network Deductible and Coinsurance. However, any nonparticipating provider or non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment even if The Plan approves the referral.**

## How Providers are Paid by The Plan and Member Responsibility

Payment by The Plan for Benefits is based on the Allowable Fee and is impacted by the participation or nonparticipation of the provider in the Blue Cross and Blue Shield of Montana provider network.

An **In-Network provider** agrees to accept payment of the Allowable Fee from Blue Cross and Blue Shield of Montana for Covered Medical Expenses, together with any Deductible, Coinsurance and/or Copayment from the Member, as payment in full. Generally, The Plan will pay the Allowable Fee for a Covered Medical Expense directly to the Participating Provider or PPO Provider. In any event, The Plan may, in its discretion, make payment to the Member, the provider, the Member and provider jointly, or any person, firm, or corporation who paid for the services on the Member's behalf.

**Out-of-Network providers** do not have to accept Blue Cross and Blue Shield payment as payment in full. Payment to a nonparticipating provider or a non-PPO provider for Covered Medical Expenses is based on the Allowable Fee. The nonparticipating provider or a non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment. The Member will be responsible for the balance of the nonparticipating provider's or a non-PPO provider's charges after payment by Blue Cross and Blue Shield and payment of any Deductible, Coinsurance and/or Copayment.

## How Providers are Paid by The Plan and Member Responsibility Outside of Montana

Payment by The Plan for Benefits is based on the Allowable Fee and is impacted by the participation or nonparticipation of the provider in the Blue Cross and Blue Shield of Montana provider network in the state where serves are provided.

An **In-Network provider** agrees to accept payment of the Allowable Fee from Blue Cross and Blue Shield for Covered Medical Expenses, together with any Deductible, Coinsurance and/or Copayment from the Member, as payment in full. Generally, The Plan will pay the Allowable Fee for a Covered Medical Expense directly to the Participating Provider or PPO Provider. In any event, The Plan may, in its discretion, make payment to the Member, the provider, the Member and provider jointly, or any person, firm, or corporation who paid for the services on the Member's behalf.

**Out-of-Network providers** do not have to accept Blue Cross and Blue Shield payment as payment in full. Payment to a nonparticipating provider or a non-PPO provider for Covered Medical Expenses is based on the Allowable Fee. The nonparticipating provider or a non-PPO provider can bill the Member for the difference between payment by Blue Cross and Blue Shield and provider charges plus Deductible, Coinsurance and/or Copayment. The Member will be responsible for the balance of the nonparticipating provider's or a non-PPO provider's charges after payment by Blue Cross and Blue Shield and payment of any Deductible, Coinsurance and/or Copayment.

For Prescription Drug Products, the Member will be responsible for paying the specific Copayment/Coinsurance as described in the Prescription Drugs section.

The Plan will not pay for any services, supplies or medications which are not a Covered Medical Expense, or for which a Benefit maximum has been met, regardless of whether provided by a Participating Provider or a nonparticipating provider. The Member will be responsible for all charges for such services, supplies, or medications.

## MEMBERS RIGHTS AND RESPONSIBILITIES

A Member has the right to:

1. Receive information about The Plan, the quality assurance program, the Member's health Benefit Plan, the names of participating health care providers, and the Member's rights and responsibilities.
2. Be treated with respect and recognition of the Member's dignity and right to privacy.
3. Have a candid discussion of appropriate or Medically Necessary treatment options for the Member's condition, regardless of cost or Benefit coverage.
4. Participate with health care providers in decision-making regarding the Member's health care.
5. Voice complaints or appeals about the managed care organization, health care providers or the care provided.
6. Talk to the Member's health care provider and expect that the Member's records and conversations are kept confidential.
7. When requested by the insured or the insured's agent, Montana law requires Blue Cross and Blue Shield of Montana to provide a summary of a Member's coverage for a specific health care service or course of treatment when an actual charge or estimate of charges by a health care provider, surgical center, clinic or Hospital exceeds $500.

A Member has the responsibility to:

1. Provide, to the extent possible, information that The Plan and health care providers need in order to care for the Member.
2. Follow the treatment plans and instruction for care the Member has agreed upon with the Member's health care providers.

## OUT-OF-AREA SERVICES – THE BLUECARD PROGRAM

### Out-of-Area Services

Blue Cross and Blue Shield of Montana has a variety of relationships with other Blue Cross and/or Blue Shield Licensees. Generally, these relationships are called "Inter-Plan Arrangements." These Inter-Plan Arrangements work based on rules and procedures issued by the Blue Cross Blue Shield Association. Whenever a Member receives healthcare services outside of the Blue Cross and Blue Shield of Montana service area, the claims for those services may be processed through one of these Inter-Plan Arrangements. The Inter-Plan Arrangements are described below.

When a Member receives care outside of the Blue Cross and Blue Shield of Montana service area, the Member will receive care from one of two kinds of providers. Most providers ("participating providers") contract with the local Blue Cross and/or Blue Shield Licensee in that geographic area ("Host Blue"). Some providers ("nonparticipating providers") don't contract with the Host Blue. Blue Cross and Blue Shield of Montana explain below how we pay both kinds of providers.

1. **BlueCard® Program**

   Under the BlueCard® Program, when a Member receives Covered Medical Expenses within the geographic area served by a Host Blue, Blue Cross and Blue Shield of Montana will remain responsible for what we agreed to in the contract. However, the Host Blue is responsible for contracting with and generally handling all interactions with its participating healthcare providers.

   When the Member receives Covered Medical Expenses outside the Blue Cross and Blue Shield of Montana service area and the claim is processed through the BlueCard Program, the amount the Member pays for Covered Medical Expenses is calculated based on the lower of:

   - The billed covered charges for the Member's Covered Medical Expenses; or
   - The negotiated price that the Host Blue makes available to Blue Cross and Blue Shield of Montana.

PET EXHIBIT 3-256

Often, this "negotiated price" will be a simple discount that reflects an actual price that the Host Blue pays to the Member's healthcare provider. Sometimes, it is an estimated price that takes into account special arrangements with the Member's healthcare provider or provider group that may include types of settlements, incentive payments, and/or other credits or charges. Occasionally, it may be an average price, based on a discount that results in expected average savings for similar types of healthcare providers after taking into account the same types of transactions as with an estimated price.

Estimated pricing and average pricing, going forward, also take into account adjustments to correct for over- or underestimation of past pricing of claims, as noted above. However, such adjustments will not affect the price Blue Cross and Blue Shield of Montana uses for the Member's claim because they will not be applied after a claim has already been paid.

In some cases, Blue Cross and Blue Shield of Montana may, but is not required to, negotiate a payment with a non-participating healthcare provider on an exception basis.

**Inter-Plan Programs: Federal/State Taxes/Surcharges/Fees**

Federal or state laws or regulations may require a surcharge, tax or other fee. If applicable, Blue Cross and Blue Shield of Montana will include any such surcharge, tax or other fee as part of the claim charge passed on to the Member.

**2. Non-Participating Healthcare Providers Outside of the Blue Cross and Blue Shield of Montana Service Area**

**a.** Member Liability Calculation

When the Member incurs Covered Medical Expenses outside of the Blue Cross and Blue Shield of Montana service area for services provided by non-participating healthcare providers, the amount the Member pays for such services will generally be based on either the Host Blue's non-participating healthcare provider local payment or the pricing arrangements required by applicable state law. In these situations, the Member may be liable for the difference between the amount that the non-participating healthcare provider bills and the payment Blue Cross and Blue Shield of Montana will make for the Covered Medical Expenses as set forth in this paragraph. Federal or state law, as applicable, will govern payments for out-of-network emergency services.

**b.** Exceptions.

In certain situations, Blue Cross and Blue Shield of Montana may use other payment bases, such as Covered Medical Expenses, the payment Blue Cross and Blue Shield of Montana would make if the healthcare services had been obtained within the Blue Cross and Blue Shield of Montana service area, or a special negotiated payment to determine the amount Blue Cross and Blue Shield of Montana will pay for services provided by non-participating healthcare providers. In these situations, the Member may be liable for the difference between the amount that the non-participating healthcare provider bills and the payment Blue Cross and Blue Shield of Montana will make for the Covered Medical Expenses as set forth in this paragraph.

**3. BlueCard Worldwide® Program**

If the Member is outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands, the Member may be able to take advantage of the BlueCard Worldwide® Program when accessing Covered Medical Expenses. The BlueCard Worldwide Program is unlike the BlueCard Program available in the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands in certain ways. For instance, although the BlueCard Worldwide Program assists the Member with accessing a network of inpatient, outpatient and professional providers, the network is not served by a Host Blue. As such, when the Member receive care from providers outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands, the Member will typically have to pay the providers and submit the claims himself/herself to obtain reimbursement for these services.

If the Member needs medical assistance services (including locating a doctor or hospital) outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands (hereinafter "BlueCard service area"), the Member should call the BlueCard Worldwide Service Center at 1.800.810.BLUE (2583) or call collect at 1.804.673.1177, 24 hours a day, seven days a week. An assistance coordinator, working with a medical professional, will arrange a physician appointment or hospitalization, if necessary.

**Benefits will not be provided for any services or supplies except for those provided for an Emergency Medical Condition and received through the Inter-Plan Arrangements, which includes the BlueCard program.**

- **Inpatient Services**

  In most cases, if the Member contacts the BlueCard Worldwide Service Center for assistance, hospitals will not require the Member to pay for covered inpatient services, except for the cost-share amounts/deductibles, coinsurance, etc.. In such cases, the hospital will submit the Member's claims to the BlueCard Worldwide Service Center to begin claims processing. However, if the Member paid in full at the time of service, the Member must submit a claim to receive reimbursement for Covered Medical Expenses.

  The Member must contact Blue Cross and Blue Shield of Montana to obtain preauthorization to verify that Inpatient Services are for the treatment of an Emergency Medical Condition.

- **Outpatient Services**

  Outpatient Services are available for the treatment of an Emergency Medical Condition. Physicians, urgent care centers and other outpatient providers located outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands will typically require the Member to pay in full at the time of service. The Member must submit a claim to obtain reimbursement for Covered Medical Expenses.

- **Submitting a BlueCard Worldwide Claim**

  When the Member pays for Covered Medical Services outside the BlueCard service area, the Member must submit a claim to obtain reimbursement. For institutional and professional claims, the Member should complete a BlueCard Worldwide International claim form and send the claim form the provider's itemized bill(s) to the BlueCard Worldwide Service Center (the address is on the form) to initiate claims processing. Following the instructions on the claim form will help ensure timely processing of the Member's claim. The claim form is available from Blue Cross and Blue Shield of Montana, the BlueCard Worldwide Service Center or online at www.bluecardworldwide.com. If the Member needs assistance with the Member claim submission, the Member should call the BlueCard Worldwide Service Center at 1.800.810.BLUE (2583) or call collect at 1.804.673.1177, 24 hours a day, seven days a week.

## COMPLAINTS AND GRIEVANCES

### Complaints and Grievances

The Plan has established a complaint and grievance process. A complaint involves a communication from the Member expressing dissatisfaction about The Plan's services or lack of action or disagreement with The Plan's response. A grievance will typically involve a complaint about a provider or a provider's office, and may include complaints about a provider's lack of availability or quality of care or services received from a provider's staff.

Most problems can be handled by calling Customer Service at the number appearing on the inside cover of this Contract. The Member may also file a written complaint or grievance with The Plan. The fax number, email address, and mailing address of The Plan appears on the inside cover of this Contract. Written complaints or grievances will be acknowledged within 10 days of receipt. The Member will be notified of The Plan's response within 60 days from receipt of the Member's written complaint or grievance.

PET EXHIBIT 3-258

# APPEALS

## Claims Procedures

### Types of Claims

Claims are classified by type of claim and the timeline in which a decision must be decided and a notice provided depends on the type of claim involved. The initial benefit claim determination notice will be included in the Member's explanation of benefits (EOB) or in a letter from The Plan, whether adverse or not. There are five types of claims:

1. **Pre-Service Claims**

   A pre-service claim is any claim for a Benefit that, under the terms of this Contract, requires authorization or approval from The Plan or The Plan's subcontracted administrator prior to receiving the Benefit.

2. **Urgent Care Claims**

   An urgent care claim is any pre-service claim where a delay in the review and adjudication of the claim could seriously jeopardize the Member's life or health or ability to regain maximum function or subject the Member to severe pain that could not be adequately managed without the care or treatment that is the subject of the claim.

3. **Post-Service Claims**

   A post-service claim is any claim for payment filed after a Benefit has been received and any other claim that is not a pre-service claim.

4. **Rescission Claims**

   A rescission of coverage is considered a special type of claim. A rescission is defined as any cancellation or discontinuation of coverage that has a retroactive effect based upon the Member's fraud or an intentional misrepresentation of a material fact. A cancellation or discontinuance of coverage that has a retroactive effect is not a rescission if and to the extent it is attributable to a failure to timely pay required premiums or contributions towards the cost of coverage or to routine changed, such as eligibility updates. A cancellation or discontinuance with a prospective effect only is not a rescission.

5. **Concurrent Care Claim**

   A concurrent care decision represents a decision of The Plan approving an ongoing course of medical treatment for the Member to be provided over a period of time or for a specific number of treatments. A concurrent care claim is any claim that relates to the ongoing course of medical or emergency treatment (and the basis of the approved concurrent care decision), such as a request by the Member for an extension of the number of treatments or the termination by The Plan of the previously approved time period for medical treatment.

### Initial Claim Determination by Type of Claim

1. **Pre-Service Claim Determination and Notice**

   a. Notice of Determination

      Upon receipt of a pre-service claim, The Plan will provide timely notice of the initial claim determination once sufficient information is received to make an initial determination, but no later than 15 days after receiving the claim.

   b. Notice of Extension

      1. For reasons beyond the control of The Plan

         The Plan may extend the 15-day time period for an additional 15 days for reasons beyond The Plan's control. The Plan will notify the Member in writing of the circumstances requiring an extension and the date by which The Plan expects to render a decision.

      2. For receipt of information from the Member to decide the claim

         If the extension is necessary due to the Member's failure to submit information necessary to decide the

claim, the extension notice will specifically describe the information needed, and the Member will be given 45 days from receipt of the notice within which to provide the specified information. The Plan will notify the Member of the initial claim determination no later than 15 days after the earlier of the date The Plan receives the specific information requested or the due date for the requested information.

**c.** Notice of Improperly Submitted Claim

If a pre-service claim request was not properly submitted, The Plan will notify the Member about the improper submission as soon as practicable, but no later than 5 days after The Plan's receipt of the claim, and will advise the Member of the proper procedures to be followed for filing a pre-service claim.

**2. Urgent Care Claim Determination and Notice**

**a.** Designation of Claim

Upon receipt of a pre-service claim, The Plan will make a determination if the claim involves urgent care. If a physician with knowledge of the Member's medical condition determines the claim involves urgent care, The Plan will treat the claim as an urgent care claim.

**b.** Notice of Determination

If the claim is treated as an urgent care claim, The Plan will provide the Member with notice of the determination, either verbally or in writing, as soon as possible consistent with the Member's medical exigencies but no later than 72 hours from The Plan's receipt of the claim. If verbal notice is provided, The Plan will provide a written notice within 3 days after the date The Plan notified the Member.

**c.** Notice of Incomplete or Improperly Submitted Claim

If an urgent care claim is incomplete or was not properly submitted, The Plan will notify the Member about the incomplete or improper submission no later than 24 hours from The Plan's receipt of the claim. The Member will have at least 48 hours to provide the necessary information. The Plan will notify the Member of the initial claim determination no later than 48 hours after the earlier of the date The Plan receives the specific information requested or the due date for the requested information.

**3. Post-Service Claim Determination and Notice**

**a.** Notice of Determination

In response to a post-service claim, The Plan will provide timely notice of the initial claim determination once sufficient information is received to make an initial **determination, but no later than 30 days after receiving the claim.**

**b.** Notice of Extension

**1.** For reasons beyond the control of The Plan

The Plan may extend the 30-day timeframe for an additional 15-day period for reasons beyond The Plan's control. The Plan will notify the Member in writing of the circumstances requiring an extension and the date by which The Plan expects to render a decision in such case.

**2.** For receipt of information from the Member to decide the claim

If the extension is necessary due to the Member's failure to submit information necessary to decide the claim, the extension notice will specifically describe the information needed. The Member will be given 45 days from receipt of the notice to provide the information. The Plan will notify the Member of the initial claim determination no later than 15 days after the earlier of the date The Plan receives the specific information requested, or the due date for the information.

**4. Concurrent Care Determination and Time Frame for Decision and Notice**

**a.** Request for Extension of Previously Approved Time Period or Number of Treatments

**1.** In response to the Member's claim for an extension of a previously approved time period for treatments or number of treatments, and if the Member's claim involves urgent care, The Plan will review the claim and notify the Member of its determination no later than 24 hours from the date The Plan received the

Member's claim, provided the Member's claim was filed at least 24 hours prior to the end of the approved time period or number of treatments.

2. If the Member's claim was not filed at least 24 hours prior to the end of the approved time period or number of treatments, the Member's claim will be treated as and decided within the timeframes for an urgent care claim as described in the section entitled, "Initial Claim Determination by Type of Claim."
3. If the Member's claim did not involve urgent care, the time periods for deciding pre-service claims and post-service claims, as applicable, will govern.

**b.** Reduction or Termination of Ongoing Course of Treatment

Other than through a Plan amendment or termination, The Plan may not subsequently reduce or terminate an ongoing course of treatment for which the Member has received prior approval unless The Plan provides the Member with written notice of the reduction or termination and the scheduled date of its occurrence sufficiently in advance to allow the Member to appeal the determination and obtain a decision before the reduction or termination occurs.

**5. Rescission of Coverage Determination and Notice of Intent to Rescind**

If The Plan makes a decision to rescind the Member's coverage due to a fraud or an intentional misrepresentation of a material fact, The Plan will provide the Member with a Notice of Intent to Rescind at least thirty (30) days prior to rescinding coverage. The Notice of Intent to Rescind will include the following information:

- **a.** The specific reason(s) for the rescission that show the fraud or intentional misrepresentation of a material fact;
- **b.** The date when the notice period ends and the date to which coverage is to be retroactively rescinded;
- **c.** A statement that the Member will have the right to appeal any final decision of The Plan to rescind coverage prior to or after the thirty (30) day period, and a description of The Plan's appeal procedures;
- **d.** A reference to The Plan provision(s) on which the rescission is based;
- **e.** A statement that the Member is entitled to receive upon request and free of charge reasonable access to, and copies of all documents and records and other information relevant to the rescission.

**Notice of an Adverse Benefit Determination**

An "adverse benefit determination" is defined as a rescission or a denial, reduction, or termination of, or failure to provide or make payment (in whole or in part) for a Benefit. If The Plan's determination constitutes an adverse benefit determination, the notice to the Member will include:

1. Information sufficient to identify the benefit or claim involved, including, if applicable, the date of service, the health care provider, and the claim amount;
2. The reason(s) for the adverse benefit determination. If the adverse benefit determination is a rescission, the notice will include the basis for the fraud and/or intentional misrepresentation of a material fact;
3. A reference to the applicable Contract provision(s), including identification of any standard relied upon in The Plan to deny the claim (such as a medical necessity standard), on which the adverse benefit determination is based;
4. A description of The Plan's internal appeal and external review procedures (and for urgent care claims only, a description of the expedited review process applicable to such claims), a description of and contact information for a consumer appeal assistance program, and if applicable, a statement of the Member's right to file a civil action under Section 502(a) of ERISA;
5. If applicable, a description of any additional information necessary to complete the claim and why the information is necessary;
6. If applicable, a statement that any internal Medical Policy or guideline or other medical information relied upon in making the adverse benefit determination, and an explanation for the same, will be provided, upon request and free of charge;
7. If applicable, a statement that an explanation for any adverse benefit determination that is based on an experimental treatment or similar exclusion or limitation or a medical necessity standard will be provided, upon request and free of charge;
8. If applicable, a statement that diagnosis and treatment codes will be provided, and their corresponding meanings, upon request and free of charge; and

9. A statement that reasonable access to and copies of all documents and records and other information relevant to the adverse benefit determination will be provided, upon request and free of charge.

**How to File an Internal Appeal of an Adverse Benefit Determination**

1. **Time for Filing an Internal Appeal of an Adverse Benefit Determination**

   If the Member disagrees with an adverse benefit determination (including a rescission), the Member may appeal the determination within 180 days from receipt of the adverse benefit determination. With the exception of urgent care claims, The Member's appeal may be made verbally or in writing, should list the reasons why the Member does not agree with the adverse benefit determination, and must be sent to the address or fax number listed for appeals on the inside cover of this Contract. If the Member is appealing an urgent care claim, the Member may appeal the claim verbally by calling the telephone number listed for urgent care appeals on the inside cover of this Contract.

   For additional assistance with an appeal, a Member may also contact the Commissioner of Securities and Insurance at: Montana Commissioner of Securities and Insurance, 804 Helena Ave., Helena, MT 59601 or call 1-800-332-6148 or 406-444-2040.

2. **Access to Plan Documents**

   The Member may at any time during the filing period, receive reasonable access to and copies of all documents, records and other information relevant to the adverse benefit determination upon request and free of charge. Documents may be viewed at The Plan's office, at 3645 Alice Street, Helena, Montana, between the hours of 8:00 a.m. and 5:00 p.m., Monday through Friday, excluding holidays. The Member may also request that Blue Cross and Blue Shield of Montana mail copies of all documentation to the Member free of charge.

3. **Submission of Information and Documents**

   The Member may present written evidence and testimony, including any new or additional records, documents or other information that are relevant to the claim for consideration by The Plan until a final determination of the Member's appeal has been made.

4. **Consideration of Comments**

   The review of the claim on appeal will take into account all evidence, testimony, new and additional records, documents, or other information the Member submitted relating to the claim, without regard to whether such information was submitted or considered in making the initial adverse benefit determination.

   If The Plan considers, relies on or generates new or additional evidence in connection with its review of the Member's claim, The Plan will provide the Member with the new or additional evidence free of charge as soon as possible and with sufficient time to respond before a final determination is required to be provided by The Plan. If The Plan relies on a new or additional rationale in denying the Member's claim on review, The Plan will provide the Member with the new or additional rationale as soon as possible and with sufficient time to respond before a final determination is required to be provided by The Plan.

5. **Scope of Review**

   The person who reviews and decides the Member's appeal will be a different individual than the person who decided the initial adverse benefit determination and will not be a subordinate of the person who made the initial adverse benefit determination. The review on appeal will not give deference to the initial adverse benefit determination and will be made anew. The Plan will not make any decision regarding hiring, compensation, termination, promotion or other similar matters with respect to the individual selected to conduct the review on appeal based upon how the individual will decide the appeal.

6. **Consultation with Medical Professionals**

   If the claim is, in whole or in part, based on medical judgment, The Plan will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. The health care professional will not have been involved in the initial adverse benefit determination (nor have been a subordinate of any person previously consulted). The Member may request information regarding the identity of any health care professional whose advice was obtained during the review of the Member's claim.