# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

**FILED**

NOV 1 4 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| TRINA HEALTH OF MONTANA LLC, HAROLD LARON BRIGGS, BARRY BRIGGS, and HAROLD L. GROGAN, | No. CV-17-80-BU-SEH |
| Plaintiffs, | **ORDER** |
| vs. | |
| HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA, | |
| Defendant. | |

Pending before the Court are:

1.      Plaintiffs' Motion for Court to Acknowledge Emergency Temporary Restraining Order, Modify and Enter New Order and Set Show Cause Hearing.[1]

2.      Plaintiffs' Opposed Motion to Vacate Hearing, Bifurcate Issues for Hearing, and Set Show Cause Hearing in the Federal Court in Butte, Montana.[2]

3.      Defendant's Motion to Compel Arbitration and to Stay Remaining

---

[1] Doc. 11.

[2] Doc. 14.

Claims.[3]

4.  Plaintiffs' Unopposed Motion For Leave to File Documents Under Seal.[4]

5.  Plaintiffs' Motion for Remand.[5]

At the hearing on November 6, 2017, the Court determined, in view of jurisdictional issues presented, that it was obliged to address and resolve Plaintiffs' Motion for Remand[6] before taking up other pending motions (Docs. 11, 14, 15, 18).

ORDERED

Plaintiffs' and Defendant's motions (Docs. 11, 14, 15, 18) are DENIED without prejudice to renewal in this Court if the Motion for Remand[7] is denied.

DATED this 14th day of November, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 15.

[4] Doc. 18.

[5] Doc. 26.

[6] Doc. 26.

[7] Doc. 26.