# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

**FILED**

NOV 1 4 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| TRINA HEALTH OF MONTANA LLC, HAROLD LARON BRIGGS, BARRY BRIGGS, and HAROLD L. GROGAN, | No. CV-17-80-BU-SEH |
| Plaintiffs, | **NOTICE** |
| vs. | |
| HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA, | |
| Defendant. | |

Plaintiffs filed a Motion to Remand[1] and Brief in Support of Motion to Remand[2] on November 10, 2017.

Removal was grounded in part on the assertion that this Court has jurisdiction over civil actions brought under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, et. seq. ("ERISA").

---

[1] Doc. 26.

[2] Doc. 27.

Defendant shall address the question of federal court ERISA jurisdiction in its response to Plaintiffs' Motion for Remand[3] due November 17, 2017.[4]

DATED this 14th day of November, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 26.

[4] 29 U.S.C. § 1132(e) and (f).