IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

DEC 19 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| TRINA HEALTH OF MONTANA LLC, HAROLD LARON BRIGGS, BARRY BRIGGS, and HAROLD L. GROGAN,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA,<br><br>Defendant. | No. CV-17-80-BU-SEH<br><br>ORDER |

The Court conducted a hearing on Plaintiff's Motion for Remand[1] and Plaintiff's Motion to Dismiss Claims of Harold Laron ("Ron") Briggs, Without Prejudice[2] on December 19, 2017, in Helena, Montana.

Upon the record made in open court,

---

[1] Doc. 26.

[2] Doc. 34.

ORDERED:

1. Plaintiff's Motion to Dismiss Claims of Harold Laron ("Ron") Briggs, Without Prejudice[3] is GRANTED.

2. Plaintiff's Motion for Remand[4] is GRANTED. The action is hereby remanded to the Montana Fifth Judicial District Court, Beaverhead County.

DATED this 19th day of December, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 34.

[4] Doc. 26.